|   |   |
|---|---|
| | Reset Form |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IRON WORKERS LOCAL 580 JOINT FUNDS, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>NVIDIA CORPORATION, JENSEN HUANG, and COLETTE KRESS,<br><br>　　　　　　Defendant(s). | Case No: 4:18-cv-07669-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

　　I, Ryan T. Degnan, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: E. Öhman J:or Fonder AB and Stichting Pensioenfonds PGB in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Rd., Radnor, PA 19087 | Kessler Topaz Meltzer & Check, LLP<br>1 Sansome St., Ste. 1850, San Francisco, CA 94104 |
| My Telephone # of Record:<br>(610) 667-7706 | Local Co-Counsel's Telephone # of Record:<br>(415) 400-3000 |
| My Email Address of Record:<br>rdegnan@ktmc.com | Local Co-Counsel's Email Address of Record:<br>jjoost@ktmc.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 309305.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

　　Dated: 02/26/19　　　　　　　　　　　　　　　　/s/ Ryan T. Degnan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Ryan T. Degnan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/4/2019

　　　　　　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Ryan Thomas Degnan, Esq.*

**DATE OF ADMISSION**

*October 25, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: May 17, 2018**

*Patricia Johnson*
_____
Patricia A. Johnson
Chief Clerk