Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRON WORKERS LOCAL 580 JOINT FUNDS, on behalf of itself and all others similarly situated,<br><br>  Plaintiff(s),<br><br>  v.<br><br>NVIDIA CORPORATION, JENSEN HUANG, and COLETTE KRESS,<br><br>  Defendant(s). | Case No: 4:18-cv-07669-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Naumon A. Amjed, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: E. Öhman J:or Fonder AB and Stichting Pensioenfonds PGB in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Rd., Radnor, PA 19087 | Kessler Topaz Meltzer & Check, LLP<br>1 Sansome St., Ste. 1850, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (610) 667-7706 | (415) 400-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| namjed@ktmc.com | jjoost@ktmc.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 309520.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/27/19

/s/ Naumon A. Amjed
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Naumon A. Amjed is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/4/2019

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# EXHIBIT A



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Naumon A. Amjed, Esq.**

**DATE OF ADMISSION**

*October 15, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: February 25, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk