**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:   (415) 400-3001

*Counsel for Proposed Lead Plaintiff E. Öhman J:or Fonder AB and Proposed Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

*Counsel for Proposed Lead Plaintiff Stichting Pensioenfonds PGB and Proposed Lead Counsel for the Class*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In Re NVIDIA CORPORATION SECURITIES LITIGATION | Case No. 4:18-cv-07669-HSG <br><br> CLASS ACTION <br><br> **REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN FURTHER SUPPORT OF THE UNOPPOSED MOTION OF E. ÖHMAN J:OR FONDER AB AND STICHTING PENSIOENFONDS PGB FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL** <br><br> Date: May 9, 2019 <br> Time: 2:00 p.m. <br> Dept.: Courtroom 2, 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. |

Öhman Fonder and PGB respectfully submit this reply memorandum of points and authorities in further support of their now unopposed motion for appointment as Lead Plaintiff. *See* ECF No. 42.[1]

## ARGUMENT

Öhman Fonder and PGB's motion seeking appointment as Lead Plaintiff is unopposed. On February 19, 2019, six other movants filed motions seeking Lead Plaintiff appointment: (1) Weiss; (2) Rosen; (3) Meitav; (4) NVDA Group; (5) Oakland County Funds; and (6) Keller Group. *See* ECF Nos. 19, 22, 26, 34, 38, 41. Each of those movants has either withdrawn its motion or indicated that it does not oppose the appointment of Öhman Fonder and PGB. *See* ECF Nos. 54, 65, 66, 77, 79, 80.

Öhman Fonder and PGB clearly satisfy the requirements of the PSLRA as they possess the largest financial interest and are perfectly typical and adequate to represent the Class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). As set forth in their papers, Öhman Fonder and PGB incurred total losses of approximately $10.9 million (as calculated under LIFO), which are multiples larger than the losses claimed by every other lead plaintiff movant. *See* ECF No. 81 at 4.

Öhman Fonder and PGB also satisfy the typicality and adequacy requirements of Rule 23. *See* ECF Nos. 42 at 6-8; 81 at 4-5. Öhman Fonder and PGB's claims are typical because, like all other Class members, Öhman Fonder and PGB: (1) purchased NVIDIA common stock during the Class Period; (2) at prices artificially inflated by Defendants' materially false and misleading statements and/or omissions; and (3) were harmed when the truth was revealed. *See* ECF Nos. 42 at 6-7; 81 at 5; *City of Dearborn Heights Act 345 Police & Fire Ret. Sys. v. Align Tech., Inc.*, No. 12-CV-06039-LHK, 2013 WL 2368059, at *4 (N.D. Cal. May 29, 2013) (finding typicality requirement met when proposed lead plaintiff "purchased [the defendant's] common stock during the Class Period, allegedly in reliance upon [the d]efendants' purported false and misleading statements . . ." and incurred harm as a result).

---

[1] All capitalized terms are defined in Öhman Fonder and PGB's initial and opposition briefs, unless otherwise indicated. *See* ECF Nos. 42, 81.

1   Moreover, Öhman Fonder and PGB also satisfy Rule 23's adequacy requirement because they are capable of fairly and adequately protecting the interests of the Class, and there is no conflict of interest between Öhman Fonder and PGB and those of other Class members.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(II)(aa).  As set forth in their Joint Declaration, Öhman Fonder and PGB are two sophisticated institutional investors which collectively manage over $39 billion in assets, have been working collaboratively to oversee this action since before they filed their motion to be appointed, fully understand the Lead Plaintiff's obligations under the PSLRA, and have affirmed their commitment to achieving the best possible result for the Class.  *See* ECF No. 81-2.

Öhman Fonder and PGB have also selected qualified counsel to prosecute this matter. Kessler Topaz and Bernstein Litowitz are two of the most preeminent securities class action law firms in the country.  *See* ECF Nos. 42 at 10-13; 42-6; 42-7.  Öhman Fonder and PGB's selection of Kessler Topaz and Bernstein Litowitz as Lead Counsel on behalf of the Class is unopposed and the PSLRA instructs that a movant's selection of counsel should not be disturbed absent extraordinary circumstances not present here.  *See* 15 U.S.C. § 78u-4(a)(3)(B)(v).

For the reasons stated in their papers and herein, Öhman Fonder and PGB respectfully request that the Court appoint them Lead Plaintiff, approve their selection of Kessler Topaz and Bernstein Litowitz as Lead Counsel for the Class, and grant such other relief as the Court may deem just and proper.

Dated:  March 12, 2019.                        Respectfully submitted,

**KESSLER TOPAZ MELTZER
  & CHECK, LLP**

*/s/ Jennifer Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

             -and-

NAUMON A. AMJED (appearance *pro hac vice*)
(namjed@ktmc.com)
DARREN J. CHECK (appearance *pro hac vice*)
(dcheck@ktmc.com)

REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 4:18-cv-07669-HSG                                                                                         2

| | |
|---|---|
| 1 | RYAN T. DEGNAN (appearance *pro hac vice*) |
| 2 | (rdegnan@ktmc.com)<br>280 King of Prussia Road |
| 3 | Radnor, PA 19087<br>Tel:     (610) 667-7706<br>Fax:    (610) 667-7056 |
| 4 | |
| 5 | *Counsel for Proposed Lead Plaintiff E. Öhman J:or Fonder AB and Proposed Lead Counsel for the Class* |
| 6 | |
| 7 | **BERNSTEIN LITOWITZ BERGER**<br>  **& GROSSMANN LLP** |
| 8 | |
| 9 | JONATHAN D. USLANER (Bar No. 256898)<br>(jonathanu@blbglaw.com) |
| 10 | 12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:     (858) 793-0070 |
| 11 | Fax:    (858) 793-0323 |
| 12 | -and- |
| 13 | JEROEN VAN KWAWEGEN<br>(jeroen@blbglaw.com) |
| 14 | AVI JOSEFSON<br>(avi@blbglaw.com) |
| 15 | MICHAEL D. BLATCHLEY (appearance *pro hac vice*) |
| 16 | (michaelb@blbglaw.com)<br>1251 Avenue of the Americas |
| 17 | New York, NY 10020<br>Tel:     (212) 554-1400 |
| 18 | Fax:    (212) 554-1444 |
| 19 | *Counsel for Proposed Lead Plaintiff Stichting Pensioenfonds PGB and Proposed Lead Counsel for the Class* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

REPLY BRIEF IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
CASE NO. 4:18-cv-07669-HSG                                                                                                              3