**COOLEY LLP**
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
CLAIRE A. MCCORMACK (241806)
(cmccormack@cooley.com)
EMILY B. HARRINGTON (319657)
(eharrington@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
NVIDIA CORPORATION, JENSEN
HUANG, and COLETTE KRESS

**KESSLER TOPAZ MELTZER & CHECK, LLP**
JENNIFER L. JOOST (296164) (jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tele: (415) 400-3000
Fax: (415) 400-3001

*Co-Lead Counsel for Lead Plaintiffs and the Class*

**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (256898) (jonathanu@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Co-Lead Counsel for Lead Plaintiffs and the Class*
[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>_____,<br><br>This Document Relates to: | Case No.  4:18-cv-07669-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REACH AGREEMENT ON SCHEDULE FOR FILING OF THE CONSOLIDATED AMENDED COMPLAINT AND ANSWER OR OTHER RESPONSE TO THE CONSOLIDATED AMENDED COMPLAINT**<br><br>JUDGE: HON. HAYWOOD S. GILLIAM, JR.<br>COURTROOM:  2 |

This Stipulation is entered into by and between Lead Plaintiffs E. Öhman J:Or Fonder AB ("Öhman Fonder") ("Öhman Fonder") and Stichting Pensionenfonds PGB ("PGB," and with Öhman Fonder, "Lead Plaintiffs") and Defendants NVIDIA Corporation ("NVIDIA"), NVIDIA's President and Chief Executive Officer, Jensen Huang, and NVIDIA's Executive Vice President and Chief Financial Officer, Collette Kress (collectively, "Defendants") (together with Lead Plaintiffs, the "Parties").

**WHEREAS**, on May 2, 2019, the Court appointed Öhman Fonder and PGB as Lead Plaintiffs and their undersigned counsel as Lead Counsel for the putative class, and ordered that "within ten days of this order the parties shall meet and confer and submit a proposed schedule for the filing of a consolidated or amended complaint and the filing of Defendants' response thereto" (ECF No. 89);

**WHEREAS**, on May 3, 2019, May 7, 2019, May 8, 2019, May 9, 2019, May 10, 2019, May 12, 2019, and May 13, 2019, the Parties met and conferred regarding a schedule for Lead Plaintiffs' filing of a consolidated amended complaint and any corresponding answer or responsive motion thereto;

**WHEREAS**, the Defendants require additional time to obtain client approval with respect to a mutually agreeable schedule; and

**WHEREAS**, the Parties anticipate reaching an agreement on a schedule within the week.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their undersigned counsel, as follows:

1. The Parties will submit a stipulation and proposed order on a schedule for the filing of the consolidated amended complaint and any corresponding answer or responsive motion thereto by May 17, 2019.

Dated: May 13, 2019

COOLEY LLP

*/s/ John C. Dwyer*
John C. Dwyer (136533)

Attorneys for Defendants
NVIDIA CORPORATION, JENSEN HUANG, and COLETTE KRESS

Dated: May 13, 2019                    Respectfully submitted,

                                       **KESSLER TOPAZ**
                                         **MELTZER & CHECK, LLP**


                                       */s/ Jennifer Joost*
                                       _____
                                       JENNIFER L. JOOST (Bar No. 296164)
                                       (jjoost@ktmc.com)
                                       One Sansome Street, Suite 1850
                                       San Francisco, CA 94104
                                       Tel:   (415) 400-3000
                                       Fax:   (415) 400-3001

                                            -and-

                                       ANDREW ZIVITZ (*pro hac vice motion pending*)
                                       (azivitz@ktmc.com)
                                       MATTHEW MUSTOKOFF (*pro hac vice motion pending*)
                                       (mmustokoff@ktmc.com)
                                       280 King of Prussia Road
                                       Radnor, PA 19087
                                       Tel:   (610) 667-7706
                                       Fax:   (610) 667-7056

                                       *Counsel for Lead Plaintiff E. Öhman J:or Fonder AB
                                       and Lead Counsel for the Class*

                                       **BERNSTEIN LITOWITZ BERGER**
                                         **& GROSSMANN LLP**

                                       JONATHAN D. USLANER (Bar No. 256898)
                                       (jonathanu@blbglaw.com)
                                       12481 High Bluff Drive, Suite 300
                                       San Diego, CA 92130
                                       Tel:   (858) 793-0070
                                       Fax:   (858) 793-0323

                                            -and-

                                       JEROEN VAN KWAWEGEN (*pro hac vice*)
                                       (jeroen@blbglaw.com)
                                       AVI JOSEFSON (*pro hac vice* )
                                       (avi@blbglaw.com)
                                       MICHAEL D. BLATCHLEY (*pro hac vice*)
                                       (michaelb@blbglaw.com)
                                       1251 Avenue of the Americas
                                       New York, NY 10020
                                       Tel:   (212) 554-1400
                                       Fax:   (212) 554-1444

                                       *Counsel for Lead Plaintiff Stichting Pensioenfonds PGB
                                       and Lead Counsel for the Class*

**ROSMAN & GERMAIN LLP**

DANIEL L. GERMAIN
(germain@lalawyer.com)
16311 Ventura Boulevard, Suite 1200
Encino, CA 91436
Tele: (818) 788 0877
Fax: (818) 788-0885

*Liaison Counsel for Lead Plaintiffs and for the Class*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-1(i)(3), I hereby attest that the concurrence to the filing of the foregoing document has been obtained from each of the other signatories.

Dated: May 13, 2019        */s/ John C. Dwyer*
                             JOHN C. DWYER (136533)

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.      The Parties will submit a stipulation and proposed order on a schedule for the filing of the consolidated amended complaint and any corresponding answer or responsive motion thereto by May 17, 2019.

SO ORDERED.

Dated: 5/15/2019            *Haywood S. Gill, Jr.*
                        Hon. Haywood S. Gilliam, Jr.
                        United States District Court Judge