UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION | Case No. 18-cv-07669-HSG<br><br>**SCHEDULING ORDER**<br>Re: Dkt. No. 97 |

The parties submitted a proposed schedule on May 16, 2019. *See* Dkt. No. 97. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Lead Plaintiffs' Amended Complaint | June 21, 2019 |
| Defendants' Motion to Dismiss or Otherwise Respond to Amended Complaint | August 2, 2019 |
| Plaintiffs' Opposition | September 13, 2019 |
| Defendants' Reply | October 4, 2019 |
| Hearing on Motion to Dismiss | October 31, 2019 at 2:00 p.m. |

//

//

//

//

//

//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial
3    Standing Order. This order terminates Docket Number 97.

4    **IT IS SO ORDERED.**

5    Dated: 5/17/2019

*[Signature: Haywood S. Gilliam Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge