[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re NVIDIA CORPORATION SECURITIES LITIGATION,

          Plaintiff(s),

  v.

          Defendant(s).

Case No: 4:18-cv-07669-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Andrew L. Zivitz, an active member in good standing of the bar of the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: E. Öhman J:or Fonder AB and Stichting Pensioenfonds PGB in the above-entitled action. My local co-counsel in this case is Jennifer L. Joost, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Kessler Topaz Meltzer & Check, LLP<br>280 King of Prussia Rd., Radnor, PA 19087 | Kessler Topaz Meltzer & Check, LLP<br>1 Sansome St., Ste. 1850, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (610) 667-7706 | (415) 400-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| azivitz@ktmc.com | jjoost@ktmc.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 76554.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/09/19

/s/ Andrew L. Zivitz
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Andrew L. Zivitz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/18/2019

*Haywood S. Gill, Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Andrew Zivitz, Esq.

#### DATE OF ADMISSION

*December 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 8, 2019

*Patricia Johnson* (signature)

Patricia A. Johnson
Chief Clerk