COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
SARAH M LIGHTDALE (4395661) (slightdale@cooley.com)
CLAIRE A. MCCORMACK (241806) (cmccormack@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
NVIDIA CORPORATION, JENSEN HUANG,
COLETTE M. KRESS, and JEFF FISHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>———————————<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  4:18-cv-07669-HSG<br><br>**DECLARATION OF SAMANTHA KIRBY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date:           October 31, 2019<br>Time:          2:00 p.m.<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 |

I, Samantha A. Kirby, make the following declaration:

**1.**     I am an associate with the law firm of Cooley LLP, counsel of record for Defendants NVIDIA Corporation ("NVIDIA"), Jensen Huang, Colette M. Kress, and Jeff Fisher (together, "Defendants"), in the above-captioned matter.  I am a member in good standing for the Bar of California.  I submit this Declaration in Support of Defendants' Motion to Dismiss Consolidated Class Action Complaint.  I have knowledge of the following, and, if called as a witness, I could and would testify competently thereto.

**2.**     Attached hereto as **Exhibit A** to this declaration is a true and correct copy of a published transcript of NVIDIA's Analyst/Investor Day Presentation held on May 10, 2017.

3.      Attached hereto as **Exhibit B** to this declaration is a true and correct copy of NVIDIA's quarterly report on Form 10-Q for the first quarter of its fiscal year 2018, filed with the U.S. Securities and Exchange Commission ("SEC") on May 23, 2017.

4.      Attached hereto as **Exhibit C** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on August 10, 2017 regarding the second quarter of its fiscal year 2018.

5.      Attached hereto as **Exhibit D** to this declaration is a true and correct copy of an article published by *VentureBeat* on August 12, 2017 that contains an "edited transcript" of *VentureBeat*'s interview of NVIDIA CEO Huang, and available at https://venturebeat.com/2017/08/12/nvidia-ceo-cryptocurrency-ai-and-the-leisure-economy/.

6.      Attached hereto as **Exhibit E** to this declaration is a true and correct copy of an analyst report published by Cannacord Genuity Group, Inc. dated August 13, 2017.

7.      Attached hereto as **Exhibit F** to this declaration is a true and correct copy of an analyst report published by Argus Research Company dated August 14, 2017.

8.      Attached hereto as **Exhibit G** to this declaration is a true and correct copy of NVIDIA's quarterly report on Form 10-Q for the second quarter of its fiscal year 2018, filed with the SEC on August 23, 2017.

9.      Attached hereto as **Exhibit H** to this declaration is a true and correct copy of a published transcript of NVIDIA's presentation from a conference hosted by Citigroup Global Markets Inc. on September 6, 2017.

10.     Attached hereto as **Exhibit I** to this declaration is a true and correct copy of a Statement of Changes in Beneficial Ownership on Form 4, filed with the SEC on behalf of NVIDIA CEO Huang on September 8, 2017.

11.     Attached hereto as **Exhibit J** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on November 9, 2017 regarding the third quarter of its fiscal year 2018.

12.     Attached hereto as **Exhibit K** to this declaration is an analyst report published by Deutsche Bank Securities Inc. dated November 9, 2017.

Cooley LLP
Attorneys At Law
Palo Alto

2.

DECL. OF SAK ISO DEFENDANTS' MOTION TO
DISMISS CCAC
CASE NO. 4:18-CV-07669-HSG

**13.**     Attached hereto as **Exhibit L** to this declaration is a true and correct copy of an analyst report published by Citigroup Global Markets Inc. dated November 10, 2017.

**14.**     Attached hereto as **Exhibit M** to this declaration is a true and correct copy of an article published by *VentureBeat* on November 10, 2017 that contains an "edited transcript" of *VentureBeat*'s interview of NVIDIA CEO Huang, and available at https://venturebeat.com/2017/11/10/nvidia-ceo-gaming-will-be-huge-but-so-will-ai-and-data-center-businesses/.

**15.**     Attached hereto as **Exhibit N** to this declaration is a true and correct copy of NVIDIA's quarterly report on Form 10-Q for the third quarter of its fiscal year 2018, filed with the SEC on November 21, 2017.

**16.**     Attached hereto as **Exhibit O** to this declaration is a true and correct copy of a published transcript of NVIDIA's presentation from a conference hosted by Credit Suisse AG on November 29, 2017.

**17.**     Attached hereto as **Exhibit P** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on February 8, 2018 regarding the fourth quarter of its fiscal year 2018.

**18.**     Attached hereto as **Exhibit Q** to this declaration is a true and correct copy of an analyst report published by Deutsche Bank Securities Inc. dated February 8, 2018.

**19.**     Attached hereto as **Exhibit R** to this declaration is a true and correct copy of an analyst report published by Morgan Stanley Smith Barney LLC dated February 9, 2018.

**20.**     Attached hereto as **Exhibit S** to this declaration is a true and correct copy of an analyst report published by Susquehanna Financial Group, LLLP dated February 9, 2018.

**21.**     Attached hereto as **Exhibit T** to this declaration is a true and correct copy of an article published by *Barron's* on February 9, 2018 that quotes a portion of an interview of NVIDIA CEO Huang, and available at https://www.barrons.com/articles/nvidia-ceo-huang-crypto-is-real-the-world-is-coming-to-terms-with-it-1518188630.

**22.**     Attached hereto as **Exhibit U** to this declaration is a true and correct copy of a published transcript of NVIDIA's presentation from a conference hosted by Goldman Sachs Group Inc. on February 13, 2018.

Cooley LLP
Attorneys At Law
Palo Alto

3.

Decl. of SAK ISO Defendants' Motion to
Dismiss CCAC
Case No. 4:18-cv-07669-HSG

**23.**   Attached hereto as **Exhibit V** to this declaration is a true and correct copy of a published transcript of NVIDIA's presentation from a conference hosted by Morgan Stanley Smith Barney LLC on February 26, 2018.

**24.**   Attached hereto as **Exhibit W** to this declaration is a true and correct copy of NVIDIA's annual report on Form 10-K for its fiscal year 2018, filed with the SEC on February 28, 2018.

**25.**   Attached hereto as **Exhibit X** to this declaration is a true and correct copy of an article published by *TechCrunch* on March 26, 2018 that paraphrases a portion of an interview of NVIDIA CEO Huang, and available at https://techcrunch.com/2018/03/26/nvidia-looks-to-the-ai-future/.

**26.**   Attached hereto as **Exhibit Y** to this declaration is a true and correct copy of a transcript of an interview of NVIDIA CEO Huang aired during the March 29, 2018 episode of the television program *Mad Money*, available at https://www.youtube.com/watch?reload=9&v=SgR4rZKtZEg. This transcript was prepared by Transperfect Legal Solutions on June 24, 2019.

**27.**   Attached hereto as **Exhibit Z** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on May 10, 2018 regarding the first quarter of its fiscal year 2019.

**28.**   Attached hereto as **Exhibit AA** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on August 16, 2018 regarding the second quarter of its fiscal 2019.

**29.**   Attached hereto as **Exhibit BB** to this declaration is a true and correct copy of a published transcript of an earnings call held by NVIDIA on November 15, 2018 regarding the third quarter of its fiscal year 2019.

**30.**   Attached hereto as **Exhibit CC** to this declaration is a true and correct copy of a press release published by NVIDIA on November 15, 2018 regarding the Company's reported earnings for the third quarter of its fiscal year 2019.

**31.**   Attached hereto as **Exhibit DD** to this declaration is a true and correct copy of NVIDIA's quarterly report on Form 10-Q for the third quarter of its fiscal year 2019, filed with the SEC on November 15, 2018.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

DECL. OF SAK ISO DEFENDANTS' MOTION TO
DISMISS CCAC
CASE NO. 4:18-CV-07669-HSG

32.     Attached hereto as **Exhibit EE** to this declaration is a true and correct copy of an analyst report published by RBC Capital Markets, LLC dated January 30, 2019.

33.     Attached hereto as **Exhibit FF** to this declaration is a true and correct copy of a chart of the daily historical trading prices of Ether, a cryptocurrency traded on the Ethereum network, from February 10, 2017 until February 14, 2019, as reported by Yahoo Finance, collected from https://finance.yahoo.com/quote/ETH-USD/history?p=ETH-USD on August 2, 2019.

34.     Attached hereto as **Exhibit GG** to this declaration is a true and correct copy of a chart of the daily trading prices of NVIDIA from May 10, 2017 until November 14, 2018, as reported by Yahoo Finance, collected from https://finance.yahoo.com/quote/NVDA/history?p=NVDA on August 2, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 2, 2019 in Palo Alto, California.


                                        */s/ Samantha A. Kirby*
                                        Samantha A. Kirby

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5.

DECL. OF SAK ISO DEFENDANTS' MOTION TO
DISMISS CCAC
CASE NO. 4:18-CV-07669-HSG