# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE NVIDIA CORPORATION SECURITIES LITIGATION

Case No: 4:18-CV-07669-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Michael M. Mathai, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Stichting Pensioenfonds PGB in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1251 Avenue of the Americas, New York, New York 10020 | 2121 Avenue of the Stars, Suite 2575 Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: (212) 554-1400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (310) 819-3472 |
| MY EMAIL ADDRESS OF RECORD: Michael.Mathai@blbglaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: jonathanu@blbglaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5166319.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/12/19

Michael M. Mathai
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael M. Mathai is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/25/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Michael Madakacherry Mathai** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **4th** day of **September 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **July 26, 2019**.



*Aprilanne Agostino*

Clerk of the Court