| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | JOHN C. DWYER (136533) (dwyerjc@cooley.com)<br>PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| 3 | SARAH M. LIGHTDALE (4395661) (slightdale@cooley.com)<br>CLAIRE A. MCCORMACK (241806) (cmccormack@cooley.com) |
| 4 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com)<br>3175 Hanover Street |
| 5 | Palo Alto, CA  94304-1130<br>Telephone:    (650) 843-5000 |
| 6 | Facsimile:     (650) 849-7400 |
| 7 | Attorneys for Defendants<br>NVIDIA CORPORATION, JENSEN |
| 8 | HUANG, COLETTE KRESS and<br>JEFF FISHER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION | Case No.  4:18-cv-07669-HSG |
| | **DEFENDANTS' UNOPPOSED MOTION, STIPULATION, AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11** |
| This Document Relates to: | |
| ALL ACTIONS | **CLASS ACTION** |
| | Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DEFENDANTS' UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF
CASE NOS. 4:18-CV-07669-HSG

1        Pursuant to Local Rules 7-11 and 7-12, and with consent of Lead Plaintiffs E. Öhman J:or Fonder AB and Stichting Pensioenfonds PGB (collectively, "Plaintiffs"), Defendants NVIDIA Corporation, Jensen Huang, Colette Kress and Jeff Fisher (jointly "Defendants") hereby move the Court to continue the hearing date for Defendants' Motion to Dismiss the Consolidated Class Action Complaint (Dkt. 123) in order to account for counsel's professional obligations.

         In support of their unopposed motion, Defendants state as follows:

         WHEREAS, on May 17, 2019, this Court entered an order setting forth the deadlines for Lead Plaintiffs' Amended Complaint, Defendants' Motion to Dismiss, Plaintiffs' Opposition, and Defendants' Reply (Dkt. 98);

         WHEREAS, in that order, this Court also set the hearing on the Motion to Dismiss for October 31, 2019 at 2:00 p.m.;

         WHEREAS, on October 25, 2019, notice was given that the hearing previously scheduled for October 31 was continued to November 6, 2019 (Dkt. 133);

         WHEREAS, as modified, the hearing date conflicts with other professional obligations of Defendants' counsel, Patrick Gibbs, who was set to argue the Motion to Dismiss;

         WHEREAS, Mr. Gibbs has an irreconcilable professional conflict on November 6, 2019 and is unavailable to appear before the Court that day;

         WHEREAS, Defendants' counsel John Dwyer also has an irreconcilable conflict on that date;

         WHEREAS, on October 25, 2019, after notice was given regarding the continuance, counsel for Defendants contacted counsel for Plaintiffs to discuss the possibility of continuing the hearing to an alternate date;

         WHEREAS, on October 29, 2019, counsel for Defendants and Plaintiffs called the Calendar Clerk & Courtroom Deputy to discuss the Court's availability and learned that the Calendar Clerk & Courtroom Deputy would be unavailable until November 1, 2019;

         WHEREAS, counsel then spoke with the contact person named in the Calendar Clerk & Courtroom Deputy's voicemail message, who advised them to file the appropriate papers to request a continuance;

         WHEREAS, counsel for Defendants and Plaintiffs have identified three alternate dates on

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

DEFENDANTS' UNOPPOSED MOTION FOR
ADMINISTRATIVE RELIEF
CASE NOS. 4:18-CV-07669-HSG

which all parties are available for a hearing on Defendants' Motion to Dismiss;

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record and subject to order of the Court, as follows:

(1) The hearing on Defendants' Motion to Dismiss may be continued to November 21, 2019.

(2) If it is not possible to continue the hearing to that date, the hearing on Defendants' Motion to Dismiss may be continued to either December 12 or December 5, 2019.

Dated: October 30, 2019

COOLEY LLP

*/s/ John Dwyer*
John C. Dwyer (136533)

Attorneys for Defendants
NVIDIA CORPORATION, JENSEN HUANG, COLETTE KRESS and JEFF FISHER

Dated: October 30, 2019

KESSLER TOPAZ MELTZER & CHECK, LLP
ANDREW L. ZIVITZ (PRO HAC VICE)
MATTHEW L. MUSTOKOFF (PRO HAC VICE)
ERIC K. GERARD (PRO HAC VICE)

*/s/ Andrew Zivitz*
Andrew L. Zivitz (Pro Hac Vice)

Attorneys for Lead Plaintiff E. Öhman J:or Fonder AB

Dated: October 30, 2019

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
JONATHAN D. USLANER (256898)
JOHN C. BROWNE (PRO HAC VICE)
MICHAEL D. BLATCHLEY (PRO HAC VICE)

*/s/ Jonathan Uslaner*
Jonathan D. Uslaner (256898)

Attorneys for Lead Plaintiff Stichting Pensioenfonds PGB

Pursuant to Civil L. R. 5-1(i)(3), I, John C. Dwyer, hereby attest that the concurrence to the filing of the foregoing document has been obtained from the signatories.

Dated: October 30, 2019

*/s/ John Dwyer*
John C. Dwyer (136533)

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

The hearing on Defendants' Motion to Dismiss the Consolidated Class Action Complaint (Dkt. 123) is hereby continued to _____ , 2019 at ___ : ___ (a.m. / p.m.).

Dated:_____, 2019      _____

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

Cooley LLP
Attorneys At Law
Palo Alto

4.

Defendants' Unopposed Motion For
Administrative Relief
Case Nos. 4:18-cv-07669-HSG