**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tele: (415) 400-3000
Fax: (415) 400-3001

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Co-Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates to: All Actions. | Case No. 4:18-cv-07669-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF THE SECOND CONSOLIDATED AMENDED COMPLAINT AND ANSWER OR OTHER RESPONSE TO THE SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

This Stipulation is entered into by and between Lead Plaintiffs E. Öhman J:Or Fonder AB ("Öhman Fonder") ("Öhman Fonder") and Stichting Pensionenfonds PGB ("PGB," and with Öhman Fonder, "Lead Plaintiffs") and Defendants NVIDIA Corporation ("NVIDIA"), NVIDIA's President and Chief Executive Officer, Jensen Huang, NVIDIA's Executive Vice President and Chief Financial Officer, Collette Kress, and NVIDIA Senior Vice President, Jeff Fisher (collectively, "Defendants") (together with Lead Plaintiffs, the "Parties").

**WHEREAS**, on March 16, 2020, the Court issued an order granting in part and denying in part Defendants' motion to dismiss the Consolidated Class Action Complaint ("CAC"), with leave to amend;

**WHEREAS**, the Court ordered Lead Plaintiffs to file an amended consolidated complaint by April 13, 2020;

**WHEREAS**, there currently is a global health emergency due to the novel coronavirus COVID-19 pandemic;

**WHEREAS**, counsel for Lead Plaintiffs have business operations in at least California, Pennsylvania, and New York;

**WHEREAS**, counsel for Defendants have business operations in at least California and New York;

**WHEREAS**, on March 16, 2020, seven counties in the Bay Area, including San Francisco County, Santa Clara County, Alameda County, and Marin County, issued "shelter-in-place" orders until April 7, 2020, which required residents in these counties to stay at home except for essential needs and exercise and non-essential businesses to cease physical operations;

**WHEREAS**, on March 19, 2020, the Governor of California, Gavin Newsom, extended similar orders to the entire state of California indefinitely;

**WHEREAS,** on March 19, 2020, the Governor of Pennsylvania, Tom Wolf, issued an order requiring the closure of the physical operations of all businesses within Pennsylvania that are "not life sustaining," including law firms, indefinitely;

**WHEREAS**, on March 20, 2020, the Governor of New York, Andrew Cuomo, issued an order requiring the closure of the physical operations of non-essential businesses within New York, indefinitely;

WHEREAS, counsel for Lead Plaintiffs state that these orders, as well as the global efforts to slow the spread of COVID-19 implemented since the beginning of March 2020, have impacted and will continue to impact Lead Plaintiffs' time to further investigate and amend the CAC, including contacting witnesses within and outside the United States;

WHEREAS, between March 18, 2019 and March 23, 2020, the Parties met and conferred regarding a schedule for Lead Plaintiffs' filing of a second consolidated amended complaint and any corresponding answer or responsive motion thereto; and

WHEREAS, the Parties agree that the following proposed schedule is reasonable and appropriate given the current status of the public health emergency and the orders issued in the states where the Parties' counsel have business operations, among others, and the nature of the action and the issues raised in the CAC and the Court's March 16, 2020 order.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. Lead Plaintiffs shall file and serve a second consolidated amended complaint by May 13, 2020.

2. Defendants shall answer or otherwise respond to the second consolidated amended complaint on or before June 29, 2020.

3. If any or all Defendants move to dismiss the second consolidated amended complaint, Lead Plaintiffs shall file and serve opposition papers by August 13, 2020.

4. Any reply papers shall be filed and served by September 14, 2020.

5. Any hearing on the motion to dismiss shall be conducted at 2:00 p.m. on October 15, 2020, or at the Court's convenience any time thereafter.

Dated: March 24, 2020                    Respectfully submitted,

**KESSLER TOPAZ**
  **MELTZER & CHECK, LLP**

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001

1                                              -and-

2         ANDREW ZIVITZ (*pro hac vice*)
        (azivitz@ktmc.com)

3         MATTHEW MUSTOKOFF (*pro hac vice*)
        (mmustokoff@ktmc.com)

4         NATHAN HASIUK (*pro hac vice*)
        (nhasiuk@ktmc.com)

5         ERIC K. GERARD (*pro hac vice*)
        (egerard@ktmc.com)

6         280 King of Prussia Road
        Radnor, PA 19087

7         Tel:    (610) 667-7706
        Fax:    (610) 667-7056

8

9         *Counsel for Lead Plaintiff E. Öhman J:or Fonder AB and Co-Lead Counsel for the Class*

10         **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

11

12         JONATHAN D. USLANER (Bar No. 256898)
        (jonathanu@blbglaw.com)

13         Lauren M. Cruz (Bar No. 299664)
        (lauren.cruz@blbglaw.com)

14         2121 Avenue of the Stars, Suite 2575
        Los Angeles, CA 90067
        Tel: (310) 819-3472

15                                            -and-

16

17         JOHN C. BROWNE (*pro hac vice*)
        (johnb@blbglaw.com)
        JEROEN VAN KWAWEGEN (*pro hac vice*)

18         (jeroen@blbglaw.com)
        MICHAEL M. MATHAI (*pro hac vice*)

19         (michael.mathai@blbglaw.com)
        1251 Avenue of the Americas

20         New York, NY 10020
        Tel:    (212) 554-1400

21         Fax:    (212) 554-1444

22         *Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

23

24 Dated: March 24, 2020         **COOLEY LLP**

25         */s/ John C. Dwyer*
        JOHN C. DWYER (Bar No. 136533)

26         (dwyerjc@cooley.com)
        PATRICK E. GIBBS (Bar No. 183174)

27         (pgibbs@cooley.com)
        SARAH M. LIGHTDALE (Bar No. 4395661)

28         (slightdale@cooley.com)

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF THE SECOND
CONSOLIDATED AMENDED COMPLAINT AND ANSWER OR OTHER RESPONSE TO THE
SECOND CONSOLIDATED AMENDED COMPLAINT

CLAIRE A. MCCORMACK (Bar No. 241806)
(cmccormack@cooley.com)
SAMANTHA A. KIRBY (Bar No. 307917)
(skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tele:   (650) 843-5000
Fax:    (650) 849-7400

*Attorneys for Defendants*
*NVIDIA Corporation, Jensen Huang, Colette Kress and*
*Jeff Fisher*

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-1(i)(3), I hereby attest that the concurrence to the filing of the foregoing document has been obtained from each of the other signatories.

Dated:  March 24, 2020

*/s/ Jennifer L. Joost*
JENNIFER L. JOOST

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1.     Lead Plaintiffs shall file and serve a second consolidated amended complaint by May 13, 2020 (the "Second Consolidated Amended Complaint").

2.     Defendants shall answer or otherwise respond to the Second Consolidated Amended Complaint on or before June 29, 2020.

3.     If any or all Defendants move to dismiss the Second Consolidated Amended Complaint, Lead Plaintiffs shall file and serve opposition papers by August 13, 2020.

4.     Any reply papers shall be filed and served by September 14, 2020.

5.     Subject to any further order of the Court, the motion to dismiss shall be noticed for hearing as part of the Court's regular law and motion calendar on Thursday, October 15, 2020, at 2:00 p.m.

SO ORDERED.

Dated:     3/25/2020

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND ORDER SETTING SCHEDULE FOR FILING OF THE SECOND CONSOLIDATED AMENDED COMPLAINT AND ANSWER OR OTHER RESPONSE TO THE SECOND CONSOLIDATED AMENDED COMPLAINT