1   COOLEY LLP
    JOHN C. DWYER (136533) (dwyerjc@cooley.com)
2   PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
    SARAH M. LIGHTDALE (4395661) (slightdale@cooley.com)
3   CLAIRE A. MCCORMACK (241806) (cmccormack@cooley.com)
    SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
4   3175 Hanover Street
    Palo Alto, CA  94304-1130
5   Telephone:    (650) 843-5000
    Facsimile:    (650) 849-7400
6
    Attorneys for Defendants
7   NVIDIA CORPORATION, JENSEN
    HUANG, COLETTE KRESS, and JEFF FISHER
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
    In re NVIDIA CORPORATION              Case No.  4:18-cv-07669-HSG
12  SECURITIES LITIGATION
                                          UNOPPOSED MOTION, STIPULATION, AND
13  _____        [PROPOSED] ORDER TO EXCEED PAGE
                                          LIMITATIONS FOR BRIEFING ON
14  This Document Relates to: All Actions. DEFENDANTS' MOTION TO DISMISS

15                                         CLASS ACTION

16                                         Judge: Hon. Haywood S. Gilliam, Jr.
                                           Courtroom:  2
17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Local Rules 7-11 and 7-12, and with consent of Lead Plaintiffs E. Öhman J:or
2   Fonder AB and Stichting Pensioenfonds PGB (collectively, "Plaintiffs"), Defendants NVIDIA
3   Corporation, Jensen Huang, Colette Kress, and Jeff Fisher (jointly, "Defendants") hereby move the
4   Court for leave to (1) file a motion to dismiss that exceeds Local Rule 7-2(b)'s 25-page limitation by
5   up to 10 pages; (2) allow Plaintiffs to file an opposition to Defendants' motion to dismiss that exceeds
6   Local Rule 7-3(a)'s 25-page limitation by up to 10 pages; and (3) file a reply to Plaintiffs' opposition
7   that exceeds Local Rule 7-3(c)'s 15-page limitation by up to 5 pages.

8   In support of their unopposed motion, Defendants state as follows:

9   WHEREAS, on May 13, 2020, Plaintiffs filed their First Amended Consolidated Class Action
10  Complaint for Violations of the Federal Securities Laws (the "First Amended Complaint"), which
11  contains 263 separately numbered paragraphs on 83 pages;

12  WHEREAS, the First Amended Complaint alleges that 13 separate statements made by
13  Defendants over the 18-month Class Period were actionably false under the federal securities laws,
14  and each such statement was made in a separate public document and/or forum;

15  WHEREAS, on June 29, 2020, Defendants intend to file a motion to dismiss each of Plaintiffs'
16  claims on the ground that each of these claims fail to state a claim upon which relief can be granted
17  (the "Motion");

18  WHEREAS, Defendants are filing one single motion to dismiss on behalf of all four
19  Defendants;

20  WHEREAS, although Defendants endeavor to keep their Motion as brief as possible,
21  Defendants believe that they cannot adequately address each of their arguments in the 25 pages
22  afforded by Local Rule 7-2(b);

23  WHEREAS, Defendants submit that their Motion is concise, free of repetition, and addresses
24  only pertinent points and authorities, but that an additional 10 pages is needed to fully address each of
25  the foregoing arguments and supporting authority;

26  WHEREAS, Plaintiffs intend to file a single opposition to the four Defendants' motion to
27  dismiss (the "Opposition");

28  WHEREAS, although Plaintiffs respectfully submit that their Opposition will be concise, free

Cooley LLP
Attorneys At Law
Palo Alto

2.

Unopposed Motion, Stipulation And [Proposed]
Order re Exceeding Page Limitations
Case Nos. 4:18-cv-07669-HSG

1    of repetition, and address only pertinent points and authorities raised in Defendants' Motion, Plaintiffs

2    anticipate requiring an additional 10 pages beyond the 25 pages afforded by Local Rule 7-3(a) to

3    adequately oppose Defendants' Motion in light of the heightened page limit that Defendants request

4    herein;

5            WHEREAS, in consideration of the heightened page limits of the Motion and Opposition,

6    Defendants' believe their reply to Plaintiffs' Opposition cannot be adequately stated in the 15 pages

7    afforded by Local Rule 7-3(c);

8            Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and

9    through their counsel of record and subject to order of the Court, as follows:

10           (1)      Defendants' Motion may exceed the page limitation in Local Rule 7-2(b) by ten (10)

11   pages.

12           (2)      Plaintiffs' Opposition to Defendants' Motion may exceed the page limitation in Local

13   Rule 7-3(a) by ten (10) pages.

14           (3)      Defendants' reply to Plaintiffs' Opposition may exceed the page limitation in Local

15   Rule 7-3(c) by five (5) pages.

16

17   Dated:        June 16, 2020              COOLEY LLP

18

19                                           _____
                                                  */s/ John C. Dwyer*
                                             John C. Dwyer (136533)

20
                                             Attorneys for Defendants
21                                           NVIDIA CORPORATION, JENSEN
                                             HUANG, COLETTE KRESS and JEFF FISHER

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NOS. 4:18-CV-07669-HSG

1    Dated:        June 16, 2020              KESSLER TOPAZ MELTZER & CHECK, LLP

2

3                                            _____/s/ Andrew L. Zivitz_____
                                             Andrew L. Zivitz (Pro Hac Vice)
4
                                             Attorneys for Lead Plaintiff E. Öhman J:or
5                                            Fonder AB

6

7
     Dated:        June 16, 2020              BERNSTEIN LITOWITZ BERGER &
8                                            GROSSMANN LLP

9

10                                           _____/s/ Jonathan D. Uslaner_____
                                             Jonathan D. Uslaner (256898)
11
                                             Attorneys for Lead Plaintiff Stichting
12                                           Pensioenfonds PGB

13

14

15          Pursuant to Civil L. R. 5-1(i)(3), I, John C. Dwyer, hereby attest that the concurrence to the

16   filing of the foregoing document has been obtained from the signatories.

17
     Dated:        June 16, 2020              _____/s/ John C. Dwyer_____
18                                           John C. Dwyer (136533)

19

20          **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

21

22

23   Dated:    6/17/2020                     _____
                                             The Honorable Haywood S. Gilliam, Jr.
24                                           United States District Judge

25

26

27

28

UNOPPOSED MOTION, STIPULATION AND [PROPOSED]
ORDER RE EXCEEDING PAGE LIMITATIONS
CASE NOS. 4:18-CV-07669-HSG