**KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tele: (415) 400-3000
Fax: (415) 400-3001

**BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Co-Lead Counsel for Lead Plaintiffs and the Class*

[Additional counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In Re NVIDIA CORPORATION SECURITIES LITIGATION | Case No. 4:18-cv-07669-HSG |
| | CLASS ACTION |
| This Document Relates to: All Actions. | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF RESPONSE TO DEFENDANTS' MOTION TO STRIKE** |
| | Judge: Hon. Haywood S. Gilliam, Jr. Courtroom: 2 |

1   This Stipulation is entered into by and between Lead Plaintiffs E. Öhman J:Or Fonder AB ("Öhman

2   Fonder") ("Öhman Fonder") and Stichting Pensioenfonds PGB ("PGB," and with Öhman Fonder, "Lead

3   Plaintiffs") and Defendants NVIDIA Corporation ("NVIDIA"), NVIDIA's President and Chief Executive

4   Officer, Jensen Huang, NVIDIA's Executive Vice President and Chief Financial Officer, Collette Kress,

5   and NVIDIA Senior Vice President, Jeff Fisher (collectively, "Defendants") (together with Lead Plaintiffs,

6   the "Parties").

7   **WHEREAS**, on March 16, 2020, the Court issued an order granting in part and denying in part

8   Defendants' motion to dismiss the Consolidated Class Action Complaint ("CAC"), with leave to amend;

9   **WHEREAS**, the Parties submitted a Stipulation and Proposed Order Setting Schedule for Filing

10  of the Amended Complaint and Answer or Other Response to the Amended Complaint on March 24, 2020;

11  **WHEREAS**, the Court granted the Parties' Stipulation on March 25, 2020, ordering the Amended

12  Complaint to be due by May 13, 2020; Answer and Motions due by June 29, 2020; Responses due by

13  August 13, 2020; Replies due by September 14, 2020; and Motion Hearing set for October 15, 2020;

14  **WHEREAS**, Lead Plaintiffs filed the Amended Complaint on May 13, 2020;

15  **WHEREAS**, Defendants filed the Motion to Dismiss Plaintiffs' Amended Complaint, the Motion

16  to Strike Certain Allegations in Plaintiffs' Amended Complaint, and the Request for Judicial Notice on

17  June 29, 2020;

18  **WHEREAS**, on June 30, 2020, the Parties met and conferred regarding a schedule for Lead

19  Plaintiffs' filing of a response to Defendants' Motion to Strike and any corresponding reply or responsive

20  motion thereto; and

21  **WHEREAS**, the Parties agree that the response to Defendants' Motion to Strike and any

22  corresponding reply or responsive motion thereto should follow the same previously stipulated schedule

23  as the response to the Motion to Dismiss and any corresponding reply or responsive motion thereto;

24  **THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties,

25  through their undersigned counsel, as follows:

26   1.   Lead Plaintiffs shall file and serve a response to Defendants' Motion to Strike on or before

27  August 13, 2020.

28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF RESPONSE
TO DEFENDANTS' MOTION TO STRIKE

2. Defendants shall reply or otherwise respond to Lead Plaintiffs' response to the Motion to Strike on or before September 14, 2020.

3. Any hearing on the Motion to Strike shall be conducted at 2:00 p.m. on October 15, 2020, or at the Court's convenience any time thereafter.

Dated:  July 3, 2020                           Respectfully submitted,

KESSLER TOPAZ
  MELTZER & CHECK, LLP

/s/ Jennifer L. Joost
JENNIFER L. JOOST (Bar No. 296164)
(jjoost@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:    (415) 400-3000
Fax:    (415) 400-3001
        -and-

ANDREW ZIVITZ (*pro hac vice*)
(azivitz@ktmc.com)
MATTHEW MUSTOKOFF (*pro hac vice*)
(mmustokoff@ktmc.com)
NATHAN HASIUK (*pro hac vice*)
(nhasiuk@ktmc.com)
ERIC K. GERARD (*pro hac vice*)
(egerard@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel:    (610) 667-7706
Fax:    (610) 667-7056

*Counsel for Lead Plaintiff E. Öhman J:or Fonder AB and Co-Lead Counsel for the Class*

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
Lauren M. Cruz (Bar No. 299664)
(lauren.cruz@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

        -and-

JOHN C. BROWNE (*pro hac vice*)
(johnb@blbglaw.com)
JEROEN VAN KWAWEGEN (*pro hac vice*)
(jeroen@blbglaw.com)
MICHAEL M. MATHAI (*pro hac vice*)

2                           Case No. 4:18-cv-07669-HSG

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF RESPONSE TO DEFENDANTS' MOTION TO STRIKE

1  (michael.mathai@blbglaw.com)
   1251 Avenue of the Americas
2  New York, NY 10020
   Tel:    (212) 554-1400
3  Fax:    (212) 554-1444

4  *Counsel for Lead Plaintiff Stichting Pensioenfonds PGB*
   *and Co-Lead Counsel for the Class*

5

6  Dated:  July 3, 2020                    **COOLEY LLP**

7                                          */s/ John C. Dwyer*
                                           JOHN C. DWYER (Bar No. 136533)
8                                          (dwyerjc@cooley.com)
                                           PATRICK E. GIBBS (Bar No. 183174)
9                                          (pgibbs@cooley.com)
                                           SARAH M. LIGHTDALE (Bar No. 4395661)
10                                         (slightdale@cooley.com)

11                                         CLAIRE A. MCCORMACK (Bar No. 241806)
                                           (cmccormack@cooley.com)
12                                         SAMANTHA A. KIRBY (Bar No. 307917)
                                           (skirby@cooley.com)
13                                         3175 Hanover Street
                                           Palo Alto, CA 94304-1130
14                                         Tele:   (650) 843-5000
                                           Fax:    (650) 849-7400
15
                                           *Attorneys for Defendants*
16                                         *NVIDIA Corporation, Jensen Huang, Colette Kress and*
                                           *Jeff Fisher*
17

18            **<u>ATTESTATION OF CONCURRENCE IN FILING</u>**

19       Pursuant to the United States District Court for the Northern District of California, Civil L.R. 5-

20  1(i)(3), I hereby attest that the concurrence to the filing of the foregoing document has been obtained from

21  each of the other signatories.

22  Dated:  July 3, 2020                    */s/ Jennifer L. Joost*
                                            JENNIFER L. JOOST
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF RESPONSE
TO DEFENDANTS' MOTION TO STRIKE

1

**[PROPOSED] ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

3

1.     Lead Plaintiffs shall file and serve a response to Defendants' Motion to Strike on or before

4

August 13, 2020.

5

2.     Defendants shall reply or otherwise respond to Lead Plaintiffs' response to the Motion to

6

Strike on or before September 14, 2020.

7

3.     Subject to any further order of the Court, the Motion to Strike shall be noticed for hearing

8

as part of the Court's regular law and motion calendar on Thursday, October 15, 2020, at 2:00 p.m.

9

IT IS SO ORDERED.

10

11

Dated: _____7/7/2020_____

12

_Haywood S. Gill, Jr._

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28