UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRON WORKERS LOCAL 580 JOINT FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, et al., <br><br> Defendants. | Case No. 18-cv-07669-HSG <br><br> **JUDGMENT** |

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss and Denying Motion to Strike,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 2nd day of March, 2021.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.