# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

December 11, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

  Re: NVIDIA Corporation, et al.
     v. E. Ohman J:or Fonder AB, et al.
     No. 23-970
     (Your No. 21-15604)

Dear Clerk:

  The opinion of this Court was announced today in the above stated case. A copy of the opinion is available on the Court's website at www.supremecourt.gov.

  The judgment or mandate of this Court will not issue for at least thirty-two days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

           Sincerely,

           */s/ Scott S. Harris*

           **Scott S. Harris**, Clerk

           by

           Laurie Wood
           Deputy Clerk
           (202) 479-3031

(Slip Opinion) Cite as: 604 U. S. ____ (2024) 1

Per Curiam

NOTICE: This opinion is subject to formal revision before publication in the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, pio@supremecourt.gov, of any typographical or other formal errors.

# SUPREME COURT OF THE UNITED STATES
_____

No. 23–970
_____

## NVIDIA CORPORATION, ET AL., PETITIONERS *v.* E. OHMAN J:OR FONDER AB, ET AL.

ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

[December 11, 2024]

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

*It is so ordered.*