# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2025

Clerk
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

**Re: NVIDIA Corp., et al.
v. E. Ohman J:or Fonder AB, et al.
No. 23-970 (Your docket No. 21-15604)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
M. Altner
Assistant Clerk – Judgments

Enc.
cc: All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 13, 2025

Mr. Neal Kumar Katyal, Esq.
Hogan Lovells US LLP
555 Thirteenth St., N.W.
Washington, D.C. 20004

Mr. Deepak Gupta, Esq.
Gupta Wessler LLP
2001 K Street NW
Suite 850 North
Washington, D.C. 20006

**Re: NVIDIA Corp., et al.**
**v. E. Ohman J:or Fonder AB, et al.**
**No. 23-970 (Your docket No. 21-15604)**

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

cc: Clerk, 9th Cir.
(Your docket No. 21-15604)

# Supreme Court of the United States

**No. 23–970**

**NVIDIA CORPORATION, ET AL.**

Petitioners

**v.**

**E. OHMAN J:OR FONDER AB, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the writ of certiorari is dismissed as improvidently granted.

December 11, 2024

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States