1  **COOLEY LLP**
   PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
2  AMANDA A. MAIN (260814) (amain@cooley.com)
   JOHN C. BOSTIC (264367) (jbostic@cooley.com)
3  BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
   3175 Hanover Street
4  Palo Alto, CA  94304-1130
   Telephone:   (650) 843-5000
5  Facsimile:   (650) 849-7400

6  SARAH M. LIGHTDALE (4395661) (slightdale@cooley.com)
   55 Hudson Yards
7  New York, NY 10001-2157
   Telephone:   (212) 479-6000
8  Facsimile:   (212) 479-6275

9  Attorneys for Defendants
   NVIDIA CORPORATION and
10 JENSEN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:  All Actions. | Case No.  4:18-cv-07669-HSG<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER   (as  modified)**<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom:  2 |

1   Pursuant to Civil Local Rules 6-2 and 7-12, Co-Lead Plaintiffs Lannebo Kapitalförvaltning
2   AB (formerly known as E. Öhman J:or Fonder AB) and Stichting Pensioenfonds PGB (collectively,
3   "Lead Plaintiffs") and Defendants NVIDIA Corporation and Jensen Huang ("Defendants"),
4   (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate as
5   follows:
6   WHEREAS, on March 2, 2021, this Court dismissed with prejudice Lead Plaintiffs' First
7   Amended Consolidated Class Action Complaint (ECF No. 174);
8   WHEREAS, on March 30, 2021, Lead Plaintiffs appealed that decision to the U.S. Court of
9   Appeals for the Ninth Circuit (ECF No. 176);
10  WHEREAS, on August 25, 2023, the Ninth Circuit reversed in part the dismissal of this action,
11  *E. Ohman J:or Fonder AB v. NVIDIA Corp.*, 81 F.4th 918 (9th Cir. 2023) (ECF No. 179);
12  WHEREAS, on October 10, 2023, Defendants filed a petition for rehearing en banc;
13  WHEREAS, on November 15, 2023, the Ninth Circuit denied the Defendants' petition for
14  rehearing en banc (ECF No. 180);
15  WHEREAS, on March 4, 2024, Defendants filed a petition for writ of certiorari (*See* ECF No.
16  183);
17  WHEREAS, on June 17, 2024, the Supreme Court of the United States granted the Defendants'
18  petition for writ of certiorari (ECF No. 184);
19  WHEREAS, on December 11, 2024, the Supreme Court of the United States dismissed as
20  improvidently granted the Defendants' petition for writ of certiorari (ECF No. 185);
21  WHEREAS, on February 20, 2025, the Ninth Circuit issued the mandate pursuant to Rule 41(a)
22  of the Federal Rules of Appellate Procedure (ECF No. 187);
23  WHEREAS, on February 26, 2025, the Court entered an order setting a Case Management
24  Conference via Zoom webinar on March 11, 2025 at 2:00 p.m. and ordering that a Case Management
25  Statement be filed on March 4, 2025 (ECF No. 192);
26  WHEREAS, the Court's Standing Order for Civil Cases requires that "[t]he attorney appearing
27  at a case management conference must have full authority to make decisions about any issue that may
28  come up during the conference" (Order ¶ 16);

1  WHEREAS, Defendants' lead trial counsel has a previously-scheduled medical procedure on March 11, 2025 that will require at least one week of recuperation;

3  WHEREAS, upon receiving the Court's order setting a March 11, 2025 case management conference, Defendants immediately informed Plaintiffs of lead trial counsel's unavailability on that day and looked for agreement for an alternative date;

6  WHEREAS, Defendants have requested a two-week adjournment of the Case Management Conference from March 11, 2025, to March 25, 2025, and Lead Plaintiffs have no objection;

8  WHEREAS, in support of this Stipulation, and in accordance with the requirements of Civil Local Rule 6-2(a), Defendants submit the Declaration of Patrick E. Gibbs concurrently herewith.

10  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel of record, and respectfully requested, that the Court order as follows:

13  1.   The Parties will file their Joint Case Management Statement on March 4, 2025 pursuant to the Court's February 26, 2025 Order (ECF No. 192).

15  2.   The initial Case Management Conference is continued from March 11, 2025 at 2:00 p.m. to March 25, 2025 at 2:00 p.m. via Zoom webinar, or at a later date convenient for the Court.

| | | |
|---|---|---|
| 1 | Dated: February 28, 2025 | **COOLEY LLP** |
| 2 | | |
| 3 | | */s/ Patrick E. Gibbs* |
| 4 | | Patrick E. Gibbs (183174)<br>(pgibbs@cooley.com) |
| 5 | | Amanda A. Main (260814)<br>(amain@cooley.com) |
| 6 | | John C. Bostic (264367)<br>(jbostic@cooley.com) |
| 7 | | Brett De Jarnette (292919)<br>(bdejarnette@cooley.com) |
| 8 | | 3175 Hanover Street<br>Palo Alto, CA  94304-1130 |
| 9 | | Telephone:   (650) 843-5000<br>Facsimile:     (650) 849-7400 |
| 10 | | Sarah M. Lightdale (4395661) |
| 11 | | (slightdale@cooley.com)<br>55 Hudson Yards |
| 12 | | New York, NY 10001-2157<br>Telephone:   (212) 479-6000<br>Facsimile:     (212) 479-6275 |
| 13 | | |
| 14 | | *Counsel for Defendants NVIDIA Corporation and Jensen Huang* |
| 15 | | |
| 16 | | **KESSLER TOPAZ** |
| 17 | | **  MELTZER & CHECK, LLP** |
| 18 | | */s/ Matthew L. Mustokoff*<br>Matthew L. Mustokoff (*pro hac vice*) |
| 19 | | (mmustokoff@ktmc.com)<br>Andrew L. Zivitz (*pro hac vice*) |
| 20 | | (azivitz@ktmc.com)<br>Nathan A. Hasiuk (*pro hac vice*) |
| 21 | | (nhasiuk@ktmc.com)<br>280 King of Prussia Road |
| 22 | | Radnor, PA 19087<br>Tel:   (610) 667-7706 |
| 23 | | Fax:  (610) 667-7056 |
| 24 | | -and- |
| 25 | | Stacey M. Kaplan (Bar No. 241989)<br>(skaplan@ktmc.com) |
| 26 | | One Sansome Street, Suite 1850<br>San Francisco, CA 94104 |
| 27 | | Tel:   (415) 400-3000<br>Fax:  (415) 400-3001 |
| 28 | | |

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

-and-

John J. Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Michael M. Mathai (*pro hac vice*)
(michael.mathai@blbglaw.com)
Sarah K. Schmidt (*pro hac vice* forthcoming)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

\* \* \*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Patrick E. Gibbs, hereby attest that concurrence in the filing of this document has been obtained.

Dated:  February 28, 2025              */s/ Patrick E. Gibbs*
                                       Patrick E. Gibbs

**ORDER**

Having considered the Parties' Joint Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Stipulation is Granted:

1. The Parties will file their Joint Case Management Statement on March 4, 2025 pursuant to the Court's February 26, 2025 Order (ECF No. 192).

2. The initial Case Management Conference will be held on March 25, 2025 at 2:00 p.m. via Zoom webinar. The Zoom webinar information and instructions remain the same as previously provided in docket no. 192 and associated docket entry.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 3/3/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

315352358 v3