UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRON WORKERS LOCAL 580 JOINT FUNDS, et al., <br><br>Plaintiffs, <br><br>v. <br><br>NVIDIA CORPORATION, et al., <br><br>Defendants. | Case No. 18-cv-07669-HSG <br><br>**AMENDED SCHEDULING ORDER** |

A case management conference was held on March 25, 2025. Having considered the parties' proposal, *see* Dkt. No. 198, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Class Certification Filing Deadline | July 11, 2025 |
| Amendment of Pleadings / Joinder | August 22, 2025 |
| Opposition to Class Certification Filing Deadline | September 11, 2025 |
| Reply in Support of Motion for Class Certification Filing Deadline | October 16, 2025 |
| Class Certification Hearing | November 6, 2025, at 2:00 p.m. |

//
//
//
//
//

1    These dates may only be altered by order of the Court and only upon a showing of good
2    cause.  The parties are directed to review and comply with this Court's standing orders.
3    **IT IS SO ORDERED.**
4    Dated:   3/25/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge