1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE NVIDIA CORPORATION
SECURITIES LITIGATION

Case No. 4:18-cv-07669-HSG

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Sarah K. Schmidt, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Stichting Pensioenfonds PGB in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 256898.

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor,
New York, NY 10020
MY ADDRESS OF RECORD

Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575,
Los Angeles, California 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

212-554-1485
MY TELEPHONE # OF RECORD

310-819-3472
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

sarah.schmidt@blbglaw.com
MY EMAIL ADDRESS OF RECORD

jonathanu@blbglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6073324.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 3/20/2025                                    Sarah K. Schmidt
                                                         APPLICANT
5

6

7

8                            ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11       IT IS HEREBY ORDERED THAT the application of  Sarah K. Schmidt           is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: 3/26/2025

16

17   _Haywood S. Gill Jr._

18               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Sarah Kathryn Schmidt

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **October 27, 2023,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 5, 2024.

*Clerk of the Court*

CertID-00203480