United States District Court
Northern District of California

1  UNITED STATES DISTRICT COURT

2  NORTHERN DISTRICT OF CALIFORNIA

3
4  In re NVIDIA CORPORATION
   SECURITIES LITIGATION     ,

   Case No. 4:18-cv-07669-HSG

5        Plaintiff(s),

6     v.

   **APPLICATION FOR ADMISSION
   OF ATTORNEY PRO HAC VICE;
   ORDER**
   (CIVIL LOCAL RULE 11-3)

7                          ,

8        Defendant(s).

9

10     I, Nathaniel Cody Simon____, an active member in good standing of the bar of

11  the Commonwealth of Pennsylvania, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: Lannebo Kapitalförvaltning AB   in the

13  above-entitled action. My local co-counsel in this case is Stacey Marie Kaplan_____, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: 241989_____.

16  280 King of Prussia Road                 1 Sansome Street, Suite 1850
17  Radnor, PA 19087                          San Francisco, CA 94104
    MY ADDRESS OF RECORD                      LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  610-667-7706                              415-400-3000
    MY TELEPHONE # OF RECORD                  LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
19
20  nsimon@ktmc.com                           skaplan@ktmc.com
    MY EMAIL ADDRESS OF RECORD                LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22     I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 326467_____.

24     A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26     I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

27  preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: _4/2/2025_____                    _/s/_ Nathaniel Cody Simon_____
                                                     APPLICANT

5

6    ═══════════════════════════════════════════════════════════

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11           IT IS HEREBY ORDERED THAT the application of _Nathaniel Cody Simon_____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: __4/2/2025_____

16

17    _____

18                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Nathaniel Cody Simon, Esq.*

**DATE OF ADMISSION**

*October 31, 2018*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 11, 2025**

*Nicole Traini*

Nicole Traini
Chief Clerk