1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re NVIDIA CORPORATION
SECURITIES LITIGATION

Case No. 4:18-cv-07669-HSG

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

    I, Scott Alexander Edelman,  an active member in good standing of the bar of

the State of New York, hereby respectfully apply for admission to practice pro hac vice

in the Northern District of California representing: Defendants NVIDIA Corp. and Jensen Huang  in

the above-entitled action. My local co-counsel in this case is Patrick Edward Gibbs, an attorney who is a

member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 183174.

| | |
|---|---|
| Milbank LLP, 55 Hudson Yards<br>New York, NY 10001 | Cooley LLP, 3175 Hanover Street<br>Palo Alto, CA 94304 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 530-5149 | (650) 843-5000 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sedelman@milbank.com | pgibbs@cooley.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2250942    .

    A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 0    times in the 12

months preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 05/01/2025                                            /s/ *Scott Alexander Edelman*
                                                                                              APPLICANT

5

6

7

8                                     ORDER GRANTING APPLICATION

9                          FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11          IT IS HEREBY ORDERED THAT the application of  Scott Alexander Edelman

12   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the

13   attorney must indicate appearance pro hac vice. Service of papers upon, and communication

14   with, local  co-counsel designated in the application will constitute notice to the party.

15

16   Dated: 5/2/2025

16

17                                            _____
                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

    *I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Scott Alexander Edelman

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1989**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 16, 2025.*

*Clerk of the Court*

*CertID-00226328*



**Appellate Division**
**Supreme Court of the State of New York**
**Second Judicial Department**
**45 Monroe Place**
**Brooklyn, N.Y. 11201**
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024