**COOLEY LLP**
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
AMANDA A. MAIN (260814) (amain@cooley.com)
JOHN C. BOSTIC (264367) (jbostic@cooley.com)
BRETT DE JARNETTE (292919) (bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

SARAH M. LIGHTDALE (4395661) (slightdale@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275

[Additional Counsel on Signature Page]

Attorneys for Defendants
NVIDIA CORPORATION and JENSEN HUANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions. | Case No. 4:18-cv-07669-HSG<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND DEADLINE TO COMPLETE ADR SESSION AND ORDER**<br><br>DEMAND FOR JURY TRIAL<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

Pursuant to Civil Local Rules 6-2 and 7-12, Co-Lead Plaintiffs Lannebo Kapitalförvaltning AB (formerly known as E. Öhman J:or Fonder AB) and Stichting Pensioenfonds PGB (collectively, "Lead Plaintiffs") and Defendants NVIDIA Corporation and Jensen Huang ("Defendants"), (collectively, "the Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on March 25, 2025, the Court held an Initial Case Management Conference and ordered that the parties meet and confer regarding mediation and file a Stipulation and [Proposed] Order Selecting ADR Process by April 1, 2025 (ECF No. 206);

WHEREAS, on March 25, 2025, the Court entered an amended scheduling order and set the following deadlines related to class certification: Plaintiffs' motion is due by July 11, 2025; Defendants' opposition is due by September 11, 2025; Plaintiffs' reply is due by October 16, 2025, and a hearing is scheduled for November 6, 2025 at 2:00 p.m. (ECF No. 205);

WHEREAS, on March 31, 2025, the Parties filed a Stipulation and [Proposed] Order Selecting ADR Process indicating that the Parties would engage in private mediation and requested a deadline of September 26, 2025, by which the Parties would hold the ADR session (ECF No. 211);

WHEREAS, on March 31, 2025, the Court entered an order setting September 26, 2025, as the deadline by which the Parties are to hold the ADR session (ECF No. 212);

WHEREAS, the Parties have met and conferred regarding the selection of a private mediator, and the Parties have jointly selected Hon. Layn R. Phillips (retired) as their mediator;

WHEREAS, there were no dates prior to September 26, 2025, on which Judge Phillips, Defendants, and Defendants' attorneys were all available to conduct the mediation;

WHEREAS, Defendants and Defendants attorneys want to give the mediation of this matter due consideration and attention, but are scheduled to be in trials in other matters later this year;

WHEREAS, the Parties have agreed to conduct the mediation on December 3, 2025, when all Parties and counsel are available, and have confirmed that Judge Phillips is available to conduct the mediation on that day;

WHEREAS, due to Defendants' limited availability and the mediator's schedule, the Parties jointly request an extension of the ADR deadline from September 26, 2025, to December 3, 2025, and

1  Lead Plaintiffs have no objection to conducting the mediation on December 3, 2025;

2  WHEREAS, the Parties do not seek to reset the date of the mediation for purposes of delay, and the proposed new deadline will not have an effect on any other dates set by the Court;

4  WHEREAS, in support of this Stipulation, and in accordance with the requirements of Civil Local Rule 6-2(a), Defendants submit the Declaration of Patrick E. Gibbs concurrently herewith.

6  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel of record, and respectfully requested, that the Court order as follows:

9  1.  The deadline by which the Parties are to hold the ADR session is extended from September 26, 2025, to December 3, 2025.

| | | |
|---|---|---|
| 1 | Dated: July 10, 2025 | **COOLEY LLP** |
| 2 | | |
| 3 | | */s/ Patrick E. Gibbs* |
| 4 | | Patrick E. Gibbs (183174) (pgibbs@cooley.com) |
| 5 | | Amanda A. Main (260814) (amain@cooley.com) |
| 6 | | John C. Bostic (264367) (jbostic@cooley.com) |
| 7 | | Brett De Jarnette (292919) (bdejarnette@cooley.com) |
| 8 | | 3175 Hanover Street Palo Alto, CA 94304-1130 |
| 9 | | Telephone: (650) 843-5000 Facsimile: (650) 849-7400 |
| 10 | | Sarah M. Lightdale (4395661) |
| 11 | | (slightdale@cooley.com) 55 Hudson Yards |
| 12 | | New York, NY 10001-2157 Telephone: (212) 479-6000 |
| 13 | | Facsimile: (212) 479-6275 |
| 14 | | |
| 15 | | **MILBANK LLP** Scott A. Edelman |
| 16 | | (sedelman@milbank.com) Jed M. Schwartz |
| 17 | | (jschwartz@milbank.com) Andrew B. Lichtenberg |
| 18 | | (alichtenberg@milbank.com) 55 Hudson Yards |
| 19 | | New York, NY 10001 Tel.: (212) 530-5000 |
| 20 | | Fax.: (212) 530-5219 |
| 21 | | Olivia S. Choe |
| 22 | | (ochoe@milbank.com) 1850 K Street, N.W., Suite 1100 |
| 23 | | Washington, DC 20006 Tel.: (202) 835-7500 |
| 24 | | Fax.: (202) 263-7586 |
| 25 | | |
| 26 | | *Counsel for Defendants NVIDIA Corporation and Jensen Huang* |
| 27 | | |
| 28 | | |

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff (*pro hac vice*)
(mmustokoff@ktmc.com)
Andrew L. Zivitz (*pro hac vice*)
(azivitz@ktmc.com)
Nathan A. Hasiuk (*pro hac vice*)
(nhasiuk@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel:   (610) 667-7706
Fax:   (610) 667-7056

-and-

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel:   (415) 400-3000
Fax:   (415) 400-3001

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*


**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

-and-

John J. Rizio-Hamilton (*pro hac vice*)
(johnr@blbglaw.com)
Michael M. Mathai (*pro hac vice*)
(michael.mathai@blbglaw.com)
Sarah K. Schmidt (*pro hac vice* forthcoming)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:   (212) 554-1400
Fax:   (212) 554-1444

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

\* \* \*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Patrick E. Gibbs, hereby attest that concurrence in the filing of this document has been obtained.

Dated: July 10, 2025         /s/ Patrick E. Gibbs
                             Patrick E. Gibbs

**ORDER**

Having considered the Parties' Joint Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Stipulation is Granted:

1. The deadline by which the Parties are to hold the ADR session is extended from September 26, 2025, to December 3, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   7/11/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge