# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**In re NVIDIA CORPORATION SECURITIES LITIGATION**

**CIVIL CASE NO.**

**4:18-cv-07669-HSG**

# EXPERT REPORT OF JOSEPH R. MASON, PhD

**July 11, 2025**

bvagroup® Valuation. Disputes. Advisory.

**TABLE OF CONTENTS**

**Page**


I. Introduction ..... 1

II. Credentials and Compensation ..... 1

III. Information Considered ..... 2

IV. Summary of Opinions ..... 3

V. Background ..... 3

- A. Plaintiffs ..... 3
- B. Defendants ..... 3
- C. Summary of Plaintiffs' Claims ..... 5
  - 1) Alleged False or Misleading Statements ..... 5
  - 2) Alleged Curative Events ..... 9

VI. Assessment of Market Efficiency for NVIDIA Common Stock ..... 11

- A. *Cammer* Factors ..... 13
  - 1) *Cammer* Factor 1: Average Weekly Trading Volume ..... 13
  - 2) *Cammer* Factor 2: Analyst Coverage ..... 14
  - 3) *Cammer* Factor 3: Existence of Market Makers/Institutional Investors and Arbitrageurs ..... 15
  - 4) *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement ..... 16
  - 5) *Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements ..... 17
- B. Additional Indicators of Market Efficiency ..... 23
  - 1) Market Capitalization and Public Float ..... 23
  - 2) Bid-Ask Spread ..... 24
  - 3) Statistical Properties of Stock Returns (Autocorrelation) ..... 24
  - 4) Lack of Constraints on Short Selling ..... 25
- C. Conclusion ..... 27

VII. Measuring Damages to Shareholders on a Class-wide Basis ..... 28

- A. Measuring Share Price Inflation Based on Curative Events ..... 29
- B. Calculating Share Price Inflation for NVIDIA Stock During the Class Period ..... 30
- C. Calculation of Shareholder Damages ..... 31

VIII. Further Work ..... 32

bvagroup® | Valuation. Disputes. Advisory.

7250 Dallas Parkway
Suite 200
Plano, Texas 75024
+1.972.377.0300

1000 Louisiana Street
Suite 1150
Houston, Texas 77002
+1.713.457.3125

405 Lexington Avenue
Floor 9
New York, New York 10174
+1.212.364.1926

Re: *In re* Nvidia Corporation Securities Litigation, U.S. District Court, Northern District of California, Oakland Division, No. 4:18-cv-07669-HSG

## I. Introduction

1. I have been retained on behalf of Plaintiffs (defined below) in the above-captioned matter to provide my expert opinion on whether the market for the common stock of NVIDIA Corporation ("NVIDIA" or the "Company") was efficient during the period of August 10, 2017, through November 15, 2018, inclusive (the "Class Period").[1] I have also been asked to provide my expert opinion on whether damages in this action can be calculated using a common methodology that can be applied to Plaintiffs and all other members of the proposed Class (defined below), and in a manner consistent with Plaintiffs' theory of liability.

## II. Credentials and Compensation

2. I am a retired Professor of Finance and former Hermann Moyse, Jr./Louisiana Bankers Association Chair at the Ourso School of Business, Louisiana State University, and Fellow at the Wharton School, the University of Pennsylvania. I was previously an Associate Professor (with tenure) at Drexel University and, before, that, Senior Financial Economist at the Office of the Comptroller of the Currency, an independent bureau of the U.S. Department of the Treasury. I have held long-term visiting appointments at the Federal Reserve Bank of Philadelphia and the Federal Deposit Insurance Corporation. I am also a Senior Advisor at BVA Group LLC ("BVA Group"). I hold a Ph.D. and a Master of Science in Economics from the University of Illinois at Urbana-Champaign.

3. I routinely apply financial, economic, and statistical analyses to the valuation of financial instruments, portfolios, and businesses in academic research, complex litigation, and corporate strategic decision-making contexts. Given my specialized knowledge in these areas, I have provided expert consulting services and testimony in a broad range of economic and financial matters. The knowledge that I possess regarding these fields is beyond that of the average layperson and will help the trier-of-fact to understand the evidence that will be discussed in this case, and to determine facts at issue.

---

1 First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, dated May 13, 2020 ("Amended Complaint"), p. 1. I understand that claims against Kress and Fisher were dismissed by the Court. *See* E. Öhman J:or Fonder; Stichting Pensioenfonds PGB, and Iron Workers Local 580 Joint Funds, v. NVIDIA Corporation et al., United States Court of Appeals for the Ninth Circuit, Opinion dated August 28, 2023, ("Ninth Circuit Opinion") at p. 3. I further understand that Plaintiffs allege that the relevant truth was fully revealed on November 15, 2018 following NVIDIA's financial results for its third fiscal quarter 2019, which was announced after market close. Amended Complaint, ¶ 18. Accordingly, I understand from counsel the initial class period between May 10, 2017 and November 14, 2018, inclusive, has been amended to the period between August 10, 2017 and November 15, 2018. References to alleged misrepresentations and omissions in this report generally refer to Plaintiffs' allegations regarding those statements and omissions that I understand have been sustained by the Court.

4. I have testified in depositions or trials over sixty-five times. A list of all cases in which I have testified at trial or deposition in the last four years appears in **Appendix A**. I have delivered written and oral testimony before Congressional Committees, the European Parliament, and the Federal Reserve Board on topics related to financial markets and valuation.

5. My academic research has been published in scholarly journals and books. A list of my publications in the past ten years appears in **Appendix A**. My research and economic commentary have been cited by media, including The Wall Street Journal, The New York Times, The Washington Post, The Financial Times, The Economist, Barron's, BusinessWeek, die Zeit, Neue Zürcher Zeitung, Forbes, Fortune, Bloomberg Magazine, American Banker, and by press syndicates such as the Associated Press, Reuters, Bloomberg, KnightRidder, and MarketWatch-Dow Jones Newswire. I have been a frequent guest on CNBC, Bloomberg Television, and Fox Business News, and I have appeared on NBC News, CNN Headline News, CNBC Asia, National Public Radio, BBC Radio, Bloomberg Radio, and NBC Radio.

6. The BVA Group is compensated for my work in this matter at my standard rate of $1,125 per hour, as well as for the work of other BVA Group professionals working under my direction and supervision at rates of $300 to $900 per hour. Neither my compensation nor BVA Group's compensation depends upon the results of my analyses in this report, my opinions, any related testimony, or the outcome of the above-referenced matter.

7. My opinions are based on my training, experience, and background, the analyses discussed herein, and the information I have had the opportunity to analyze. I may supplement my analysis as additional information is made available to me. Conclusions and analysis contained in this report may be supplemented, including through testimony or future reports.

## III. Information Considered

8. I have prepared this report to state my expert opinions; to describe the bases for those opinions and the reasons underlying them; to disclose the facts and data I considered in reaching my opinions; and to make all other appropriate disclosures. I express no legal opinions in this report. The work that I conducted in this matter has been informed by my education, knowledge, and experience in economics and finance.

9. The information in this report is based upon discovery to date and other information that is currently available to me. I have considered and compiled materials as cited herein with the assistance of BVA personnel working under my direction and supervision. A listing of the materials I have considered in my work for this matter as of the date of this report is contained in **Appendix B**, as well as the citations in the footnotes to the text and tables presented in this report. I will review, evaluate, and analyze additional data, facts, or information as they become available. I reserve the right to amend or supplement my opinions based upon further information learned, produced, or provided to me.

## IV. Summary of Opinions

10. It is my opinion that shares of NVIDIA common stock traded in an informationally efficient (semi-strong form) market during the Class Period.

11. In a semi-strong form efficient market, one may apply an event study, possibly in conjunction with other generally accepted methods, to estimate the share price inflation, if any, that was attributable to Defendants' alleged misrepresentations and omissions throughout the Class Period by observing the change in price when the previously undisclosed information is revealed. The resultant price impact, if any, for NVIDIA stock may be used, along with other widely accepted financial and economic methods to examine the potential presence and possible impact of confounding information, to arrive at damages, subject to statutory limitations, for every member of the proposed Class using a common technique that is grounded in Plaintiffs' theory of liability.

## V. Background

### A. Plaintiffs

12. Co-Lead Plaintiff Lannebo Kapitalförvaltning AB (formerly known as E. Öhman J:or Fonder AB) ("Lannebo") is a large, independent institutional investor founded in 1906 and headquartered in Stockholm, Sweden, and is responsible for overseeing approximately $26 billion in assets.[2] Co-Lead Plaintiff Stichting Pensioenfonds PGB ("PGB") is a multisector pension fund founded in 1953 and headquartered in Amsterdam, Netherlands. PGB provides pensions and benefits for more than 311,000 people and manages approximately $30 billion in assets.[3] I refer to Lannebo and PGB collectively as "Plaintiffs" in this report.

### B. Defendants

13. Defendant NVIDIA is multinational technology company headquartered in Santa Clara, California, incorporated in California in April 1993 and reincorporated in Delaware in April 1998.[4] According to NVIDIA, it "invented the [Graphics Processing Unit or GPU] to solve some of the most complex problems in computer science" and has since "extended [its] emphasis in recent years to the revolutionary field of artificial intelligence, or AI."[5]

---

2 Amended Complaint, ¶ 27. *See also*, Lannebo web page, *Öhman Holdings*, https://www.ohmanholding.se/en/holdings/ohman-fonder/.

3 Amended Complaint, ¶ 28.

4 NVIDIA Form 10-K for period ending January 29, 2017, p. 4. NVIDIA reports revenue by the following geographic regions during the Class Period: Taiwan, China (including Hong Kong), Other Asia Pacific, United States, Europe, and Other Americas. *See e.g.*, NVIDIA Form 10-K for period ending January 29, 2017, p. 71.

5 NVIDIA Form 10-K for period ending January 29, 2017, p. 4.

14. The Company's common stock traded at all times during the Class Period on the Nasdaq Stock Market ("Nasdaq") under the ticker symbol "NVDA."[6] During the Class Period, NVIDIA's fiscal year ended on the last Sunday in January of each calendar year.[7]

15. Throughout the Class Period, NVIDIA's flagship products, its GPUs, were divided among five "specialized markets," which I understand industry analysts frequently refer to as "segments."[8] NVIDIA's five segments include:

a. Gaming – consumer-market products designed for use in gaming and streaming and mainly comprise of NVIDIA's flagship GeForce GPU line.[9]

b. Original Equipment Manufacturer & IP ("OEM") – "low-end GPUs sold into devices such as tablets and phones, as well as intellectual-property assets)."[10]

c. Datacenter – products intended for high-end professional and scientific applications and designed for "address[ing] AI, in which systems learn using unstructured data, and HPC, in which [NVIDIA's products] speed[] work toward reaching answers for more narrowly defined problems."[11]

d. Professional Visualization – products including the Quadro GPUs intended for design and digital-content customers and designed to "enhance productivity and introduce new capabilities for critical parts of the workflow for such major industries as automotive, media and entertainment, architectural engineering, oil and gas, and medical imaging."[12]

e. Automotive – products intended for self-driving vehicle developers and designed for "infotainment solutions, advanced driver assistance systems, and [Autonomous Vehicle] opportunities."[13]

---

6 NVIDIA Form 10-K for period ending January 29, 2017, cover page, and NVIDIA Form 10-K for period ending January 27, 2019, cover page. The Nasdaq has three tiers: the Nasdaq Global Select Market, the Nasdaq Global Market, and the Nasdaq Capital Market. According to Nasdaq, "the initial financial and liquidity requirements for the Nasdaq Global Select Market are more stringent than those for the Nasdaq Global Market and likewise, the initial listing requirements for the Nasdaq Global Market are more stringent than those for the Nasdaq Capital Market." *See* "Initial Listing Guide," *Nasdaq*, March 2025, p. 5, https://listingcenter.nasdaq.com/assets/initialguide.pdf. NVIDIA is listed on the Nasdaq Global Select Market.

7 NVIDIA Form 10-K for period ending January 29, 2017, p. 27, and NVIDIA Form 10-K for period ending January 27, 2019, p. 23 ("We operate on a 52- or 53-week year, ending on the last Sunday in January"). For example, Nvidia's Form 10-K filed on March 1, 2017 is for the "fiscal year ended January 29, 2017," which Nvidia refers to as "fiscal year 2017" (*i.e*. FY 2017). Fiscal quarters (FQ) 1, 2, 3, and 4 in 2017 are for the following three-month periods: February, March, April of 2016 (FQ1 2017), May, June, and July of 2016 (FQ2 2017), August, September, October of 2016 (FQ3 2017), and November, December of 2016, and January 2017 (FQ4 2017).

8 Amended Complaint, ¶ 39 and note 3. I also understand that NVIDIA reports revenue between two "business segments": GPU and Tegra Processor. I understand, however, that industry analysts focus on the five specialized markets, and accordingly, I refer to these specialized markets as "segments" in this report. *See also*, NVIDIA Form 10-K for period ending January 27, 2019, p. 23 ("Our two reportable segments - GPU and Tegra Processor - are based on a single underlying architecture.")

9 NVIDIA Form 10-K for period ending January 28, 2018, p. 5, and Amended Complaint, ¶ 39.

10 Amended Complaint, ¶ 39.

11 NVIDIA Form 10-K for period ending January 28, 2018, pp. 6-7, and Amended Complaint, ¶ 39.

12 NVIDIA Form 10-K for period ending January 28, 2018, p. 6, and Amended Complaint, ¶ 39.

13 NVIDIA Form 10-K for period ending January 28, 2018, p. 7, and Amended Complaint, ¶ 39.

16. Of the five segments, the Gaming segment comprised over 50 percent of NVIDIA's total revenues during the Class Period, as set forth in the table below:

**Table 1. NVIDIA's Annual Revenues by Specialized Markets**[14]

| | Fiscal Year Ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Jan 20, 2017 | | | Jan 28, 2018 | | | Jan 27, 2019 | | |
| Revenue (*in $ millions*) | | | | | | | | | |
| Gaming | $ | 4,060 | 58.8% | $ | 5,513 | 56.8% | $ | 6,246 | 53.3% |
| OEM & IP | | 698 | 10.1% | | 777 | 8.0% | | 767 | 6.5% |
| Datacenter | | 830 | 12.0% | | 1,932 | 19.9% | | 2,932 | 25.0% |
| Professional Visualization | | 835 | 12.1% | | 934 | 9.6% | | 1,130 | 9.6% |
| Automotive | | 487 | 7.0% | | 558 | 5.7% | | 641 | 5.5% |
| Total revenue | $ | 6,910 | 100.0% | $ | 9,714 | 100.0% | $ | 11,716 | 100.0% |

17. Defendant Jensen Huang ("Huang") co-founded NVIDIA in 1993 and was the President and CEO of NVIDIA and a member of its Board of Directors at all times during the Class Period.[15] I refer to NVIDIA and Huang collectively as "Defendants" in this report.

## C. Summary of Plaintiffs' Claims

18. I understand that Plaintiffs assert the following causes of action:

a. Violation of Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 against NVIDIA and Huang; and[16]

b. Violation of Section 20(a) of the Exchange Act against Huang.[17]

19. As summarized by the Ninth Circuit, Plaintiffs allege that "NVIDIA, a producer of graphics processing units, knowingly or recklessly made materially misleading and false statements regarding the impact of cryptocurrency sales on NVIDIA's financial performance in order to conceal the extent to which NVIDIA's revenue growth depended on the notoriously volatile demand for cryptocurrency."[18]

### 1) Alleged False or Misleading Statements

20. Plaintiffs allege, *inter alia*, that throughout the Class Period, Defendants concealed the true nature of the Company's "gains from the crypto-boom… due largely to an intense but transient source of demand for NVIDIA's Gaming segment GeForce GPUs."[19] Plaintiffs allege that Defendants withheld this

14 NVIDIA Form 10-K for period ending January 27, 2019, p. 71.
15 Amended Complaint, ¶ 30.
16 Amended Complaint, ¶¶ 253-261.
17 Amended Complaint, ¶¶ 262-263.
18 Ninth Circuit Opinion, p. 3.
19 Amended Complaint, ¶ 22.

knowledge "lest investors discount [NVIDIA's] stock to reflect the volatility of crypto-related demand."[20] Instead of publicly acknowledging that the spike in demand for GeForce GPUs was in part due to crypto-miners, Plaintiffs allege that Defendants made it appear as if "NVIDIA's core Gaming business was immune from the volatility of the cryptocurrency markets," when in fact a substantial portion of reported Gaming revenues were due to sales to crypto-miners.[21] Plaintiffs allege that "the only revenues that Defendants publicly disclosed as cryptocurrency-related were sales"[22] of a "special GPU specifically designed for cryptocurrency mining" (the "Crypto SKU"), which NVIDIA reported in the OEM segment, and not in the Gaming segment.[23] According to Plaintiffs, this created the "impression that NVIDIA's crown jewel Gaming business was insulated from crypto-related volatility (and the crash in demand that would follow the cryptocurrency markets' inevitable bust)."[24]

21. Prior to and throughout the Class Period, I understand that Defendants repeatedly made alleged materially false and misleading statements to investors regarding the impact of cryptocurrency sales on NVIDIA's financial performance.[25] These statements include the following:

a. On August 10, 2017, Huang and Kress hosted NVIDIA's 2Q 2018 earnings call.[26] When an analyst from Goldman Sachs questioned whether cryptocurrency drove NVIDIA's $250 million earnings beat in 2Q 2018 and increased earnings guidance in 3Q 2018, Huang responded that NVIDIA's Crypto SKU accounted for just $150 million of 2Q 2018 revenues, and that "we serve the vast … majority of the cryptocurrency demand out of that specialized product."[27]

b. On August 12, 2017, the website *VentureBeat* published an article containing the transcript from an interview of Huang that was conducted after NVIDIA's August 10, 2017 earnings call.[28] The interviewer asked, "Did you say a hallelujah for cryptocurrency?" Huang responded "that cryptocurrency mining 'represented… maybe $150 million or so' and that 'our core business is elsewhere.'"[29]

---

20 Amended Complaint, ¶ 5.

21 Amended Complaint, ¶ 5.

22 Amended Complaint, ¶ 6. Emphasis in original omitted.

23 Amended Complaint, ¶ 6.

24 Amended Complaint, ¶ 6.

25 Amended Complaint, ¶ 174. More specifically, Plaintiffs allege, among other things, that: "(i) Defendants represented that cryptocurrency mining was, at most, a small, immaterial driver of NVIDIA's overall revenues, when in fact cryptocurrency mining drove a significant amount of NVIDIA's revenues throughout the Class Period; (ii) Defendants represented that revenues 'for gaming' were driving revenue growth, when in fact a material portion of revenues through NVIDIA's purported 'Gaming' segment were actually revenues from sales to cryptocurrency miners, not gamers; and (iii) Defendants represented that a majority of NVIDIA's cryptocurrency-related revenues originated from sales of its Crypto SKU and were reported in its 'OEM' segment, when in fact a majority—over 65%—of its Class Period cryptocurrency-related revenues were obtained through its purported 'Gaming' segment. By reporting revenues for the Crypto SKU but *not* reporting the cryptocurrency-related revenues for the GeForce GPUs in the Gaming segment, Defendants understated NVIDIA's exposure to and dependence on cryptocurrency-related demand by roughly *$1.13 billion* over the course of the Class Period." Emphasis in original.

26 Amended Complaint, ¶ 179.

27 Amended Complaint, ¶ 179.

28 Amended Complaint, ¶ 183.

29 Amended Complaint, ¶ 183.

c. On August 23, 2017, NVIDIA filed its Form 10-Q for 2Q18 with the SEC, which was signed by Huang and Kress.[30] According to the Amended Complaint, the Management's Discussion and Analysis section announced a "59% increase of $701 million in GPU business revenue year-over-year," which Defendants represented "was due primarily to increased revenue from sales of GeForce GPU products *for gaming*."[31]

d. On November 10, 2017, the website *VentureBeat* published an article containing the transcript from an interview of Huang that was conducted after NVIDIA's November 9, 2017 earnings call.[32] The interviewer questioned whether "cryptocurrency is driving all of your success," in which Huang responded that for NVIDIA, cryptocurrency was "small but not zero . . . . It's large for somebody else. But it is small for us."[33] According to Plaintiffs, Huang also stated that cryptocurrency-related revenue was "[m]aybe $70 million"—the amount NVIDIA had attributed to the Crypto SKU the day before.[34]

e. On November 21, 2017, NVIDIA filed its Form 10-Q for 3Q18 with the SEC, which was signed by Huang and Kress.[35] According to the Amended Complaint, the Management's Discussion and Analysis section announced a "31% increase of $520 million in GPU business revenue year-over-year," which Defendants represented "was due primarily to increased revenue from sales of GeForce GPU *for gaming*."[36]

f. On February 9, 2018, the financial news magazine *Barron's* published an article that detailed an interview with Huang following the February 8, 2018 NVIDIA earnings call.[37] The author explained in the article that "[w]hen I asked Huang if he wanted to point out anything in particular about the report and outlook, Huang began, 'Clearly there's been a lot of talk about crypto'" and stated that cryptocurrency represented a "small, overall" "part of our business this past quarter."[38]

g. On March 26, 2018, the industry publication *TechCrunch* published an interview with Huang, in which in response to a question about NVIDIA's documented supply problems, Huang stated that "he still attribute[d] crypto's demands as a small percentage of Nvidia's overall business."[39]

30 Amended Complaint, ¶ 187. Emphasis in original.
31 Amended Complaint, ¶ 187. Emphasis in original.
32 Amended Complaint, ¶ 196.
33 Amended Complaint, ¶ 196.
34 Amended Complaint, ¶ 196.
35 Amended Complaint, ¶ 200.
36 Amended Complaint, ¶ 200. Emphasis in original.
37 Amended Complaint, ¶ 207.
38 Amended Complaint, ¶ 207.
39 Amended Complaint, ¶ 210.

h. On March 29, 2018, Huang appears on the CNBC show *Mad Money* with Jim Cramer, and when asked about a Wells Fargo analyst report stating that NVIDIA's "cryptocurrency risks are growing" and a JPMorgan report suggesting that "it's not possible to maintain the cryptocurrency $250 million run rate and so therefore we must be concerned about the stock of NVIDIA." Huang responded that the "core growth drivers' for the Company's revenue results were other areas of the business—Gaming, Professional Visualization, Datacenter, and Automotive—and that 'cryptocurrency just gave it that extra bit of juice.'"[40] The Amended Complaint further alleges that "[w]hen Cramer asked [Huang] to confirm that 'if people think [cryptocurrency] is that important, they're gonna miss the bigger picture,' Huang responded, 'Absolutely,' and again contrasted NVIDIA's cryptocurrency-related business to the Company's 'core' businesses including Gaming."[41]

i. On August 16, 2018, Huang and Kress hosted NVIDIA's 2Q 2019 earnings call, during which Huang and Kress disclosed that "cryptocurrency-related demand had dried up" and a Form 8-K filed the same day also disclosed that NVIDIA had seen its inventory balloon by 37% the previous quarter.[42] When an analyst at Cowen and Company asked Huang and Kress if they "could talk a little bit about the gaming channel in terms of inventory, how things are looking in the channel as you guys see it," Plaintiffs allege that in an attempt to assuage "concerns about the glut of inventory that had resulted from the disappearance of crypto-mining demand," Huang responded that "[w]e are masters at managing our channel, and we understand the channel very well. . . . [W]e have plenty of opportunities as the—as we go back to school and the gaming cycle to manage the inventory."[43]

22. I understand that the Ninth Circuit found, *inter alia*, that the Amended Complaint sufficiently alleges that:

a. "[A] substantial part of NVIDIA's crypto-related revenue during the proposed Class Period came from sales of GeForce GPUs that were reported in NVIDIA's Gaming segment,"[44]

b. "Defendants Huang and Kress made materially false or misleading statements when they told analysts and investors that all or almost all of NVIDIA's crypto-related revenues were reported in its OEM segment rather than in its Gaming segment,"[45]

---

40 Amended Complaint, ¶ 213.
41 Amended Complaint, ¶ 213.
42 Amended Complaint, ¶ 216.
43 Amended Complaint, ¶ 216.
44 Ninth Circuit Opinion, p. 16.
45 Ninth Circuit Opinion, p. 23.

c. "[I]nvestors and analysts believed during the Class Period that NVIDIA was not vulnerable to the vicissitudes of crypto mining" based on statements by Huang and Kress,[46] and

d. "Defendants Huang and Kress made materially false or misleading statements during the Class Period, leading investors and analysts to believe that NVIDIA's crypto-related revenues were much smaller than they actually were."[47]

23. I understand that Kress also made statements during the Class Period regarding NVIDIA's cryptocurrency mining revenues,[48] but that the Court found that the Amended Complaint only sufficiently alleges that "Huang, but not Kress, made the statements knowingly or recklessly, in violation of § 10(b) and Rule 10b-5."[49]

24. According to Plaintiffs, Defendants' materially false and misleading statements caused NVIDIA's common stock to trade at artificially inflated prices during the Class Period before the truth was revealed through the disclosures after market-close on August 16, 2018, and November 15, 2018.[50] Plaintiffs allege that the "disclosure of previously misrepresented and concealed facts about these and other matters caused the price of NVIDIA's common stock to decline markedly, wiping out billions of dollars in shareholder value."[51]

### 2) Alleged Curative Events

25. On August 16, 2018, Plaintiffs allege, *inter alia*, that "[i]nvestors first began to learn about the extent of NVIDIA's true dependence on sales to cryptocurrency miners" when NVIDIA "lowered its revenue guidance by approximately 2.2% for 3Q18 and revealed that it no longer expected meaningful contribution from cryptocurrency miners for the remainder of the year."[52] Kress stated that NVIDIA "had previously anticipated cryptocurrency to be meaningful for the year, [but] we are now projecting no contributions going

46 Ninth Circuit Opinion, p. 29.

47 Ninth Circuit Opinion, p. 31.

48 For example, on September 6, 2017, Kress spoke on behalf of NVIDIA at the Citi Global Technology Conference. A securities analyst at Citigroup asked Kess during the conference, "[W]hat steps has NVIDIA taken to avoid cannibalization of core gaming market from these cards?" To which Kress responded, "we covered most of cryptocurrency with our cryptocards [Crypto SKUs] that we had developed[.]" Amended Complaint, ¶ 190. In addition, on November 9, 2017, Huang and Kress hosted NVIDIA's 3Q 2018 conference call. *Id*, ¶ 193. A securities analyst at Citigroup asked Huang and Kress to "quantify how much crypto was in the October quarter [third-quarter fiscal 2018] and expectations in the January quarter directionally" and explain "why should we think that crypto won't impact the gaming demand in the future. *Id*, ¶ 193. Kress responded that NVIDIA's "specific crypto [cards] equated to about $70 million of revenue, which is the comparable to the $150 million that we saw last quarter." *Id*, ¶ 193. Further, on November 29, 2017, Kress spoke on behalf of NVIDIA at the Credit Suisse Technology, Media and Telecom Conference. *Id*, ¶ 203. A securities analyst at Credit Suisse asked Kress during the conference about the impact of cryptocurrency-related demand on NVIDIA's gaming revenues, in which Kress responded that "there probably is some residual amount or some small amount" but that "the majority does reside in terms of our overall crypto card [Crypto SKU], which is the size of about $150 million in Q2." *Id*, ¶ 203.

49 Ninth Circuit Opinion, p. 3.

50 Amended Complaint, ¶ 172.

51 Amended Complaint, ¶ 172.

52 Amended Complaint, ¶ 155.

forward," and NVIDIA's revised earnings forecast, which "'includ[ed] no contribution from crypto'—was significantly lower than the market had expected."[53] Plaintiffs allege that "Kress admitted that 'over the last several quarters, we have seen the impacts of crypto and what that can do to elevate our overall gross margins'," and that "[w]e believe we have reached a normal period as we're looking forward to essentially no cryptocurrency as we go forward."[54] Plaintiffs also allege that "Huang conceded that 'probably . . . *a great deal*' of cryptocurrency miners had bought NVIDIA's GeForce gaming cards, partially exposing the truth that NVIDIA's cryptocurrency-related exposure was not contained almost exclusively in the reported revenues for the OEM segment."[55] NVIDIA had also separately "revealed that *inventories had ballooned more than 36% from $797 million in 2Q19, to $1.09 billion in 3Q19*."[56]

26. Plaintiffs allege that "NVIDIA's August 16, 2018 disclosure partially corrected Defendants' prior materially misleading misstatements and omissions, which had falsely minimized the impact of cryptocurrency-related sales on NVIDIA's financial performance, by demonstrating that cryptocurrency-related sales were in fact a substantial and significant driver of the Company's revenues and, specifically, its Gaming segment revenues."[57]

27. On November 15, 2018, NVIDIA issued financial results and held its earnings call for 3Q 2019. Plaintiffs allege that "investors received a more complete picture of NVIDIA's dependence on crypto-mining demand" when NVIDIA announced a "nearly 2% revenue miss" and "that [NVIDIA] was expecting revenues of only $2.7 billion in 4Q19, a *7% decline* year-over-year."[58] According to Plaintiffs, Kress "acknowledged the full extent to which the Company's Gaming revenues had been dependent on cryptocurrency-related demand," stating that "*Gaming was short of expectations as post crypto channel inventory took longer than expected to sell through*."[59] Plaintiffs also allege that Defendants "disclosed that this problem—excess Gaming GPU inventory following the disappearance of crypto-miners—would persist for at least 12 weeks," and that Huang "admitted [it] would amount to about $600 million in lost revenue."[60]

28. Plaintiffs allege that NVIDIA's November 15, 2018 disclosure corrected Defendants' prior materially misleading misstatements and omissions about "(1) the supposedly strong continued demand for GeForce GPUs from gamers, rather than crypto-miners; (2) NVIDIA's supposed satisfaction of 'most' or the 'vast majority' of its crypto-related demand through the Crypto SKU reported in the OEM segment's revenue, as opposed to the Gaming segment's revenue; (3) NVIDIA's capacity to easily absorb volatility in

53 Amended Complaint, ¶ 155.
54 Amended Complaint, ¶ 155.
55 Amended Complaint, ¶ 155. Emphasis in original.
56 Amended Complaint, ¶ 155. Emphasis in original.
57 Amended Complaint, ¶ 158.
58 Amended Complaint, ¶ 160. Emphasis in original.
59 Amended Complaint, ¶ 161. Emphasis in original.
60 Amended Complaint, ¶ 162.

crypto-related demand; and (4) Defendants' ability to manage fluctuations in inventory resulting from crypto-related demand volatility."[61]

## VI. Assessment of Market Efficiency for NVIDIA Common Stock

29. I understand courts have found that a plaintiff may not have to show actual or direct reliance on alleged material misstatements and omissions in order to prove the element of reliance for securities fraud claims under Section 10(b) of the Exchange Act. Instead, in accordance with precedent from the United States Supreme Court, courts permit a plaintiff asserting Section 10(b) claims to establish reliance through the "fraud on the market" presumption.[62] In order to invoke the "fraud on the market" presumption of reliance, I understand the Supreme Court has required (among other things) that the plaintiff establish that the security was traded on an efficient market during the relevant period.[63]

30. In finance and economics, the efficient market hypothesis ("EMH") refers to the extent that information available to investors and market participants is incorporated into the price of a security. The economic literature identifies three forms of the EMH:[64]

a. The weak form suggests that all information contained in past prices is incorporated in the current price of an actively traded asset;

b. The semi-strong form of the efficient market hypothesis states that all publicly available information is quickly and fully reflected in the price of a traded asset; and

c. The strong form of market efficiency suggests that all public and private information is incorporated in the current price of a traded asset.

31. A finding that shares trade in a semi-strong-form efficient market indicates that the prices of those shares quickly incorporate new, value-relevant public information about the issuer.[65]

32. It is widely accepted that prices of shares traded on major exchanges, such as the Nasdaq, respond to new, value-relevant information; that is, such markets are informationally efficient with respect to publicly available information. As prominent academics have noted, "economists generally agree that material information—whether truthful or fraudulent—will generally affect the price of a stock and that the effect will be in a predictable direction."[66]

---

61 Amended Complaint, ¶ 172.

62 *Basic Inc. v. Levinson*, 485 U.S. 224, 245-46 (1988) ("*Basic*"); *Halliburton Co. v. Erica P. John Fund, Inc.*, 573 U.S. 258, 277-78 (2014) ("*Halliburton II*").

63 *Halliburton II*, 573 U.S. at 277-78.

64 Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2 Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec., 28-30, 1969, May 1970, pp. 383-417. *See also*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

65 John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22. For the purposes of this discussion, general references to market efficiency refer to the semi-strong form unless otherwise noted.

66 Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436, *13-14 (Feb 5, 2014).

33. Throughout the Class Period, NVIDIA traded on the Nasdaq, self-described as "the largest single venue of liquidity for trading U.S.-listed cash equities."[67] Throughout the Class Period, NVIDIA was a part of the Nasdaq Composite Index.[68] NVIDIA common stock was also included in the S&P 500 Index—a widely-used proxy for large-cap equity movements—during this time.[69] NVIDIA was also included on the Nasdaq 100 Index, an index of the 100 largest domestic and international non-financial companies listed on the Nasdaq based on market capitalization.[70] Inclusion in such indices is based on a firm's shares meeting certain criteria with regard to market capitalization, public float, liquidity, and "reasonable" prices, similar to those typically used to evaluate whether a stock trades in semi-strong form efficient markets.[71] Thus, the fact that NVIDIA stock met these criteria during the Class Period further supports the proposition that it traded in an efficient market.

34. While the aforementioned characteristics of NVIDIA stock provide strong evidence that NVIDIA stock traded in an efficient market during the Class Period, I analyze various other aspects of NVIDIA stock to further support the proposition. Specifically, I understand that federal courts nationwide regularly consider the five factors set forth in *Cammer v. Bloom* in assessing market efficiency.[72] These five factors (the "Cammer Factors") are:

a. average weekly trading volume relative to outstanding shares;

b. number of analysts following the stock;

c. market maker and arbitrage activity;

d. ability to issue new securities through an S-3 registration statement; and

e. empirical facts showing a cause-and-effect relation between unexpected corporate events or financial releases and stock price movement.

35. In addition to the factors outlined in *Cammer*, I understand that some federal courts have considered additional factors in assessing the efficiency of a market, including:

a. market capitalization and float;73

---

67 Nasdaq, Inc Form 10-K for period ending December 31, 2020, p. 3.

68 Based on Bloomberg L.P. ("Bloomberg").

69 Based on data retrieved from Bloomberg.

70 Based on data retrieved from Bloomberg.

71 *See, e.g.,* S&P 500 Factsheet, https://www.spglobal.com/spdji/en/indices/equity/sp-500/#overview; and Nasdaq 100 Factsheet, https://indexes.nasdaqomx.com/docs/FS_XNDX.pdf.

72 *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989) ("*Cammer*"); *see also e.g. Binder v. Gillespie*, 184 F.3d 1059, 1064-65 (9th Cir. 1999) (affirming application of *Cammer* factors); *In re Diamond Foods, Inc. Sec. Litig.*, 295 F.R.D. 240, 247 (N.D. Cal. 2013) (applying factors); *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640 (C.D. Cal. 2018) (applying factors); *Waggoner v. Barclays PLC*, 875 F.3d 79, 94 (2d Cir. 2017) ("*Waggoner*") (endorsing *Cammer* factors, while noting the Second Circuit has "repeatedly … declined to adopt a particular test for market efficiency").

73 *See, e.g., Krogman v. Sterritt*, 202 F.R.D. 467, 477-78 (N.D. Tex. 2001) ("*Krogman*"); *see also Waggoner*, 875 F.3d at 94-95 (recognizing courts "often consider" the *Krogman* factors); *McIntire v. China MediaExpress Holdings, Inc.*, 38 F. Supp. 3d 415, 433 (S.D.N.Y. 2014) ("*McIntire*") (applying each *Krogman* factor).

b. bid-ask spread;74

c. presence of autocorrelation in stock price returns;75 and

d. constraints on short selling.[76]

36. I consider each of these factors below.

## A. *Cammer* Factors

### 1) *Cammer* Factor 1: Average Weekly Trading Volume

37. A stock must have a reasonable level of trading activity for new information to be rapidly incorporated into its share price. In *Cammer*, the court observed that an actively traded security is indicative of market efficiency "because it implies significant investor interest in the company," which "in turn, implies a likelihood that many investors are executing trades on the basis of newly available or disseminated corporate information."[77] The court identified weekly turnover (*i.e.,* the average weekly trading volume as a percentage of the total shares outstanding) as an appropriate indicator of active trading, concluding that "[t]urnover measured by average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption."[78]

38. **Chart 1** shows weekly turnover in NVIDIA common stock throughout the Class Period.

74 *Id.*

75 *See, e.g., Billhofer v. Flamel Techs., S.A.*, 281 F.R.D. 150, 160-62 (S.D.N.Y. 2012) ("*Billhofer*") (applying *Krogman* and analyzing autocorrelation).

76 *See, e.g., Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69, 81 n.77 (S.D.N.Y. 2015) ("*Carpenters*").

77 *Cammer*, 711 F. Supp. at 1286.

78 *Cammer*, 711 F. Supp. at 1286 (citing Bromberg, Alan R. & Lowenfels, Lewis D., 4 *Securities Fraud and Commodities Fraud*, § 8.6 (Aug. 1988) ("*Bromberg*").

**Chart 1. NVIDIA Weekly Stock Turnover**[79]




39. During the Class Period, average weekly volume was approximately 66.1 million shares; weekly turnover (relative to shares outstanding) averaged 10.9 percent and exceeded the 2 percent threshold for a strong presumption of efficiency in every week during the Class Period. Such a level of volume and weekly turnover supports a finding of an efficient market for NVIDIA common stock.

#### 2) *Cammer* Factor 2: Analyst Coverage

40. Widespread dissemination of information about companies and discussion among market participants helps incorporate information into stock prices. *Cammer* held that a "significant number of securities analysts" following a stock "would imply, for example, [relevant financial reports] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors."[80]

41. Securities analysts from major financial institutions who follow NVIDIA make buy and sell recommendations about NVIDIA to investors on a regular basis. Bloomberg reports the number of analyst recommendations for publicly traded equities. This data indicates that at least 35 securities analysts covered NVIDIA during the Class Period.[81]

42. I have identified over 400 analyst reports covering NVIDIA during the Class Period.[82] These reports include detailed analyses of NVIDIA's business and operations from securities analysts at major financial institutions such as RBC Capital Markets, SunTrust Robinson Humphrey, Susquehanna Financial Group, Wells Fargo, BMO Capital Markets, Morgan Stanley, UBS, and Credit Suisse.[83] In addition to supporting analysts' buy/sell recommendations and price targets for NVIDIA, analyst reports also reflected

---

79 Weekly trading volume and total shares outstanding as reported by Bloomberg based on full trading weeks.

80 *Cammer*, 711 F. Supp. at 1286.

81 Based on data retrieved from Bloomberg.

82 *See* **Appendix B**. Based on analyst reports provided by counsel.

83 *See* **Appendix B**.

analysts' responses, from both a quantitative and qualitative perspective, to new, value-relevant information.

43. I also identified over 4,400 reports from financial media, wire services, and general media discussing NVIDIA during the Class Period in publications including *The New York Times*, *Associated Press*, and *The Wall Street Journal*.[84] This media coverage also facilitated the dissemination of NVIDIA-related information to the market.

44. The breadth and depth of analyst and media coverage of NVIDIA during the Class Period demonstrates that newly available, value-relevant financial information was actively monitored and scrutinized by a network of investment professionals and financial journalists who quickly digested new information and disseminated that to NVIDIA investors. Such extensive coverage supports a finding that NVIDIA's shares traded in an efficient market throughout Class Period.

### 3) *Cammer* Factor 3: Existence of Market Makers/Institutional Investors and Arbitrageurs

45. Counterparties that are available to buy and sell securities facilitate active trading and help investors trade on available information. The court in *Cammer* found that "[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."[85]

46. The SEC defines a market maker as "a firm that stands ready to buy or sell a stock at publicly quoted prices."[86] By standing ready to buy and sell a stock at a publicly quoted price, market makers assure that buyers and sellers of a stock have a ready counterparty available for the "completion of the market mechanism" when new, value-relevant information becomes available.[87] Stated differently, market makers hold shares of securities to fill buy or sell orders on demand, thereby offering investors liquidity. Courts have looked to "the volume of shares that [market makers] committed to trade, the volume of shares they actually traded, and the prices at which they did so" as information by which to evaluate market efficiency.[88]

47. NVIDIA was listed on the Nasdaq during the Class Period. Trading on a major exchange such as the Nasdaq, which ensures there are multiple market makers for each security, indicates that an ample number of registered firms are available to act as market makers.[89]

84 Based on news and media articles available through Factiva.

85 *Cammer*, 711 F. Supp. at 1286-87.

86 "Glossary: Market Makers," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/market-makers.

87 *Cammer*, 711 F. Supp. at 1286-87; "Glossary: Market Makers," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/market-makers.

88 *Krogman*, 202 F.R.D. at 476; *In re Netbank, Inc. Sec. Litig.,* 259 F.R.D. 656, 671 (N.D. Ga. 2009).

89 *See, e.g.,* "Initial Listing Guide," *Nasdaq,* March 2025, p. 7; Kat Tretina and John Schmidt, "An Introduction to the Nasdaq Stock Exchange," *Forbes*, August 12, 2021.

48. I identified at least 129 financial institutions that disclose they made a market in NVIDIA common stock (*i.e.*, were market makers) during the Class Period, set forth in **Exhibit 1**.[90] The presence of multiple market makers ensures that buyers and sellers are able to routinely exchange shares at market-clearing prices, which ensures prices are reflective of information known by market participants.

49. In addition to market makers, *Cammer* points to the presence of arbitrageurs, who "react swiftly to company news and reported financial results," as another indication of market efficiency.[91] Arbitrageurs maintain market efficiency by identifying mispricing opportunities and buying/selling assets that are under/over-priced. This ensures prevailing prices reflect available value-relevant information.

50. One way to gauge how much of a security is owned by the type of sophisticated, well-informed investors that typically act as arbitrageurs is to examine the percentage of shares owned by institutional investors such as mutual funds or money managers. Institutional investors are presumed to be well-informed about the securities they hold and able to interpret and act upon new information.[92] Such investors have the capital, information, and resources required to take advantage of even relatively small arbitrage opportunities, ensuring that share prices reflect value-relevant information to the fullest extent possible.

51. Institutional investors owned at least 75.2 percent of NVIDIA publicly-available common stock and on average 81.9 percent during the Class Period.[93] This is consistent with the level of institutional ownership of stocks included in major indices such as the S&P 500.[94] NVIDIA common stock was, therefore, predominantly held by informed investors who were in a position to consider and react to new, value-relevant information.[95] The high level of institutional ownership of NVIDIA common stock, coupled with the participation of numerous market makers trading significant volumes, supports a finding that NVIDIA traded in an efficient market.

#### 4) *Cammer* Factor 4: Eligibility to File an S-3 Registration Statement

52. The SEC allows "more seasoned" companies to file a Form S-3.[96] Specifically, a Form S-3 is a filing with the SEC which provides an expedited registration process for public securities to be issued by a public company that already has registered a class of securities under the Securities Act and which has

---

90 Based on Bloomberg's Broker Activity Summary. I excluded market makers with brokerage activity but whose identity was not provided on Bloomberg.

91 *Cammer*, 711 F. Supp. at 1286-87.

92 Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporate Law*, Winter 1994, p. 292.

93 Calculated as the number of shares owned by institutional investors expressed as a percentage of shares outstanding as reported by Bloomberg.

94 Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* April 25, 2017.

95 Based on data retrieved from Bloomberg, I identified over 1,300 institutional investors that owned NVIDIA common stock during the Class Period. The data collected by Bloomberg consists of 13F filers (generally registered investment companies and advisers with at least $100 million of assets under management), mutual funds (domestic and international), domestic insurance companies, and institutional stake holders that appear on the aggregate level.

96 *Cammer*, 711 F. Supp. at 1284.

been in compliance with the reporting requirements under the Securities Act without defaulting on debts during the previous year.[97] A company is eligible to register an equity offering with an expedited Form S-3 when its common equity held by non-affiliates (its "public float") is worth at least $75 million.[98]

53. The court in *Cammer* found "the existence of Form S-3 status is an important factor weighing in favor of a finding that a market is efficient" as "it is the largest and most well-known companies which register equity securities on Form S-3."[99] According to *Cammer*, "[t]he 'public float' aspect of the Form S-3 requirements ensures that enough investors have in fact read the previously filed [prospectus] … It is this aspect of the Form S-3 requirements that calls into play the efficient market hypothesis."[100]

54. Throughout the Class Period, I understand NVIDIA traded on the Nasdaq and met the principal requirements to file a Form S-3: it had sufficient public float, had not defaulted on debt, and was in compliance with Securities Act disclosure obligations. At all times during the Class Period, I understand that NVIDIA had the ability to file a Form S-3. NVIDIA's eligibility to file a Form S-3 during the Class Period supports a finding that its shares traded in an efficient market.[101]

#### 5) *Cammer* Factor 5: Empirical Evidence of Cause-and-Effect Relationship Between Events and Stock Price Movements

55. The fifth *Cammer* factor relates to a cause-and-effect relationship between events and stock price movements. The *Cammer* court wrote:

> [I]t would be helpful to a plaintiff seeking to allege an efficient market to allege empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price. This, after all, is the essence of an efficient market and the foundation for the fraud on the market theory.[102]

56. The fifth *Cammer* factor implies that on days when new information that is relevant to the value of a company whose stock trades in an efficient market becomes available, the abnormal price movements in that company's shares (both positive and negative) tend to be larger than those on days without such information.[103]

---

97 Form S-3 Registration Statement Under the Securities Act of 1933, pp. 2-3.

98 Alternatively, companies that do not have a public float of at least $75 million can file an S-3 if they meet all other S-3 requirements, are not a shell company, have their stock listed and registered on a national securities exchange, and limit their offerings to no more than 1/3 of the market value of stock held by non-affiliates. *See* Form S-3 Registration Statement Under the Securities Act of 1933, pp. 3 and 5.

99 *Cammer*, 711 F. Supp. at 1285, 1271 n.5.

100 *Cammer*, 711 F. Supp. at 1285 & n. 33.

101 *See Krogman*, 202 F.R.D. at 476 (finding that the SEC permits the filing of a Form S-3 "only on the premise that the stock is already traded on an open and efficient market, such that further disclosure is unnecessary").

102 *Cammer*, 711 F. Supp. at 1287.

103 Abnormal share price movements, or abnormal returns, refer to the portion of daily share price returns that are not attributable to market or industry factors. *See infra* ¶¶ 63-64.

57. This reflects common sense. Since information has the potential to change expectations about a company and, therefore, the value of its shares, on average one would expect days on which new, value-relevant information was released to be associated with a relatively higher frequency of significant share price reactions in an efficient market.

#### a) Release Days

58. In order to analyze the fifth *Cammer* factor with regard to NVIDIA, I identify a subset of days on which NVIDIA released value-relevant information to the market ("Release Days"). I compare the frequency of share price reactions, or abnormal returns, on Release Days (the treatment group) to that of other days in the Class Period (the control group) to test whether Release Days tended to be accompanied by significant changes in NVIDIA's share price.

59. In this analysis, the abnormal return on any Release Day is indicative of the reaction of NVIDIA common stock to new company-specific information, after controlling for returns that may be predicted from broader market or industry movements.[104] Comparing the frequency of statistically significant abnormal returns on the Release Days to the frequency of significant abnormal returns on all other trading days during the Class Period can allow one to evaluate the relationship between releases of new information about NVIDIA and changes in its stock price.[105]

60. After reviewing NVIDIA's activities during the Class Period, I consider Release Days to be days on which NVIDIA issued quarterly or annual financial releases via earnings announcements. Many academic articles and treatises explain theoretically and demonstrate empirically that information disclosed in conjunction with earnings announcements can cause investors to significantly reevaluate the worth of a particular security.[106]

61. Limiting Release Days to earnings announcements does not imply that there are no other days within the Class Period on which new, value-relevant information was released. If there exist other days upon which value-relevant information is released, the selection of a limited number of Release Days potentially biases my results away from a finding of a cause-and-effect relationship because such

---

104 As I explain below, I predict NVIDIA's share price returns on each day by applying a widely used technique known as an event study. *See, e.g.,* John Campbell, et al., *The Econometrics of Financial Markets* (1997).

105 In statistical terms, significance is the likelihood that a result or observed relationship between two variables is unlikely under a specific hypothesis. Hypothesis testing is traditionally employed to determine the statistical significance of a result. This provides a "p-value," which represents the probability of observing data as extreme as that which was measured if the null hypothesis is indeed true. A statistically significant result at the 1 percent significance level is one in which there is a less than 1 percent probability of observing this result if the null hypothesis were true. Such p-values are also often described in terms of confidence levels by subtracting the p-value from 100 percent, as done above. *See, e.g.*, Jeffrey M. Wooldridge, *Introductory Econometrics* (6th ed., 2016), p. 119.

106 *See, e.g.*, William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research*, Vol 6, *Empirical Research in Accounting: Selected Studies,* 1968, pp. 67-92; Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research*, Vol. 9, *Empirical Research in Accounting: Selected Studies,* 1971, pp. 119-163; Joseph Aharony, and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35, No. 1, March 1980, pp. 1-12.

circumstances would decrease the likelihood of observing a difference in the frequency of statistically significant abnormal returns on Release Days as compared to other days.[107] Conversely, the presence of an earnings announcement does not, by itself, indicate that value-relevant information was revealed; *e.g.*, a firm could announce earnings results that were not at all unexpected. By only considering earnings releases, therefore, I ensure that the manner in which I identified Release Days is consistent with the principles of economic hypothesis testing and is objective and replicable.

62. I identified the 5 Release Days during the Class Period listed in **Exhibit 2**. The Class Period in this case spans August 10, 2017, through November 15, 2018, encompassing 321 trading days. The information included in each Release Day originated from NVIDIA and was released to the public market via press release.

### b) Event Study

63. In order to examine the extent to which the price of NVIDIA common stock responded to information disclosed on Release Days, I apply a widely accepted technique known as an event study.[108] An event study measures share price returns that correspond to an event. The technique controls for other factors affecting share price returns by associating share price movements with market and industry indices. An event study, therefore, isolates the impact of an announcement corresponding to a particular event from other factors that would have affected the share price at that time, such as macroeconomic or industry news affecting the indices.

64. A widely used application of the event study is known as the market model.[109] The market model is based on regression analysis, which provides a statistical framework for examining the nature and form of the relationship between two or more variables. The market model isolates abnormal returns by predicting NVIDIA's share price return (the dependent variable) as a function of changes in broad market and industry indices (the independent variables) on each day in the Class Period, separating NVIDIA's abnormal returns from typical variations in the industry or market.[110]

---

107 Such a parsimonious strategy also avoids debates about whether or not releases on other days may or may not contain value relevant information.

108 John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapter 4. *See also*, *Halliburton II*, 573 U.S., 280-81.

109 John Campbell, et al., *The Econometrics of Financial Markets* (1997), Chapter 4. *See also,* A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35. No. 1, March 1997.

110 Share price returns are computed as the percentage movements in the security price. For the purposes of estimating the market model, share price returns are typically expressed as logarithmic returns, or log returns. Specifically, a log return is the natural logarithm of the ratio of two daily closing security prices: ln $(P_t/P_{t-1})$, where 'ln' is the natural logarithm, '$P_t$' refers to the security price on day *t* and '$P_{t-1}$' refers to the security price one trading day prior to day *t*.

65. The market model I apply uses the following indices.[111]

a. For my market-specific performance control, I use the Nasdaq 100 Index (the "Market Index"), which includes 100 of the largest domestic and international non-financial companies listed in the Nasdaq based on market capitalization, and reflects companies across major industry groups, including computer hardware and software, telecommunications, retail/whole trade and biotechnology.[112] During the Class Period, NVIDIA also compared its stock performance against the Nasdaq 100 Index.[113] The broad reach of the index ensures that the impact of market-wide factors is captured in the index movements and, thus, makes it a suitable proxy for general market movements.

b. For my industry-specific performance control, I use a market-weighted index comprising 36 companies included in the S&P Semiconductors Select Index as of the beginning and end of the Class Period (the "Industry Index") to control for industry-specific performance. Prior to the Class Period, NVIDIA also compared its stock performance against the S&P Semiconductors Index.[114]

66. In addition to the market and industry indices, I include indicator variables for each Release Day and alleged fraud-related days included in the estimation window, which controls for NVIDIA's returns on those days.[115]

[111] Additional details about my event study methodology can be found in my reliance materials. I also performed this analysis using the following market indices: the S&P 500 and Nasdaq Composite, and the following industry indices: a bespoke equal-weighted index comprising of 36 companies in the S&P Semiconductors Select Index, and bespoke equal-weighted and market-weighted indices comprising 78 companies in the S&P Technology Select Index, as of the beginning and end of the Class Period. The companies in the S&P Semiconductors Select Index and S&P Technology Select Index, excluding NVIDIA, are set forth in **Appendix C and D**, respectively. The selection of the market and industry indices does not materially affect my *Cammer* factor 5 analysis.

[112] Nasdaq 100 Factsheet, https://indexes.nasdaqomx.com/docs/FS_XNDX.pdf.

[113] *See* NVIDIA Form 10-K for period ending January 29, 2017, p. 26 (comparing its performance relative to S&P 500, S&P Semiconductors, and Nasdaq 100); NVIDIA Form 10-K for period ending January 28, 2018 (comparing its performance relative to S&P 500 and Nasdaq 100), p. 21; and NVIDIA Form 10-K for period ending January 27, 2019, p. 22 (comparing its performance relative to S&P 500 and Nasdaq 100).

[114] *See* NVIDIA Form 10-K for period ending January 29, 2017, p. 26 (comparing its performance relative to S&P 500, S&P Semiconductors, and Nasdaq 100). NVIDIA did not include the S&P Semiconductors index in its stock price performance comparison charts in its 10-K filings for fiscal years 2018 and 2019.

[115] Indicator variables have a value of one on the relevant Release Day and zero on all other days. I also include indicator variables on days on which alleged misrepresentations or curative events occurred. I understand that the Ninth Circuit "held that the amended complaint sufficiently alleged that defendants Jensen Huang and Colette Kress made materially false or misleading statements, but the amended complaint did not sufficiently so allege as to defendant Jeff Fisher," and that "the amended complaint sufficiently alleged that Huang, but not Kress, made the statements knowingly or recklessly, in violation of § 10(b) and Rule 10b-5." Ninth Circuit Opinion, p. 3. To control for the impact of any potential fraud-related events, I include indicator variables on all days on which alleged misrepresentations occurred, irrespective of whether the alleged misrepresentations were made "knowingly or recklessly."

### c) Model Estimation

67. Having specified the market model, the next step is to use it to predict the share price return of NVIDIA stock on each day in the Class Period using the market model. Such estimation is carried out in "event time," rather than calendar time. Using event time, I predict each trading day's return using a set number of prior day returns. The time period used to estimate the model is called the estimation window.[116] For each trading day, I use an estimation window consisting of the preceding twelve months (252 trading days) of daily returns.[117]

### d) Analysis of Abnormal Returns

68. After generating NVIDIA's predicted return for each day during the Class Period, I subtract the predicted return from NVIDIA's actual return on that day to arrive at the abnormal return (*i.e.*, the return that is not attributable to market or industry factors).

69. The statistical significance of abnormal returns is based upon the null hypothesis that the market model (and not new, value-relevant information) fully explains the returns of NVIDIA stock—that is, each day's return does not differ from the prediction. For instance, if an abnormal return on a Release Day is statistically significantly different from zero at the 95 percent confidence level, that means we are 95 percent confident that we can reject the null hypothesis that the abnormal return on the Release Day is indistinguishable from what is predicted by the market model. Conversely, there is a less than 5 percent chance one would observe an abnormal return of such a magnitude under the null hypothesis that the market model fully explains NVIDIA's returns.[118]

70. If NVIDIA common stock trades in an efficient market, I expect a higher frequency of statistically significant abnormal returns on days in which potentially new value-relevant information is released to the market relative to other trading days. I do not, however, expect statistically significant returns to occur on all Release Days, since not all information released to the market is material or differs from expectations (*i.e.*, market prices may already reflect the information in the event it was previously expected).[119]

71. My analysis found a significantly higher frequency of statistically significant abnormal returns on Release Days compared to other days. Within the Class Period, 3 of the 5 Release Days identified (60

116 John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 152.

117 As set forth in my reliance materials, the results of my *Cammer* factor 5 analysis are not sensitive to three-, six-, or twelve-month estimation windows.

118 Although p-values of 0.05 are often applied as a threshold for statistical significance, the American Statistical Association ("ASA") has cautioned against relying on bright-line thresholds without considering the broader context of the analysis, explaining that "[p]ractices that reduce data analysis or scientific inference to mechanical 'bright-line' rules (such as 'p < 0.05') for justifying scientific claims or conclusions can lead to erroneous beliefs and poor decision making. A conclusion does not immediately become 'true' on one side of the divide and 'false' on the other." *See,* Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, Vol. 70, No. 2, 2016, pp. 129-133.

119 The absence of a statistically significant abnormal return does not necessarily imply that a company's stock did not react to a particular set of information since, for instance, significant positive and negative news released at the same time can have offsetting effects, resulting in an abnormal return that is not statistically significant.

percent), are significant at the 95 percent confidence level.[120] In contrast, for the remaining 316 days in the Class Period, only 6.0 percent of abnormal returns are significant at the 95 percent confidence level.[121]

72. The difference between the 60 percent of times the stock moved in a statistically significant fashion on Release Days (at the 95 percent confidence level) and the 6 percent of times the stock moved in a statistically significant fashion on non-Release Days (at the 95 percent confidence level) is the subject of my hypothesis test—whether the null hypothesis that Release Days are not statistically significantly different from non-Release Days can be rejected. Chi-squared and Fisher's exact tests confirm the statistical significance of the difference in the frequency of occurrences.[122]

73. In order to guard against potentially anomalous results that could occur from relying on a somewhat limited number of events (in this case, 5 Release Days), I extend my *Cammer* factor 5 analysis period to also include the year after the end of the Class Period (the "Extended Period.") I identified 11 Release Days during the Extended Period, which spans from August 10, 2017 through November 18, 2019, encompassing 573 trading days.

74. Inferentially, if the market for NVIDIA common stock was informationally efficient over the longer Extended Period, and also features substantial evidence of efficiency during the Class Period, it is yet further evidence that the market was informationally efficient during the Class Period. I find that NVIDIA common stock during the Extended Period exhibited *Cammer* factors 1-4,[123] as well as other indicia of efficiency,[124] so that these analyses further support the inference that NVIDIA common stock traded in a semi-strong form efficient market during the Extended Period, as well as the Class Period.

75. My analysis found a significantly higher frequency of statistically significant abnormal returns on Release Days compared to other days during the Extended Period. Within the Extended Period, 7 of the 11 Release Days identified (63.6 percent), are significant at the 95 percent confidence level.[125] In

120 *See* **Exhibit 2**.

121 *See* **Exhibit 2**. Of the non-Release Days, 19 of the 316 are significant at the 95 percent confidence level in the Class Period.

122 These are standard statistical tests used to compare the frequency of outcomes across different categories of observations (in this case, Release Days and Non-Release Days). Under both tests, the null hypothesis is that Release Days are not more likely than non-Release Days to have abnormally large price returns; the null hypothesis is rejected at the 1 percent level under both tests.

123 The average weekly turnover for the Class Period and the Extended Period were 10.9 percent and 10.5 percent, respectively. There were at least 35 covering analysts during the Class Period and the Extended Period. There were at least 129 and 156 market makers and institutional holders of NVIDIA common stock for the Class Period and the Extended Period, respectively. Finally, NVIDIA was eligible to file an S-3 registration statement during the Class Period and the Extended Period.

124 In addition to the *Cammer* factors, I also examined NVIDIA's market capitalization and float, bid-ask spread, autocorrelation, and short-sell constraints for the Extended Period. *See infra* § V(B). NVIDIA's market capitalization exceeded $77.5 billion with no less than 595 million shares outstanding on any trading day for the Extended Period. NVIDIA's public float also remained above 95.0 percent for the Extended Period, which is consistent with the results for the Class Period. NVIDIA's market capitalization and public float were substantially similar during the Class Period and the Extended Period. NVIDIA's bid-ask spread averaged 0.017 percent and 0.018 percent for the Class Period and the Extended Period, respectively. NVIDIA's returns also did not exhibit evidence of significant autocorrelation in the Class Period and the Extended Period. Finally, NVIDIA's failed-to-deliver shares was well below the threshold established by the SEC during the Class Period and the Extended Period.

125 *See* **Exhibit 2**.

contrast, for the remaining 562 days in the Extended Period, only 5.5 percent of abnormal returns are significant at the 95 percent confidence level.[126]

76. My results are consistent with the hypothesis that there is a cause-and-effect relationship between information revealed on Release Days and NVIDIA's stock price movements. From a statistical perspective, the proportion of Release Days with statistically significant abnormal returns at the 95 percent confidence level, 60.0 percent and 63.6 percent, is higher than the proportion of statistically significant abnormal returns on all other trading days, 6.0 percent and 5.5 percent, during the Class Period and Extended Period, respectively. Such results directly support the conclusion that NVIDIA's common stock price responded to new, value-relevant information throughout the Class Period and the Extended Period, and therefore, that NVIDIA's common stock traded in an efficient market.

#### e) Conclusion

77. My analysis of NVIDIA's abnormal price returns during the Class Period is a standard approach to evaluating *Cammer* factor 5 and suggests that NVIDIA's shares responded promptly to new information about the Company, which directly supports a conclusion that NVIDIA's common stock traded in an efficient market during the Class Period because it responds to new information in a manner that can be considered as having arisen from a cause-and-effect relationship.

### B. Additional Indicators of Market Efficiency

78. I understand courts evaluating whether individual securities trade in efficient markets have considered other factors in addition to those identified in *Cammer*.

#### 1) Market Capitalization and Public Float

79. The size of a stock's market capitalization and public float have been found to be indicators of market efficiency, as larger companies are more likely to be traded and a larger public float may represent greater trading opportunities for sophisticated investors.[127]

80. Throughout the Class Period, NVIDIA's market capitalization exceeded $92.7 billion with no less than 595 million shares outstanding on any trading day within the Class Period.[128] NVIDIA common

---

126 *See* **Exhibit 2**. Of the non-Release Days, 31 of the 562 are significant at the 95 percent confidence level in the Extended Period.

127 *Krogman*, 202 F.R.D. at 477-78; *Billhofer*, 281 F.R.D. at 160 ("[S]ubstantial market capitalization with a narrow bid-ask spread, and a large public float … strongly indicate that [a corporation's shares] traded in an efficient market such that the *Basic* presumption is appropriate."); *McIntire*, 38 F. Supp. 3d at 433 (same); *Strougo v. Barclays PLC*, 312 F.R.D. 307, 317 (S.D.N.Y. 2016) ("The markets for companies with higher market capitalizations … are more likely to be efficient."), *aff'd sub nom. Waggoner*, 875 F.3d 79.

128 NVIDIA historical market capitalization and shares outstanding as reported by Bloomberg. Market capitalization represents the market value of a company's issued and outstanding stock. CFA Institute, *CFA Program Curriculum Level I Volume 5: Equity and Fixed Income* (2019), p. 44.

stock's inclusion in the S&P 500 and Nasdaq 100 Indices is evidence that NVIDIA's market capitalization was among the largest publicly traded companies in the U.S. at the time.[129]

81. NVIDIA's public float as a percent of total shares of common stock outstanding remained above 95.0 percent throughout the Class Period.[130] As discussed above regarding *Cammer* factor 4, NVIDIA had sufficient public float to file a Form S-3 throughout the Class Period.

82. NVIDIA's large market capitalization and public float throughout the Class Period support a finding that NVIDIA common stock traded in an efficient market during the Class Period.

#### 2) Bid-Ask Spread

83. The bid-ask spread for a security is the difference between the highest price that a buyer is willing to pay and the lowest price that a seller is willing to accept.[131] Stocks trading at high volumes with multiple market makers tend to have many ready buyers and sellers and narrower bid-ask spreads, compared to stocks that are more thinly traded that tend to have fewer ready buyers and sellers and wider bid-ask spreads.

84. Certain courts have recognized threshold values for bid-ask spreads that are deemed to weigh in favor of market efficiency. For instance, the court in *Cheney* found that a bid-ask spread at or below 2.44 percent weighed in favor of market efficiency.[132]

85. Bloomberg reports that the average bid-ask spread for NVIDIA common stock for each trading day during the Class Period never exceeded 0.122 percent (*e.g.*, bid-ask spread of $0.122 on a trading price of $100) and averaged 0.017 percent.[133] NVIDIA's narrow bid-ask spread supports a finding that its shares traded in an efficient market during the Class Period.

#### 3) Statistical Properties of Stock Returns (Autocorrelation)

86. Econometric techniques used to assess market efficiency involve examining whether lagged (previous day's) price returns are predictors of future (today's) price returns (*i.e.*, whether price returns are autocorrelated over time). If yesterday's (or the previous day's) returns predict today's returns, investors can profitably trade on past market data, implying the market is not efficient.[134]

---

129 *Supra* ¶ 33.

130 Free float percentage as reported in Bloomberg. Free float percentage is defined as the number of shares of public float (*i.e.*, shares that are readily and freely tradable) expressed as a percentage of shares outstanding. CFA Institute, *CFA Program Curriculum Level I Volume 5: Equity and Fixed Income* (2019), p. 165.

131 CFA Institute, *CFA Program Curriculum Level I Volume 5: Equity and Fixed Income*, (2019), p. 44.

132 *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484, 501 (S.D. Fla. 2003); *see also Billhofer*, 281 F.R.D. at 154 (0.198%).

133 NVIDIA bid-ask spread percent as reported by Bloomberg.

134 *See*, *e.g.*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 22.

87. I test for predictability in NVIDIA stock returns by examining the relationship between yesterday's stock price returns and today's stock price returns using a regression analysis. When regressing NVIDIA's current stock return on its own "lagged" returns (*i.e.*, the prior day's return), I find no statistically significant relationship.[135] Put simply, the price return of previous days cannot be used to predict the price return today, which is characteristic of an efficient market.

88. When future returns are not predictable based on historical returns, the price series may follow a "random walk" such that one would expect the presence of what is known as a "unit root" to be reflected in the price series.[136] The Dickey-Fuller test, which evaluates the presence of a unit root in a time-series, yields results consistent with the evidence that NVIDIA's daily price returns were not predictable based on historical levels, which further supports a finding of market efficiency for NVIDIA common stock.[137]

89. These standard statistical results support a finding that NVIDIA common stock traded in a semi-strong form efficient market during the Class Period.

#### 4) Lack of Constraints on Short Selling

90. I understand that the presence of short sellers is considered to be evidence of market efficiency.[138] Short sellers, who seek to profit from their judgment that a stock is overvalued, may strengthen the ability of a market to correctly adjust for new information by providing an indication of when prices are too high.

91. While I am aware of no definitive test for constraints on short selling, regulatory agencies rely on certain factors to assess short-selling constraints. Regulators are routinely concerned with short-selling constraints arising from a "failure to deliver," in which "the seller fails to deliver securities to the buyer when delivery is due."[139] The SEC, therefore, requires self-regulatory organizations like the NYSE and Nasdaq to maintain threshold lists of securities that illustrate risks of short sale constraints.[140] A threshold security is one that meets the following three criteria:

---

135 *See*, *e.g.*, John Campbell, et al., *The Econometrics of Financial Markets* (1997), p. 44. In regression analysis, the null hypothesis being tested is that the coefficient on the independent variables is zero. In this case, the coefficient on the independent variable is insignificant, indicating the data are consistent with the null hypothesis (that the coefficient is zero and that the prior day's return has no impact on the current day's return). Robert S. Pindyck and Daniel L. Rubinfeld, *Econometric Models and Economic Forecasts* (4th ed. 1998), p. 43.

136 *See*, *for instance*, John Campbell, et al., *The Econometrics of Financial Markets*, (1997), p. 30. "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual Release 15* (2017), p. 157.

137 The Dickey-Fuller test is consistent with the expectation that, in an efficient market, NVIDIA stock prices are non-stationary. These results are presented in my reliance materials.

138 *See, e.g., Schleicher v. Wendt*, 618 F.3d 679, 685 (7th Cir. 2010); *Carpenters*, 310 F.R.D. at 81 n.77.

139 "Investor Bulletin: An Introduction to Short Sales," *Investor.gov*, October 29, 2015, https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-51.

140 *See, e.g.*, "NYSE Regulation Threshold Securities," *Intercontinental Exchange*, https://www.nyse.com/regulation/threshold-securities; "Nasdaq Threshold List," *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold.

a. There is an aggregate fail to deliver position at a registered clearing agency for five consecutive settlement days;[141]

b. There are aggregate fails to deliver at a registered clearing agency of 10,000 shares or more per security;[142] and

c. The level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding.[143]

92. The SEC then tracks the total failed-to-deliver shares for each security. While some level of delivery failures is common, a security with persistent delivery failures involving a large number of shares may imply that short selling is constrained, since short sellers "may encounter difficulty in obtaining securities when the time for delivery arrives."[144] The SEC expects that this figure should generally not exceed one-half of one percent for more than five consecutive settlement dates.[145] As shown in the chart below, NVIDIA was below the threshold established by the SEC on all of the trading days during the Class Period.

93. Fees associated with selling a given security short may also effectively impose a constraint on short-selling, as large fees would deter some investors who might otherwise engage in such activity. The SEC noted that securities designated as "threshold securities" tend to have large fees.[146] Since NVIDIA was not included on the threshold list during the Class Period, it follows that fees on short sales of its stock would most likely not have been at the level of a stock with such a "threshold" designation during the Class Period.

---

141 In the context of short selling, fails-to-deliver shares "represent the aggregate net balance of shares that failed to be delivered as of a particular settlement date." "Fails-to-Deliver Data," *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; Threshold Securities, *SEC*, https://www.sec.gov/answers/threshold.htm.

142 "Threshold Securities," *SEC*, https://www.sec.gov/answers/threshold.htm.

143 SEC Rule 203(c)(6).

144 "Investor Bulletin: An Introduction to Short Sales," *Investor.gov*, October 29, 2015, https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-51.

145 SEC Rule 203(c)(6).

146 *In the Matter of Gary S. Bell*, SEC Release No. 65941, December 13, 2011 (noting that "threshold securities are hard-to-borrow and therefore command large fees in the stock loan market").

**Chart 2. NVIDIA Failed-to-Deliver Shares**[147]




94. With few delivery failures and the lack of a threshold security designation, there is no evidence of short sale constraints for NVIDIA common stock during the Class Period. This is further evidence that NVIDIA common stock traded in a semi-strong form efficient market during the Class Period.

## C. Conclusion

95. I understand courts—like academics—have not established a single bright-line test of whether a market for a security is or is not efficient;[148] rather, a finding of market efficiency is based on a comprehensive consideration of multiple factors, as discussed herein. **Table 1** summarizes my findings for each of these factors for NVIDIA stock.

147 "Fails-to-Deliver Data," *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm; shares outstanding as reported by Bloomberg.

148 *Cammer*, 711 F. Supp. at 1287.

**Table 1. Summary of Market Efficiency Findings**

| Factor Name | Results During Class Period | Supports EMH |
|---|---|---|
| ***Cammer* Factors** | | |
| Stock trading volume | 10.9 percent average weekly turnover during Class Period | Yes |
| Number of analysts following stock | At least 35 covering analysts per day | Yes |
| Market makers and institutional investors | At least 129 market makers and numerous institutional holders | Yes |
| Eligibility to file an S-3 registration statement | Eligible during the Class Period | Yes |
| Cause-and-effect relationship between events and stock price movements | Statistically significant differences between Release Days and non-Release Days | Yes |
| **Other Factors** | | |
| Market capitalization | > $92.7 billion | Yes |
| Bid-ask spread | Average spread of 0.017 percent | Yes |
| Stock's float | > 95.0 percent of shares publicly floated | Yes |
| Statistical properties | No indication of autocorrelation in returns; unit root illustrates no persistence of historical information in returns | Yes |
| Constraints on short selling | No evidence of persistent constraints | Yes |

96. Shares that trade in an efficient market do not necessarily have to meet each of the above criteria. NVIDIA common stock, however, met each of these criteria throughout the Class Period. In my opinion, NVIDIA common stock traded in an efficient market, which is clearly supported by my analysis of the *Cammer* factors and other factors.

## VII. Measuring Damages to Shareholders on a Class-wide Basis

97. Under Plaintiffs' theory of liability, Defendants' misrepresentations and omissions of material facts regarding "(1) the supposedly strong continued demand for GeForce GPUs from gamers, rather than crypto-miners; (2) NVIDIA's supposed satisfaction of 'most' or the 'vast majority' of its crypto-related demand through the Crypto SKU reported in the OEM segment's revenue, as opposed to the Gaming segment's revenue; (3) NVIDIA's capacity to easily absorb volatility in crypto-related demand; and (4) Defendants' ability to manage fluctuations in inventory resulting from crypto-related demand volatility," caused NVIDIA's common stock to trade at artificially inflated prices between August 10, 2017 and

November 15, 2018 by inducing artificial inflation in the price of NVIDIA common stock and/or by maintaining existing inflation.[149] According to Plaintiffs, individual shareholders were harmed to the extent they purchased or otherwise acquired shares at prices that were artificially inflated by Defendants' alleged misrepresentations and omissions and held those shares through the alleged curative event, which caused such artificial inflation to be removed from NVIDIA's common stock price.

98. At any time during the Class Period, the amount of artificial inflation in NVIDIA's common stock price, like the share price itself, was identical for all shares of NVIDIA common stock traded on the Nasdaq. The daily artificial inflation amounts are sometimes referred to as the inflation ribbon, which is the difference between the actual security prices and the security prices that should have prevailed but-for the alleged fraud. Damages are calculated in the same way for all class members, based on the timing and volume of each class member's transactions for NVIDIA common stock.

99. Once the inflation ribbon for NVIDIA's common stock has been determined during the Class Period, one may compute the damages that each Class member suffered as a result of Defendants' alleged misrepresentations and omissions. Specifically, damages for any and all members of the proposed Class can be calculated as the difference between: (a) price inflation at the time the securities were purchased (or acquired); and, if necessary, (b) price inflation at the time the securities were sold after one or more curative events. In this manner, damages in this case can be calculated in a manner that is common to all class members and consistent with the Plaintiffs' theory of liability.

100. One also must consider statutory limitations in relation to class members' damages. In particular, I understand the Private Securities Litigation Reform Act of 1995 ("PSLRA") states that "damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."[150] This limitation can be applied mechanically to each transaction that results in damages from artificial inflation for each member of the proposed Class still holding the security at such date.

### A. Measuring Share Price Inflation Based on Curative Events

101. Estimating share price inflation often begins by analyzing the impact of curative events. When previously withheld information is disclosed to the market, artificial price inflation is removed from a security's price. Curative events may, therefore, indicate the extent to which the share price had been

[149] Amended Complaint, ¶ 172.

[150] 15 U.S.C. § 78u-4(e)(1). Additionally, "if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period," then "damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security." (15 U.S.C. § 78u-4(e)(2)).

supported by alleged material misrepresentations or omissions and, as a result, may be used to estimate share price inflation in the context of semi-strong form efficient markets.

102. Based on my conclusion that shares of NVIDIA common stock traded in a semi-strong form efficient market, the share price reactions to new, value-relevant information promptly reflected the effects of such events on the share price.[151] I can, therefore, measure the impact of a curative event on NVIDIA's common stock price using the abnormal returns, if any, that followed such disclosure, as determined through an event study approach.

103. When an abnormal return follows a curative event, it may be reasonable to conclude that the return was caused by the event in question, provided news of the event became available to the market at the time of (or prior to) the abnormal movement. Since the abnormal return already accounts for market and industry factors, if no other idiosyncratic information, *i.e.*, information related uniquely to the firm, was released at or about the same time as the event, then the abnormal return may be used as an estimate of the event's effect on the value of the Company's shares. If information unrelated to the alleged fraud (*i.e.*, "confounding information") was also released at or about the same time as the curative events, then I would evaluate whether such confounding information is responsible for all or some of the abnormal stock price return. If I determine that confounding information caused some of the abnormal stock price decline following a curative event, then I can isolate the portion of such price decline caused by the confounding information so as to "disaggregate" the price impact of such confounding information from the price impact of the fraud-related information. There are a variety of means by which I could analyze potentially confounding information (in accordance with Plaintiffs' theory of liability) and disaggregate the price impact of such confounding information, if necessary, including standard financial analysis and valuation tools. For instance, practitioners routinely measure the value of expected earnings using income and market approaches, which may be used to quantify the impact of changes in expectations and perceived risks associated with a business or earnings stream.[152]

## B. Calculating Share Price Inflation for NVIDIA Stock During the Class Period

104. Once the impact of the curative events, if any, on NVIDIA's common stock price has been estimated, one may estimate the extent, if any, to which NVIDIA's common stock price was inflated earlier in the Class Period prior to the curative events. I understand Plaintiffs claim that NVIDIA investors were damaged when the relevant truth concealed by Defendants' material misstatements and omissions of adverse, non-public information concerning the impact of cryptocurrency sales on NVIDIA's financial

---

151 *See, e.g.,* A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, No. 1, March 1997.

152 *See, for instance,* Shannon, P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008), Chapters 3, 9, and 11. Under the income approach, value today equals future cash flows discounted at the opportunity cost of capital, which reflects the risk associated with those cash flows. The market approach generally applies a multiple to a measure of future income, such as earnings.

performance was revealed through the alleged curative events after market close on August 16, 2018, and November 15, 2018.

105. To the extent I am called upon to evaluate damages and loss causation at a later stage of this case, I will consider the facts and circumstances of the case, potentially including documents produced and testimony elicited during the discovery phase of this litigation as appropriate, in order to measure the extent to which, if at all, NVIDIA's common stock price was inflated throughout the Class Period during which Defendants allegedly misrepresented and failed to disclose material, adverse, non-public information regarding the impact of cryptocurrency sales on NVIDIA's financial performance. I will also consider whether and how artificial share price inflation in NVIDIA common stock may have been differentially affected by the allegedly concealed information over the Class Period and the impact that the alleged curative event had on artificial inflation.[153] This analysis will allow me to measure artificial share price inflation on every day of the Class Period for all members of the Class, which I will use to compute damages to each member of the proposed Class using the same methodology.

### C. Calculation of Shareholder Damages

106. I understand that Section 10(b) addresses the liability for investors who sustained losses in connection with the purchase or sale of securities as a result of the Defendants' alleged misrepresentations and/or omissions.[154] I also understand that damages in securities fraud cases are calculated using a well-established and widely accepted approach based on "out-of-pocket" losses.[155] This approach measures the difference between the price an investor paid and the price that investor would have paid but for the fraud (*i.e.*, the amount of artificial inflation in the stock price), measured as the difference between the amount of artificial inflation caused by Defendants' alleged misrepresentations and/or omissions that was in the share price at the date of purchase and at the date of sale.

107. Once the inflation ribbons for NVIDIA common stock have been estimated for each day during the Class Period, including by performing any analyses required to disaggregate the price impact of confounding information and inflation differentials, over time, (if any such influences exist) one may compute damages for each Class member in a common and mechanical manner. Specifically, for any and all members of the proposed Class who purchased or acquired NVIDIA common stock during the Class Period,

---

153 To the extent the impact of the allegedly concealed information may have varied during the Class Period, I can apply standard economic, financial, and valuation tools and techniques to measure the share price impact, if appropriate, of changes in expectations arising from the allegedly concealed information at different times during the Class Period.

154 17 CFR § 240.10b-5(b) – Employment of manipulative and deceptive devices.
"It shall be unlawful for any person, directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails or of any facility of any national securities exchange,
(b) To make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading."

155 Courts widely recognize that the "out of pocket" measure of damages based on an event study "is the standard measurement of damages in Section 10(b) securities cases." *See City of Miami Gen. Empls. Ret. Trust v. RH, Inc.,* 2018 WL 4931543, at *3 (N.D. Cal. Oct. 11, 2018), and *In re SanDisk LLC Sec. Litig.*, 2018 WL 4293336, at *2 (N.D. Cal. Sept. 4, 2018).

damages can be calculated as the difference between: (a) price inflation at the time of purchase, and (b) price inflation (if any) at the time of sale. The total amount of damages can be calculated by the total number of shares multiplied by the per-share loss. To the extent PSLRA limitations on damages apply (as referenced above in ¶ 100), these limitations may be implemented using a single formula applied to every member of the proposed Class.

108. The methods and techniques I describe are widely accepted and may be applied to any and all members of the proposed Class.

## VIII. Further Work

109. My analysis is ongoing and I reserve the right to supplement my opinions as additional information is made available to me.

Joseph R. Mason, PhD

**Appendix A**



**JOSEPH R. MASON** PhD

*Senior Advisor*

Dr. Joseph R. Mason is a PhD economist with more than 25 years of experience applying structured economic reasoning to litigation, regulatory, and public policy testimony.

In litigation, Dr. Mason is frequently retained as an economic expert in disputes and investigations involving complex pricing, valuation, and macroeconomic dynamics in both unregulated and regulated markets, including financial, energy, health, insurance, and telecommunications. He has testified on loss causation and damages in class action, antitrust, and private litigation (*i.e.*, transfer pricing, contractual suitability, standard of care, financial guaranties, and representations and warranties) as well as market efficiency and damages in Rule 10(b)-5, Section 11, and other securities litigation. Dr. Mason has offered expert testimony at trials, depositions, or arbitrations more than 65 times, having been retained on behalf of entities including banks, hedge funds, insurance companies, and the U.S. government. He has testified in high-profile federal court cases such as Assured Guaranty Municipal Corp. v. Flagstar Bank, In re Blue Cross Blue Shield Antitrust Litigation, In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations, and TMI Trust Company of New York v. WMC Mortgage LLC at trials and hearings in U.S. District Courts in the Southern District of New York, the District of Connecticut, the District of Columbia, and others.

In regulatory matters, Dr. Mason has been engaged by both the SEC and respondents in a variety of investigations and lawsuits relating to matters including insider trading (both civil and criminal litigation), algorithmic trading, mark-to-market procedures, and investment portfolio allocations. Dr. Mason has been engaged by banks in connection with regulatory risk management system reviews, proper implementation and classification of structured finance arrangements, and regulatory economic capital assessments. He has also been engaged as a principal in multiple internal risk management and modeling reviews by institutions such as Fannie Mae, Credit Agricole CIB/Calyon, and ExxonMobil.

Regarding public policy, Dr. Mason has testified before numerous U.S. House and Senate Committees, European Parliament, and the Federal Reserve Board. He has also advised Congress' Joint Economic Committee, the Government Accountability Office, the Congressional Research Service, the Federal Reserve Bank of Richmond, the Public Company Accounting Oversight Board, and the Financial Crisis Inquiry Commission. He has appeared on numerous television and radio networks and been cited extensively in print media.

Dr. Mason is currently a Fellow at the University of Pennsylvania's Wharton School of Business. Over the course of a lengthy academic career, he was a tenured Professor of Finance and the Hermann Moyse, Jr. / Louisiana Bankers Association Chair at Louisiana State University, an Assistant and tenured Associate Professor at Drexel University, and adjunct faculty at Georgetown University. Before that, Dr. Mason was a Senior Financial Economist at the Office of the Comptroller of the Currency, where, among other things, he analyzed economic risks in support of bank examinations and regulatory policy. He performed similar work for the Federal Reserve Bank of Philadelphia, the Federal Deposit Insurance Corporation, and the World Bank. His economic training and experience are reflected in his many published academic articles on financial crises, valuation, and risk management in the presence of imperfect information, the economics of loss causation, and the economic dynamics of liquidations and recoveries.

Dr. Mason holds a Doctor of Philosophy and Master of Science in economics from the University of Illinois at Urbana-Champaign and a Bachelor of Science in economics from Arizona State University.

**Direct** *+1.212.364.1926*
**Mobile** *+1.610.805.9083*
**Email** *jmason@bvagroup.com*

## TESTIMONY AND PUBLICATIONS

### DEPOSITION TESTIMONY:

*MLRN LLC, v. U.S. Bank National Association*
No. 65712/2018
Supreme Court of the State of New York, County of New York

*Florida Health Sciences Center, Inc., et al., v. Richard Sackler, et al.*
No. 19-018882
In the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida

*In re: Interest Rate Swaps Antitrust Litigation*
MDL No. 2704 Master, Docket No. 16 MD 2704 (JPO)
United States District Court, Southern District of New York

*SEB Investment Management AB, et al., Individually and On Behalf of All Others Similarly Situated v. Wells Fargo & Company, et al.*
No. 3:22-cv-03811
United States District Court, Northern District of California

*Commerzbank AG, v. Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas*
No. 1:15-cv-10031-JGK
United States District Court, Southern District of New York

*Sjunde AP-Fonden, individually and on Behalf of All Others Similarly Situated v. The Goldman Sachs Group, Inc., et al.*
No. 1:18-cv-12084-VSB
United States District Court, Southern District of New York

*In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*
No. 13-mc-1288-RCL
United States District Court, District of Columbia

*Industriens Pensionsforsikring A/S, Individually and On Behalf of All Others Similarly Situated v. Becton, Dickinson and Company, Vincent A. Forlenza, Thomas E. Polen, and Christopher R. Reidy*
No. 2:20-cv-02155-SRC-CLW
United States District Court, District of New Jersey

*Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley ABS Capital I Inc. Trust, Series 2007-NC1 v. Morgan Stanley ABS Capital I Inc.*
No. 650291/2013
Supreme Court of the State of New York, County of New York

*Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley ABS Capital I Inc. Trust, Series 2007-NC3 v. Morgan Stanley ABS Capital I Inc.*
No. 651959/2013
Supreme Court of the State of New York, County of New York

*Commerzbank AG v. U.S. Bank National Association*
No. 16-cv-04569-DLC-SDA
United States District Court, Southern District of New York

*Phoenix Light SF Limited, et al. v. HSBC Bank USA, National Association*
No. 14-cv-10101-LGS-SN
United States District Court, Southern District of New York

**TRIAL AND HEARING TESTIMONY:**

*Sjunde AP-Fonden, individually and on Behalf of All Others Similarly Situated v. The Goldman Sachs Group, Inc., et al.*
No. 1:18-cv-12084-VSB
United States District Court, Southern District of New York

*United States of America v. Sun Kook (Bill) Hwang and Patrick Halligan*
No. 1:22-cr-00240
United States District Court, Southern District of New York (Foley Square)

*In re Fannie Mae/Freddie Mac Senior Preferred Stock Purchase Agreement Class Action Litigations*
No. 13-mc-1288-RCL
United States District Court, District of Columbia

*In re Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406)*
No. 13-cv-20000-RDP
United States District Court, Northern District of Alabama, Southern Division

**LEGISLATIVE AND REGULATORY TESTIMONY, BRIEFS, AND PRESENTATIONS:**

Brief of Joseph R. Mason, et al., as Amici Curiae Supporting Respondents, *On Writ of Certiorari to the United States Court of Appeals for the Ninth Circuit, In The Supreme Court of the United States*, Facebook Inc., et al., Petitioners, v. Amalgamated Bank, et al., Respondents, October 1, 2024.

Brief of Joseph R. Mason as Amicus Curiae in Support of Respondent, on *Writ of Certiorari to the United States Court of Appeals For The Second Circuit, in the Supreme Court of the United States*, Alex Cantero, et al., Individually and on Behalf of All Others Similarly Situated, Petitioners, v. Bank of America, N.A., Respondent, January 25, 2024.

Brief of Prof. Joseph R. Mason in Support of Petitioner, on *Petition for a Writ of Certiorari to the United States Court of Appeals for the Second Circuit, in the Supreme Court of the United States*, Marc S. Kirschner, solely in his capacity as Trustee of the Millennium Lender Claim Trust, Petitioner, v. JP Morgan Chase Bank, N.A., et al., Respondents, January 22, 2024.

*Presentation to U.S. Securities & Exchange Commission Staff*
Confidential matter relating to whether and how a global asset management company applied algorithmic trading tools, models, and methods to emerging market debt portfolio management, Washington, D.C.

Brief of Dr. Joseph R. Mason, et al., as Amici Curiae Financial Economists in support of Respondents, on *Writ of Certiorari to the United States Court of Appeals for the Second Circuit, In The Supreme Court of the United States*, Goldman Sachs Group, Inc., et al., Petitioners, v. Arkansas Teacher Retirement System, et al., Respondents, March 3, 2021.

Brief of Dr. Joseph R. Mason, et al., as Amici Curiae Economics and Finance Professors, in support of *Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Defendant's Cross Motion-Motion for Summary Judgment*, People of the State of California, et al., Plaintiffs, v. The Office of the Comptroller of the Currency, et al., Defendants, United States District Court, Northern District of California (Oakland), January 21, 2021.

*Testimony before the U.S. House of Representatives Committee on Natural Resources, Subcommittee on Energy and Mineral Resources, "*Climate Change: Preparing for the Energy Transition," February 12, 2019.

Co-Author (with Jeffrey D. Balcombe and W. Scott Dalrymple), "Financial Supervision and Regulation in the US: Dodd-Frank Reform," *European Parliament*, December 2018.

*Testimony before the U.S. Senate Committee on Energy and Natural Resources, "*Hearing on the Bureau of Ocean Energy Management's 2017-2022 OCS Oil and Gas Leasing Program," May 19, 2016.

*Testimony before the U.S. House of Representatives Committee on Natural Resources, "*The Impacts of Federal Policies on Energy Production and Economic Growth in the Gulf," September 15, 2015.

"Overview and Structure of Financial Supervision and Regulation in the U.S.," Prepared for the European Parliament's Committee on Economic and Monetary Affairs, Directorate General for Internal Policies, Policy Department A: Economic and Scientific Policy, IP/A/ECON/2012-16, PE 492.470, September 2015.

*Testimony before the U.S. Senate Committee on Environment and Public Works, Clean Air and Nuclear Safety Subcommittee, Minority Field Hearing, "*The EPA's Threat to Louisiana's Ozone Attainment," August 5, 2014.

*Testimony before the U.S. Senate Committee on Environment and Public Works, Clean Air and Nuclear Safety Subcommittee, "*Climate Change: The Need to Act Now," June 18, 2014.

**ACADEMIC PUBLICATIONS:**

"Income and Health Care Consumption: Evidence from Mortgage Payment Shocks," (with Hong Lee and Deokrye Baek), forthcoming *Health Economics.*

"The Recent History and Development of Syndicated Loan Markets," (with Todd E. Goldwasser), *Securities Regulation Law Journal*, Vol. 52, No. 4, Winter 2024.

"Did Doubling Reserve Requirements Cause the 1937-38 Recession? New Evidence on the Impact of Reserve Requirements on Bank Reserve Demand and Lending," (with Charles Calomiris and David Wheelock), *Journal of Financial Intermediation*, Vol. 56, October, 2023.

"Odd Lot Illusion: The Lack of Discounts for Non-Agency Residential Mortgage Backed Securities after the Crisis," (with Jody W. Bland and W. Scott Dalrymple), *Securities Regulation Law Journal*, Spring 2023.

"ETF ownership and firm-specific information in corporate bond returns," (with Meredith E. Rhodes), *Journal of Financial Markets*, Vol. 63, March 2023.

"Asset Sales, Recourse, and Investor Reactions to Initial Securitizations: Evidence Why Off-Balance Sheet Accounting Treatment Does Not Remove On-Balance Sheet Financial Risk," (with Eric J. Higgins and Adi Mordel), *Journal of Risk Finance*, Vol. 20, Issue 3, August 12, 2019.

"Self-reporting under SEC Reg AB and transparency in securitization: evidence from loan-level disclosure of risk factors in RMBS deals," (with Michael Imerman and Hong Lee), *Journal of Risk Finance*, Vol. 15, Issue 4, August 18, 2014.

**BOOK CHAPTERS:**

"Financial Regulation and Fraud in CO2 Markets," *Research Handbook of Investing in the Triple Bottom Line*, Sabri Boubaker, Douglas Cummings and Doc Nguyen, eds., Cheltenham: Edward Elgar, 2018, pp. 9-28.

"Contagion and Bank Failures during the Great Depression: The Chicago Banking Panic of June 1932," (with Charles Calomiris), American Economic Review, December 1997 (87:5), pp. 863-884. Reprinted in The International Library of Critical Writings in Economics –*Regulation and Governance of Financial Institutions*, edited by James R. Barth and Ross Levine, Cheltenham: Edward Elgar Publishers, 2016.

**COMMENTS, OPINIONS, EDITORIALS:**

"One Way to Keep Medicare Working in Pennsylvania," *Pittsburgh Post-Gazette*, April 22, 2025

"Outlawing Software Won't Bring Down Philly Rents," *NJBIZ*, February 10, 2025

"The CFPB's recent lawsuits cement the case for its dissolution," *American Banker*, January 30, 2025

"How innovative approaches to the future of work will benefit U.S. economy," *The Center Square*, January 17, 2025

"The FDIC Should Look Inward Before Taking On More Regulation," *RealClearMarkets.com*, October 10, 2024.

"SVB's Sudden Collapse Wasn't a Social Media Triggered 'Twitter Run.' It's What People Always Do When their Money is Threatened," (with Kris James Mitchener), *MarketWatch*, March 25, 2023

"Here's Why the Key Metric Used to Test the Health of U.S. Banks is Flawed," *CNBC Squawk Box Interview*, March 17, 2023.

"Stress Testing Wouldn't Have Saved Silicon Valley Bank," (with Kris James Mitchener), *Wall Street Journal*, March 15, 2023.

"COVID-19 Recovery and Commercial Real Estate Dynamics," (with Jody Bland), *BVA Group*, April 17, 2020.

"Evaluating Economic Losses in the Age of Coronavirus," (with Jody Bland), *BVA Group*, April 16, 2020.

"PPP Loan Policy and Lenders' Litigation Risk," (with Jody Bland), *BVA Group*, April 6, 2020.

"COVID-19 as a Natural Disaster and the Role of CARES," (with Jody Bland), *BVA Group*, April 2, 2020.

"Consumer Debt Defaults and the COVID-19 Pandemic," (with Jody Bland), *BVA Group*, March 27, 2020.

"Investing in a Consumer Debt Holiday," (with Jody Bland), *BVA Group*, March 25, 2020.

"COVID-19 Economic Policy to Fight the New War," (with Jody Bland), *BVA Group*, March 24, 2020.

"Mortgage Payment Holidays, Servicing Advances, and Fed Policy," (with Jody Bland) *BVA Group*, March 23, 2020.

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

**Court Documents:**

(1) Order Granting in Part and Denying in Part Defendants' Motion to Dismiss, dated March 16, 2020
(2) First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, dated May 13, 2020
(3) Defendants' Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint, dated June 29, 2020
(4) Order Granting Motion to Dismiss and Denying Motion to Strike, dated March 2, 2021
(5) Opinion dated August 28, 2023, *E. Öhman J:or Fonder AB; et al., v. NVIDIA Corporation, et al.* , D.C. No. 4:18-cv-007669-HSG, United States Court of Appeals for the Ninth Circuit

**Analyst Reports:**

(1) BMO Capital Markets, "Always Room for Debate But We Stand With Plenty of Conviction," March 6, 2017
(2) SunTrust Robinson Humphrey, "INTC Eyes Structural Growth; Potentially Acquiring MBLY," March 13, 2017
(3) Barclays, "How Semiconductors Will Enable Artificial Intelligence," March 16, 2017
(4) RBC Capital Markets, "Nintendo Switch Helps Derisk Gaming," March 17, 2017
(5) SunTrust Robinson Humphrey, "Analyzing Potential Bidders Ex INTC; Difficult to Find Another Realistic Suitor," March 19, 2017
(6) Susquehanna Financial Group, "Launching PC SIGnals, a Proprietary Deep Dive into the PC Industry," March 20, 2017
(7) Macquarie Research, "Advanced Micro Devices; Rysen From Dead, Challenges Ahead," March 30, 2017
(8) Macquarie Research, "Wait for a Better Entry," March 30, 2017
(9) Macquarie Research, "Xilinx; Balanced Risk, Reward," March 30, 2017
(10) Canaccord Genuity, "Strong GPU Growth Franchise Long Term Across Gaming, Datacenter and Automotive...," April 4, 2017
(11) UBS, "Takeaways From Meeting With Management," April 7, 2017
(12) Morningstar, "No Cracks in the Armor for Nvidia, Yet; Shares Remain Overvalued After Solid Fourth Quarter Results," April 13, 2017
(13) Argus Research, "Analyst's Notes," April 17, 2017
(14) BMO Capital Markets, "The Evolving Compute Landscape; An Update," April 19, 2017
(15) Crispidea, "Gaming and Data Center Led the Show in FY17," April 19, 2017
(16) SunTrust Robinson Humphrey, "Viral Opportunity Balanced by Traditional End Markets," April 27, 2017
(17) Roth Capital Partners, "Mid Day Summary," May 5, 2017
(18) Roth Capital Partners, "Next Week's Earnings Call and GTC Event Place Spotlight on Datacenter AI," May 5, 2017
(19) BMO Capital Markets, "Is This the Quarter," May 7, 2017
(20) RBC Capital Markets, "April Quarter Preview and Cheat Sheets," May 7, 2017
(21) Macquarie Research, "Apr 17Q Earnings Preview," May 8, 2017
(22) Canaccord Genuity, "Surging Datacenter and Record Automotive Sales Drive Strong Q1, F18 Results Before Investor Day," May 9, 2017
(23) Evercore ISI, "Data Cener Shines Once Again," May 9, 2017
(24) Evercore ISI, "GTC Day 1; GPU Compute Is the New Normal, Focus LIKELY on Inference for Analyst Day," May 9, 2017
(25) SunTrust Robinson Humphrey, "CQ1 Snapshot; Data Center Strength Overwhelms Anticipated Gaming Shortfall," May 9, 2017
(26) UBS, "Data Center and Auto Sales Reach New Records," May 9, 2017
(27) Wells Fargo, "NVDA Earnings; Datacenter Surge Continues," May 9, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(28) Wells Fargo, "Nvidia's Earnings; Quick First Thoughts Prior to Call," May 9, 2017
(29) Argus Research, "Analyst's Notes," May 10, 2017
(30) Barclays, "Datacenter Leads in a Seasonally Softer Quarter for Consumer," May 10, 2017
(31) Barclays, "PC Pulse; May 2017; April Slightly Softer in Seasonally Weakest Month," May 10, 2017
(32) BMO Capital Markets, "Nope, This Was Not the Quarter," May 10, 2017
(33) Canaccord Genuity, "Global Morning Summary," May 10, 2017
(34) JPMorgan, "Solid Apr Q Results and Jul Q Guide; Broad Based Data Center Growth and Automotive Partnerships in Focus," May 10, 2017
(35) Macquarie Research, "Analyst Day Highlights," May 10, 2017
(36) Macquarie Research, "Data Center Shines, Again," May 10, 2017
(37) Morgan Stanley, "Gaming Weaker But Data Center MUCH Better," May 10, 2017
(38) Morningstar, "Nvidia turns in strong first quarter results, but shares remain overvalued as competition lurks (2)," May 10, 2017
(39) Morningstar, "Nvidia turns in strong first quarter results, but shares remain overvalued as competition lurks," May 10, 2017
(40) RBC Capital Markets, "Analyst Day Recap; The Future is AI," May 10, 2017
(41) RBC Capital Markets, "The Push Towards the Singularity Continues," May 10, 2017
(42) Roth Capital Partners, "Another Solid Quarter With Datacenter Growth of186% YY," May 10, 2017
(43) SunTrust Robinson Humphrey, "Data Center Shines; Expect More Details at GPU Tech Conf," May 10, 2017
(44) Susquehanna Financial Group, "Gaming Better Than Feared, DC Better Than Imagined; Big Announcement Coming," May 10, 2017
(45) UBS, "Analyst Meeting Takeaways," May 10, 2017
(46) Wells Fargo, "Notes from Analysts' Day," May 10, 2017
(47) Wells Fargo, "Nvidia's Analysts Day; Quick Thoughts From CEO Keynote," May 10, 2017
(48) Barclays, "Many Chasing But Analyst Day Highlights Sizeable Lead in AI," May 11, 2017
(49) BMO Capital Markets, "Analyst Day Highlights," May 11, 2017
(50) Canaccord Genuity, "Datacenter Acceleration Likely to Fuel Next Leg of Growth for NVIDIA's GPU Computing Story," May 11, 2017
(51) Evercore ISI, "NVDA Analyst Day; Oh Captain, My Captain," May 11, 2017
(52) JPMorgan, "Investor Day Takeaways; Well Positioned to Benefit from AI With Volta...," May 11, 2017
(53) Morgan Stanley, "Analyst Day Focus on AI, Data Center Opportunity," May 11, 2017
(54) Morningstar, "Nvidia Reiterates Ambitious Market Opportunities at Analyst Day; Shares Remain Materially Overvalued," May 11, 2017
(55) RBC Capital Markets, "Gross Margins, Data Center and AI; Price Target Goes up to $150," May 11, 2017
(56) SunTrust Robinson Humphrey, "Massive Parallel Architecture; Massive Market Opportunity," May 11, 2017
(57) Susquehanna Financial Group, "Analyst Day... Making the GPU's Case for the Processor of the Future," May 11, 2017
(58) Barclays, "UPDATE; AI Bus Tour Takeaways," May 12, 2017
(59) Crispidea, "Strong Momentum to Continue," May 14, 2017
(60) Susquehanna Financial Group, "NVDA Overwrites or Covered Strangle Sales," May 15, 2017
(61) BMO Capital Markets, "1Q Mercury Graphics Data; Units Meaningfully Below Seasonal," May 18, 2017
(62) UBS, "Takeaways from Meeting With Management," May 18, 2017
(63) Barclays, "Semiconductors; Investor Guide 2017," May 22, 2017
(64) JPMorgan, "J.P. Morgan TMT Conference Takeaways," May 22, 2017
(65) SunTrust Robinson Humphrey, "Analyst Day; What Looked Optimistic Last Year Looks Conservative Today," May 22, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(66) RBC Capital Markets, "Auto Investor Meeting Takeaways," May 23, 2017
(67) RBC Capital Markets, "Road & Spak; Auto Tech Bus Tour Takeaways," May 25, 2017
(68) Evercore ISI, "Update on Autonomous Driving from Silicon Valley," May 29, 2017
(69) Evercore ISI, "Small and Mid Cap First Look," May 30, 2017
(70) RBC Capital Markets, "Another Data Center Announcement; We See No Slowdown in Sight," May 30, 2017
(71) Canaccord Genuity, "Computex Announcements of MaxQ and HGX Partnerships Further Strengthens NVIDIA's...," May 31, 2017
(72) RBC Capital Markets, "Road & Spak; Future Mobility Taxonomy," June 4, 2017
(73) RBC Capital Markets, "BitCoin and Etherum; When It Comes to Power... NVIDIA is AMD's Crypo_Nite," June 5, 2017
(74) RBC Capital Markets, "Ethereum Mining Follow Up; What Is the Demand Impact; ~$875M GPU Market," June 6, 2017
(75) RBC Capital Markets, "Mining Bitcoin with GPUs; Fake News; Mining Ethereum with GPUs Real News," June 7, 2017
(76) UBS, "Raising PT on Increased Confidence in Automotive," June 8, 2017
(77) Argus Research, "Analyst's Notes," June 9, 2017
(78) RBC Capital Markets, "Understanding Cryptocurrency Mining; A Multi Billion Dollar TAM or a Zero," June 9, 2017
(79) Susquehanna Financial Group, "2Q17 PC SIGnals; Our Proprietary Deep Dive Into the PC Industry," June 9, 2017
(80) Susquehanna Financial Group, "Morning Summary," June 9, 2017
(81) Wells Fargo, "Accelerators; Market Sizing and Dynamics," June 14, 2017
(82) RBC Capital Markets, "~$100 Million Dollars Worth of GPUs Added to Ethereum Network... in 11 Days," June 20, 2017
(83) Susquehanna Financial Group, "Mining for Digital Gold; GTX 1080, 1060 May Threaten AMD's Ethereum Dominance," June 28, 2017
(84) RBC Capital Markets, "Cryptocurrency Specific Mining Cards; We Think NVIDIA Would Win," June 29, 2017
(85) RBC Capital Markets, "EDA and GPUs; Moore's Law Is Slowing... Or Is It," July 5, 2017
(86) Canaccord Genuity, "A Bull, Bear Debate Preview; AMD Versus Intel Versus NVIDIA ... Or Which Is It," July 11, 2017
(87) SunTrust Robinson Humphrey, "Xeon Scalable (Purley) Launch; Impressive Performance, No Estimate Changes," July 11, 2017
(88) RBC Capital Markets, "Server Shipments Should Benefit Nvidia in 2HCY17," July 12, 2017
(89) SunTrust Robinson Humphrey, "Demystifying Semi End Markets; Artificial Intelligence," July 12, 2017
(90) SunTrust Robinson Humphrey, "Massive Parallel Structure, Massive Market Opportunity," July 12, 2017
(91) Evercore ISI, "Previewing 2Q17 Earnings; Despite Volatility, Stay the Course," July 15, 2017
(92) BMO Capital Markets, "Cryptocurrency Mining and GPUs; Opportunity or Kryptonite," July 18, 2017
(93) BMO Capital Markets, "Research Today," July 18, 2017
(94) RBC Capital Markets, "Ethereum Crypto Currency Mining... More Fake News Reports," July 18, 2017
(95) Crispidea, "Growth driven by GPU, datacenter, professional visualization and Tegra Automotive Systems," July 20, 2017
(96) Canaccord Genuity, "Might ASICs Stifle Datacenter GPU Growth," July 23, 2017
(97) Canaccord Genuity, "A Bull, Bear Debate Recap; AMD Versus Intel Versus NVIDIA; A Few Surprises," July 23, 2017
(98) Susquehanna Financial Group, "SIGnature Update; Thoughts on INTC and AMD as Computing Takes Center Stage," July 25, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(99) Morgan Stanley, "Raising Ests and PT As Gaming Rebounds and Deep Learning Remains Robust," July 28, 2017
(100) RBC Capital Markets, "Jul Qtr Preview; Crypto Uplift Should No Longer Exist," July 30, 2017
(101) SunTrust Robinson Humphrey, "Notes From the Road; Solid Earnings Growth Merits a Better Multiple," August 2, 2017
(102) Susquehanna Financial Group, "Earnings Scorecard; Results and Guidance Generally Outpacing Typical Patterns," August 2, 2017
(103) SunTrust Robinson Humphrey, "MCHP Has Its Own Super Cycle," August 4, 2017
(104) BMO Capital Markets, "Earnings Preview; Well, the Force Remains Strong," August 7, 2017
(105) Macquarie Research, "SoftBank; Sprint Deal Soon and SVF Equity," August 8, 2017
(106) Macquarie Research, "Solid Beat and Raise Priced In," August 8, 2017
(107) SunTrust Robinson Humphrey, "Moving Into the Driver's Seat," August 8, 2017
(108) JPMorgan, "Tactical Options on Single Stocks," August 9, 2017
(109) CFRA, "NVIDIA Corp," August 10, 2017
(110) Deutsche Bank, "F2Q Earnings; Strong Beat, But Datacenter Growth Disappoints," August 10, 2017
(111) Evercore ISI, "Modest Pause in DC on Volta Ramp; Look for Reacceleration into October & Beyond," August 10, 2017
(112) KeyBanc Capital Markets, "Cryptocurrency GPU Demand Drives a F2Q Beat, But Datacenter Sales Fall Short," August 10, 2017
(113) Macquarie Research, "Data Center Slowdown Blunts a Strong Qtr," August 10, 2017
(114) RBC Capital Markets, "50 Cent; GPUnit...Time to Rename the Product," August 10, 2017
(115) Summit Redstone Partners, "Remain Optimistic in 2H2017 on Robust GPU Demand," August 10, 2017
(116) SunTrust Robinson Humphrey, "CQ2 Snapshot; CQ2 Beats by 20c; CQ3 Guided Above Consensus," August 10, 2017
(117) Wells Fargo, "NVDA Earnings; Datacenter Up 2% QQ," August 10, 2017
(118) Wells Fargo, "Nvidia's Earnings; Quick First Thoughts Prior to Call," August 10, 2017
(119) Barclays, "Crypto Beats as Data Center Misses," August 11, 2017
(120) Bernstein Research, "FQ218 Recap; Take a Deep Breath…," August 11, 2017
(121) BMO Capital Markets, "Nope, They Are Not," August 11, 2017
(122) Jefferies, "Volta Shipping; Buy on Weakness," August 11, 2017
(123) JPMorgan, "July Q Beat on Gaming Strength and Cryptocurrency Sales," August 11, 2017
(124) KeyBanc Capital Markets, "Morning Call," August 11, 2017
(125) KeyBanc Capital Markets, "Tech Morning Call," August 11, 2017
(126) MKM Partners, "Strong Results and Outlook Aided by Cryptocurrency Related Demand," August 11, 2017
(127) Morgan Stanley, "Another Strong quarter Driven By Gaming and Cryptocurrency Mining," August 11, 2017
(128) Morningstar, "Raising Nvidia's FVE to $90 and Upgrading Moat to Narrow; But Trees Don't Grow to the Sky (2)," August 11, 2017
(129) Morningstar, "Raising Nvidia's FVE to $90 and Upgrading Moat to Narrow; But Trees Don't Grow to the Sky," August 11, 2017
(130) Roth Capital Partners, "Another Solid Quarter With Strong Guidance; Valuation Is Only Question," August 11, 2017
(131) SunTrust Robinson Humphrey, "Buy This Dip," August 11, 2017
(132) SunTrust Robinson Humphrey, "Demystifying Semi End Markets; Artificial Intelligence, v2.0," August 11, 2017
(133) Susquehanna Financial Group, "It Was a Good Quarter, But Not Perfect... It Needed to be Perfect," August 11, 2017
(134) UBS, "Focus Still on Data Center," August 11, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(135) Wells Fargo, "Equity Flash Notes; 8_30 AM Edition," August 11, 2017
(136) Canaccord Genuity, "The Pullback Folks Have Been Waiting For...," August 13, 2017
(137) Argus Research, "Analyst's Notes," August 14, 2017
(138) Morningstar, "Accelerator; Rise of the Machine (and Deep) Learning Phenomenon," August 14, 2017
(139) RBC Capital Markets, "EDA; Investor Feedback & Bull vs. Bear Debates," August 17, 2017
(140) Wells Fargo, "Graphics Chips 2Q17; Cryptocurrency Confuses GPU Trends," August 17, 2017
(141) BMO Capital Markets, "2Q Mercury Graphics Data; The Crypto Boom," August 18, 2017
(142) BMO Capital Markets, "Research Today," August 18, 2017
(143) Morningstar, "A Weekly Summary of Our Best Ideas and Developments in the Companies We Cover," August 18, 2017
(144) RBC Capital Markets, "10Q Highlights and Recent Demand Checks," August 23, 2017
(145) Tigress Financial Partners, "NVIDIA Corporation," August 23, 2017
(146) RBC Capital Markets, "Robots; Have No Fear Cryptography is Here (Blockchain Technology)," August 29, 2017
(147) BMO Capital Markets, "Extracts From Qs, Ks; ADI, MRVL, MXIM, NVDA, SYNA," September 4, 2017
(148) Canaccord Genuity, "Hot Chips Presentation Highlights Deep Learning Benefits of Volta," September 8, 2017
(149) Jefferies, "What is AMD, NVDA Crypto Risk in 2H17," September 11, 2017
(150) Susquehanna Financial Group, "Can't Miss Conference Call on AI," September 14, 2017
(151) Evercore ISI, "NVIDIA Is Building the Industry Standard for AI," September 15, 2017
(152) RBC Capital Markets, "Crypto Currency FAQ Given Price Movements," September 15, 2017
(153) William O'Neil+Co, "Nvidia Corp," September 15, 2017
(154) RBC Capital Markets, "Positive Momentum Continuing into Back Half; DC & Gaming," September 18, 2017
(155) Susquehanna Financial Group, "3Q17 PC SIGnals; AMD Ryzen, Vega Inflects; MRVL Gains SSD Share; Mixed for INTC," September 19, 2017
(156) Auerbach Grayson, "Removal of Prejudice Against Gaming and Virtual Currency to Lead to Share Price Rise," September 20, 2017
(157) Crispidea, "NVIDIA is making dreams a reality with deep learning and Ai," September 20, 2017
(158) RBC Capital Markets, "Tesla AMD Announcement; Ignore the Noise Both Can Have Content," September 20, 2017
(159) Susquehanna Financial Group, "Will ASICs Replace GPUs for AI; Cerebras CEO Andrew Feldman Makes the Case," September 21, 2017
(160) Argus Research, "Analyst's Notes," September 27, 2017
(161) Argus Research, "Market Update," September 27, 2017
(162) Morgan Stanley, "Increasingly Excited for Computer Vision Opportunity; Raising Bull Case to $150% Upside," September 27, 2017
(163) Credit Suisse, "Asia Hardware Sector; Board Games to Gaming Brands," September 28, 2017
(164) SunTrust Robinson Humphrey, "Raising Estimates & PT on Increasingly Likely Bullish Datacenter Outcome," October 2, 2017
(165) Susquehanna Financial Group, "Asia Travels; iPhone X Pause; Purley Mixed; GPU Great but Mining Raises Risks," October 2, 2017
(166) Barclays, "Crypto Tailwind Likely Extends Into Next Year," October 4, 2017
(167) SunTrust Robinson Humphrey, "SMID Cap Structural Growth in Semis," October 10, 2017
(168) Morgan Stanley, "Takeaways from Nvidia Keynote at GTC Europe," October 11, 2017
(169) RBC Capital Markets, "2020 Vision; Bull Case Potential for CY20 (FY21) EPS of $10," October 12, 2017
(170) UBS, "Quantifying the Machine Learning Opportunity for Foundries and TSMC," October 16, 2017
(171) CFRA, "NVIDIA Corporation," October 18, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(172) Susquehanna Financial Group, "Ethereum Driving More than $300 Million in GPU Sales Each Quarter," October 19, 2017
(173) Jefferies, "Volta Ramping; PT to $230," October 23, 2017
(174) SunTrust Robinson Humphrey, "Cyclical and Structural Benefits Appear Priced In," October 25, 2017
(175) Elazar Advisors, "Moving to Neutral From Buy," October 26, 2017
(176) RBC Capital Markets, "Oct Qtr Preview and Cheat Sheets," October 27, 2017
(177) SunTrust Robinson Humphrey, "Still Waiting on DCG," October 27, 2017
(178) BMO Capital Markets, "Week 4 Earnings; Preview," November 5, 2017
(179) Wells Fargo, "INTC; Working With AMD to Use AMD's Graphics Expertise," November 6, 2017
(180) Deutsche Bank, "Expect Solid F3Q on Strong PC, Crypto, Raise F4Q, FY19 Ests on Better Gaming," November 7, 2017
(181) Canaccord Genuity, "The Beat, Raise Train Remains on Autonomous Drive," November 9, 2017
(182) Deutsche Bank, "Solid Execution as DC Grows, With Crypto Still Benefiting Gaming," November 9, 2017
(183) Evercore ISI, "Are You Telling Me NVDA Created the AI Standard; That's the Fact, Jack," November 9, 2017
(184) Morgan Stanley, "Intel Announces a Push into the Discrete Graphics Business," November 9, 2017
(185) RBC Capital Markets, "Exceeding High Expectations," November 9, 2017
(186) Summit Redstone Partners, "Remains Our TOP Pick in Our Semiconductor Coverage Group," November 9, 2017
(187) Wells Fargo, "Nvidia's Earnings; Quick First Thoughts Prior to Call," November 9, 2017
(188) Argus Research, "Analyst's Notes," November 10, 2017
(189) Barclays, "Big Numbers Should Satisfy Big Expectations," November 10, 2017
(190) CFRA, "NVIDIA Corporation," November 10, 2017
(191) Jefferies, "Tectonic Upside," November 10, 2017
(192) Macquarie Research, "Volta Drives Data Center Reacceleration," November 10, 2017
(193) MKM Partners, "Gaming, Strong Recovery in Data Center Drive Solid Quarter," November 10, 2017
(194) Morgan Stanley, "Significant Upside Drive by Gaming, Nintendo, Crypto," November 10, 2017
(195) Morningstar, "Nvidia Satiates Market's Voracious Appetite for Outperformance with Strong 3Q," November 10, 2017
(196) Oppenheimer, "Volta Charges Ahead," November 10, 2017
(197) SunTrust Robinson Humphrey, "Another Great Quarter Demonstrating Secular Growth Across Multiple Markets," November 10, 2017
(198) Wells Fargo, "Equity Flash Notes; 8_30 AM Edition," November 10, 2017
(199) Wells Fargo, "NVDA; Earnings; Strong Growth, Though Decelerating," November 10, 2017
(200) BMO Capital Markets, "Upgrading to Market Perform," November 12, 2017
(201) Elazar Advisors, "Neutral Rating But Warming Up," November 12, 2017
(202) Deutsche Bank, "SC17 Conference Takes," November 13, 2017
(203) Morgan Stanley, "Graphics for Cryptocurrency; A Primer," November 13, 2017
(204) RBC Capital Markets, "Analyst Day Takeaways from SC2017," November 13, 2017
(205) Evercore ISI, "NVIDIA SuperComputing Conference Takeaways," November 14, 2017
(206) BMO Capital Markets, "Takeaways from SC17," November 15, 2017
(207) Canaccord Genuity, "Management Meetings at SC17 and on Silicon Valley Bus Tour Increase Long Term Confidence," November 16, 2017
(208) RBC Capital Markets, "This IS Nvidia; Call the Spartans Upside Case Goes to $300," November 16, 2017
(209) BMO Capital Markets, "3Q Mercury Graphics Data; Crypto Still a Meaningful Factor," November 17, 2017
(210) BMO Capital Markets, "Research Today," November 17, 2017

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(211) Morgan Stanley, "ADI Earnings Preview... XLNX Crypto Exposure... Intel's 3D XPoint... Semi Short Interest Update...," November 17, 2017
(212) Wells Fargo, "Graphics 3Q17; Solid Growth, Cryptocurrency Risk," November 17, 2017
(213) Morningstar, "Moat Rating Changes 3Q2017," November 21, 2017
(214) CFRA, "NVIDIA Corporation," November 24, 2017
(215) RBC Capital Markets, "Crypto Currency Mining... It's Happening for the Third Time," November 24, 2017
(216) Roth Capital Partners, "Dropping Coverage," December 4, 2017
(217) Wells Fargo, "Chip Data December 2017," December 5, 2017
(218) Crispidea, "Gaming and Datacenters rule on NVDA," December 7, 2017
(219) SunTrust Robinson Humphrey, "Great Quarter, But Focus on Long Term Benefits of M&A," December 7, 2017
(220) RBC Capital Markets, "No More Crypto Mining in 2018; Survey Says No Chance," December 12, 2017
(221) Barclays, "December 2017 Asia Trip Takeaways," December 15, 2017
(222) Morgan Stanley, "Key Investor Debates Likely to Drive Stocks in the Coming Years," December 15, 2017
(223) Morningstar, "Network Function Virtualization; The Telco Transition to NFV Is Likely to Weaken Moats...," December 15, 2017
(224) Susquehanna Financial Groups, "4Q17 PC SIGnals; PC Buyers Want Better Machines, a Boon for the Supply Chain," December 18, 2017
(225) UBS, "Razer Inc; Well Appreciated Leading Gaming Lifestyle Brand," December 18, 2017
(226) SunTrust Robinson Humphrey, "How MPWR Marches GPM Steadily Higher," December 20, 2017
(227) Macquarie Research, "North America Drones; Laying the Groundwork," December 21, 2017
(228) RBC Capital Markets, "Happy New Year; For GPU Companies... and One Small Addition," January 3, 2018
(229) SunTrust Robinson Humphrey, "On the Way to the Moon; Over Under Under Done," January 4, 2018
(230) Wells Fargo, "Chip Data January 2018," January 4, 2018
(231) Marktfeld, "Valuation Landscape 2003 to 2018," January 5, 2018
(232) CFRA, "NVIDIA Corporation," January 8, 2018
(233) JPMorgan, "J.P. Morgan Tech Forum; CES 2018 Takeaways," January 8, 2018
(234) RBC Capital Markets, "Another Fantastic Start to CES; Auto," January 8, 2018
(235) RBC Capital Markets, "Opportunity Remains as Robust as the BFGD," January 9, 2018
(236) Deutsche Bank, "CES Takeaways," January 10, 2018
(237) Macquarie Research, "CFO Meeting Takeaways," January 10, 2018
(238) Credit Suisse, "Blockchain 2.0; Cryptocurrencies Are Only the Beginning," January 11, 2018
(239) Credit Suisse, "Asia Semiconductor Sector; 4Q17 Preview; Soft Smartphones Offset Gains From Higher Growth Areas," January 16, 2018
(240) Morningstar, "Future Automotive Opportunities for Chipmakers Nvidia and Intel on Full Display at CES 2018," January 16, 2018
(241) SunTrust Robinson Humphrey, "CES 2018 Takeaways; Even With the Lights Out, It's All Clear; Buy NVDA," January 16, 2018
(242) Barclays, "4Q17 Preview; Good Times Continue," January 17, 2018
(243) Susquehanna Financial Group, "Ethereum Related GPU Sales Are Bigger Than Ever... and It's a Problem," January 18, 2018
(244) Macquarie Research, "North America Drones; Ready for Takeoff," January 19, 2018
(245) Credit Suisse, "How Long Will the Cryptocurrency Boost Last," January 23, 2018
(246) Crispidea, "CES 2018; The Global Stage for Innovation," January 24, 2018
(247) SunTrust Robinson Humphrey, "TXN Hints That Our Shortage Concerns Are Correct," January 24, 2018

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(248) Marktfeld, "Capital Deployment Dashboard," January 25, 2018
(249) Macquarie Research, "Kinsus Interconnect; 4Q Operating Loss, Unattractive Risk Reward," January 29, 2018
(250) Susquehanna Financial Group, "Advanced Micro Devices; SIGnature Preview; Quantifying Ethereum Upside...," January 29, 2018
(251) Barclays, "Collaboration on NVIDIA DRIVE Platforms Highlights Traction in Autos," January 30, 2018
(252) SunTrust Robinson Humphrey, "Semi CyclePath; Mid Earnings, Inventory Warning Signs Aplenty," January 30, 2018
(253) BMO Capital Markets, "Another Busy Week," February 5, 2018
(254) Deutsche Bank, "F4Q18 Preview; Tweaking Ests Higher on Crypto Related GPU Strength," February 5, 2018
(255) RBC Capital Markets, "Jan Qtr Preview and Cheat Sheets," February 5, 2018
(256) Barclays, "Framing the Recent Crypto Sell Off and Impacts to Semi Names," February 6, 2018
(257) Bernstein Research, "A Cryptic Quarter; FQ418 Preview," February 8, 2018
(258) Deutsche Bank, "F4Q Earnings; Strong Beat, Raise As Demand Outpaces Supply," February 8, 2018
(259) Evercore ISI, "Might Our $10 by 2020 be Conservative; We Think Yes," February 8, 2018
(260) SunTrust Robinson Humphrey, "Snapshot; Sick Semi Tape; NVDA Provides Strong Medicine," February 8, 2018
(261) Susquehanna Financial Group, "SIGnature Preview; Expect Upside as Ethereum Drove $400M in 4Q GPU," February 8, 2018
(262) Wells Fargo, "NVDA; Strong Results, We Think Crypto Risks Are Growing," February 8, 2018
(263) Wells Fargo, "Nvidia's Earnings; Quick First Thoughts Prior to Call," February 8, 2018
(264) Argus Research, "Analyst's Notes," February 9, 2018
(265) Barclays, "Results Well Ahead Again," February 9, 2018
(266) Bernstein Research, "FQ418 Recap; The Way Forward," February 9, 2018
(267) BMO Capital Markets, "Crrunch," February 9, 2018
(268) CFRA, "NVIDIA Corporation," February 9, 2018
(269) JPMorgan, "Impressive Results and Strong Guide on Continued Solid Gaming and Datacenter Demand," February 9, 2018
(270) Macquarie Research, "Firing on all Cylinders and Then Some," February 9, 2018
(271) MKM Partners, "Firing on All Cylinders," February 9, 2018
(272) Morgan Stanley, "Very Strong Outlook as Strong Gaming, Data Center, Crypto Drive Demand," February 9, 2018
(273) Morningstar, "Nvidia Ends Fiscal 2018 With a Bang; Though Exponential Growth Faces Tough Comps Going Forward (2)," February 9, 2018
(274) Morningstar, "Nvidia Ends Fiscal 2018 With a Bang; Though Exponential Growth Faces Tough Comps Going Forward," February 9, 2018
(275) Oppenheimer, "Clears Its High Bar," February 9, 2018
(276) RBC Capital Markets, "Checking All the Boxes Combined With Significant Guidance Update," February 9, 2018
(277) RBC Capital Markets, "Investor Feedback Note Post Print," February 9, 2018
(278) Summit Insights Group, "Remains Our Top Pick in our Semiconductor Coverage Group for 2018," February 9, 2018
(279) Susquehanna Financial Group, "NVIDIA Corporation; Love the Data Center... Hate the Crypto," February 9, 2018
(280) Wells Fargo, "8_30 AM Flash Notes Compilation," February 9, 2018
(281) CFRA, "NVIDIA Corporation," February 12, 2018
(282) AlphaSense, "CFO Commentary on Fourth Quarter and Fiscal 2018 Results," February 13, 2018

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(283) Crispidea, "NVDA Q4F18 & FY18; A strong end to FY18 has pushed the stock to record levels," February 15, 2018
(284) BMO Capital Markets, "4Q Graphics Data; Simply Not Enough to Go Around," February 19, 2018
(285) RBC Capital Markets, "D10e Conference Takeaways," February 19, 2018
(286) Morgan Stanley, "Update on Graphics for Cryptocurrency; Even With Currency Strength, Some Threats Emerge...," February 20, 2018
(287) RBC Capital Markets, "Bitmain Miner in the Future; We Think There is a Good Chance This Time," February 20, 2018
(288) Macquarie Research, "North America Drones; Delivery Takes Flight," February 26, 2018
(289) Morgan Stanley, "MS TMT Conference Day 1 Takeaways for INTC, NVDA...," February 27, 2018
(290) Marktfeld, "Capital Deployment Dashboard (Q4 FY2018)," March 1, 2018
(291) Susquehanna Financial Group, "MWC; Intel a Big 5G Winner, Apple to Update 3D, Android Scrambles to Catch Up," March 2, 2018
(292) Wells Fargo, "Chip Data March 2018," March 5, 2018
(293) Morningstar, "Nvidia Ends Fiscal 2018 With a Bang; Though Exponential Growth Faces Tough Comps Going Forward," March 6, 2018
(294) Barclays, "March 2018 Asia Trip Takeaways," March 9, 2018
(295) SunTrust Robinson Humphrey, "QCOM Undone; Near Term Rally; Buy for Additional M&A Later," March 13, 2018
(296) Macquarie Research, "eSports; Blockchain and Cryptocurrency," March 14, 2018
(297) RBC Capital Markets, "Revisiting the Bull Case Model; $12.00+ EPS Power in CY20E," March 14, 2018
(298) Susquehanna Financial Group, "AMD Trading Takeaways," March 14, 2018
(299) Credit Suisse, "Asia Feedback (Semiconductor, SPE); Cryptocurrency Bonanza Continues...," March 15, 2018
(300) RBC Capital Markets, "Crypto Mining Questions Answered," March 16, 2018
(301) Susquehanna Financial Group, "1Q18 PC SIGnals; Massive GPU Shortages; CPU Pricing Up...," March 16, 2018
(302) Crispidea, "U.S. Market Daily," March 20, 2018
(303) RBC Capital Markets, "Analyst Day Preview; Focus on Products; Reiteration of Financials," March 20, 2018
(304) Argus Research, "Analyst's Notes," March 22, 2018
(305) BMO Capital Markets, "Preview of This Week's Events," March 25, 2018
(306) BMO Capital Markets, "Analyst Day Preview," March 26, 2018
(307) Susquehanna Financial Group, "Asia Trip Takeaways; ETH ASIC, AI Everywhere, Purley Goodness, MTek's Comeback," March 26, 2018
(308) Susquehanna Financial Group, "The Steam Shovel Cometh... ETH Mining Gets its ASIC," March 26, 2018
(309) Crispidea, "U.S. Market Daily," March 27, 2018
(310) Deutsche Bank, "GTC Highlights Multiple Growth Drivers," March 27, 2018
(311) RBC Capital Markets, "Analyst Day Takeaways; GTC Keynote Clouded by Auto Reports," March 27, 2018
(312) RBC Capital Markets, "Analyst Day; TAM, DGX2 and Autonomous Driving Simulation," March 27, 2018
(313) Summit Insights Group, "Remains Our TOP Pick in Our Semiconductor Coverage Group for 2H18," March 27, 2018
(314) SunTrust Robinson Humphrey, "NVDA Temporarily Suspends Self Driving Testing," March 27, 2018
(315) Barclays, "Reinforcing the Scale of Its Platform," March 28, 2018
(316) BMO Capital Markets, "Analyst Day Highlights," March 28, 2018
(317) Evercore ISI, "Supercharging Compute Led by THE AI Platform," March 28, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(318) JPMorgan, "Investor Day Takeaways; Clear Leadership in Graphics, AI and Autonomous Driving," March 28, 2018
(319) Macquarie Research, "Analyst Day Highlights," March 28, 2018
(320) Macquarie Research, "North America Drones; Open for Business," March 28, 2018
(321) MKM Partners, "Investor Day Takeaways; Focus Remains on Longer Term Growth Opportunities," March 28, 2018
(322) Morgan Stanley, "Positive Analyst Day Adds Color to Gaming & Inference Opportunities," March 28, 2018
(323) SunTrust Robinson Humphrey, "GPU (Great Processing Unit) Supports a Large & Fast Growing Business," March 28, 2018
(324) Susquehanna Financial Group, "NVIDA Corporation; 2018 Analyst Day; Data Center Good...," March 28, 2018
(325) Wells Fargo, "Notes from Analyst Day," March 28, 2018
(326) Barclays, "AI BUs Tour Takeaways," March 29, 2018
(327) Evercore ISI, "Weekly Museings; NVDA GTC Takeaways; An AI Platform Broadening in Scope...," March 31, 2018
(328) RBC Capital Markets, "Road & Spak; Feedback From Across the Pond," April 1, 2018
(329) Wells Fargo, "Chip Weekly; Nvidia Risk In Crypto Drop," April 1, 2018
(330) Wells Fargo, "We See A Significant Rise in Risk," April 1, 2018
(331) Morgan Stanley, "SIA Data Shows Slight Seasonal Weakness in Feb," April 2, 2018
(332) Deutsche Bank, "Ethereum ASIC Announced; Sizing Impact to NVDA, AMD," April 3, 2018
(333) RBC Capital Markets, "Bitmain Confirms Release of Ethereum Miner," April 3, 2018
(334) Susquehanna Financial Group, "TSM Benefiting from SP Cycle, Crypto, Leading Pack in EUV Insertion," April 3, 2018
(335) Wells Fargo, "Chip Data April 2018," April 3, 2018
(336) Barclays, "Bitmain Announces Antminer E3 Ethereum Miner," April 4, 2018
(337) Evercore ISI, "Bitmain's Release of Ethereum Mining ASIC Creates Tremendous Buying Opportunity in NVDA," April 4, 2018
(338) UBS, "Leading a New Era of Computing, But It's Not Winner Takes All...," April 4, 2018
(339) Evercore ISI, "Weekly Museings; Update from the Road with ADI Management," April 7, 2018
(340) BMO Capital Markets, "Cryptocurrency Mining 2.0, an Update," April 8, 2018
(341) BMO Capital Markets, "Research Today," April 9, 2018
(342) Morgan Stanley, "Upgrade to OW on Longer Term Strength, Shorter Term Gaming Cycle," April 9, 2018
(343) UBS, "Semiconductors; Chips and Crypts April 2018; Early Signs of a Slowdown," April 9, 2018
(344) Crispidea, "U.S. Market Daily," April 10, 2018
(345) Evercore ISI, "Weekly Museings; Previewing LRCX, ASML, and TSMC Laterals into Earnings," April 14, 2018
(346) Credit Suisse, "1Q2, 2Q; From 1H Cyclical FUD to 2H Secular FUN," April 16, 2018
(347) Morgan Stanley, "LRCX Earnings Preview, China EV Subsidies, AMD Product Launch, More Crypto ASIC...," April 16, 2018
(348) Morningstar, "Automotive Chipmakers in the Fast Lane; Destination High Speed Growth," April 17, 2018
(349) Morningstar, "We Are Raising Our FVEs for Intel and Nvidia After Incorporating Fresh Self Driving Assumptions (2)," April 17, 2018
(350) Morningstar, "We Are Raising Our FVEs for Intel and Nvidia After Incorporating Fresh Self Driving Assumptions," April 17, 2018
(351) Barclays, "1Q18 Preview; Positive Results May Not Quell Cycle Fears; Favor INTC, SWKS," April 19, 2018

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(352) Credit Suisse, "Taiwan Semiconductor Manufacturing; 2017 Annual 20F Report Shows the Rise of Exposure in Apple...," April 20, 2018
(353) Credit Suisse, "Taiwan Semiconductor Manufacturing; Growth Dialed Back; Share Gains Help Weather the Crypto Risk," April 20, 2018
(354) Morningstar, "A Weekly Summary of Our Best Ideas and Developments in the Companies We Cover," April 20, 2018
(355) Evercore ISI, "Weekly Museings; Updated Thoughts into Semi, SPE Earnings Post a Painful First Week," April 21, 2018
(356) Elazar Advisors, "NVIDIA; Buy Rating," April 23, 2018
(357) SunTrust Robinson Humphrey, "Texas Instruments; Semi Bellwether Provides More Green than Red Flags on the Cycle," April 24, 2018
(358) Susquehanna Financial Group, "Short Term Short Protection in AMD," April 24, 2018
(359) Morgan Stanley, "Intel Easily Surpasses a High Bar in Data Center; Raising Ests and PT," April 27, 2018
(360) Evercore ISI, "Weekly Museings; Previewing STX, MTSI, and OLED into Earnings," April 28, 2018
(361) Morgan Stanley, "Crypto Mining; After the Gold Rush," May 1, 2018
(362) Deutsche Bank, "DB AutoTech III; Join Us to Understand the Car of the Future & Its Implications," May 2, 2018
(363) Wells Fargo, "Chip Data May 2018," May 2, 2018
(364) Barclays, "AI; Sizing Up Inference, Competition, and Upgrading NVDA to OW," May 3, 2018
(365) RBC Capital Markets, "Apr Qtr Preview and Cheat Sheet," May 4, 2018
(366) Evercore ISI, "Weekly Museings; Previewing NVDA into Earnings (Can NVDA Lead Semis Higher...," May 5, 2018
(367) BMO Capital Markets, "Earnings Preview; Synaptics and NVIDIA," May 7, 2018
(368) Crispidea, "U.S. Market Daily," May 7, 2018
(369) Deutsche Bank, "Expect Another Solid Print, Guide; Tweak Ests on Better Gaming Revs," May 7, 2018
(370) UBS, "FQ118 (Apr) Preview; Expect the Expected," May 7, 2018
(371) Ascendere Associates, "Model Portfolio Update; May 8, 2018," May 8, 2018
(372) MKM Partners, "Expectations for Continued Momentum Appear Priced In," May 8, 2018
(373) Susquehanna Financial Group, "SIGnature Preview; Mining Still Helping 1Q18, Datacenter Strong," May 8, 2018
(374) Credit Suisse, "Asia PC, Hardware Sector; Crypto Driving Strong Graphic Demand and Record Results...," May 9, 2018
(375) BMO Capital Markets, "Outlook and Model Before Earnings," May 10, 2018
(376) Deutsche Bank, "Channel and Crypto Drive Upside," May 10, 2018
(377) Evercore ISI, "Sequential Myopia Missing the AI (and Gaming) Forest for the Crypto Trees," May 10, 2018
(378) Macquarie Research, "Data Center and Crypto Drive a Strong Quarter," May 10, 2018
(379) Summit Insights Group, "We See Continued Meaningful Outperformance into 2H18," May 10, 2018
(380) SunTrust Robinson Humphrey, "Q1 Big Beat, Two Thirds From Crypto; Q2 Guided Above Consensus," May 10, 2018
(381) UBS, "Strong Results, Absorbing Crypto Reset; Underlying Demand Remains Strong," May 10, 2018
(382) Wells Fargo, "NVDA; Earnings; Strong July Guidance," May 10, 2018
(383) Wells Fargo, "Nvidia's Earnings; Quick First Thoughts Prior to Call," May 10, 2018
(384) Argus Research, "Analyst's Notes," May 11, 2018
(385) Barclays, "Impressive Quarter Leaves Little to Not Like," May 11, 2018
(386) BMO Capital Markets, "Is It or Is It Not," May 11, 2018
(387) JPMorgan, "Strong Results, Guide; Gaming and Datacenter Demand Remains Strong," May 11, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(388) MKM Partners, "Strong Results and Guidance but Some Potential Near Term Challenges," May 11, 2018
(389) Morgan Stanley, "Substantial Upside from Data Center, Gaming, and Cryptocurrency, with Product Cycle Ahead," May 11, 2018
(390) Morningstar, "Another Record Quarter for Nvidia; However, Competition Is Not Sitting Idle in AI or Self Driving," May 11, 2018
(391) Oppenheimer, "Momentum Continues," May 11, 2018
(392) RBC Capital Markets, "Another Print... Another Impressive Quarter; Thesis Unchanged," May 11, 2018
(393) Susquehanna Financial Group, "NVIDIA Corporation; Datacenter Beat = Good ... Crypto Beat = Bad," May 11, 2018
(394) Evercore ISI, "Weekly Museings; Previewing AMAT Into Earnings... Should We Stay or Should We Go," May 12, 2018
(395) UBS, "Semiconductors; Chips and Crypts May 2018; Slowdown from Q1, but Still at High Level," May 14, 2018
(396) Barclays, "2018 Semiconductor Investor Guide," May 15, 2018
(397) Barclays, "Semiconductors; Investor Guide 2018," May 15, 2018
(398) JPMorgan, "J.P. Morgan TMC Conference Takeaways," May 15, 2018
(399) Credit Suisse, "Micro Star International Co., Ltd.; Graphic Cards Blow Out, But Gaming Systems, Motherboards Are Tracking Behind," May 16, 2018
(400) Marktfeld, "NVIDIA Corp Ownership Timelines & Cost Basis Curve (May 2018)," May 18, 2018
(401) Evercore ISI, "Weekly Museings; Previewing XLNX Analyst Day (As Well as Republishing MU Preview)," May 19, 2018
(402) Wells Fargo, "Graphics 1Q18; Growth Boosted by Cryptocurrency and Inventory Refill," May 20, 2018
(403) Cowen and Company, "Investor Feedback From Our Semiconductor Initiations," May 21, 2018
(404) Elazar Advisors, "NVIDIA $500+ Target Buy Rating," May 21, 2018
(405) BMO Capital Markets, "Highlights From User Conference," May 23, 2018
(406) Marktfeld, "NVIDIA Corp Capital Deployment Dashboard (Q1 FY2019)," May 23, 2018
(407) SunTrust Robinson Humphrey, "INTC's AI Strategy Contrasts Sharply with NVDA's," May 23, 2018
(408) SunTrust Robinson Humphrey, "Walking Down the Middle of the Road," May 23, 2018
(409) Susquehanna Financial Group, "A Discussion with the Next Platform; NVDA, AMD, INTC, MLNX, CAVM," May 24, 2018
(410) Credit Suisse, "Rambus Incorporated; Transformations Aren't Easy," May 25, 2018
(411) Evercore ISI, "Weekly Museings; Previewing ADI into Earnings," May 26, 2018
(412) Credit Suisse, "Asia Semiconductor Sector; NVIDIA Taiwan Graphics Tech Conference Reaffirms the Next Foundry Growth Drivers (2)," May 30, 2018
(413) Credit Suisse, "Asia Semiconductor Sector; NVIDIA Taiwan Graphics Tech Conference Reaffirms the Next Foundry Growth Drivers," May 30, 2018
(414) RBC Capital Markets, "Auto Tech Conference Takeaways," June 1, 2018
(415) Susquehanna Financial Group, "A Discussion with Obelisk...An ASIC Mining Game Changer; Ethereum GPU Update," June 4, 2018
(416) Morgan Stanley, "Questions Around Timing of Next Generation GeForce Gaming GPU Launch," June 6, 2018
(417) UBS, "Infineon Technologies AG; Balancing Growth and Investment; CMD Ahead," June 6, 2018
(418) UBS, "Parsing Through Computex Gaming Comments," June 7, 2018
(419) Elazar Advisors, "NVIDIA $587 Target Price," June 10, 2018
(420) Credit Suisse, "Asia Semiconductor Sector; Computex 2018; IoT Innovations and AI Driving More Investment into the Cloud (2)," June 12, 2018
(421) Credit Suisse, "Asia Semiconductor Sector; Computex 2018; IoT Innovations and AI Driving More Investment into the Cloud," June 12, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(422) Wells Fargo, "2018 Top 10 Revisited," June 12, 2018
(423) Credit Suisse, "Asia Feedback (Semiconductor, SPE); As NAND Boom Ends, Risk Grows Risk of Weaker WFE Investment in 2019," June 14, 2018
(424) Susquehanna Financial Group, "PC SIGnals; Intel ASPs, Units Better; GPUs Down; AMD Desktop Ramps, But Mobile," June 14, 2018
(425) Susquehanna Financial Group, "The First AI Silicon... Today's Discussion with Wave Computing," June 14, 2018
(426) Crispidea, "Top Performing Stock Has Still More Legs for a Rally," June 15, 2018
(427) RBC Capital Markets, "Bienvenido; S&P 100," June 15, 2018
(428) Marktfeld, "NVIDIA Corp Valuation Landscape 2003 to 2018," June 16, 2018
(429) Marktfeld, "NVIDIA Corp Information Content of Earnings Releases 2013 to 2018," June 18, 2018
(430) UBS, "Deep Learning & Mass Surveillance; Tied at the Hip," June 18, 2018
(431) Crispidea, "Gaming and Datacenter advanced revenues to record high," June 19, 2018
(432) RBC Capital Markets, "Updating the Upside Case Model and Raising Price Target; $13 CY20E EPS Power," June 24, 2018
(433) UBS, "Strong Data Center Could Offset Any Graphics Risk," June 25, 2018
(434) RBC Capital Markets, "New GPU Turing Coming Soon; We Believe It," July 2, 2018
(435) Elazar Advisors, "NVIDIA Still Very Bullish," July 8, 2018
(436) Credit Suisse, "Asia Semiconductor Sector; 2Q18 Preview; Mixed Outlook Into Results," July 17, 2018
(437) Morgan Stanley, "Remain Focused on New Gaming Product Cycle," July 17, 2018
(438) SunTrust Robinson Humphrey, "Crutcher Out on Conduct Violations; We Contextualize the Q2 +pre," July 17, 2018
(439) Credit Suisse, "From Cyclical Trough to Structural Growth," July 18, 2018
(440) Barclays, "2Q18 Preview; No Fix for Cyclical Fears but There Are Still Opportunities," July 19, 2018
(441) Credit Suisse, "Asia Hardware Sector; Push Out Gaming Expectations Due to Later Than Expected Turing GPU Launch," July 19, 2018
(442) Credit Suisse, "Taiwan Semiconductor Manufacturing; Benign Growth Adjustment and Better Profitability Lift Overhang," July 20, 2018
(443) Susquehanna Financial Group, "Ethereum GPU Update and AMD Preview... Can They Fill the Crypto Hole," July 23, 2018
(444) Macquarie Research, "Advanced Micro Devices; Weaker Outlook, but Server (Hopes) Intact," July 26, 2018
(445) SunTrust Robinson Humphrey, "A Beat & Raise, But the Wrong Kind of Beat," July 27, 2018
(446) RBC Capital Markets, "(Correction) Semi Cap Equipment and GPUs; Samsung Commentary," July 31, 2018
(447) UBS, "SoftBank Group (9984); Share Price Drivers Are Ready to Emerge," August 3, 2018
(448) BMO Capital Markets, "Semiconductors; Events and Earnings," August 5, 2018
(449) SunTrust Robinson Humphrey, "INTC's Data Centric Opportunity May Be Massive, But Doesn't Offset Risks," August 8, 2018
(450) Susquehanna Financial Group, "Despite Mining Wildcard, Seasonality and Turing Should Drive Beat," August 8, 2018
(451) Deutsche Bank, "Expect F2Q Ahead of Street, Though Magnitude of Strength Should Lessen," August 9, 2018
(452) Wells Fargo, "INTC; It's More Than 14nm to 10nm; Portfolio Depth; Leverage Matters," August 9, 2018
(453) Deutsche Bank, "July Taiwan ODM Tracker; 3Q Tracking Steadily," August 10, 2018
(454) Morningstar, "Nvidia is a Leading Designer of GPUs that Enhance the Experience on Computing Platforms," August 10, 2018
(455) RBC Capital Markets, "Jul Qtr Preview and Cheat Sheets," August 10, 2018

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(456) SunTrust Robinson Humphrey, "Micro Smelly Guidance Looks Like a Buying Opportunity," August 10, 2018
(457) Cowen and Company, "Transitional Quarter Ahead of Turing GPU Launch, But Expect Strong Results," August 12, 2018
(458) BMO Capital Markets, "Earnings Preview," August 13, 2018
(459) MKM Partners, "Longer Term Prospects Remain Robust Despite Potential Near Term Headwinds," August 13, 2018
(460) The Wall Street Transcript, "Actively Managing a Blockchain and Cryptocurrency ETF," August 13, 2018
(461) Evercore ISI, "Unveils New turing GPU; A Few Thoughts," August 14, 2018
(462) RBC Capital Markets, "Turing Launch Likely Benefit to Q4," August 14, 2018
(463) UBS, "FQ219 (Jul) Earnings Preview; Gaming in Transition, But Turing on the Horizon," August 14, 2018
(464) Wells Fargo, "Upgrade to Outperform," August 14, 2018
(465) UBS, "Semiconductors; Chips and Crypts August 2018; ASICs Robust, Downside to GPU in Q3," August 15, 2018
(466) BMO Capital Markets, "Outlook and Model Before Earnings," August 16, 2018
(467) Deutsche Bank, "Turning the Page to Turing in 4Q, Not 3Q," August 16, 2018
(468) RBC Capital Markets, "Pause in Growth Before Turing Ramps, We Think Investors Buy the Dip," August 16, 2018
(469) SunTrust Robinson Humphrey, "Q2 Mixed, Q3 Guide Below; Crypto Seems the Key Issue," August 16, 2018
(470) Wells Fargo, "Focus on 2019 Product Cycle; Long Term TAM Expansion Story," August 16, 2018
(471) Argus Research, "Analyst's Notes," August 17, 2018
(472) Barclays, "Calm Before the Turing Tailwinds Blow," August 17, 2018
(473) Benchmark, "ST Pain, LT Gains; Crypto Goes to Zero, But Data Center Still Ripping & Turing Yet to Ramp," August 17, 2018
(474) BMO Capital Markets, "Has Not Happened in Awhile," August 17, 2018
(475) Cowen and Company, "Ready to Turing It Up," August 17, 2018
(476) Deutsche Bank, "3 Things We Know and 4 Qs About NVDA's Turing Gaming GPUs," August 17, 2018
(477) FBN Securities, "Buy on Weakness as Ex Cryptocurrency Guide is Above Consensus, Datacenter Accelerated...," August 17, 2018
(478) Morgan Stanley, "Crypto, Transition Issues Have More Impact than Expected but Turing Should Firm Things Up," August 17, 2018
(479) Morningstar, "Cryptocurrency Tailwinds Ebb and Nvidia's 3Q Guidance Fails to Appease Market Expectations," August 17, 2018
(480) Oppenheimer, "Turing GPU to Lead Future Growth," August 17, 2018
(481) SunTrust Robinson Humphrey, "Crypto Derisks; Buy This Dip," August 17, 2018
(482) Susquehanna Financial Group, "Given Crypto Headwinds and More Staggered Ramp of Turing... It's Not That Bad," August 17, 2018
(483) Susquehanna Financial Group, "Morning Summary," August 17, 2018
(484) Evercore ISI, "The New GeFORCE RTX 20 Series; Simply DeLIGHTFul," August 20, 2018
(485) RBC Capital Markets, "RTX 2000 Services GPU Announced; Keep Playing Games With Your Heart," August 20, 2018
(486) UBS, "Turing Gaming Launch as Expected, But Some New Positives," August 20, 2018
(487) Wells Fargo, "Thinking About Upside; New GeForce RTX 2xxx Series Upgrade Cycle," August 20, 2018
(488) Deutsche Bank, "3 Takeaways From the NVDA Mgmt Meeting Post Turing Announcements," August 21, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(489) UBS, "Hot Chips Q&A Highlights Foundational Nature of Turing, But Gaming Ramp Still Likely a Bit Muted," August 21, 2018
(490) BMO Capital Markets, "Hot Chips Conference; Takeaways," August 22, 2018
(491) Jefferies, "Interactive Entertainment; Level Up; Gamescom Day 1, Chips, Cherrypick and Keywords," August 22, 2018
(492) JPMorgan, "RTX 20xx GPUs to Solidify Leadership in Gaming; Strong Upgrade Cycle Ahead; Also Good for MU," August 22, 2018
(493) Morgan Stanley, "Turing Gaming GPUs Launch, Clarifying Near Term Outlook," August 22, 2018
(494) BMO Capital Markets, "The Hits Keep on Rolling and Other Tech Tour Takeaways," August 23, 2018
(495) Morgan Stanley, "Hot Chips 2018; Heterogeneous Computing Adoption Accelerating," August 24, 2018
(496) Summit Insights Group, "Best Ideas Going Into Back Half of the Year; Semis and Semi Caps," August 27, 2018
(497) SunTrust Robinson Humphrey, "Management Meetings Confirm Our Fading Growth View," August 27, 2018
(498) Deutsche Bank, "Latest Turing Takes," August 28, 2018
(499) Susquehanna Financial Group, "Searching for Year End Outperformers," August 30, 2018
(500) Crispidea, "Gaming and Datacenter scored record high revenue," September 3, 2018
(501) Elazar Advisors, "NVIDIA Strong Buy Rating," September 5, 2018
(502) Wells Fargo, "Intel 10nm Ice Lake vs AMD 7nm Rome; Server CPU Share Shift Ahead," September 9, 2018
(503) Susquehanna Financial Group, "3Q18 PC SIGnals; AMD Gains CPU Shares, GPU Prices Fall, Record High SSD Attach," September 10, 2018
(504) SunTrust Robinson Humphrey, "Adjusting Our Model; Retaining $112 PT & Buy Rating," September 12, 2018
(505) Credit Suisse, "Asia Feedback (Semiconductor, SPE); CIS Improving, Semi Production Down, NAND Sharply down...," September 13, 2018
(506) Wells Fargo, "New Tesla T4 GPUs (Turing); TensorRT Hyperscale Inference Platform," September 13, 2018
(507) Elazar Advisors, "NVIDIA Moving To Neutral On Channel Concerns," September 16, 2018
(508) Benchmark, "Transitioning Coverage With a Buy Rating and $310 Price Target," September 20, 2018
(509) Morgan Stanley, "Turing Ramp May Be a Slow Burn," September 20, 2018
(510) RBC Capital Markets, "Advanced Micro Devices; We Think History Will Rhyme," September 24, 2018
(511) Evercore ISI, "Fortifying the AI Moat as NVDA's DL Platform Approach Nears a Tipping Point," September 28, 2018
(512) RBC Capital Markets, "Semi Cap and GPUs; Intel Supply Update," September 28, 2018
(513) SunTrust Robinson Humphrey, "First Developers' Forum is Another Step in XLNX's Marathon to Grow Its User Base," October 3, 2018
(514) SunTrust Robinson Humphrey, "Semi CyclePath; Industry Contacts Reflect More Fading Growth Than Downturn," October 3, 2018
(515) Tigress Financial Partners, "NVIDIA Corporation," October 5, 2018
(516) Wells Fargo, "Huawei's AI Focused Chips Intro Pressures Shares; Platform Matters," October 10, 2018
(517) Argus Research, "Analyst's Notes," October 12, 2018
(518) Yuanta Investment Consulting, "TSMC (2330 TT); Likely Downward Revision for 2018, But Seeing Upside from 7nm Crypto...," October 15, 2018
(519) Susquehanna Financial Group, "Discussion with the Next Platform; Raising XLNX PT on AI Inference Potential," October 17, 2018
(520) Credit Suisse, "Asia Semiconductor Sector; 3Q18 Preview; Mild Reduction in Estimates, Sharp Reduction in Stocks," October 18, 2018
(521) Morgan Stanley, "NVIDIA GTC Conference, Roadshow; New Avenues for Growth," October 18, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(522) William O'Neil+Co, "Remove buy Recommendation," October 19, 2018
(523) UBS, "Reducing Gaming Estimates as RTX Upgrade Intentions Appear Muted," October 22, 2018
(524) Wells Fargo, "Escalating U.S., China Trade War = Semi Demand Pull Forward," October 22, 2018
(525) RBC Capital Markets, "Advanced Micro Devices; Sept Qtr Preview; Is It 2019 Yet; At Least the Holiday Decorations...," October 23, 2018
(526) RBC Capital Markets, "Advanced Micro Devices; C&G Still Matters, Waiting for Q1 Chip Launch," October 24, 2018
(527) Crispidea, "NVIDIA vs AMD; A Relative Performance of Two Dominant GPU manufacturers," October 26, 2018
(528) SunTrust Robinson Humphrey, "GTCDC Takeaways Support Our Structural Growth View," October 29, 2018
(529) JPMorgan, "Silicon, Platform Leader Across Cloud Datacenter, Gaming, Next Gen Automotive," October 30, 2018
(530) Macquarie Research, "AMD Announces AWS Win," November 6, 2018
(531) Oppenheimer, "NVDA F3Q Earnings Preview," November 7, 2018
(532) SunTrust Robinson Humphrey, "Is the Second Weak Guide the Last; Only Tariffs Will Tell," November 7, 2018
(533) Morgan Stanley, "Gaming Has Some Bumps in the Road; Trimming Estimates Slightly, Remain OW," November 8, 2018
(534) Morningstar, "Cryptocurrency Tailwinds Ebb and Nvidia's 3Q Guidance Fails to Appease Market Expectations," November 9, 2018
(535) Deutsche Bank, "F3Q19 Preview; Will New Product Releases Outweigh Inventory Burn," November 12, 2018
(536) RBC Capital Markets, "Oct Qtr Preview; Buying the Pring; Data Center and Margins," November 12, 2018
(537) Wells Fargo, "NVDA; CEO Highlights Rapid Adoption of New T4 GPUs; DGX2 Positioning," November 12, 2018
(538) BMO Capital Markets, "Earnings Preview," November 13, 2018
(539) Susquehanna Financial Group, "How Bad a Miss; Probably Not That Bad," November 13, 2018
(540) Susquehanna Financial Group, "Morning Summary," November 13, 2018
(541) Susquehanna Financial Group, "The AI Inference Inflection; Upgrading NVDA and XLNX," November 13, 2018
(542) Susquehanna Financial Group, "NVDA Earnings Positioning and Crude Price Expectations," November 14, 2018
(543) Evercore ISI, "Not Pleasant Nor What We Expected, But Should Set a Floor for NVDA's Share Price," November 15, 2018
(544) FBN Securities, "Clearing Midrange Gaming GPUs Will Take 1 to 2 Quarters, but Datacenter Still Growing Well," November 15, 2018
(545) RBC Capital Markets, "Crypto Strikes Again Along with Data Center Softness," November 15, 2018
(546) SunTrust Robinson Humphrey, "Gaming Shortfall Drives Q3 Results & Q4 Guidance Below Consensus," November 15, 2018
(547) Argus Research, "Analyst's Notes," November 16, 2018
(548) Barclays, "Certainly a Setback, But Likely Better From Here," November 16, 2018
(549) CFRA, "NVIDIA Corporation," November 16, 2018
(550) Cowen and Company, "Franchise Value Intact, but Low, Mid Tier GPU Inventory Bites Again," November 16, 2018
(551) Jefferies, "Crypto Reset; Still a Top Secular Growth Story," November 16, 2018
(552) JPMorgan, "Near Term Softness on Excess Channel Inventory, But Secular Growth in Datacenter and Gaming Still Intact," November 16, 2018

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(553) Macquarie Research, "Crypto Effects Still Lingering," November 16, 2018
(554) Marktfeld, "Ownership Timelines & Shareholder Analytics," November 16, 2018
(555) MKM Partners, "GPU Inventory Overhang Persists Into Year End; Reducing Estimates, PT," November 16, 2018
(556) Morgan Stanley, "Our #s Cut Nowhere Enough As Gaming Road Bumps Turn Into Mountains," November 16, 2018
(557) Morningstar, "Negative Surprise for Nvidia's Gaming Segment Pressures Shares; No Change to $120 FVE," November 16, 2018
(558) Oppenheimer, "Crypto Hangover Spoils Turing Debut," November 16, 2018
(559) SunTrust Robinson Humphrey, "Crypto Inventory Crushes CQ4 Outlook; LT Thesis Seems Intact," November 16, 2018
(560) Susquehanna Financial Group, "Of All The Crypto GPU Scenarios We Imagined... This Was Unimaginably Bad," November 16, 2018
(561) UBS, "This May Well Prove a Buying Oppty, But the Narrative is Shifting," November 16, 2018
(562) Wells Fargo, "Nanya 3Q18 Results; DRAM Takeaways; Weakening Trend," November 16, 2018
(563) Cowen and Company, "CEO Meeting Bullish LT, But Might Take a Bit to Prove NT Bumps are All Crypto," November 20, 2018
(564) Zacks, "NVIDIA Corporation," November 20, 2018
(565) Zacks, "NVIDIA Corporation," November 21, 2018
(566) RBC Capital Markets, "AMD & NVDA; Crypto Mining Issues Likely to Persist Longer Than Expected," November 25, 2018
(567) Wells Fargo, "AWS Intros Their Own Arm Based Graviton Server Processors," November 27, 2018
(568) RBC Capital Markets, "GPUs and EDA; Amazon Inferentia Chip, Let's Get Ready to Rumble," November 28, 2018
(569) Bernstein Research, "Taking Stock…," November 29, 2018
(570) CFRA, "NVIDIA Corporation," November 29, 2018
(571) Crispidea, "Lower Guidance Q4FY19 damaged its stock performance," November 29, 2018
(572) SunTrust Robinson Humphrey, "G20 Meeting Commentary is Constructive for Semis, But Details Remain in Flux," December 3, 2018
(573) UBS, "Where Are Incumbents Under the Greatest Threat from AI," December 3, 2018
(574) Credit Suisse, "Asia Feedback (Semiconductor, SPE); Further Correction in November," December 5, 2018
(575) UBS, "Chips and Crypts December 2018; Data Supports Potential Secondary Market GPU Supply," December 6, 2018
(576) Oppenheimer, "Daily Chip Clips," December 7, 2018
(577) RBC Capital Markets, "Softbank Exploring Sale of Nvidia Stake," December 11, 2018
(578) UBS, "What to Think of AMZN's Renewed Silicon Efforts; Inference is Not Training," December 11, 2018
(579) UBS, "Trimming Estimates Due to Ongoing Gaming Inventory Headwinds," December 17, 2018
(580) Morningstar, "Negative Surprise for Nvidia's Gaming Segment Pressures Shares," December 18, 2018
(581) Plunkett Research, "NVIDIA Corporation," December 18, 2018
(582) RBC Capital Markets, "Adjust Estimates; Remain Conservative on Gaming Expectations," December 26, 2018
(583) RBC Capital Markets, "Advanced Micro Devices; Correction; Adjust Estimate; Remain Conservative on Gaming Expectations," December 27, 2018
(584) Wells Fargo, "AMD; slightly Reduce Estimates; Positive Product Cycle Thesis Intact," January 2, 2019
(585) RBC Capital Markets, "Semi Cap and GPUs; CES Focus Points after Apple Negative Preannouncement," January 3, 2019

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(586) SunTrust Robinson Humphrey, "2019 Semi Outlook; Barbell Strategy to Accommodate Binary Event," January 4, 2019
(587) Credit Suisse, "Inventory Overhang Persists," January 7, 2019
(588) Morgan Stanley, "Nvidia CES Keynote...December PMI Disappoints...US Auto SAAR a Touch Better," January 7, 2019
(589) Wells Fargo, "INTC; Positive (Though Mostly Expected) CES Announcements," January 7, 2019
(590) Deutsche Bank, "CES 2019 Takeaways," January 8, 2019
(591) JPMorgan, "J.P. Morgan Tech Forum; CES 2019 Takeaways," January 8, 2019
(592) Benchmark, "Key Takeaways from CES Meeting with Management," January 9, 2019
(593) JPMorgan, "Advanced Micros Devices; CES Keynote Takeaways; 3rd Gen Ryzen Desktop CPU Previewed," January 9, 2019
(594) RBC Capital Markets, "Semi Cap and GPUs; CES Takeaways and Investor Focus Points," January 9, 2019
(595) Wells Fargo, "AMD; CES Keynote; 7nm Gaming GPU (vs NVDA RTX 2080), 7nm EPYC Reit., & More," January 9, 2019
(596) Levi & Korsinsky, "NVIDIA Corporation Litigation Report," January 10, 2019
(597) Morningstar, "Nvidia Returns to Gaming Roots at CES 2019; New RTX 2060 Well Positioned for Mainstream Gamers," January 10, 2019
(598) Jefferies, "Notes from NVDA CES Dinner, and CES Announcements," January 11, 2019
(599) SunTrust Robinson Humphrey, "NVDA Still Stands Out Post CES 2019," January 11, 2019
(600) Credit Suisse, "Taiwan Semiconductor Manufacturing; Deeper Pullback Before the Next Rebound," January 14, 2019
(601) JPMorgan, "J.P. Morgan's Healthcare Conference Takeaways," January 14, 2019
(602) Stock Traders Daily, "NVDA," January 16, 2019
(603) Zacks, "NVIDIA Corporation," January 16, 2019
(604) Susquehanna Financial Group, "4Q18 PC SIGnals; AMD Notebook Gains Share; Turing Helps GPU ASPs," January 17, 2019
(605) Credit Suisse, "Taiwan Semiconductor Manufacturing; Deeper Cyclical Decline, Structural Still Intact," January 18, 2019
(606) Morningstar, "Nvidia Returns to Gaming Roots at CES 2019; New RTX 2060 Well Positioned for Mainstream Gamers," January 19, 2019
(607) Evercore ISI, "We Knew It Was Coming, Just Not This Bad," January 23, 2019
(608) Argus Research, "Analyst's Notes," January 25, 2019
(609) Jefferies, "Maintain Buy Rating But Remove From Franchise Pick List," January 25, 2019
(610) SunTrust Robinson Humphrey, "Mixing, Rather than Lowering, the 2019 Bar," January 25, 2019
(611) RBC Capital Markets, "Advanced Micro Devices; Dec Qtr Preview; Likely a Pause Before We See Q1 Results," January 27, 2019
(612) Acquisdata, "Company Snapshot," January 28, 2019
(613) Barclays, "Gaming and Data Center Fall Short," January 28, 2019
(614) Benchmark, "Outlook Lowered Again; Still Believe in Turing Cycle, AI, ML," January 28, 2019
(615) BMO Capital Markets, "Heretical No More," January 28, 2019
(616) CFRA, "NVIDIA Corporation," January 28, 2019
(617) Cowen and Company, "More Than a Post Crypto Hiccup; Technical Lead Intact, But Headwinds Are Real," January 28, 2019
(618) Credit Suisse, "First Blush; We Did Not Cut Enough," January 28, 2019
(619) Deutsche Bank, "Deck Clearing Continues, with DC, RTX Demand Now in Question," January 28, 2019
(620) Jefferies, "Expect 2 to 4 Qtrs of Data Center Digestion," January 28, 2019
(621) JPMorgan, "Negative Preannouncement on Softer Gaming, Datacenter," January 28, 2019

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(622) Macquarie Research, "Arista Networks; Trimming Estimates on Hyperscale Slowdown," January 28, 2019
(623) Macquarie Research, "More Than Just an Inventory Correction," January 28, 2019
(624) Morningstar, "Industry Headwinds Spare No Chipmaker; Not Even Nvidia as Firm Cuts Q4 Guidance by $0.5 Billion," January 28, 2019
(625) Oppenheimer, "DC, Turing Lead Incremental Weakness," January 28, 2019
(626) RBC Capital Markets, "Quick Thoughts on Negative Preannouncement," January 28, 2019
(627) S3 Partners, "NVDA Shorts Big Winners in Semiconductor Rout," January 28, 2019
(628) SunTrust Robinson Humphrey, "Lower FQ4 Outlook on Macro, Cyclical Weakness," January 28, 2019
(629) Susquehanna Financial Group, "The Other Shoe Drops," January 28, 2019
(630) Wells Fargo, "It's Never Just One Quarter; Significant F4Q19 Shortfall," January 28, 2019
(631) Jefferies, "Model Update; Lower Ests and PT," January 29, 2019
(632) Morgan Stanley, "Downgrading to EW After Negative Preannouncement," January 29, 2019
(633) Morningstar, "Industry Headwinds Spare No Chipmaker; Not Even Nvidia As Firm Cuts Q4 Guidance by $0.5 Billion," January 29, 2019
(634) RBC Capital Markets, "Advanced Micro Devices, Inc.; Gaining Share; Before it was 1%, Now 5%, Later 10%+," January 29, 2019
(635) SunTrust Robinson Humphrey, "Despite Near Term Pause, Buy for Long Term Growth," January 29, 2019
(636) SunTrust Robinson Humphrey, "Fine Tuning Our Model; No Change to CY20 EPS, PT, or Thesis," January 29, 2019
(637) UBS, "ERRATUM; The Time Has Come; The Sun Should Start Peeking Through the Clouds," January 29, 2019
(638) Wells Fargo, "AMD; Executing on What Matters; Ryzen PC Share Gains, EPYC Ramp, & DC GPUs," January 29, 2019
(639) BMO Capital Markets, "Very Large," January 30, 2019
(640) Morningstar, "Industry Headwinds Spare No Chipmaker; Not Even Nvidia as Firm Cuts Q4 Guidance by $0.5 Billion," January 30, 2019
(641) RBC Capital Markets, "Adjusting Estimates; Two Quarter Pause on DC, Gaming; Crypto Fills the Miss," January 30, 2019
(642) Wells Fargo, "Intel + Mellanox; Derivative Thoughts," January 30, 2019
(643) Zacks, "NVIDIA Corporation," January 30, 2019
(644) Crispidea, "Slow semiconductor growth raises concerns for the overall tech sector," January 31, 2019
(645) Crispidea), "2018 REVIEW; TECHNOLOGY SECTOR; PART II; Review of 2018 performance of stocks," January 31, 2019
(646) RBC Capital Markets, "Semi Cap and GPUs; Investor Feedback and Intel CEO Change," January 31, 2019
(647) UBS, "Upgrade NVDA to Buy; The Time Has Come (video in separate file)," February 4, 2019
(648) SunTrust Robinson Humphrey, "Demand Bonanza, But Only If Trade Conflict Is Resolved Constructively," February 6, 2019
(649) BMO Capital Markets, "NVDA Preview; Decks Cleared," February 10, 2019
(650) Deutsche Bank, "F4Q19E Preview; Does Near Term Pain Yield Long Term Growth Questions," February 11, 2019
(651) Morgan Stanley, "Earnings Previews for AQ, AMAT, and NVDA," February 11, 2019
(652) Oppenheimer, "Morning Research Summary," February 11, 2019
(653) Oppenheimer, "NVDA F4Q Earnings Preview," February 11, 2019
(654) RBC Capital Markets, "Jan Qtr Preview and Cheat Sheets; Focus on Gaming and DC Guidance," February 11, 2019
(655) Wright Investors' Service, "NVIDIA Corporation," February 12, 2019

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(656) Credit Suisse, "2HFY20 Reaccelerates, Worth the Wait," February 13, 2019
(657) Susquehanna Financial Group, "SIGnature Update; All Eyes on the Guide and Channel Inventory Narrative," February 13, 2019
(658) Argus Research, "Analyst's Notes," February 14, 2019
(659) Credit Suisse, "Data Supports Trough Awaiting Recovery," February 14, 2019
(660) Credit Suisse, "F4Q19 First Blush," February 14, 2019
(661) Deutsche Bank, "Yet Another Super Sized Snapback," February 14, 2019
(662) Evercore ISI, "Stock's Not Red, Investors Aren't Blue, NVDA's Back, PHEW," February 14, 2019
(663) RBC Capital Markets, "A Back Half Snap Back; Move to Parallel Processing Thesis Unchanged," February 14, 2019
(664) SunTrust Robinson Humphrey, "FY20 Sales guided Above Consensus; Q4 ~Inline with pre; Q1 Guided Below Consensus," February 14, 2019
(665) Wells Fargo, "Nearing a Bottom, But Full Recovery to Remain a Prove It Story," February 14, 2019
(666) Barclays, "Bottom Found but FY Guide Seems Optimistic," February 15, 2019
(667) Benchmark, "Softness Continues Into 1Q20 (Apr), V Shaped Bounce in 2Q20," February 15, 2019
(668) BMO Capital Markets, "Plenty of Hockey Sticks to Pass Around," February 15, 2019
(669) CFRA, "NVIDIA Corporation," February 15, 2019
(670) Cowen and Company, "Thesis Unchanged As We Didn't Learn Much; More Visibility by Analyst Day," February 15, 2019
(671) FBN Securities, "Results, FQ1 Guide Below Expectations, But F2020 Revenue Guide Encouraging," February 15, 2019
(672) Jefferies, "Expect the High Bar to be Discounted," February 15, 2019
(673) JPMorgan, "Inline Results, Flattish Guide; Setup Well for Strong Recovery in FY20 and Beyond," February 15, 2019
(674) Macquarie Research, "Setting a High Bar," February 15, 2019
(675) MKM Partners, "Morning Summary," February 15, 2019
(676) MKM Partners, "Slow Start to F2020 as Expected; 2H Demand Recovery Expected," February 15, 2019
(677) Morgan Stanley, "Full Year Guidance Implies Substantial Snapback Despite Weaker April," February 15, 2019
(678) Morningstar, "Industry Headwinds Spare no Chipmaker; Not Even Nvidia as Firm Cuts 4Q Guidance by $0.5 Billion," February 15, 2019
(679) Morningstar, "GPU Titan Nvidia Not Immune to Industry Challenges as Full Year Outlook Calls for No Growth (2)," February 15, 2019
(680) Morningstar, "GPU Titan Nvidia Not Immune to Industry Challenges as Full Year Outlook Calls for No Growth," February 15, 2019
(681) Oppenheimer, "Turing the Corner," February 15, 2019
(682) SunTrust Robinson Humphrey, "Inventory Overhang Approaches an End; Buy for the Underlying Structural Growth," February 15, 2019
(683) Susquehanna Financial Group, "Aspirational Full Year Guide, but Recovery Narrative Hurdles Low Expectations," February 15, 2019
(684) UBS, "The Sun Is Starting to Peek Through the Clouds; Now Is a Good Time to Buy Nvidia," February 15, 2019
(685) Zacks, "NVIDIA Corporation," February 18, 2019
(686) CFRA, "NVIDIA Corporation," February 19, 2019
(687) Jyske Bank, "Svagt Q4’19 i et stærkt FY’19," February 19, 2019
(688) Jyske Bank, "Weak Q419 in a Strong FY19," February 19, 2019
(689) New Constructs, "NVIDIA Corporation," February 22, 2019
(690) RBC Capital Markets, "Crypto Topic of the Month; Cloud Mining to Help Clear Inventory," February 22, 2019

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(691) BMO Capital Markets, "4Q Mercury Graphics Data; Share Shifts," February 25, 2019
(692) CFRA, "NVIDIA Corporation," February 25, 2019
(693) Morgan Stanley, "Correction; MS TMT Conference Day 1 and 2 Takeaways for MXIM, QTNA, NVDA...," February 27, 2019
(694) Corporate Watchdog Report, "Nvidia Corp," February 28, 2019
(695) Deutsche Bank, "4 Takeaways from NVDA's 10K, Adjusting Estimates," February 28, 2019
(696) Minkabu, "Equity Annual Report," February 28, 2019
(697) Minkabu, "Equity Quarterly Report," February 28, 2019
(698) Morningstar, "GPU Titan Nvidia Not Immune to Industry Challenges as Full Year Outlook Calls for No Growth," March 1, 2019
(699) Cowen and Company, "Taiwan Semis Monthly; As Expected, January Shows Continued Pre Cyn Softness," March 6, 2019
(700) SunTrust Robinson Humphrey, "Semi CyclePath; Sharp Stock Recovery Removes the Fat Pitch," March 6, 2019
(701) Wells Fargo, "Correction; Wells Fargo Silicon Valley Bus Tour Recap," March 8, 2019
(702) Cowen and Company, "Memory Monthly; Silver Linings Are Not Always Transparent," March 10, 2019
(703) Credit Suisse, "MLNX Accretion Math," March 10, 2019
(704) Macquarie Research, "MLNX; Infiniband Makes Sense, not Ethernet," March 10, 2019
(705) RBC Capital Markets, "M&A Coming Back; Nvidia and Mellanox," March 10, 2019
(706) Trefis, "Corporate Snapshot," March 10, 2019
(707) Wells Fargo, "NVIDIA Bidding Up to $7B for Mellanox; Quick Math Implies 5% to 10% Accretion," March 10, 2019
(708) Argus Research, "Analyst's Notes," March 11, 2019
(709) Benchmark, "NVIDIA Emerges as Bidder for Mellanox," March 11, 2019
(710) Benchmark, "NVIDIA High Bidder for Mellanox," March 11, 2019
(711) BMO Capital Markets, "Merger Monday," March 11, 2019
(712) CFRA, "NVIDIA Corporation," March 11, 2019
(713) Cowen and Company, "January SIA Data; Soft Start to 2019; March Critical Month to Post CNY Recovery," March 11, 2019
(714) Cowen and Company, "NVIDIA Bids for Mellanox; Plans Further Investment in System Level Scalability," March 11, 2019
(715) Credit Suisse, "NVDA, MLNX; Just the Facts," March 11, 2019
(716) Deutsche Bank, "NVDA, MLNX Combines DC Accelerator and DC Networking Leaders," March 11, 2019
(717) Evercore ISI, "Doubling Down on Data Center as Fabric Moving Beyond Compute into the Network," March 11, 2019
(718) FNB Securities, "NVDA to Acquire Mellanox for $6.9B," March 11, 2019
(719) Jefferies, "Callback Notes; Positioning for the 4th Tectonic Shift in Computing," March 11, 2019
(720) JPMorgan, "NVIDIA Aiming for High Performance Computing, Cloud Data Center Leadership...," March 11, 2019
(721) Jyske Bank, "Opkøb af Mellanox," March 11, 2019
(722) MKM Partners, "Strategic Addition to Data Center Technology Portfolio," March 11, 2019
(723) Morningstar, "Nvidia Sends Shot Across Intel's Bow With $6.9 Billion Acquisition of Mellanox," March 11, 2019
(724) Oppenheimer, "Afternoon Research Summary," March 11, 2019
(725) Oppenheimer, "Interconnecting with Mellanox," March 11, 2019
(726) RBC Capital Markets, "Acquisition of Mellanox; Expanding the Data Center Opportunity," March 11, 2019

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(727) SunTrust Robinson Humphrey, "Following News of a MLNX Bid, We Analyze Combinations with XLNX, INTC, & NVDA," March 11, 2019
(728) Susquehanna Financial Group, "Strategically and Financially Needed; MOFCOM a Remote but Non Zero Risk," March 11, 2019
(729) UBS, "Heralding the Next Generation of Compute Marching Towards Data Center Scale Computing," March 11, 2019
(730) Wells Fargo, "Confirms ~$6.9B Acq. of Mellanox," March 11, 2019
(731) Wells Fargo, "NVDA + MLNX; Post Conf. Call Followup," March 11, 2019
(732) Barclays, "NVIDIA to Acquire Mellanox," March 12, 2019
(733) MKM Partners, "Morning Summary," March 12, 2019
(734) Morgan Stanley, "Thoughts on the NVIDIA, Mellanox Combination," March 12, 2019
(735) SunTrust Robinson Humphrey, "MLNX Purchase Seems Defensive to Us, But That Doesn't Kill the Strategic & Financial Fit," March 12, 2019
(736) SunTrust Robinson Humphrey, "Morning Meeting Highlights," March 12, 2019
(737) Wells Fargo, "Appreciating NVIDIA + Mellanox's Strategic Positioning in HPC," March 12, 2019
(738) Credit Suisse, "Asia Feedback (Semiconductor, SPE); Survey Strips Away Market's Recovery Expectations," March 13, 2019
(739) Craig Hallum, "Long Time Leader in Visualization, Leader in Acceleration at Early Stages," March 14, 2019
(740) Jyske Bank, "Acquisition of Mellanox," March 14, 2019
(741) Minkabu, "Equity Annual Report," March 14, 2019
(742) Minkabu, "Equity Quarterly Report," March 14, 2019
(743) Crispidea, "NVIDIA ACQUIRES MELLANOX; The biggest ever deal in the history of NVIDIA," March 15, 2019
(744) Wells Fargo, "Week Ahead (NVDA, NTNX, & MU), OCP Conf., Apple Datapoints, & More," March 15, 2019
(745) Deutsche Bank, "NVDA Analyst Day Preview," March 17, 2019
(746) UBS, "OCP Takeaways, Plus NVDA GTC, Analyst Day and MU Earnings this Week," March 17, 2019
(747) BMO Capital Markets, "Analyst Day Preview," March 18, 2019
(748) Morgan Stanley, "Thoughts on Semicap Rally... Micron Earnings Preview... NVDA Analyst Day Preview," March 18, 2019
(749) Wells Fargo, "Jensen Huang (CEO) Keynote @ GTC," March 18, 2019
(750) BMO Capital Markets, "Expanding Ecosystem," March 19, 2019
(751) CFRA, "NVIDIA Corporation," March 19, 2019
(752) Cowen and Company, "Analyst Day Continues Putting Pieces Back Together; Not Out of the Woods Yet," March 19, 2019
(753) Credit Suisse, "GTC and Analyst Day," March 19, 2019
(754) Deutsche Bank, "4 Takeaways from NVDA's Analyst Day," March 19, 2019
(755) Evercore ISI, "NVDA Investor Day Takeaways," March 19, 2019
(756) JPMorgan, "GTC 2019 Keynote Takeaways; Strong Ecosystem Focus on Gaming, Data Center and Autonomous Driving," March 19, 2019
(757) Macquarie Research, "Analyst Day Highlights," March 19, 2019
(758) RBC Capital Markets, "Nvidia Analyst Day; Reiterated Guidance and TAM Update," March 19, 2019
(759) Summit Insights Group, "Remains One of Our TOP Picks in our Semiconductor Coverage Group," March 19, 2019
(760) Susquehanna Financial Group, "2019 Analyst Day... Relatively Uneventful with No 7nm, No New AI Chip," March 19, 2019
(761) UBS, "Analyst Day Highlights Vast Untapped Opportunity & Next Waves of Growth," March 19, 2019

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(762) UBS, "GTC Day 1; New Prod, Partnerships Announced; Making Big Strides as a Platform Provider," March 19, 2019
(763) Wells Fargo, "Positive Investor day; Gaming Inventory Burn, GFN Alliance, & More," March 19, 2019
(764) Barclays, "Breadth of AI Ecosystem on Display," March 20, 2019
(765) Barclays, "Updating NVDA, MLNX Merger Model Post Analyst Day," March 20, 2019
(766) Cowen and Company, "Morning Call," March 20, 2019
(767) Craig Hallum, "Analyst Event Summary; No Change in Near Term Thesis," March 20, 2019
(768) Jefferies, "Analyst Day Takes; Accelerated Computing Program," March 20, 2019
(769) JPMorgan, "Investor Day Takeaways; Platform and Ecosystem Momentum to Continue Across Focus End Markets," March 20, 2019
(770) MKM Partners, "Longer Term Opportunity Funnel Remains Robust," March 20, 2019
(771) MKM Partners, "Morning Summary," March 20, 2019
(772) Morgan Stanley, "NVDA Analyst Day Highlights Focus on Software and Platforms," March 20, 2019
(773) Morningstar, "Another Nvidia Analyst Day, Another Set of Gaudy Addressable Market Estimates," March 20, 2019
(774) SunTrust Robinson Humphrey, "Post GTC 2019, Remain Focused on Long Term Growth Opportunities," March 20, 2019
(775) Tigress Financial Partners, "NVIDIA Corporation," March 20, 2019
(776) UBS, "CQ119 Asia Trip Recap Call Transcript; Arcuri, Gaudois, Petricone," March 20, 2019
(777) Validea, "Guru Analysis Report," March 22, 2019
(778) Zacks, "NVIDIA Corporation," March 22, 2019
(779) Evercore ISI, "NVDA's GTC 2019; Our Final Thoughts from Last Week's Conference," March 25, 2019
(780) Morgan Stanley, "Very Weak Flash PMIs Readings for March," March 25, 2019
(781) Susquehanna Financial Group, "Samsung Electronics; Sammy's Semi Display Weaker, SP Better," March 25, 2019
(782) Crispidea, "Gaming remains vibrant with contribution of ~53% to the revenue growth in FY19," March 26, 2019
(783) Deutsche Bank, "Revisiting NVDA's Analyst Day Details, 5 Takeaways," March 26, 2019
(784) Piper Jaffray, "Initiating with Overweight Rating; We Like the Setup Here," March 26, 2019
(785) Sadif, "Will NVIDIA Corp Deliver Long Term Returns," March 27, 2019
(786) Jefferies, "Downgrade to Hold on Pending NVIDIA Acquisition," March 29, 2019
(787) Elazar Advisors, "Nvidia Update," March 31, 2019
(788) Jefferies, "Supply Chain Checks; Consistent with AMD, NVDA, INTC and Analog Views," April 1, 2019
(789) Susquehanna Financial Group, "Asia Trip... Still Waiting on the Uptick; 5G and Server Strength," April 1, 2019
(790) Zacks, "NVIDIA Corporation," April 1, 2019
(791) Smart Insider, "Nvidia Corp," April 4, 2019
(792) Cowen and Company, "Cowen's Ideas of the Week," April 5, 2019
(793) Cowen and Company, "February SIA; Slowly Stabilizing, Though Muted by CNY; March More Telling," April 5, 2019
(794) Cowen and Company, "Memory Monthly; When the Levee Breaks, Float Downstream," April 8, 2019
(795) UBS, "Recapping Conference Calls Series on Gaming in the Cloud," April 8, 2019
(796) JPMorgan, "Industry Conference Takeaways; Data Center Acceleration and Memory Focus," April 12, 2019
(797) UBS, "Highlights from Our Investor Call with Rob Csongor," April 14, 2019
(798) Susquehanna Financial Group, "CZR Trading Callout," April 15, 2019
(799) Susquehanna Financial Group, "1Q19 PC SIGnals; Intel Shortages Driving AMD Gains in Notebooks, Chromebooks," April 17, 2019
(800) Zacks, "NVIDIA Corporation," April 18, 2019

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

(801) Barclays, "TSLA Autonomy Investor Day Details Internally Developed Silicon," April 23, 2019
(802) UBS, "Comparing & Contrasting Self Driving Solutions; Takeaways from Tesla's Autonomy Day," April 23, 2019
(803) RBC Capital Markets, "Networking and Semiconductors; China Trade Tensions," May 6, 2019
(804) Marktfeld, "Information Content of Earnings Releases 2013 to 2019," May 8, 2019
(805) Marktfeld, "Valuation Landscape 2004 to 2019," May 8, 2019
(806) UBS, "US Semiconductors; Next AI Platform Conference Key Takeaways," May 9, 2019
(807) Oppenheimer, "NVDA F1Q Earnings Preview," May 10, 2019
(808) Stock Traders Daily, "NVDA," May 10, 2019
(809) Evercore ISI, "Weekly Musings; Previewing NVDA, AMAT and XLNX's Analyst Day," May 11, 2019
(810) RBC Capital Markets, "Apr Qtr Gaming Upside Due to Material ASP Change QQ," May 12, 2019
(811) BMO Capital Markets, "Previews; Xilinx Analyst Day and NVIDIA Earnings," May 13, 2019
(812) CFRA, "NVIDIA Corporation," May 13, 2019
(813) Craig Hallum, "F1Q19 Preview; F2Q19 Sales, EPS Could be Below Consensus," May 13, 2019
(814) Deutsche Bank, "F1Q20 Preview; Incrementally More Cautious on 2Q," May 13, 2019
(815) Morgan Stanley, "Earnings Preview for NVDA (PT Higher) and AMAT... XLNX Analyst Day Preview," May 13, 2019
(816) Credit Suisse, "F1Q Earnings Preview," May 14, 2019
(817) Susquehanna Financial Group, "NVIDIA SIGnature Preview; Aggressive Full Year Guidance Puts 2Q at Risk," May 14, 2019
(818) UBS, "Thinking a Bit About Gaming and Previewing FQ120 (Apr)," May 14, 2019
(819) ValuEngine, "Rating and Forecast Report," May 15, 2019
(820) Zacks, "NVIDIA Corporation," May 15, 2019
(821) BMO Capital Markets, "Outlook and Model Before the Call," May 16, 2019
(822) buysellsignals, "NVIDIA Lifts 18% in 2019, Outperforming Semiconductors & Related Devices Sector," May 16, 2019
(823) Credit Suisse, "F1Q20 First Blush," May 16, 2019
(824) Credit Suisse, "Just the Facts, Ma'am," May 16, 2019
(825) Deutsche Bank, "Snapback No Longer Super Sized, But Still Significant," May 16, 2019
(826) Evercore ISI, "Shed a Tear Cause I'm Missing You (FY20 Guide)," May 16, 2019
(827) Macquarie Research, "Quarter Ok; Lowering FY20 Bar a Bit," May 16, 2019
(828) Piper Jaffray, "Time to Play," May 16, 2019
(829) RBC Capital Markets, "Keep Playing Games With Your Heart," May 16, 2019
(830) Summit Insights Group, "Downgrading to Hold as we See Higher Risk into 2H19," May 16, 2019
(831) SunTrust Robinson Humphrey, "Lowering Ests. Slightly on Gaming & Datacenter Derivative & Survey Work," May 16, 2019
(832) SunTrust Robinson Humphrey, "Q1 Beat on Surprising Gaming Recovery; Q2 Guided Slightly Above Consensus," May 16, 2019
(833) Wells Fargo, "Focus on 2HF2020 Upside Story; Normalized Gaming + DC Recovery," May 16, 2019
(834) Wells Fargo, "Thoughts; Better Gaming (CORRUPT PDF)," May 16, 2019
(835) Zacks, "NVIDIA Corporation," May 16, 2019
(836) Barclays, "Gaming Recovers but Data Center Still Stalled," May 17, 2019
(837) BMO Capital Markets, "Forget About It," May 17, 2019
(838) BMO Capital Markets, "Research Today," May 17, 2019
(839) CFRA, "NVIDIA Corporation," May 17, 2019
(840) Cowen and Company, "NT Visibility Remains Cloudy; New Products Needed to Reinvigorate Growth," May 17, 2019
(841) Craig Hallum, "Inline F1Q with F2Q Slightly Above Consensus, But Lack of F2020 Guidance Suggest Caution," May 17, 2019

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(842) Exane BNP Paribas, "Gaming Normalizing, Hyperscalers Digesting," May 17, 2019
(843) FBN Securities, "Gaming Recovery Countered by Hyperscaler Weakness," May 17, 2019
(844) Fubon Research, "1Q20 Results Beat," May 17, 2019
(845) Jefferies, "Reset is Healthy; Buy the Confession," May 17, 2019
(846) JPMorgan, "Solid Q1 Results, Inline Guide on Return to Normalized Gaming Demand," May 17, 2019
(847) JPMorgan, "TMC Conference Summary; Constructive Outlook Despite Macro, Trade Headwinds," May 17, 2019
(848) MKM Partners, "Morning Summary," May 17, 2019
(849) MKM Partners, "Results and Near Term Outlook Largely as Expected; Longer Term Visibility Remains Limited," May 17, 2019
(850) Morgan Stanley, "Solid Gaming But Continued Headwinds in Data Center," May 17, 2019
(851) Morningstar, "Nvidia Calls For Return to Growth in 2Q, Though Cloud Demand Visibility Remains Limited," May 17, 2019
(852) Oppenheimer, "Ready Player One," May 17, 2019
(853) SunTrust Robinson Humphrey, "NVDA Backs Off Big 2H Recovery, But This Aligns with our Model," May 17, 2019
(854) Susquehanna Financial Group, "NVIDIA Corporation; Getting Back on the Rails," May 17, 2019
(855) UBS, "Don't Lose Sight of the Forest by Focusing Too Much on the Trees," May 17, 2019
(856) Yuanta Investment Consulting, "NVIDIA Results, Guidance & Implications," May 17, 2019
(857) Zacks, "NVIDIA Corporation," May 17, 2019
(858) Argus Research, "Analyst's Notes," May 20, 2019
(859) Credit Suisse, "China Semiconductor Sector; GSA Memory+ Conference Takeaways," May 20, 2019
(860) Stock Traders Daily, "NVDA," May 20, 2019
(861) UBS, "Thoughts on Gaming Following Results and a Series of Expert Calls," May 20, 2019
(862) Minkabu, "Equity Quarterly Report," May 21, 2019
(863) Trefis, "How Did Nvidia Fare in Q1, and What Can We Expect From Fiscal 2020," May 22, 2019
(864) RBC Capital Markets, "Semiconductors & Semi Cap; Investor Feedback and Catalysts," May 24, 2019
(865) Cowen and Company, "A Solid Computex, Expect More at E3," May 28, 2019
(866) Cowen and Company, "Public Cloud VII; Growth Remains Strong in 2019," May 28, 2019
(867) Credit Suisse, "Taiwan Daily News; CS View on AMD, TSMC, Nvidia, Qualcomm, Huawei, Chin Poon, and INX," May 28, 2019
(868) Sadif, "Will NVIDIA Corp Deliver Long Term Returns," May 28, 2019
(869) Zacks, "NVIDIA Corporation," May 28, 2019

**Public Filings and SEC Filings:**

(1) NVIDIA Form 10-K for period ending January 25, 2015
(2) NVIDIA Form 8-K, dated February 11, 2015
(3) NVIDIA Form 10-Q for quarter ended April 26, 2015
(4) NVIDIA Form 8-K, dated May 7, 2015
(5) NVIDIA Form 10-Q for quarter ended July 26, 2015
(6) NVIDIA Form 8-K, dated August 6, 2015
(7) NVIDIA Form 10-Q for quarter ended October 25, 2015
(8) NVIDIA Form 8-K, dated November 5, 2015
(9) NVIDIA Form 10-K for period ending January 31, 2016
(10) NVIDIA Form 8-K, dated February 17, 2016
(11) NVIDIA Form 10-Q for quarter ended May 1, 2016
(12) NVIDIA Form 8-K, dated May 12, 2016
(13) NVIDIA Form 10-Q for quarter ended July 31, 2016
(14) NVIDIA Form 8-K, dated August 11, 2016

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered

(15) NVIDIA Form 10-Q for quarter ended October 30, 2016
(16) NVIDIA Form 8-K, dated November 10, 2016
(17) NVIDIA Form 10-K for period ending January 29, 2017
(18) NVIDIA Form 8-K, dated February 9, 2017
(19) NVIDIA Form 10-Q for quarter ended April 30, 2017
(20) NVIDIA Form 8-K, dated May 9, 2017
(21) NVIDIA Form 10-Q for quarter ended July 30, 2017
(22) NVIDIA Form 8-K, dated August 10, 2017
(23) NVIDIA Form 10-Q for quarter ended October 29, 2017
(24) NVIDIA Form 8-K, dated November 9, 2017
(25) NVIDIA Form 10-K for period ending January 28, 2018
(26) NVIDIA Form 8-K, dated February 8, 2018
(27) NVIDIA Form 10-Q for quarter ended April 29, 2018
(28) NVIDIA Form 8-K, dated May 10, 2018
(29) NVIDIA Form 10-Q for quarter ended July 29, 2018
(30) NVIDIA Form 8-K, dated August 16, 2018
(31) NVIDIA Form 10-Q for quarter ended October 28, 2018
(32) NVIDIA Form 8-K, dated November 15, 2018
(33) NVIDIA Form 10-K for period ending January 27, 2019
(34) NVIDIA Form 8-K, dated January 28, 2019
(35) NVIDIA Form 8-K, dated February 14, 2019
(36) NVIDIA Form 10-Q for quarter ended April 28, 2019
(37) NVIDIA Form 8-K, dated May 16, 2019
(38) NVIDIA Form 10-Q for quarter ended July 28, 2019
(39) NVIDIA Form 8-K, dated August 15, 2019
(40) NVIDIA Form 10-Q for quarter ended October 27, 2019
(41) NVIDIA Form 8-K, dated November 14, 2019
(42) Nasdaq, Inc Form 10-K for period ended December 31, 2020

**Academic Papers**

(1) William H. Beaver, "The Information Content of Annual Earnings Announcements," *Journal of Accounting Research*, Vol. 6, *Empirical Research in Accounting: Selected Studies,* 1968
(2) Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, Vol. 25, No. 2, Papers and Proceedings of the Twenty-Eighth Annual Meeting of the American Finance Association New York, N.Y., Dec., 28-30, 1969, May 1970
(3) Robert G. May, "The Influence of Quarterly Earnings Announcements on Investor Decisions as Reflected in Common Stock Price Changes," *Journal of Accounting Research,* Vol. 9, *Empirical Research in Accounting: Selected Studies,* 1971
(4) Joseph Aharony and Itzhak Swary, "Quarterly Dividend and Earnings Announcements and Stockholders' Returns: An Empirical Analysis," *The Journal of Finance*, Vol. 35, No.1, March 1980
(5) Brad M. Barber, et al., "The Fraud-on-the-Market Theory and the Indicators of Common Stocks' Efficiency," *Journal of Corporate Law*, Winter 1994
(6) A. Craig MacKinlay, "Event Studies in Economics and Finance," *Journal of Economic Literature,* Vol. 35. No. 1, March 1997
(7) Ronald L. Wasserstein and Nicole A. Lazar, "The ASA Statement on p-Values: Context, Process, and Purpose," *The American Statistician*, Vol. 70, No. 2, 2016
(8) Charles McGrath, "80% of equity market cap held by institutions," *Pensions & Investments,* April 25, 2017

# In re NVIDIA Corporation Securities Litigation
# Appendix B - Information Considered

**Books:**

(1) John Campbell, et al., *The Econometrics of Financial Markets* (1997)
(2) Robert S. Pindyck and Daniel L. Rubinfeld, *Econometric Models and Economic Forecasts* (4th ed. 1998)
(3) Shannon, P. Pratt, *Valuing a Business: The Analysis and Appraisal of Closely Held Companies* (5th ed. 2008)
(4) Jeffrey M. Wooldridge, *Introductory Econometrics* (6th ed. 2016)
(5) "Augmented Dickey-Fuller unit root test," *Stata Time Series Reference Manual Release 15* (2017)
(6) *CFA Program Curriculum Level I Volume 5: Equity and Fixed Income* (2019)

**Data Sources:**

(1) Factiva
(2) S&P Capital IQ
(3) Bloomberg L.P.
(4) LSEG

**Case Law and Related Documents:**

(1) *Basic Inc. v. Levinson*, 485 U.S. 224 (1988)
(2) *Cammer v. Bloom*, 711 F. Supp. 1264 (D.N.J. 1989)
(3) *Binder v. Gillespie*, 184 F.3d 1059 (9th Cir. 1999)
(4) *Krogman v. Sterritt*, 202 F.R.D. 467 (N.D. Tex. 2001)
(5) *Cheney v. Cyberguard Corp.*, 213 F.R.D. 484 (S.D. Fla. 2003)
(6) *In re Netbank, Inc. Sec. Litig.,* 259 F.R.D. 656 (N.D. Ga. 2009)
(7) *Schleicher v. Wendt*, 618 F.3d 679 (7th Cir. 2010)
(8) *Billhofer v. Flamel Techs., S.A*., 281 F.R.D. 150 (S.D.N.Y. 2012)
(9) *In re Diamond Foods, Inc. Sec. Litig.*, 295 F.R.D. 240 (N.D. Cal. 2013)
(10) *Halliburton Co. v. Erica P. John Fund, Inc*., 573 U.S. 258 (2014)
(11) Brief of Financial Economists as Amici Curiae in Support of Respondents, *Halliburton II*, 2014 WL 526436, (Feb 5, 2014)
(12) *McIntire v. China MediaExpress Holdings, Inc.*, 38 F. Supp. 3d 415 (S.D.N.Y. 2014)
(13) *Carpenters Pension Tr. Fund of St. Louis v. Barclays PLC*, 310 F.R.D. 69 (S.D.N.Y. 2015)
(14) *Strougo v. Barclays PLC*, 312 F.R.D. 307, 317 (S.D.N.Y. 2016)
(15) *Waggoner v. Barclays PLC*, 875 F.3d 79, 94 (2d Cir. 2017)
(16) *City of Miami Gen. Empls. Ret. Trust v. RH, Inc.,* 2018 WL 4931543 (N.D. Cal. Oct. 11, 2018)
(17) *In re Banc of Cal. Sec. Litig.*, 326 F.R.D. 640 (C.D. Cal. 2018)
(18) *In re SanDisk LLC Sec. Litig.*, 2018 WL 4293336 (N.D. Cal. Sept. 4, 2018)

**Other:**

(1) "Initial Listing Guide," *Nasdaq*, March 2025, https://listingcenter.nasdaq.com/assets/initialguide.pdf
(2) S&P 500 Factsheet, https://www.spglobal.com/spdji/en/indices/equity/sp-500/#overview; and Nasdaq 100 Factsheet, https://indexes.nasdaqomx.com/docs/FS_XNDX.pdf
(3) "Glossary: Market Makers," *SEC*, https://www.investor.gov/introduction-investing/investing-basics/glossary/market-makers
(4) Form S-3 Registration Statement Under the Securities Act of 1933
(5) Nasdaq 100 Factsheet, https://indexes.nasdaqomx.com/docs/FS_XNDX.pdf
(6) "Investor Bulletin: An Introduction to Short Sales," *Investor.gov*, October 29, 2015, https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-51

## In re NVIDIA Corporation Securities Litigation
## Appendix B - Information Considered


(7) "NYSE Regulation Threshold Securities," *Intercontinental Exchange*, https://www.nyse.com/regulation/threshold-securities
(8) "Nasdaq Threshold List," *Nasdaq Trader*, https://www.nasdaqtrader.com/trader.aspx?id=RegSHOThreshold
(9) "Fails-to-Deliver Data," *SEC*, https://www.sec.gov/data/foiadocsfailsdatahtm
(10) "Threshold Securities," *SEC*, https://www.sec.gov/answers/threshold.htm
(11) SEC Rule 203(c)(6)
(12) *In the Matter of Gary S. Bell*, SEC Release No. 65941, December 13, 2011
(13) 15 U.S.C. § 78u-4
(14) 17 CFR § 240.10b-5(b)
(15) Kat Tretina and John Schmidt, "An Introduction to the Nasdaq Stock Exchange," *Forbes*, August 12, 2021
(16) Lannebo web page, *Öhman Holdings*, https://www.ohmanholding.se/en/holdings/ohman-fonder/

**In re NVIDIA Corporation Securities Litigation**
**Appendix C**
**Constituents of S&P Semiconductors Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| AMD | ADVANCED MICRO DEVICES | Advanced Micro Devices, Inc. (AMD) produces semiconductor products and devices. The Company offers products such as microprocessors, embedded microprocessors, chipsets, graphics, video and multimedia products and supplies it to third-party foundries, as well as provides assembling, testing, and packaging services. AMD serves customers worldwide. | ✓ | ✓ |
| ADI | ANALOG DEVICES INC | Analog Devices, Inc. designs, manufactures, and markets integrated circuits used in analog and digital signal processing. The Company's products are used in communications, computer, industrial, instrumentation, military, aerospace, automotive, and high-performance consumer electronics applications. Analog Devices sells its products worldwide. | ✓ | ✓ |
| AMAT | APPLIED MATERIALS INC | Applied Materials, Inc. develops, manufactures, markets, and services semiconductor wafer fabrication equipment and related spare parts for the worldwide semiconductor industry. The Company's customers include semiconductor wafer and integrated circuit manufacturers, flat panel liquid crystal displays, solar photovoltaic cells and modules and other electronic devices manufacturers. | | ✓ |
| AVGO | BROADCOM INC | Broadcom Inc. designs, develops, and supplies semiconductor and infrastructure software solutions. The Company offers storage adapters, controllers, networking processors, motion control encoders, and optical sensors, as well as infrastructure and security software to modernize, optimize, and secure the complex hybrid environments. Broadcom serves customers worldwide. | ✓ | ✓ |
| CAVM | CAVIUM LLC | Cavium Inc. provides semiconductor processors that enable intelligent networking, communications, and security applications. The Company offers a broad portfolio of software compatible processors and accelerator boards ranging in performance from 10 Mbps to 10 Gbps. | ✓ | |
| CEVA | CEVA INC | CEVA, Inc. is a semiconductor manufacturing company. The Company offers sensor fusion and spatial audio application software solutions that enable products to connect, sense, and infer data more reliably and efficiently. CEVA serves mobile, PC, consumer, automotive, smart-home, surveillance, robotics, industrial, and medical markets globally. | ✓ | ✓ |
| CRUS | CIRRUS LOGIC INC | Cirrus Logic, Inc. is a fabless semiconductor company. The Company develops audio and voice IC and software solutions for mobile communications, automotive entertainment, and consumer audio applications. Cirrus Logic is headquartered in Austin, Texas. | ✓ | ✓ |
| CY | CYPRESS SEMICONDUCTOR CORP | Cypress Semiconductor Corporation designs, develops, manufactures, and markets a line of digital and mixed-signal integrated circuits. The Company's circuits are used in the data communications, telecommunications, computers, and instrumentation systems markets. Cypress products are marketed worldwide through a network of sales offices, distributors, and sales representative firm. | ✓ | ✓ |
| DIOD | DIODES INC | Diodes Incorporated manufactures and supplies discrete, logic, and analog semiconductor devices to consumers in the electronics, computing, industrial, communications, and automotive markets. The Company's products include diodes, transistors, MOSFETs, single gate logic, LED drivers, and USB switches. | ✓ | ✓ |
| FSLR | FIRST SOLAR INC | First Solar, Inc. designs and manufactures solar modules. The Company uses a thin film semiconductor technology to manufacture electricity-producing solar modules. | ✓ | ✓ |
| IPHI | INPHI CORP | Inphi Corporation provides analog semiconductor solutions for the communications and computing markets. The Company solutions offers speed interface between analog signals and digital information in systems such as telecommunications transport systems, enterprise networking equipment, data center and enterprise servers, and storage platforms. | ✓ | ✓ |
| IDTI | INTEGRATED DEVICE TECHNOLOGY | Integrated Device Technology, Inc. designs, develops, manufactures, and markets a variety of semiconductor products and modules. Applications for the company's products include data and telecommunications equipment, storage area networks, networked peripherals and servers, and personal computers. The Company markets its products on a worldwide basis primarily to original equipment manufacturers. | ✓ | ✓ |



bvagroup

**In re NVIDIA Corporation Securities Litigation**
**Appendix C**
**Constituents of S&P Semiconductors Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| INTC | INTEL CORP | Intel Corporation designs, manufactures, and sells computer components and related products. The Company major products include microprocessors, chipsets, embedded processors and microcontrollers, flash memory, graphic, network and communication, systems management software, conferencing, and digital imaging products. | ✓ | ✓ |
| LSCC | LATTICE SEMICONDUCTOR CORP | Lattice Semiconductor Corporation designs, develops, and market programmable logic devices. The Company offers three types of semiconductor devices, including programmable logic device, video connectivity application specific standard products, and millimeter wave devices. Lattice Semiconductor operates worldwide. | ✓ | ✓ |
| MTSI | MACOM TECHNOLOGY SOLUTIONS H | MACOM Technology Solutions Holdings, Inc. provides analog semiconductor solutions. The Company supplies semiconductors, active and passive components, and sub-assemblies for use in radio frequency, microwave, and millimeter wave applications. MACOM Technology Solutions serves customers throughout the United States. | ✓ | ✓ |
| MRVL | MARVELL TECHNOLOGY INC | Marvell Technology, Inc. develops and produces semiconductors and related technology. The Company offers security and networking platform, secure data processing, networking, and storage solutions. Marvell Technology serves customers worldwide. | ✓ | ✓ |
| MXIM | MAXIM INTEGRATED PRODUCTS | Maxim Integrated Products, Inc. designs, develops, manufactures, and markets linear and mixed-signal integrated circuits. The Company offers switching regulators, battery management, amplifiers, data converters, filters, opticals, and memory products. Maxim Integrated Products serves customers globally. | ✓ | ✓ |
| MXL | MAXLINEAR INC | MaxLinear, Inc. provides integrated, radio-frequency analog, and mixed-signal semiconductor solutions for broadband communications applications. The Company offers products that enable the display of broadband video in a wide range of electronic devices, including cable and terrestrial set top boxes, digital televisions, mobile handsets, personal computers, and netbooks. | ✓ | ✓ |
| MCHP | MICROCHIP TECHNOLOGY INC | Microchip Technology Incorporated is a semiconductor manufacturing company. The Company offers mixed-signal microcontrollers, microprocessors, analog, Flash-IP integrated circuits, and memory products for a wide variety of applications. Microchip Technology serves industrial, automotive, consumer, aerospace and defense, communications, and computing markets in the United States. | ✓ | ✓ |
| MU | MICRON TECHNOLOGY INC | Micron Technology, Inc., through its subsidiaries, manufactures and markets dynamic random access memory chips (DRAMs), static random access memory chips (SRAMs), flash memory, semiconductor components, and memory modules. | ✓ | ✓ |
| MSCC | MICROSEMI CORP | Microsemi Corporation provides semiconductor and system solutions. The Company offers voice line circuits (SLICs), circuit protection, power discretes and modules, and optical networking products for automotive, aviation, medical, and communication industry. Microsemi serves clients in the United States. | ✓ | |
| MPWR | MONOLITHIC POWER SYSTEMS INC | Monolithic Power Systems, Inc. provides semiconductor-based power electronic solutions. The Company offers power management IC, isolated gate drivers, power modules, battery and chargers, load switches, inductors, analog input devices, sensors, motor drivers and controllers, and electronic components. Monolithic Power Systems serves customers worldwide. | ✓ | ✓ |
| ON | ON SEMICONDUCTOR | ON Semiconductor Corporation supplies analog, standard logic, and discrete semiconductors for data and power management. The Company offers products include integrated circuits and analog ICs. ON Semiconductor also offers discrete semiconductors in a variety of surface mount and standard packages. | ✓ | ✓ |
| POWI | POWER INTEGRATIONS INC | Power Integrations, Inc. designs, develops, and markets analog integrated circuits for use in alternating current (AC) to direct current (DC) power conversion. The Company sells its products to original equipment manufacturers in the cellular telephone, consumer electronics, personal computer, and industrial electronics industries. | ✓ | ✓ |

**In re NVIDIA Corporation Securities Litigation**
**Appendix C**
**Constituents of S&P Semiconductors Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| QRVO | QORVO INC | Qorvo, Inc. designs, develops, manufactures, and markets semiconductor solutions for connectivity and power applications. The Company combines product and technology leadership, systems-level expertise and manufacturing scale to connect, protect and power the world. Qorvo serves consumer electronics, smart home, automotive, network infrastructure, healthcare, and defense sectors. | ✓ | ✓ |
| QCOM | QUALCOMM INC | Qualcomm Incorporated operates as a multinational semiconductor and telecommunications equipment company. The Company develops and delivers digital wireless communications products and services based on CDMA digital technology. Qualcomm serves customers worldwide. | ✓ | ✓ |
| RMBS | RAMBUS INC | Rambus Inc. designs, develops, licenses, and markets high-speed chip-to-chip interface technology to enhance the performance and cost-effectiveness of consumer electronics, computer systems, and other electronic products. The Company licenses semiconductor companies to manufactures and sells memory and logic ICs incorporating rambus interface technology. | ✓ | ✓ |
| SMTC | SEMTECH CORP | Semtech Corporation designs, manufactures, and markets a wide range of analog and mixed-signal semiconductors, including integrated circuits, discrete circuits, and assembly products. The Company's devices are used in computer, communications, industrial, military-aerospace, and automotive applications. | ✓ | ✓ |
| SLAB | SILICON LABORATORIES INC | Silicon Laboratories Inc. operates as a semiconductor company. The Company designs, develops, and markets mixed-signal integrated circuits, microcontrollers, wireless connectivity devices, and sensor products. Silicon Laboratories offers solutions for automotive, retail, entertainment, and data center sectors. | ✓ | ✓ |
| SWKS | SKYWORKS SOLUTIONS INC | Skyworks Solutions, Inc. a wireless semiconductor company, designs and manufactures radio frequency and complete semiconductor system solutions for mobile communications applications. The Company provides front-end modules, radio frequency subsystems, and system solutions to wireless handset and infrastructure customers worldwide. | ✓ | ✓ |
| SPWRQ | SUNPOWER CORP | SunPower Corporation is an integrated solar products and services company. The Company designs, manufactures, and markets high-performance solar electric power technologies. SunPower serves customers worldwide. | ✓ | ✓ |
| SYNA | SYNAPTICS INC | Synaptics Incorporated develops custom-designed user interface solutions. The Company's solutions enable people to interact with a variety of mobile computing and communications devices. Synaptics offers a touch-sensitive pad that senses the position of a person's finger on its surface to provide screen navigation, cursor movement, and a platform of interactive input. | ✓ | ✓ |
| TXN | TEXAS INSTRUMENTS INC | Texas Instruments Incorporated operates as a semiconductor design and manufacturing company. The Company develops analog ICs and embedded processors. Texas Instruments serves customers worldwide. | ✓ | ✓ |
| OLED | UNIVERSAL DISPLAY CORP | Universal Display Corporation is a member of the United States Display Consortium. The Consortium is a cooperative industry and government effort aimed at developing an infrastructure to support a North American flat panel display infrastructure. The Company and its partners are developing high-resolution, full color, light weight Organic Light Emitting Diode (OLED) technology. | | ✓ |
| WOLF | WOLFSPEED INC | Wolfspeed, Inc. develops and manufactures semiconductor products. The Company offers silicon carbide and GaN solutions for both high power and RF applications. Wolfspeed serves customers worldwide. | ✓ | ✓ |
| XLNX | XILINX INC | Xilinx, Inc. designs, develops, and markets complete programmable logic solutions. The Company's solutions include advanced integrated circuits, software design tools, predefined system functions delivered as cores of logic, and field engineering support. Xilinx sells its products through several channels of distribution to customers in the United States and overseas. | ✓ | ✓ |

**Sources and Notes:**
(1) Constituents of the S&P Semiconductors Select Industry Index (SPSISCTR) as of Aug. 10, 2017 and Nov. 15, 2018. Data based on Bloomberg L.P.



bvagroup

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| ACN | ACCENTURE PLC-CL A | Accenture PLC provides management and technology consulting services and solutions. The Company delivers a range of specialized capabilities and solutions to clients across all industries on a worldwide basis. Accenture operates a network of businesses provides consulting, technology, outsourcing, and alliances. | ✓ | ✓ |
| ATVI | ACTIVISION BLIZZARD INC | Activision Blizzard, Inc. publishes, develops, and distributes interactive entertainment software and peripheral products. The Company's products covers diverse game categories, including action adventure, sports, racing, role playing, simulation, first-person action, music-based gaming, and strategy. Activision Blizzard serves customers worldwide. | ✓ | |
| ADBE | ADOBE INC | Adobe Inc. develops, markets, and supports computer software products and technologies. The Company's products allow users to express and use information across all print and electronic media. Adobe offers a line of application software products, type products, and content for creating, distributing, and managing information. Adobe serves customers worldwide. | ✓ | ✓ |
| AMD | ADVANCED MICRO DEVICES | Advanced Micro Devices, Inc. (AMD) produces semiconductor products and devices. The Company offers products such as microprocessors, embedded microprocessors, chipsets, graphics, video and multimedia products and supplies it to third-party foundries, as well as provides assembling, testing, and packaging services. AMD serves customers worldwide. | ✓ | ✓ |
| AKAM | AKAMAI TECHNOLOGIES INC | Akamai Technologies, Inc. provides services for accelerating and improving the delivery of content and applications over the internet, ranging from live and on-demand streaming video capabilities to conventional content on websites, to tools that help people transact business and reach out to new and existing customers. | ✓ | ✓ |
| GOOG | ALPHABET INC-CL C | Alphabet Inc. operates as a holding company. The Company, through its subsidiaries, provides web-based search, advertisements, maps, software applications, mobile operating systems, consumer content, enterprise solutions, commerce, and hardware products. | ✓ | |
| APH | AMPHENOL CORP-CL A | Amphenol Corporation designs, manufactures, and markets electrical, electronic and fiber optic connectors, interconnect systems, and coaxial and flat-ribbon cable. The Company's products are used in a variety of industries, including telephone, wireless, and data communications systems, cable television systems, and commercial and military aerospace electronics. | ✓ | ✓ |
| ADI | ANALOG DEVICES INC | Analog Devices, Inc. designs, manufactures, and markets integrated circuits used in analog and digital signal processing. The Company's products are used in communications, computer, industrial, instrumentation, military, aerospace, automotive, and high-performance consumer electronics applications. Analog Devices sells its products worldwide. | ✓ | ✓ |
| ANSS | ANSYS INC | ANSYS, Inc. develops, markets, and supports software solutions for design analysis and optimization. The Company's software accelerates product time to market, reduces production costs, improves engineering processes, and optimizes product quality and safety for a variety of manufactured products. ANSYS product family features open, flexible architecture for easy integration. | ✓ | ✓ |
| AAPL | APPLE INC | Apple Inc. designs, manufactures, and markets smartphones, personal computers, tablets, wearables and accessories, and sells a variety of related accessories. The Company also offers payment, digital content, cloud and advertising services. Apple Inc.'s customers are primarily in consumer, small & mid-sized business, education, enterprise and government markets worldwide. | ✓ | ✓ |
| AMAT | APPLIED MATERIALS INC | Applied Materials, Inc. develops, manufactures, markets, and services semiconductor wafer fabrication equipment and related spare parts for the worldwide semiconductor industry. The Company's customers include semiconductor wafer and integrated circuit manufacturers, flat panel liquid crystal displays, solar photovoltaic cells and modules and other electronic devices manufacturers. | ✓ | ✓ |
| ANET | ARISTA NETWORKS INC | Arista Networks, Inc. operates as a cloud networking company. The Company delivers products across the data center and campus with routing and software solutions for monitoring and network detection through advanced automation, analytics, and security functions for large data center, AI, campus, and routing environments. Arista Networks serves clients worldwide. | | ✓ |



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| T | AT&T INC | AT&T Inc. operates as a communications holding company. The Company, through its subsidiaries and affiliates, provides local and long-distance phone, wireless and data communications, Internet access and messaging, IP-based and satellite television, telecommunications equipment, and directory advertising and publishing services. | ✓ | |
| ADSK | AUTODESK INC | Autodesk, Inc. supplies PC software and multimedia tools. The Company's two-dimensional and three-dimensional products are used across industries and in the home for architectural design, mechanical design, geographic information systems and mapping, and visualization applications. Autodesk's software products are sold worldwide through a network of dealers and distributors. | ✓ | ✓ |
| ADP | AUTOMATIC DATA PROCESSING | Automatic Data Processing, Inc. is a global provider of business outsourcing solutions. The Company's services include a wide range of human resource, payroll, tax, and benefits administration solutions. Automatic Data also provides solutions to auto, truck, motorcycle, marine, and recreational vehicle dealers. | ✓ | ✓ |
| BFH | BREAD FINANCIAL | Bread Financial Holdings Inc. operates as a tech-forward financial services company. The Company offers personalized payment, lending, and saving solutions. Bread Financial Holdings serves customers worldwide. | ✓ | ✓ |
| AVGO | BROADCOM INC | Broadcom Inc. designs, develops, and supplies semiconductor and infrastructure software solutions. The Company offers storage adapters, controllers, networking processors, motion control encoders, and optical sensors, as well as infrastructure and security software to modernize, optimize, and secure the complex hybrid environments. Broadcom serves customers worldwide. | ✓ | ✓ |
| BR | BROADRIDGE FINANCIAL SOLUTIO | Broadridge Financial Solutions, Inc. provides technology-based outsourcing solutions to the financial services industries. The Company offers a broad range of solutions that help clients serve their retail and institutional customers across the entire investment lifecycle, including pre-trade, trade, and post-trade processing. | | ✓ |
| CA | CA INC | CA, Inc. designs, develops, markets, licenses, and supports standardized computer software products. The Company offers various enterprise systems management, information management, and business applications solutions to a variety of organizations. CA serves customers in the United States. | ✓ | |
| CDNS | CADENCE DESIGN SYS INC | Cadence Design Systems, Inc. provides software technology, design and consulting services and technology. The Company licenses its electronic design automation software technology and provides a variety of professional services. Cadence's design realization solutions are used to design and develop complex chips and electronic systems, including semiconductors. | | ✓ |
| CSCO | CISCO SYSTEMS INC | Cisco Systems, Inc. provides information technology and networking services. The Company offers enterprise network security, software development, data collaboration, cloud computing, and other related services. Cisco Systems serves customers in the United States. | ✓ | ✓ |
| CTXS | CITRIX SYSTEMS INC | Citrix Systems, Inc. operates as a cloud computing and virtualization technology company. | ✓ | ✓ |
| CTSH | COGNIZANT TECH SOLUTIONS-A | Cognizant Technology Solutions Corporation provides custom information technology (IT) consulting services. The Company provides artificial intelligence, business process solutions, cloud, core modernization, cybersecurity, digital strategy, enterprise platform, and infrastructure services. Cognizant Technology Solutions serves clients worldwide. | ✓ | ✓ |
| GLW | CORNING INC | Corning Incorporated is a global technology-based company. The Company produces optical fiber, cable, and photonic components for the telecommunications industry, as well as manufactures glass panels, funnels, liquid crystal display glass, and projection video lens assemblies for the information display industry. | ✓ | ✓ |
| CPAY | CORPAY INC | Corpay, Inc. operates as a business payments company. The Company offers global payment, currency risk management, and invoice automation solutions which help businesses to control, simplify, and secure payment for vehicle related expenses, general payables, tolls, insurance, and lodging expenses. Corpay serves customers worldwide. | | ✓ |
| CSRA | CSRA INC | CSRA Inc. provides a range of IT solutions and professional services. The Company offers network and assets protection software products. CSRA works with government agencies and programs within the United States. | ✓ | |



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| DXC | DXC TECHNOLOGY CO | DXC Technology Company provides information technology services. The Company offers analytics, applications, business process, cloud and workload, consulting, and security services and solutions. DXC Technology serves customers worldwide. | ✓ | ✓ |
| EBAY | EBAY INC | eBay Inc. operates as an e-commerce company. The Company focuses on buying and selling electronics, cars, clothes, and collectibles. eBay serves customers worldwide. | ✓ | |
| EA | ELECTRONIC ARTS INC | Electronic Arts Inc. develops, publishes, and distributes branded interactive entertainment software worldwide for video game consoles, personal computers, handheld game players, and cellular handsets. The Company also provides online game-related services. | ✓ | |
| FFIV | F5 INC | F5, Inc. provides integrated internet traffic management solutions. The Company offers software-based solutions, as well as manage, control, and optimize internet traffic and content. F5 also offers solutions automatically deliver internet content for service providers and e-businesses. F5 serves customers worldwide. | ✓ | ✓ |
| FIS | FIDELITY NATIONAL INFO SERV | Fidelity National Information Services, Inc. is a payment services provider. The Company provides credit and debit card processing, electronic banking services, check risk management, check cashing, and merchant card processing services to financial institutions and merchants. | ✓ | ✓ |
| FI | FISERV INC | Fiserv, Inc. provides fintech solutions. The Company provides a platform that enables businesses to accept payments, track performance, and drive sales. Fiserv serves corporate and public sector, merchants, banks, credit unions, and other financial institutions globally. | ✓ | ✓ |
| FLIR | FLIR SYSTEMS INC | FLIR Systems, Inc. designs, manufactures, and markets thermal imaging and broadcast camera systems for a variety of applications in the commercial and government markets. The Company makes products for condition monitoring, research and development, airborne observation and broadcast, search and rescue, and surveillance and reconnaissance. | ✓ | ✓ |
| FTNT | FORTINET INC | Fortinet, Inc. provides network security solutions. The Company offers network security appliances, software, and subscription services. Fortinet systems integrate the industry's broadest suite of security technologies, including firewall, VPN, antivirus, intrusion prevention (IPS), web filtering, antispam, and traffic shaping. | | ✓ |
| IT | GARTNER INC | Gartner, Inc. provides research and analysis on the computer hardware, software, communications, and related information technology industries. The Company's business segments includes research, consulting, measurement, events, and executive programs. | ✓ | ✓ |
| GEN | GEN DIGITAL INC | Gen Digital Inc. provides consumer cyber security solutions. The Company offers solutions which enables consumers to protect their devices, online privacy, identity, and home networks. Gen Digital serves customers worldwide. | ✓ | ✓ |
| GPN | GLOBAL PAYMENTS INC | Global Payments Inc. provides electronic transaction processing, information systems, and services. The Company serves the financial, corporate, government, and merchant communities worldwide. Global Payments offers funds transfer, merchant banking, accounting, Internet, and other services. | ✓ | ✓ |
| HPE | HEWLETT PACKARD ENTERPRISE | Hewlett Packard Enterprise Company provides information technology solutions. The Company offers enterprise security, analytics and data management, applications development and testing, data center care, cloud consulting, and business process services. Hewlett Packard Enterprise serves customers worldwide. | ✓ | ✓ |
| HPQ | HP INC | HP Inc. provides computing, imaging and printing systems, mobile devices, solutions, and services for business and home. The Company offers products which includes laser and inkjet printers, scanners, copiers and faxes, personal computers, workstations, storage solutions, computing, and printing systems. HP sells its products worldwide. | ✓ | ✓ |
| INTC | INTEL CORP | Intel Corporation designs, manufactures, and sells computer components and related products. The Company major products include microprocessors, chipsets, embedded processors and microcontrollers, flash memory, graphic, network and communication, systems management software, conferencing, and digital imaging products. | ✓ | ✓ |



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| IBM | INTL BUSINESS MACHINES CORP | International Business Machines Corp operates as an IT services and consulting company. The Company, through its platform, offers analytics, IT infrastructure, cloud, business operations and automations, cybersecurity, data storage, application development, asset management, blockchain, software, and consulting solutions. International Business Machines serves clients worldwide. | ✓ | ✓ |
| INTU | INTUIT INC | Intuit Inc. develops and markets business and financial management software solutions for small and medium sized businesses, financial institutions, consumers, and accounting professionals. The Company provides business management and payroll processing, personal finance, and tax preparation and filing software solutions. Intuit serves customers worldwide. | ✓ | ✓ |
| IPGP | IPG PHOTONICS CORP | IPG Photonics Corporation produces high-power fiber lasers and amplifiers. The Company develops and commercializes optical fiber-based lasers used in a wide range of applications such as materials processing, telecommunications, and medical applications. | | ✓ |
| JKHY | JACK HENRY & ASSOCIATES INC | Jack Henry & Associates, Inc. develops, markets, and installs integrated computer systems for in-house and service bureau data processing to banks and other financial institutions. Jack Henry also performs data conversion and software installation and customization for the implementation of its systems along with continuing customer maintenance. | | ✓ |
| JNPR | JUNIPER NETWORKS INC | Juniper Networks, Inc. provides internet infrastructure solutions for internet service providers and other telecommunications service providers. The Company offers network infrastructure solutions that includes IP routing, ethernet switching, security, and application acceleration. | ✓ | ✓ |
| KEYS | KEYSIGHT TECHNOLOGIES IN | Keysight Technologies, Inc. offers electronic measurement services using wireless, modular, and software solutions. | | ✓ |
| KLAC | KLA CORP | KLA Corporation produces and distributes semiconductors. The Company offers surface profilers, nanomechanical testers, chips, and semiconductor assembly solutions. KLA markets its products in the United States. | ✓ | ✓ |
| LHX | L3HARRIS TECHNOLOGIES INC | L3Harris Technologies, Inc. is an aerospace and defense technology innovator. The Company designs, develops, and manufactures radio communications products and systems, including single channel ground and airborne radio systems. L3Harris Technologies provides advanced defense and commercial technologies across air, land, sea, space, and cyber domains. | ✓ | |
| LRCX | LAM RESEARCH CORP | Lam Research Corporation manufactures, markets, and services semiconductor processing equipment used in the making of integrated circuits. The Company's products are used to deposit special films on a silicon wafer and etch away portions of various films to create a circuit design. Lam Research sells its products worldwide. | ✓ | ✓ |
| LVLT | LEVEL 3 COMMUNICATIONS INC | Level 3 Communications, Inc. is an integrated communications network company that provides Internet protocol and data services, as well as content distribution, co-location, and softswitch and voice services. | ✓ | |
| LUMN | LUMEN TECHNOLOGIES INC | Lumen Technologies, Inc. provides digital solutions for home and business premises. The Company offers communications, network security, cloud solutions, voice, and managed services. Lumen Technologies serves customers worldwide. | ✓ | |
| MA | MASTERCARD INC - A | Mastercard Incorporated provides financial transaction processing services. The Company offers payment processing services for credit and debit cards, electronic cash, automated teller machines, and travelers checks. Mastercard serves customers worldwide. | ✓ | ✓ |
| META | META PLATFORMS INC-CLASS A | Meta Platforms, Inc. operates as a social technology company. The Company builds applications and technologies that help people connect, find communities, and grow businesses. Meta Platform is also involved in advertisements, augmented, and virtual reality. | ✓ | |



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| MCHP | MICROCHIP TECHNOLOGY INC | Microchip Technology Incorporated is a semiconductor manufacturing company. The Company offers mixed-signal microcontrollers, microprocessors, analog, Flash-IP integrated circuits, and memory products for a wide variety of applications. Microchip Technology serves industrial, automotive, consumer, aerospace and defense, communications, and computing markets in the United States. | ✓ | ✓ |
| MU | MICRON TECHNOLOGY INC | Micron Technology, Inc., through its subsidiaries, manufactures and markets dynamic random access memory chips (DRAMs), static random access memory chips (SRAMs), flash memory, semiconductor components, and memory modules. | ✓ | ✓ |
| MSFT | MICROSOFT CORP | Microsoft Corporation operates as a software company. The Company offers applications, extra cloud storage, and advanced security solutions. Microsoft serves customers worldwide. | ✓ | ✓ |
| MSI | MOTOROLA SOLUTIONS INC | Motorola Solutions, Inc. is a data communications and telecommunications equipment provider. The Company develops data capture, wireless, infrastructure, bar code scanning, two-way radios, and wireless broadband networks. Motorola also produces public safety and government products, voice and data communications products and systems, and wireless LAN securities. | ✓ | ✓ |
| NTAP | NETAPP INC | NetApp, Inc. provides storage and data management solutions. The Company's storage solutions include specialized hardware, software, and services that provide storage management for open network environments. NetApp serves enterprises, government agencies, and universities worldwide. | ✓ | ✓ |
| ORCL | ORACLE CORP | Oracle Corporation supplies software for enterprise information management. The Company offers databases and relational servers, application development and decision support tools, and enterprise business applications. Oracle's software runs on network computers, personal digital assistants, set-top devices, PCs, workstations, minicomputers, mainframes, and massively parallel computers. | ✓ | ✓ |
| PAYX | PAYCHEX INC | Paychex, Inc. provides comprehensive payroll and integrated human resource and employee benefits outsourcing solutions for small to medium-sized businesses in the United States. The Company's services range from calculating payroll and filing tax payments to administering retirement plans and workers' compensation. | ✓ | ✓ |
| PYPL | PAYPAL HOLDINGS INC | PayPal Holdings, Inc. operates as a holding company. The Company, through its subsidiaries, provides technology platform that enables digital and mobile payments on behalf of consumers and merchants. The Company offers online payment solutions. PayPal Holdings serves customers worldwide. | ✓ | ✓ |
| QRVO | QORVO INC | Qorvo, Inc. designs, develops, manufactures, and markets semiconductor solutions for connectivity and power applications. The Company combines product and technology leadership, systems-level expertise and manufacturing scale to connect, protect and power the world. Qorvo serves consumer electronics, smart home, automotive, network infrastructure, healthcare, and defense sectors. | ✓ | ✓ |
| QCOM | QUALCOMM INC | Qualcomm Incorporated operates as a multinational semiconductor and telecommunications equipment company. The Company develops and delivers digital wireless communications products and services based on CDMA digital technology. Qualcomm serves customers worldwide. | ✓ | ✓ |
| RHT | RED HAT INC | Red Hat, Inc. develops and provides open source software and services, including the Red Hat Linux operating system. The Company's web site offers information and news about open source software and provides an online community of open source software users and developers. | ✓ | ✓ |
| CRM | SALESFORCE INC | Salesforce, Inc. operates as a cloud-based software company. The Company develops customer relationship management software and applications focused on sales, customer service, marketing automation, analytics, and application development. Salesforce serves customers worldwide. | ✓ | ✓ |

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| STX | SEAGATE TECHNOLOGY HOLDINGS | Seagate Technology Holdings Public Limited Company offers computer hardware products. The Company designs, manufactures, and markets hard disk drives for enterprise and client compute applications, personal data backup, portable external storage, and digital media systems. Seagate Technology Holdings serves customers worldwide. | ✓ | ✓ |
| SWKS | SKYWORKS SOLUTIONS INC | Skyworks Solutions, Inc. a wireless semiconductor company, designs and manufactures radio frequency and complete semiconductor system solutions for mobile communications applications. The Company provides front-end modules, radio frequency subsystems, and system solutions to wireless handset and infrastructure customers worldwide. | ✓ | ✓ |
| SNPS | SYNOPSYS INC | Synopsys, Inc. supplies electronic design automation solutions to the global electronics market. The Company provides design technologies to creators of advanced integrated circuits, electronic systems, and systems on a chip. Synopsys also provides consulting services and support to its customers to streamline the overall design process and accelerate time to market. | ✓ | ✓ |
| TEL | TE CONNECTIVITY LTD | TE Connectivity Limited provides engineered electronic components, network solutions, undersea telecommunication systems, and wireless systems. The Company designs, manufactures, and markets products for customers in industries ranging from automotive, appliance, and aerospace and defense to telecommunications, computers, and consumer electronics. | ✓ | ✓ |
| TXN | TEXAS INSTRUMENTS INC | Texas Instruments Incorporated operates as a semiconductor design and manufacturing company. The Company develops analog ICs and embedded processors. Texas Instruments serves customers worldwide. | ✓ | ✓ |
| TSS | TOTAL SYSTEM SERVICES INC | Total System Services, Inc. provides electronic payment processing and related services to financial and non-financial institutions. The Company's services include processing consumer, retail, commercial, government services, stored value, and debit cards. Total System serves institutions throughout the United States and internationally. | ✓ | ✓ |
| VRSN | VERISIGN INC | VeriSign, Inc. operates as a provider of domain name registry services and internet infrastructure. The Company enables the security, stability, and resiliency of key internet infrastructure and services, as well as provides root zone maintainer services. VeriSign serves customers worldwide. | ✓ | ✓ |
| VZ | VERIZON COMMUNICATIONS INC | Verizon Communications Inc. operates as a telecommunications company. The Company provides wire line voice, data services, wireless, and internet services. Verizon Communications serves clients in the United States. | ✓ | |
| V | VISA INC-CLASS A SHARES | Visa Inc. operates a retail electronic payments network and manages global financial services. The Company also offers global commerce through the transfer of value and information among financial institutions, merchants, consumers, businesses, and government entities. | ✓ | ✓ |
| WDC | WESTERN DIGITAL CORP | Western Digital Corporation is a global provider of solutions for the collection, storage, management, protection and use of digital content, including audio and video. The Company's products include hard drives, solid-state drives, and home entertainment and networking products. | ✓ | ✓ |
| WU | WESTERN UNION CO | The Western Union Company offers global money movement and payment services. The Company focuses on providing people and businesses with fast, reliable, and convenient ways to send money and make payments, as well as foreign exchange solutions, primarily cross-border and cross-currency transactions, for small and medium size enterprises, other organizations, and individuals. | ✓ | ✓ |
| XRX | XEROX HOLDINGS CORP | Xerox Holdings Corporation operates as a holding company. The Company, through its subsidiaries provides printers, scanners, supplies, and accessories. Xerox Holdings serves health care, insurance, government and retail sectors worldwide. | ✓ | ✓ |



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Appendix D**
**Constituents of S&P Technology Select Industry Index (1)**

| Ticker | Company Name | Company Description | Constituent as of: 8/10/17 | Constituent as of: 11/15/18 |
|---|---|---|---|---|
| XLNX | XILINX INC | Xilinx, Inc. designs, develops, and markets complete programmable logic solutions. The Company's solutions include advanced integrated circuits, software design tools, predefined system functions delivered as cores of logic, and field engineering support. Xilinx sells its products through several channels of distribution to customers in the United States and overseas. | ✓ | ✓ |

**Sources and Notes**:
(1) Constituents of the S&P Technology Select Industry Index (IXTTR) as of Aug. 10, 2017 and Nov. 15, 2018. Data based on Bloomberg L.P.



bvagroup®

**In re NVIDIA Corporation Securities Litigation**
**Exhibit 1**
**List of Disclosed Market Makers During the Class Period**

ACS EXECUTION SERVICES, LLC
AEGIS CAPITAL CORP.
ALBERT FRIED AND CO.
ALLEN & COMPANY INCORPORATED
AMERICAN CAPITAL PARNTERS, LLC
AMERITRADE, INC.
ANDREW GARRETT, INC.
B. RILEY AND CO. INC.
BARCLAYS CAPITAL INC.
BATS TRADING, INC.
BAY CREST PARTNERS, LLC
BAYES CAPITAL LLC
BAYPOINT TRADING LLC
BENJAMIN & JEROLD BROKERAGE I, LLC
BMA SECURITIES
BMO CAPITAL MARKETS
BNP PARIBAS SECURITIES CORP.
BNY BROKERAGE INC.
BNY MELLON CAPITAL MARKETS, LLC
BRUT, LLC
BTIG, LLC
C. L. KING & ASSOCIATES, INC.
CANACCORD GENUITY INC
CANTOR FITZGERALD & CO.
CHARLES SCHWAB AND CO. INC.
CITADEL DERIVATIVES GROUP LLC
CITADEL SECURITIES LLC
CITIGROUP GLOBAL MARKETS INC.
CLEARPOOL EXECUTION SERVICES
CLSA AMERICAS, LLC
CODA MARKETS, INC
COWEN & CO., LLC
COWEN CAPITAL LLC
CRAIG-HALLUM CAPITAL GROUP LLC
CREDIT SUISSE FIRST BOSTON LLC
CUTLER GROUP, LP
CUTTONE & CO., INC.
DAIWA SECURITIES AMERICA INC.
DART EXECUTIONS, LLC
DAWSON JAMES SECURITIES, INC
DEUTSCHE BANK SECURITIES INC.
DOUGHERTY & COMPANY LLC
DRW SECURITIES, L.L.C.
E*TRADE CLEARING LLC
ELECTRONIC BROKERAGE SYSTEMS, LLC
ELECTRONIC TRANSACTION CLEARING, INC.
ELEVATION, LLC
FIG PARTNERS, LLC
FIRST MANHATTAN CO
FOX RIVER EXECUTION TEHNOLOGY, LLC
GABELLI AND CO INC.
GARBAN CORPORATES LLC
GLENDALE SECURITIES, INC.
GLOBAL EXECUTION BROKERS, LP
GOLDMAN SACHS
GTS SECURITIES LLC
HAP TRADING, LLC
HARDCASTLE TRADING USA L.L.C.
HSBC SECURITIES (USA) INC.
INSTINET
INTERACTIVE BROKERS LLC
ITG INC.
J.H. DARBIE & CO., INC.
J.P. MORGAN SECURITIES INC.
JANNEY MONTGOMERY SCOTT LLC
JEFFERIES & COMPANY, INC.
JOHNSON RICE AND CO.
JONES AND ASSOCIATES INC.
JOSEPH GUNNAR AND CO.
JUMP TRADING
KEEFE BRUYETTE AND WOODS INC.
LEERINK SWANN & CO., INC.
LEK SECURITIES CORPORATION
LIME BROKERAGE LLC
MAXIM GROUP, LLC
MB TRADING
MIZUHO SECURITIES USA INC.
MKM PARTNERS
MORGAN STANLEY
NATIONAL FINANCIAL SERVICES LL
NATIONAL SECURITIES CORP.
NEEDHAM AND CO.
NORTHLAND SECURITIES, INC.
O'CONNOR & COMPANY LLC
OLD MISSION CAPITAL, LLC
OPPENHEIMER & CO. INC.
PDQ ATS. INC.
PICTET OVERSEAS INC.
PIPER JAFFRAY & CO.
POTAMUS TRADING, LLC
QUANTLAB SECURITIES LP
RBC CAPITAL MARKETS, LLC
REGAL DISCOUNT SECURITIES, INC
ROBERT W. BAIRD & CO. INCORPOR
ROTH CAPITAL PARTNERS, LLC
SAGETRADER, LLC
SANFORD C. BERNSTEIN AND CO. I
SCOTTRADE, INC.
SJ LEVINSON LLC
SOUTHWEST SECURITIES, INC.
SPARTAN SECURITIES GROUP LTD
SPEEDROUTE LLC
STEPHENS INC.
STIFEL NICOLAUS
STOCK USA INVESTMENTS
SUNTRUST CAPITAL MARKETS, INC.
TD SECURITIES (USA) INC.
THE BENCHMARK COMPANY, LLC
TIMBER HILL LLC
TRADEBOT SYSTEMS, INC.
TRADESTATION SECURITIES, INC.
TRC MARKETS LLC
TWO SIGMA SECURITIES
UBS SECURITIES LLC.
VANDHAM SECURITIES CORP
VIEWTRADE SECURITIES, INC.
VIRTU AMERICAS
VOLANT LIQUIDITY, LLC
WALL STREET ACCESS
WALLACHBETH CAPITAL LLC
WEDBUSH MORGAN SECURITIES INC.
WELLS FARGO PRIME SERVICES, LLC
WELLS FARGO SECURITIES, LLC
WHITE BAY PT LLC
WILLIAM BLAIR & COMPANY L.L.C.
WILLIAM O'NEIL & COMPANY
WOLVERINE EXECUTION SERVICES
WOLVERINE SECURITIES
XR SECURITIES LLC

**Source**:
Bloomberg L.P.

## In re NVIDIA Corporation Securities Litigation
### Exhibit 2
**Summary of Release Days (1)**

| Date | Time (2) | Effective Trading Day | NVDA Nominal Return Actual | NVDA Nominal Return Abnormal | p-value | Sig (3) |
|---|---|---|---|---|---|---|
| **Class Period** | | | | | | |
| 8/10/17 | 4:23 PM | 8/11/17 | -5.3% | -6.7% | 0.000 | *** |
| 11/9/17 | 4:23 PM | 11/10/17 | 5.3% | 5.3% | 0.008 | *** |
| 2/8/18 | 4:23 PM | 2/9/18 | 6.7% | 2.9% | 0.097 | * |
| 5/10/18 | 4:25 PM | 5/11/18 | -2.2% | -1.7% | 0.260 | |
| 8/16/18 | 4:20 PM | 8/17/18 | -4.9% | -4.9% | 0.000 | *** |
| **One Year Post-Class Period** | | | | | | |
| 11/15/18 | 4:21 PM | 11/16/18 | -18.8% | -18.9% | 0.000 | *** |
| 1/28/19 | 9:04 AM | 1/28/19 | -13.8% | -12.2% | 0.000 | *** |
| 2/14/19 | 4:23 PM | 2/15/19 | 1.8% | 1.0% | 0.538 | |
| 5/16/19 | 4:22 PM | 5/17/19 | -2.3% | 0.2% | 0.885 | |
| 8/15/19 | 4:27 PM | 8/16/19 | 7.3% | 4.2% | 0.016 | ** |
| 11/14/19 | 4:37 PM | 11/15/19 | -2.7% | -4.0% | 0.006 | *** |

**Sources and Notes:**

(1) Abnormal returns are estimated based a two-factor market model: Nasdaq 100 Index, adjusted to exclude the returns of NVIDIA, and a bespoke market-weighted index comprising 36 companies included in the S&P Semiconductors Select Index as of the beginning and end of the Class Period, excluding NVIDIA. For each estimation, all press and earnings release dates, alleged misrepresentation and/or omission dates, and curative event dates falling within the estimation window have been excluded.

(2) Timing of release based on Bloomberg L.P. and S&P Capital IQ.

(3) Asterisks represent significance levels based on a two-tailed test: * $p \leq 0.10$, ** $p \leq 0.05$, *** $p \leq 0.01$.