1  **KESSLER TOPAZ**
     **MELTZER & CHECK, LLP**
2  STACEY M. KAPLAN (Bar No. 241989)
   (skaplan@ktmc.com)
3  One Sansome Street, Suite 1850
   San Francisco, CA 94104
4  Tel:    (415) 400-3000
   Fax:    (415) 400-3001

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3472

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

[*Additional counsel listed on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re NVIDIA CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to: All Actions. | Case No. 4:18-cv-07669-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND JOINT REQUEST TO EXTEND DEADLINES FOR CLASS CERTIFICATION BRIEFING AND ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

Pursuant to Civil Local Rules 6-2 and 7-12, Co-Lead Plaintiffs Lannebo Kapitalförvaltning AB and Stichting Pensioenfonds PGB (collectively, "Plaintiffs") and Defendants NVIDIA Corporation and Jensen Huang ("Defendants"), by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on March 25, 2025, the Court entered a scheduling order and set the following deadlines related to class certification: Plaintiffs' motion was due by July 11, 2025; Defendants' opposition is due by September 11, 2025; Plaintiffs' reply is due by October 16, 2025, and a hearing is scheduled for November 6, 2025 at 2:00 p.m. (ECF No. 205);

WHEREAS, on July 11, 2025, Plaintiffs filed their motion for class certification (ECF No. 237), which was supported by, among other things, the Expert Report of Joseph R. Mason, Ph.D.;

WHEREAS, Defendants seek to depose Dr. Mason prior to the filing of their opposition to Plaintiffs' motion for class certification;

WHEREAS, there are no dates prior to September 4, 2025, on which Dr. Mason, Plaintiffs' counsel, and Defendants' counsel are all available to conduct the deposition;

WHEREAS, the parties have agreed to conduct Dr. Mason's deposition on September 4, 2025;

WHEREAS, given the time between Dr. Mason's deposition and the deadline for Defendants' opposition to Plaintiffs' motion for class certification, the parties jointly request a one-week extension of the deadline for Defendants' opposition, from September 11, 2025 to September 18, 2025, and a corresponding one-week extension of the deadline for Plaintiffs' reply in support of its motion for class certification, from October 16, 2025 to October 23, 2025;

WHEREAS, the parties do not seek this one-week extension of the deadlines for class certification briefing for purposes of delay, and the proposed new deadline will not impact any other dates set by the Court;

WHEREAS, in support of this Stipulation, and in accordance with the requirements of Civil Local Rule 6-2(a), Plaintiffs submit the Declaration of Matthew L. Mustokoff herewith.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel of record, and respectfully requested, that the Court order as follows:

1. The deadline for Defendants' opposition to Plaintiffs' motion for class certification is

extended from September 11, 2025 to September 18, 2025; and

  2.  The deadline for Plaintiffs' reply in support of its motion for class certification is extended from October 16, 2025 to October 23, 2025.

Dated: August 11, 2025        Respectfully submitted,

**KESSLER TOPAZ**
 **MELTZER & CHECK, LLP**

*/s/ Matthew L. Mustokoff*
Matthew L. Mustokoff (appearance *pro hac vice*)[1]
(mmustokoff@ktmc.com)
Jamie M. McCall (appearance *pro hac vice*)
(jmccall@ktmc.com)
Nathan A. Hasiuk (appearance *pro hac vice*)
(nhasiuk@ktmc.com)
Nathaniel C. Simon (appearance *pro hac vice*)
(nsimon@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

    -and-

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000
Fax: (415) 400-3001

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2151 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

    -and-

---

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

John Rizio-Hamilton (appearance *pro hac vice*)
(johnr@blbglaw.com)
Preethi Krishnamurthy (appearance *pro hac vice*)
(preethi@blbglaw.com)
Michael M. Mathai (appearance *pro hac vice*)
(michael.mathai@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel:    (212) 554-1400
Fax:    (212) 554-1444

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)
(pgibbs@cooley.com)
Amanda A. Main (260814)
(amain@cooley.com)
John C. Bostic (264367)
(jbostic@cooley.com)
Brett De Jarnette (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Sarah M. Lightdale (4395661)
(slightdale@cooley.com)
55 Hudson Yards
New York, NY 10001-2157
Telephone:    (212) 479-6000
Facsimile:    (212) 479-6275

**MILBANK LLP**
Scott A. Edelman
(sedelman@milbank.com)
Jed M. Schwartz
(jschwartz@milbank.com)
Andrew B. Lichtenberg
(alichtenberg@milbank.com)
55 Hudson Yards
New York, NY 10001
Tel.: (212) 530-5000
Fax.: (212) 530-5219

Olivia S. Choe
(ochoe@milbank.com)
1101 New York Avenue, NW
Washington, D.C. 20005
Tel.: (202) 835-7500
Fax.: (202) 263-7586

*Counsel for Defendants NVIDIA Corporation and Jensen Huang*

**ORDER**

Having considered the parties' Stipulation and Joint Request to Extend Deadlines for Class Certification Briefing, and good cause appearing therefore, IT IS HEREBY ORDERED that the Joint Request is GRANTED:

1. The deadline for Defendants' opposition to Plaintiffs' motion for class certification is extended from September 11, 2025 to September 18, 2025; and

2. The deadline for Plaintiffs' reply in support of its motion for class certification is extended from October 16, 2025 to October 23, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/11/2025

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge