# Exhibit A

# CHALLENGED STATEMENTS AND ALLEGED CORRECTIVE DISCLOSURES

## Challenged Statements

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| 1. | August 10, 2017<br><br>Q2 2018 Earnings Call | **Q**: "So **Q2 revenue came in roughly about $250 million above your guide. Can you kind of confirm what some of the drivers were to the upside relative to your guidance?** Was it all cryptocurrency or was it a combination of multiple things? And related to that, **for your Q3 guide, I think you are guiding revenue up about $120 million sequentially. What are the puts and takes here on a sequential basis?"**<br><br>**A (Huang)**: "First of all, we actually gave a really great guidance last quarter, and we beat it by $250 million. **And the $250 million, you could see in our -- what we categorized under the OEM SKUs, basically the cryptocurrency SKUs**. **And that, if you reverse-engineered it out, I think, is approximately $150 million.** And I -- and **we serve the vast** -- I would say, the large **majority of the cryptocurrency demand out of that specialized product[]**. There're still small miners that buy GeForces here and there, and that probably also increased the demand of GeForces. There were a lot of shortages all over the world, and as we go into this quarter, it's -- there's still cryptocurrency mining demand that we know is out there. And based on our analytics and understanding of the marketplace, there will be some amount of demand for the foreseeable future. But I -- it's also the case that there were gamers who -- whose needs and demands were not filled last quarter.<br><br>And the second quarter, the second quarter is an important part of the year for us. I mean, we -- GeForce is in an incredibly great strategic position. After all of the numerous product launches that we've seen from other players, it's very, very clear that the GeForce product lineup is absolutely the best in the world. And the second half is going to see some very exciting titles. You've got Destiny 2, you have Call of Duty from Activision, you have Star Wars Battlefront from EA. I mean, these are going to be blockbusters, and we're expecting them to do incredibly well. We also know that | AC ¶ 179<br><br>Ex.[2] G at 7-8 |

[1] Portions referenced or quoted in the First Amended Consolidated Class Action Complaint ("AC") (ECF No. 149) are bolded.

[2] All Exhibit references are to the Appendix of Exhibits, as supported by the accompanying declarations, filed concurrently herewith.

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| | | a game that came out of nowhere -- and this is one of the things that's really great about the video game market, you never know where the next amazing new title's going to come from. PlayersUnknown Battleground (sic) [PlayerUnknown's Battlegrounds], it's really essentially survival -- Survivor meets Hunger Games. How could that not be a fun game? And so they've done incredibly well. And so I think the market dynamic is really, really vibrant for the second half of the year, and we have a really great position. With respect to our guidance. The way to think about our guidance, we gave a good guidance and we're comfortable with our guidance. And we know that the dynamics in our business, our data center position, is quite exciting. We know that our Gaming business is vibrant and our position is excellent. We've -- we saw growth across all of our product segments. And we'll just see how it turns out at the end of the next quarter." | |
| 2. | August 12, 2017<br><br>*VentureBeat* Article | **Q**: "**Did you say a hallelujah for cryptocurrency**?"<br><br>**A (Huang)**: "No? Cryptocurrency is around. But **it represented only a couple hundred million dollars, maybe $150 million or so**. There's still crypto mining to go to, currency mining. It comes and goes. It'll come again. Somebody will come up with new hardware. Digital currency is not going away. It's here to stay."<br><br>**Q**: "So it's helpful, but it's not a gold rush that Nvidia is selling the picks and shovels for?"<br><br>**A (Huang)**: **"**No, not a gold rush per se. We're not opposed to it. But **our core business is elsewhere**." | AC ¶ 183<br><br>Ex. H at 3 |
| 3. | August 23, 2017<br><br>Form 10-Q | "GPU business revenue **increased by 59%** for the second quarter of fiscal year 2018 compared to the second quarter of fiscal year 2017. **This increase was due primarily to increased revenue from sales of GeForce GPU products for gaming**, which increased over 30%, reflecting continued strong demand for our Pascal-based GPU products. . . . Our PC OEM revenue increased by approximately 200% due primarily to strong demand for GPU products targeted for use in cryptocurrency mining. . . . Revenue from GeForce GPU products for mainstream PC OEMs increased by over 90% due primarily to strong demand for GPU products targeted for use in cryptocurrency mining." | AC ¶ 187<br><br>Ex. I at 27 |

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| 4. | November 10, 2017<br><br>*VentureBeat* Article | **Q**: "**It seemed like people had the impression that cryptocurrency is driving all of your success**."<br><br>**A (Huang)**: "Apparently they were wrong. As you know, crypto is going to ebb and flow. It is **small but not zero**. For us it is small because our overall GPU business is so large. The reason why it isn't zero is that new algorithms will keep emerging. Some of the algorithms are really hard to turn into ASICs (custom chips). Ethereum is really hard. Bitcoin was super easy. But if someone were to design an ASIC, then another currency would come up. Whoever designs the ASIC would corner the market, and everyone else will go to a new currency. **It's going to remain small for us. Maybe $70 million. It's large for somebody else. But it is small for us**." | AC ¶ 196<br><br>Ex. L at 3-4 |
| 5. | November 21, 2017<br><br>Form 10-Q | "GPU business revenue **increased by 31%** for the third quarter of fiscal year 2018 compared to the third quarter of fiscal year 2017. **This increase was due primarily to increased revenue from sales of GeForce GPU products for gaming**, which increased over 10%, reflecting continued strong demand for our Pascal-based GPU products. . . . Our PC OEM revenue increased by over 90% due primarily to strong demand for GPU products targeted for use in cryptocurrency mining. . . . Revenue from GeForce GPU products for mainstream PC OEMs increased by over 90% due primarily to strong demand for GPU products targeted for use in cryptocurrency mining." | AC ¶ 200<br><br>Ex. M at 26 |
| 6. | February 9, 2018<br><br>*Barron's* Article | "**When I asked Huang if he wanted to point out anything in particular about the report and outlook, Huang began, 'Clearly, there's a lot of talk about crypto,'** meaning, crypto-currencies such as Bitcoin and Ether, and their role in selling GPUs. 'And crypto was a real **part of our business this past quarter, even though small, overall**.' Crypto is still just a small portion because 'data centers is growing so fast,' meaning, the rise of sales of chips to power things such as A.I., which rose by 'more than triple-digits,' he pointed out. And 'GForce gaming has grown, and self-driving cars — the momentum is just great.'" | AC ¶ 207<br><br>Ex. S at 1 |
| 7. | March 26, 2018 | "Nvidia is soaring right now, and there's a lot to celebrate. Its stock is hovering around its all-time high of $242 up from the mid-teens in 2009, the year of the first GTC conference. The company's value of $141 billion surpassed IBM's and is sneaking up on Oracle and Cisco. Even with increasing competition, Nvidia is managing to | AC ¶ 210<br><br>Ex. U at 3-4 |

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| | *TechCrunch* Article | hold onto its considerable GPU, but supply issues continue to challenge Nvidia.<br><br>Operators of distributed ledgers and cryptocurrency mining efforts favor the parallel processing found in GPUs and Nvidia's products are among the most popular in this market. This popularity has created a significant shortage of graphics cards resulting in developers and gamers often being unable to purchase the latest product from Nvidia. **I asked Huang about this supply problem.**<br><br>'We're sold out of many of our high-end SKUs, and so it's a real challenge keeping [graphic cards] in the marketplace for games,' he said, adding 'At the highest level the way to think about that is because of the philosophy of cryptocurrency — which is really about taking advantage of distributed high-performance computing — there are supercomputers in the hands of almost everybody in the world so that no singular force or entity that can control the currency.'<br><br>It's about distributed control, he said, and touted the notion that Nvidia GPUs are the world's largest installed base of distributed computers, though **he still attributes crypto's demands as a small percentage of Nvidia's overall business**.<br><br>'This still doesn't change the fact that I'm frustrated so many developers and gamers around the world cannot get access to their GeForces,' Huang said.<br><br>So what is he going to do about it? 'We have to build a whole lot more,' he said. 'The video supply chain is working really hard, and you know all of our partners are working around the clock. We've got to come closer to the demand of the market. And right now, we're not anywhere near close to that and so we're just going to have to keep running.'" | |
| 8. | March 29, 2018<br><br>*Mad Money* Appearance | <u>Jim Cramer</u>: "Get this: Nvidia stock is up 560% over the past two years and more than 1,700% over the past five years, far more than any FANG stock during that period. But while the company keeps doing amazing things, many of them trumpeted at a fantastic user conference this week, the bears have circled. Yeah, they're talking about autonomously-driven pedestrian fatality and an over-reliance of the once red-hot now coy crypto-mining business. I say the | AC ¶ 213<br><br>Ex. V at 1, 3 |

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| | | stock's recent hammerings and overreaction -- these two issues are distractions in the broader brilliant scheme of things. . . .<br><br>All right, so we just heard some pretty amazing things, some stirring trends that are going to be with us for many years. Now, I pick up a piece of research -- 'Techtonic Upside, but is Nvidia Ahead of Itself?' by Jefferies. **Here's a piece by Wells Fargo questioning whether the cryptocurrency risks are growing. Here's a piece from JP Morgan saying that it's not possible to maintain the cryptocurrency $250 million run rate and so therefore we must be concerned about the stock of Nvidia. What do I say to these people, Jensen**?"<br><br><u>Jensen Huang</u>: "Well**, our core growth drivers come from video games. It comes from professional graphics visualization, like what you see over my shoulder. It comes from our data center business, which is now a multi-billion dollar business doubling each year, as well as in several years our autonomous vehicle business. So, those are our primary growth drivers**. The reason why cryptocurrency became such a popular thing on top of our GPUs is our GPUs is the world's largest install base of distributed supercomputing, and Block Chain required cryptography and the ability to have a public ledger that is completely immutable, perfectly safe, distributed all over the world. And so, our processors serve as the perfect processor to enable this supercomputing capability to be distributed and that's the reason why it's used. **But our growth driver comes from the four areas that we talked about. Cryptocurrency just gave it that extra bit of juice that caused all of our GPUs to be in such great demand. But I think over the long term, cryptocurrency will still be here, but our four growth drivers is what's going to make Nvidia ten times larger than we are today**."<br><br><u>Jim Cramer</u>: "All right, just want to be sure about this. **What you're saying is that even though a lot of these people are hung up on cryptocurrency,** it is maybe not as big as, say, a new big game, maybe not as big as, say, something that you're doing in data center but people keep saying -- **if people think that it is that important, then they're going to miss the bigger picture**."<br><br><u>Jensen Huang</u>: "**Absolutely**. **Gaming is a much bigger business. Data center is a much bigger business. Our professional graphics is a much bigger business, and of course in the future, everything that moves will be autonomous and will have** | |

| No. | Date & Event / Document | Challenged Statement[1] | Citation |
|---|---|---|---|
| | | **autonomous capabilities and that's going to be a much bigger market. So, cryptocurrency will be here.** The ability for the world to have a very low-friction, low-cost way of exchanging value is going to be here for a long time, and Block Chain is going to be here for a long time. It's going to be a fundamental new form of computing, and so I expect Block Chain -- **I expect cryptocurrency to be an important driver for GPUs, but the core market for our company are the four things that I mentioned**." | |
| 9. | August 16, 2018<br><br>Q2 2019 Earnings Call | **Q**: "So for short term, as you think about your gaming guide, are you embedding any drawdown of channel inventory there?"<br><br>**A (Huang)**: "We're expecting the channel inventory to work itself out. **We are masters at managing our channel, and we understand the channel very well.** As you know, the way that we go to market is through the channels around the world. We're not concerned about the channel inventory. As we ramp Turing, any -- whenever we ramp a new architecture, we ramp it from the top down. And **so we have plenty of opportunities as the -- as we go back to the back-to-school and the gaming cycle to manage the inventory, so we feel pretty good about that**." | AC ¶ 216<br><br>Ex. EE at 11 |

## Alleged Corrective Disclosures

| Date & Event / Document | Alleged Corrective Disclosure[1] | Citation |
|---|---|---|
| August 16, 2018<br><br>Form 8-K | "Our revenue outlook had anticipated cryptocurrency-specific products declining to approximately $100 million, while actual crypto-specific product revenue was $18 million. Whereas **we had previously anticipated cryptocurrency to be meaningful for the year, we are now projecting no contributions going forward**."<br><br>"**Inventory at the end of the quarter was $1.09 billion, compared with $797 million in the prior quarter.**"<br><br>"Revenue is expected to be $3.25 billion, plus or minus two percent. We are **including no contribution from crypto in our revenue outlook**." | AC ¶ 155<br><br>Ex. DD at 15, 17 |
| August 16, 2018<br><br>Q2 2019 Earnings Call | <u>Opening Remarks</u><br><br>Kress: "Our revenue outlook had anticipated cryptocurrency-specific products declining to approximately $100 million while actual crypto-specific product revenue was $18 million, and we now expect a negligible contribution going forward."<br><br>Kress: "[L]et me turn to the outlook for the third quarter of fiscal 2019. We are **including no contribution from crypto** in our outlook. We expect revenue to be $3.25 billion, plus or minus 2%."<br><br><u>Q&A</u><br><br>**Q**: "On the clarification, Colette, if you could also help us understand the gross margin sequencing from Q2 to Q3."<br><br>**A (Kress)**: "We have essentially reached, as we move into Q3, a normalization of our gross margins. I believe, **over the last several quarters, we have seen the impacts of crypto and what that can do to elevate our overall gross margins**. **We believe we had reached a normal period as we're looking forward to essentially no cryptocurrency as we move forward**."<br><br>**Q**: "I wonder if you could talk about cryptocurrency now that the dust has settled. You guys have done a good job of kind of laying out exactly how much of the OEM business has been driven by that. But there's also been, I think, some sense of -- some of the GeForce business was being driven by crypto. Can you -- looking backwards, can you size that for us? And I guess, I'm trying to understand the | AC ¶ 155<br><br>Ex. EE at 4, 7, 9, 12 |

| Date & Event / Document | Alleged Corrective Disclosure[1] | Citation |
|---|---|---|
| | impact that crypto would have on the guidance for October, given that it seems like it was very small in the July quarter."<br><br>**A (Huang)**: "Well, I think -- I mean, the second question is easier to answer, and the reason -- the first one is just -- it's ambiguous and hard to predict anyway. It's hard to estimate no matter what. But the second question, the answer is we're expecting -- we're projecting 0 basically. And for the first question, how much of GeForce could have been used for crypto, a lot of gamers at night, they could -- while they're sleeping, they could do some mining. And so whether they buy it for mining or do they buy it for gaming, it's kind of hard to say. And some miners were unable to buy our OEM products, and so they jumped onto the market to buy it from retail. And that **probably happened a great deal** as well. And that all happened in the last -- the previous several quarters, probably starting from Q -- late Q3, Q4, Q1 and very little last quarter, and we're projecting no crypto mining going forward." | |
| November 15, 2018<br><br>Form 8-K | "**Revenue was $3.18 billion**, up 21 percent year over year and up 2 percent sequentially."<br><br>"Our **gaming revenue outlook for the fourth quarter of fiscal 2019 is impacted by the expected work-down of Pascal mid-range gaming card inventory in the channel**, and a decline in gaming console reflecting seasonal build patterns. This **assumes no meaningful shipments of mid-range Pascal GPUs during the quarter**, so that channel inventory can approach normal levels by the end of the fourth quarter. . . . Our outlook for the fourth quarter of fiscal 2019 is as follows: **Revenue is expected to be $2.70 billion**, plus or minus two percent." | AC ¶¶ 160, 162<br><br>Ex. MM at 15, 18 |
| November 15, 2018<br><br>Q3 2019 Earnings Call | <u>Opening Remarks</u><br><br>Kress: "Q3 revenue reached $3.18 billion, up 21% from a year earlier, with all 4 of our market platforms growing double digits. Data center, professional visualization and automotive all hit record levels. However, **gaming was short of expectations as post crypto channel inventory took longer than expected to sell through. Gaming card prices, which were elevated following the sharp crypto falloff, took longer than expected to normalize**."<br><br>Kress: "**Let's continue with our gaming business**. Revenue of $1.76 billion was up 13% year-on-year and down 2% sequentially. Year-on-year growth was driven by initial sales of our new Turing-based GPUs | AC ¶¶ 161-163<br><br>Ex. NN at 4-6 |

| Date & Event / Document | Alleged Corrective Disclosure[1] | Citation |
|---|---|---|
| | as well as strong notebook sales, which more than offset gaming console declines. In mid-September, we began shipping GeForce RTX series, the first gaming GPUs based on our Turing architecture. . . . **Although the cryptocurrency wave has ended, the channel has taken longer than expected to normalize**. Pascal high-end cards have largely sold through ahead of RTX. However, **on midrange Pascal gaming cards, both channel prices and inventory levels remained higher than expected**. Pascal is well positioned as the GPU of choice in the midrange for the holidays, and we expect to work down channel inventories over the next quarter or 2."<br><br>Kress: "Moving to the rest of the P&L and the balance sheet. Q3 gross margins was 60.4% and non-GAAP was 61%, **below our outlook** due to the $57 million charge for prior architecture components and chips **following the sharp falloff in crypto demand**." | |
| | **Q**: "I guess, a follow-up question on the channel inventory side. It looks like it's roughly **$600 million** kind of a drawdown here. And just curious, does that sound right?"<br><br>**A (Huang)**: "The -- I think the answer to your first question is **yes**. You framed it nicely. It's -- the answer is yes."<br><br>***<br><br>**Q**: "I'm still trying to put my head around the magnitude of this channel inventory drawdown because if you don't ship like the midrange cards for a full quarter, **that means your inventory today is more than a quarter, more than 12 weeks of sales. And so my first question would be, am I right thinking that**? Are you available a full quarter of sales in inventories?"<br><br>**A (Huang)**: "**I think the channel has more than 12 weeks of inventory between us and the other brand**. One of the things that is hard to estimate is how much inventory the other brands have. And our quarter is 1 month later. And so whatever action we take, whatever we see in the channel is 1 month after their end of the quarter. The amount of inventory is not just us. It's also the other brands. And our ability to see the other brand's inventory is just much harder. We try our best to estimate it, but obviously, we didn't estimate it well enough. And so the answer to your question is yes**,** I think there's about -- **from our perspective, about 12 weeks of our inventory to sell through at this point**." | AC ¶ 162<br><br>Ex. NN at 10, 12-13 |

| Date & Event / Document | Alleged Corrective Disclosure[1] | Citation |
| --- | --- | --- |
| | **Q**: "**[W]hat needs to happen to work down this midrange Pascal inventory?** Is it pricing? Is it something else? **Because the thinking was that this could be cleared within the October quarter, but it hasn't.** Do you think people were waiting for Turing to come out and maybe that created some kind of pause?"<br><br>**A (Huang)**: "Yes, the -- well, **we came into Q3 with excess channel inventory post the crypto hangover**. We expected the pricing in the marketplace to decline. It declined slower than we expected and -- but while it was declining, we were expecting sales volume to grow, demand to grow and for pricing to be -- for volume to be elastic with pricing. I think it just took longer than -- the pricing took longer than we expected, and the volume increase took longer than we expected. At this point, most of the pricing has come down to its -- and slightly below its prelaunch levels. And so I'm hoping that -- I'm hopeful that now that pricing has stabilized, that customers will come back and buy. I guess when pricing is volatile in the channel, it probably freezes some people waiting for prices to stabilize, and that took longer than we expected frankly. But now that it's at the right levels, our expectation is that the market will return to normal. 1060 is the #1 selling graphics card in the world, and we decided not to sell any more into the channel for the upcoming quarter to give the channel an opportunity to sell through the inventory it has. And so we'll keep our eyes on it, but our expectation is that inventory levels will come back to normal by the end of the quarter." | AC ¶ 163<br><br>Ex. NN at 10 |
| | **Q**: "Got it. For my second question, I just wanted to -- for the last several quarters, the idea that the channel could be getting full is not necessarily a new worry. And yet **the last several quarters, you've been saying, like on this call, that you guys felt like you had a really good handle on the channel, and yet it seems like maybe that wasn't exactly the case**. Can you give us a feeling, maybe a better feeling for what changed and when you saw it in the quarter? Was this something that happened kind of like late in the quarter that you realized it? Or did you go into the quarter knowing that the inventories were high and needed to be corrected? **Like what happened? Because this tone is a little different from what we've heard over the last few earnings calls from you**."<br><br>**A (Huang)**: "Let's see. The -- we were surprised, obviously. I mean, we're surprised by it, as anybody else. **The crypto hangover lasted longer than we expected**. Prices started to drift down, and we expected to come down much more quickly than it did and -- but -- and when it went down, we expected demand to come up much more | AC ¶¶ 164, 165<br><br>Ex. NN at 11-12 |

| Date & Event / Document | Alleged Corrective Disclosure[1] | Citation |
| --- | --- | --- |
| | quickly than it did. And so I think the channel wanted to protect its price. People were uncertain about crypto, and demand was uncertain about when the price will be stabilized. And so all of that uncertainty, I think, froze the market a little longer than we expected. Pricing is now down to below prelaunch normal levels. And so I am hopeful that we're going to see demand come back and the sell through will happen through the holidays. And we're seeing that. And so that's -- the first one is that we -- just we didn't expect it either and we didn't realize the magnitude of it until towards the end of the quarter." | |