# Exhibit C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE NVIDIA CORPORATION SECURITIES LITIGATION | Case No. 4:18-cv-07669-HSG |

**EXPERT REPORT OF CHRISTIANNA WOOD**
**SEPTEMBER 18, 2025**

**TABLE OF CONTENTS**

I. QUALIFICATIONS ..... 1

II. BACKGROUND ..... 6

A. NVIDIA's Markets ..... 6

B. Relevant Allegations ..... 7

C. Assignment ..... 10

III. SUMMARY OF CONCLUSIONS ..... 11

IV. MANY PUTATIVE CLASS MEMBERS PURCHASED NVIDIA COMMON STOCK BECAUSE IT REPRESENTED A LONG-TERM GROWTH OPPORTUNITY IN ARTIFICIAL INTELLIGENCE ..... 12

A. The Class Period Coincided with Emerging Growth in AI and with NVIDIA's Establishment as a Market Leader in AI Infrastructure ..... 13

1. NVIDIA Emphasized Its Focus on AI ..... 14

2. Industry Commentary Recognized NVIDIA as an AI Company ..... 18

3. Thematic Investing Focused on AI Grew in Popularity During the Class Period ..... 21

B. Many Putative Class Members Acquired NVIDIA Common Stock During the Class Period as Part of a Long-Term AI-Focused Strategy ..... 22

1. Institutional Investors ..... 23

2. Retail Investors ..... 33

3. Many Long-Term AI-Focused Investors Likely Would Have Been Willing to Pay the Same Price for NVIDIA Shares Had They Known the Allegedly Concealed Truth ..... 43

V. INVESTORS FOLLOWING NVIDIA LIKELY WOULD HAVE UNDERSTOOD BY AUGUST 2018 THAT A SUBSTANTIAL PORTION OF NVIDIA'S GAMING REVENUE DERIVED FROM CRYPTOCURRENCY-RELATED DEMAND ..... 50

VI. INVESTORS FOLLOWING NVIDIA LIKELY WOULD HAVE UNDERSTOOD THAT MR. HUANG'S AUGUST 2018 "MASTERS AT MANAGING OUR CHANNEL" STATEMENT WAS NOT A STATEMENT OF DEFINITIVE FACT ..... 62

## I. QUALIFICATIONS

1. From 2002 to 2008, I was the Senior Investment Officer of Global Equity at the California Public Employees' Retirement System (CalPERS), which was then and is the largest public pension plan in the U.S. While I was at CalPERS, its assets were approximately $240 billion and it now has assets of more than $460 billion in retirement benefits for more than 2 million California public employees, retirees, and their families. While at CalPERS, I was responsible for overseeing the strategy and the investment decisions of CalPERS' $150+ billion Global Equity portfolio (approximately 63 percent of CalPERS's total assets at that time), which included investing in domestic and international stocks, as well as emerging market stocks. I was also responsible for evaluating, hiring, and firing internal and external investment managers (including deciding whether to remove a manager or allow more time for the manager to address performance challenges), and for assessing hedge fund and corporate governance (activist) strategies. While at CalPERS, I oversaw the global external management of $50 billion, including evaluating over 50 external managers. In furtherance of this effort, I led CalPERS' investment process of taking equity stakes in investment management companies that invested in public equities.

2. Prior to joining CalPERS, I was an equity and bond portfolio manager for over 22 years at three different firms in New Jersey, Illinois, and Colorado. My most senior role during that time was from 2000 to 2002 as the Director of Value Strategies at Denver Investment Advisors. At two of these firms, I was both partner and owner of firm equity and served on the firms' management committees. During this time, I made over 400 new business presentations to small and large institutions including city and state pension funds, police and fire pension funds, other union pension funds, including endowments, foundations, and high net worth

individuals/family offices. I had over 200 client relationships in various equity and bond strategies over the course of these 22 years. I managed both mutual fund assets and separate account vehicles, trained and built investment teams, hired investment professionals and staff to analyze and value securities, constructed portfolios, and managed client relationships. I was personally responsible for thousands of institutional portfolio investment decisions over those 22 years as an analyst and portfolio manager and supervising teams of analysts. During this period, and while I was at CalPERS, my own work and the work of people I supervised involved evaluating stocks of publicly traded companies, forming views on stock prices, and evaluating information related to those companies and constructing portfolios on a risk-adjusted basis.

3. After my employment at CalPERS, I was the Chief Executive Officer of the largest independent sponsor of hedge funds, Capital Z Asset Management, where we provided capital to (or “seeded”) start-up and early-stage hedge funds, took private equity stakes in the managers, and helped them grow and prosper.

4. While at CalPERS and Capital Z, I frequently spoke at conferences and industry educational events for the benefit of institutional investors and pension funds on the following topics: global corporate governance and executive compensation, considerations when seeding emerging managers and hedge funds (with a particular emphasis on women and minority-led funds), how to structure equity portfolios, and how managers add value over and above benchmarks (or how managers generate alpha).

5. I was a Board member of H&R Block Corporation (NYSE: HRB), including serving as a member of the Audit and Finance Committees, for 14 years until 2022. Since 2013, I have been a board member of Grange Insurance Company (assets under management (“AUM”) over $3 billion), a regional mutual property and casualty insurance company where I am a

member (formerly Chair) of the Investment Committee, a member of the Capital and Finance Committee, and a member of the Audit Committee. Since 2019, I have been an Independent Trustee of the Delaware Funds by Macquarie (AUM of $84 billion), which is an investment manager of 79 open-end mutual funds. From June 2013 through September 2021, I was also an Independent Trustee on the boards of four hedge fund mutual funds that are merger arbitrage, event-driven, and credit-event hedge funds managed by Westchester Capital Management, where I was a member of the Audit Committee (formerly Chair) and Chair of the Nominating and Governance Committee. From 2006 to 2018, I was also on the board of Vassar College and Chair of the Trustee Investor Responsibility Committee, which determines how the college casts its shareholder votes on corporate resolutions for the companies in which Vassar invests. In addition to proxy voting, my role also related to social justice matters that affect the College. I am today and have been a member of Vassar College's Investment Committee (AUM $1.4 billion) since 2006, and in that role, I am extensively involved in the selection, due diligence, and interviewing of investment management firms in both public and private markets. I am also familiar with the customs, standards, and practices of the investment management industry as it pertains to mutual funds, endowments, and pension funds.

6. In addition to my current memberships, I was formerly the Chairman of the Global Reporting Initiative ("GRI") in Amsterdam, the Netherlands, an organization that sets global standards in over 100 countries for advancing the practice of sustainability reporting, from 2013 through 2017. I also chaired the Board of International Corporate Governance Network ("ICGN") based in London, England, an organization led by investors responsible for AUM of approximately $90 trillion from over 40 countries that advocates for investor protections and shareholder rights in global capital markets, from 2009 through 2012, where I had previously

served as the Chairman of its Audit and Accounting Practices Committee from 2006 through 2008. From 2008 to 2009, I was a board member of Capital Z Asset Management, LLC and of Cevian Capital, LLC, currently a €14 billion European activist hedge fund, as well as of other hedge funds. I was also a member of the User Advisory Council of the Financial Accounting Standards Board ("FASB"); the Standing Advisory Group of the Public Company Accounting Oversight Board ("PCAOB"); and the Consultative Advisory Group of the International Audit & Assurance Standards Board ("IAASB"). In 2010, I was a Commissioner of the Blue Ribbon Commission on Executive Compensation Performance Metrics of the National Association of Corporate Directors ("NACD").

7. From 1981 through 2002, I was an investment analyst and portfolio manager in three investment management firms. In those roles, I analyzed growth and value securities in a wide variety of industries, including technology companies. I performed hands-on research on large and small hardware and software companies, including in-depth analyses of supply chains in the software and semiconductor industries.

8. In sum, I have extensive investment management experience at all levels and phases of the investment process and deep knowledge as an investor at some of the largest institutions in the world for both public and private securities. I have also served as a board member of both public and private companies, where I am frequently called upon to present my assessment of the likely perspective of investors on a wide range of issues and what types of information will affect investors' valuation and investment decisions.

9. Over the course of my career, I have had extensive experience in every aspect of institutional investment management: security analysis and research, portfolio management and portfolio structure, client acquisition and management, building investment teams, and managing

investment firms with both public and private capital and for all types of institutions. As an institutional investment manager, I managed hundreds of portfolios for all types of investment clients and made hundreds of investment management presentations to acquire and to retain clients.

10. Based on my training and experience, I am familiar with the principles of investing in both traditional and alternative investments, portfolio construction, and risk management. I am a CFA charter holder, a designation that is globally recognized and attests to a charter holder's success in a rigorous and comprehensive study program in the field of investment management and research analysis. I am also a CAIA charter holder, a designation of knowledge and expertise in alternative assets, private equity, hedge funds, real estate, and commodities. I have held numerous positions on boards of directors and advisory boards of investment managers and hedge fund managers.

11. I have an MBA in Finance from New York University and a B.A. in Economics (cum laude) from Vassar College. A copy of my curriculum vitae is attached as **Appendix A**. A list of cases in which I have submitted an expert report or provided expert testimony during the past four years is included as **Appendix B**.

12. I am being compensated for my services in this matter at my customary hourly rate of $1,200. In addition, I receive compensation based on the professional fees of those who support my work at Analysis Group, Inc., an economic consulting firm, which has assisted me in the preparation of this report. Neither my compensation nor that of Analysis Group, Inc. is contingent upon my findings, the testimony I may give, or the outcome of this litigation. In formulating my opinion, I considered the materials listed in **Appendix C** of this report. My work on this matter is ongoing, and I may review additional materials or conduct further

analysis, including but not limited to analyzing any additional expert reports or testimony offered in this litigation. I reserve the right to update, refine, or revise my opinion.

## II. BACKGROUND

### A. NVIDIA's Markets

13. NVIDIA is a technology company that, according to its SEC filings, "invented the graphics processing unit, or GPU, to solve some of the most complex problems in computer science."[1] NVIDIA reported in its 2018 10-K that while the company started with "a focus on PC graphics […] NVIDIA has evolved the GPU into a computer brain at the intersection of virtual reality, or VR, high performance computing, or HPC, and AI."[2] Accordingly, during 2017 and 2018, NVIDIA identified four primary markets that its GPU-based platforms addressed: Gaming, Professional Visualization, Datacenter, and Automotive.[3] NVIDIA's gaming products included the "GeForce GTX GPUs for PC gaming, SHIELD devices for gaming and streaming, GeForce NOW for cloud-based gaming," among other services for console gaming devices.[4] NVIDIA's Datacenter offerings addressed AI and HPC with "an accelerated computer platform."[5] For AI specifically, NVIDIA offered "a family of GPUs designed to speed up training and inferencing of neural networks" to enable deep learning.[6] The Gaming market accounted for approximately 43 to 60 percent and the Datacenter market

---

1 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 4.

2 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 4.

3 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 5; NVIDIA Corporation, Form 10-K, for the fiscal year ended January 27, 2019, filed February 21, 2019, p. 5.

4 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 5.

5 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 6.

6 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 6.

accounted for approximately 19 to 31 percent of NVIDIA's quarterly revenue in each quarter during the relevant 2017 and 2018 period.[7]

### B. Relevant Allegations

14. I understand that Lead Plaintiffs "seek to certify a class pursuant to Rules 23(a) and 23(b)(3) on behalf of all persons or entities who purchased or otherwise acquired the common stock of NVIDIA between August 10, 2017 and November 15, 2018, inclusive [the 'Class Period'], and who were damaged thereby."[8] Plaintiffs allege that, "During the Class Period, Defendants made materially false and misleading statements to investors about the impact of cryptocurrency mining sales on NVIDIA's core gaming business, systematically downplaying [NVIDIA's] substantial dependence on volatile crypto-related revenues. Internally, Defendants acknowledged that robust demand from crypto-miners for NVIDIA's gaming chips boosted sales considerably."[9]

15. Plaintiffs further claim that these allegedly false and misleading statements caused NVIDIA's common stock to trade at artificially inflated prices until the allegedly concealed truth was revealed to investors on August 16, 2018 and November 15, 2018.[10] Plaintiffs claim that investors "first began to learn about the extent of NVIDIA's true dependence on sales to

---

7 These figures include the fiscal quarters ending on October 29, 2017 and January 27, 2019, which partially fall outside the relevant 2017 and 2018 period. NVIDIA Corporation Form 10-Qs and 10-Ks for the fiscal periods ending October 29, 2017 through January 27, 2019.

8 Plaintiff's Notice of Motion and Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel, and Memorendum of Points Authorities in Support Thereof, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, Case No. 4:18-cv-07669-HSG, July 11, 2025 ("Motion for Class Certification"), p. 2.

9 Motion for Class Certification, pp. 1-2.

10 First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, Case No. 4:18-cv-07669-HSG, May 13, 2020 ("Amended Complaint"), ¶ 172.

cryptocurrency miners" on August 16, 2018.[11] On that date, NVIDIA issued revenue guidance for fiscal Q3 2019 (*i.e.*, August – October 2018) and disclosed that while NVIDIA "had previously anticipated cryptocurrency to be meaningful for the year, we are now projecting no contributions going forward."[12] NVIDIA also disclosed on August 16, 2018 that the amount of inventory held on its balance sheet had increased from $797 million in fiscal Q1 2019 (*i.e.*, February – April 2018) to $1.09 billion in fiscal Q2 2019 (*i.e.*, May – July 2018).[13] On NVIDIA's earnings conference call on August 16, 2018, Jensen Huang (NVIDIA's CEO) stated "miners were unable to buy our OEM products, and so they jumped onto the market to buy it from retail. And that probably happened a great deal as well. And that all happened in the last -- the previous several quarters, probably starting from Q -- late Q3, Q4, Q1 and very little last quarter, and we're projecting no crypto mining going forward."[14] Plaintiffs allege that the August 16, 2018 disclosures only "partially corrected" the alleged prior misstatements and omissions.[15]

---

[11] Amended Complaint, ¶ 155.

[12] Note that NVIDIA's fiscal year 2019 began on January 29, 2018 and its fiscal Q3 2019 ended on October 28, 2018. Here and throughout my report, months of the quarter listed represent the three months most covered by NVIDIA's quarter start and end dates. For example, NVIDIA's fiscal Q3 2019 begins July 30, 2018 and ends October 28, 2018, so the three months contained in the quarter are August, September and October. Plaintiffs' Amended Complaint incorrectly stated that NVIDIA lowered its revenue guidance for fiscal Q3 2018 rather than fiscal Q3 2019. NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended July 29, 2018, filed August 16, 2018, pp, 2, 15; NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended October 28, 2018, filed November 15, 2018, p. 2; NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 1; Amended Complaint, ¶ 155.

[13] Note that NVIDIA's fiscal year 2019 began on January 29, 2018 and its fiscal Q1 and Q2 2019 ended on April 29, 2018 and July 29, 2018, respectively. Plaintiffs' Amended Complaint incorrectly attributed NVIDIA's inventory figures to fiscal Q2 and Q3 2019 rather than fiscal Q1 and Q2 2019. NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended April 29, 2018, filed May 10, 2018, p. 2; NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended July 29, 2018, filed August 16, 2018, p. 2; NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 1; Amended Complaint, ¶ 155.

[14] S&P Global Market Intelligence, NVIDIA Corporation FQ3 2019 Earnings Call Transcripts, November 15, 2018.

[15] Amended Complaint, ¶ 158.

16. Mr. Huang further stated that NVIDIA was "expecting the channel inventory [that is, the inventory held downstream in the sales channel] to work itself out. We are masters at managing our channel, and we understand the channel very well."[16] Plaintiffs claim that this statement further concealed the allegedly concealed truth.[17]

17. Plaintiffs further claim that investors learned new information about the allegedly concealed truth on November 15, 2018. On that date, NVIDIA disclosed its fiscal Q3 2019 (*i.e.*, August – October 2018) financial results, announcing its expectation that revenues in fiscal Q4 2019 (*i.e.*, November 2018 – January 2019) would be 7 percent lower than fiscal Q4 2018 (*i.e.*, November 2017 – January 2018).[18] NVIDIA further disclosed that its "gaming revenue outlook for the fourth quarter of fiscal 2019 is impacted by the expected work-down of […] gaming card inventory in the channel" and that its fourth quarter outlook "assumes no meaningful shipments of mid-range Pascal GPUs during the quarter, so that channel inventory can approach normal levels by the end of the fourth quarter."[19] On NVIDIA's earnings conference call on November 15, 2018, Colette Kress (NVIDIA's CFO) stated that "gaming was short of expectations as post crypto channel inventory took longer than expected to sell through. Gaming card prices, which were elevated following the sharp crypto falloff, took longer than expected to normalize."[20] Plaintiffs allege that these disclosures corrected NVIDIA's prior alleged misstatements and

---

16 S&P Global Market Intelligence, NVIDIA Corporation FQ2 2019 Earnings Call Transcripts, August 16, 2018, p. 11.

17 Amended Complaint, ¶ 217.

18 Amended Complaint, ¶ 160.

19 NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended October 28, 2018, filed November 15, 2018.

20 S&P Global Market Intelligence, NVIDIA Corporation FQ3 2019 Earnings Call Transcripts, November 15, 2018, p. 4.

omissions, including Mr. Huang's "masters at managing our channel" statement on August 16, 2018.[21]

### C. Assignment

18. I have been asked by counsel for NVIDIA to address the following from my perspective as an investor:

a. Evaluate whether a meaningful number of putative class members purchased NVIDIA common stock during the Class Period for reasons unrelated to NVIDIA's Gaming revenue and whether it is likely that a meaningful number of such investors would have purchased NVIDIA common stock at the same price had they known the allegedly concealed truth;

b. Opine on whether investors would have understood by the time of the first alleged corrective disclosure on August 16, 2018 that cryptocurrency-related demand accounted for a meaningful portion of NVIDIA's Gaming revenue and, as part of that evaluation, provide investor-relevant context for NVIDIA's alleged misstatements and omissions concerning the extent to which demand for NVIDIA's GPUs was cryptocurrency-related; and

c. Opine on whether industry observers reasonably would have interpreted Mr. Huang's August 16, 2018 "masters at managing our channel" statement as a statement of definitive fact, and as part of that evaluation, provide investor-relevant context for that statement.

---

21 Amended Complaint, ¶¶ 161-171.

## III. SUMMARY OF CONCLUSIONS

19. Based on my professional experience, including my investment management experience at all levels and phases of the investment process, and my review of materials described in my report, I concluded the following:

20. Many putative class members, including thematic investors focused on artificial intelligence, purchased NVIDIA common stock during the Class Period for reasons unrelated to NVIDIA's Gaming revenue. I am one of those investors, and I identified institutional and retail investors who, like me, stated that their rationale for purchasing NVIDIA shares during the Class Period was part of their long-term investment focus on long-term growth opportunities relating to artificial intelligence ("AI"). Several of these investors explicitly stated that their AI-focused investment thesis was unchanged by NVIDIA's alleged corrective disclosure on November 15, 2018. Indeed, many of them continued to hold—or even increased—their NVIDIA shares following the alleged corrective disclosure. For such investors, there is compelling evidence that NVIDIA's alleged omissions or misstatements relating to the impact of cryptocurrency on its Gaming revenue would not have affected their investment decisions, and that they would have been willing to purchase NVIDIA shares at the same price as they did, had they known the allegedly concealed truth. Moreover, given the broad dissemination of information regarding NVIDIA as an AI investment, these identified examples are likely representative of many other members of the putative class. **(Section IV)**.

21. In my several decades of experience as an investment professional, when making investment decisions, investors consider a mix of public information that includes not only SEC filings, but also analyst reports, market participants' commentary, and finance or business-focused news articles and television programs. In my opinion, based on my experience as an

investment professional and on my review of the contemporaneous information in these domains, by the time of the first alleged corrective disclosure on August 16, 2018, many investors and analysts covering NVIDIA likely would have understood that cryptocurrency-related demand accounted for a substantial portion of NVIDIA's Gaming revenue. **(Section V)**.

22. In my experience, investors following NVIDIA likely would have understood that Mr. Huang's "masters at managing our channel" statement on August 16, 2018 was not an expression of definitive fact, but rather a statement of corporate optimism and confidence based on Mr. Huang's experience and opinion. By the time Mr. Huang made this statement, investors had already been told that NVIDIA had relatively limited ability to control how quickly balance sheet and channel inventory would clear given the complex and multi-layered dynamics of semiconductor supply chains. In that context, investors likely would have understood that there was uncertainty in Mr. Huang's statement. Indeed, market participants covering NVIDIA pointed out the uncertainty in NVIDIA's inventory supply even after Mr. Huang's statement. **(Section VI)**.

23. I provide the basis for these opinions in the remainder of my report.

## IV. MANY PUTATIVE CLASS MEMBERS PURCHASED NVIDIA COMMON STOCK BECAUSE IT REPRESENTED A LONG-TERM GROWTH OPPORTUNITY IN ARTIFICIAL INTELLIGENCE

24. Before and during the Class Period, NVIDIA was a well-known long-term investment for investors seeking to capitalize on the potentially massive, rapid, and explosive growth of AI. Many putative class members purchased NVIDIA common stock as part of a long-term AI-focused strategy, and thus for reasons unrelated to NVIDIA's shorter-term performance in its Gaming market. For such investors, there is compelling evidence that they

would have been willing to pay the same price to purchase NVIDIA shares had they known the allegedly concealed truth. Indeed, as I show below, some investors and market participants explicitly stated that NVIDIA's November 15, 2018 alleged corrective disclosure concerning excess channel inventory was a short-term issue unrelated to their long-term, AI-focused investment strategy, and many of them continued to hold—or even increased—their NVIDIA shares following the disclosure based upon their views of NVIDIA as a long-term, AI-focused investment. Moreover, as I discuss below, these examples likely represent a small fraction of the number of investors who shared this AI-focused investment strategy and who likely would have been indifferent to the allegedly concealed information.

### A. The Class Period Coincided with Emerging Growth in AI and with NVIDIA's Establishment as a Market Leader in AI Infrastructure

25. By early 2017, AI had experienced rapid growth and transformation, moving from academic experimentation and niche applications into mainstream commercial deployment.[22] Advances in computer power, sophisticated algorithms, and vast amounts of data began driving significant progress in fields such as computer vision, natural language processing, and speech recognition.[23] This momentum triggered a surge of investment in AI: in 2016, companies

---

[22] Bughin et al., "How Artificial Intelligence Can Deliver Real Value to Companies," *McKinsey Global Institute*, June 15, 2017, https://www.mckinsey.com/capabilities/quantumblack/our-insights/how-artificial-intelligence-can-deliver-real-value-to-companies ("After decades of extravagant promises and frustrating disappointments, artificial intelligence (AI) is finally starting to deliver real-life benefits to early-adopting companies. Retailers on the digital frontier rely on AI-powered robots to run their warehouses—and even to automatically order stock when inventory runs low. Utilities use AI to forecast electricity demand. Automakers harness the technology in self-driving cars."). *See also* Aaron Tilley, "The New Intel: How Nvidia Went From Powering Video Games To Revolutionizing Artificial Intelligence," *Forbes*, November 30, 2016, https://www.forbes.com/sites/aarontilley/2016/11/30/nvidia-deep-learning-ai-intel/ ("Deep learning techniques [… have] been around in academia since at least the 1960s, with major advances made in the 1980s and 1990s. But there were always two factors preventing them from taking off: the amount of data needed to train the algorithms and access to cheap, pure computing horsepower.").

[23] Bughin et al., "How Artificial Intelligence Can Deliver Real Value to Companies," *McKinsey Global Institute*, June 15, 2017, https://www.mckinsey.com/capabilities/quantumblack/our-insights/how-artificial-intelligence-can-deliver-real-value-to-companies ("Computer power is growing, algorithms and AI models are becoming

invested between $26 billion and $39 billion in AI—three times as much as they did three years prior.[24]

26. As of 2016 and 2017, industry analysts were closely tracking AI's potential to reshape markets. For example, a June 2017 report published by the McKinsey Global Institute stated, "The current AI wave is poised to finally break through."[25] A 2017 report by the International Data Corporation ("IDC") forecasted that "global revenues for cognitive and AI systems [would] hit $12.5 billion this year, up a sizzling 59.3% on a year-over-year basis" and added that the compound annual growth rate for the following three years was expected to be approximately 54 percent.[26] Within this environment, by early 2017, NVIDIA emerged as a foundational player in AI infrastructure, with NVIDIA and industry analysts recognizing NVIDIA's revolutionary role in the AI space.

*1. NVIDIA Emphasized Its Focus on AI*

27. NVIDIA's public disclosures leading up to and during the Class Period emphasized its growing focus on AI. These disclosures included statements in NVIDIA's

---

more sophisticated, and, perhaps most important of all, the world is generating once-unimaginable volumes of the fuel that powers AI—data.").

24 Bughin et al., "How Artificial Intelligence Can Deliver Real Value to Companies," *McKinsey Global Institute*, June 15, 2017, https://www.mckinsey.com/capabilities/quantumblack/our-insights/how-artificial-intelligence-can-deliver-real-value-to-companies ("The entrepreneurial activity unleashed by these developments drew three times as much investment in 2016—between $26 billion and $39 billion—as it did three years earlier.").

25 "Artificial Intelligence: The Next Digital Frontier," *McKinsey Global Institute*, June 2017, https://www.mckinsey.com/~/media/McKinsey/Industries/Advanced%20Electronics/Our%20Insights/How%20artificial%20intelligence%20can%20deliver%20real%20value%20to%20companies/MGI-Artificial-Intelligence-Discussion-paper.ashx, p. 5.

26 Tom Taulli, "NVIDIA Corporation (NVDA): Welcome to the Era of AI," *InvestorPlace*, July 31, 2017, https://investorplace.com/2017/07/nvidia-corporation-nvda-welcome-to-the-era-of-ai.

regulatory filings with the SEC. For example:

- In NVIDIA's 2016 10-K, NVIDIA described itself as the "world leader in visual computing," enabling the company to "power breakthroughs in new areas like artificial intelligence, virtual reality, and autonomous cars."[27]
- In NVIDIA's 2017 10-K (filed on March 1, 2017, before the start of the proposed Class Period), NVIDIA again emphasized the importance of AI, stating, "We have extended our emphasis in recent years to the revolutionary field of artificial intelligence, or AI."[28] NVIDIA included this same statement in its 2018 10-K (filed on February 28, 2018).[29]

28. NVIDIA also discussed its focus on AI in press releases in the lead up to and during the Class Period. For example:

- An NVIDIA press release from April 5, 2016 announced the launch of "NVIDIA DGX-1, the world's first deep learning supercomputer to meet the unlimited computing demands of artificial intelligence." NVIDIA stated that it "designed the DGX-1 for a new computing model to power the AI revolution that is sweeping across science, enterprises and increasingly all aspects of daily life."[30]
- An NVIDIA press release from November 14, 2016 titled "NVIDIA and Microsoft Accelerate AI Together" announced that NVIDIA "worked with Microsoft to create a lightning-fast AI platform" run on NVIDIA GPUs.[31]
- An NVIDIA press release from May 10, 2017 announced the launch of Volta, which NVIDIA described as "the world's most powerful GPU computing architecture, created to drive the next wave of advancement in artificial intelligence and high performance computing."[32]
- An NVIDIA press release from November 13, 2017 announced that "NVIDIA Tesla V100 GPU based on NVIDIA's Volta architecture [] is available through every major computer maker and chosen by every major cloud to deliver artificial

---

27 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 31, 2016, filed March 16, 2016, p. 4.

28 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 29, 2017, filed March 1, 2017, p. 4.

29 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 4.

30 "NVIDIA Launches World's First Deep Learning Supercomputer," *NVIDIA*, April 5, 2016, https://nvidianews.nvidia.com/news/nvidia-launches-world-s-first-deep-learning-supercomputer.

31 "NVIDIA and Microsoft Accelerate AI Together," *NVIDIA*, November 14, 2016, https://nvidianews.nvidia.com/news/nvidia-and-microsoft-accelerate-ai-together.

32 "NVIDIA Launches Revolutionary Volta GPU Platform, Fueling Next Era of AI and High Performance Computing," *NVIDIA*, May 17, 2017, https://nvidianews.nvidia.com/news/nvidia-launches-revolutionary-volta-gpu-platform-fueling-next-era-of-ai-and-high-performance-computing.

intelligence and high performance computing" and stated that Dell EMC, Hewlett Packard Enterprise, Huawei, IBM and Lenovo had all announced Volta-based offerings.[33]

- An NVIDIA press release from January 7, 2018 stated that "NVIDIA is not just at the forefront of developing GPUs and cloud computing, but is also the market leader for AI computing in cars."[34]

29. NVIDIA also emphasized the role of AI in its future growth in its investor days and other public presentations in the lead up to and during the Class Period. For example:

- The first agenda point of NVIDIA's May 10, 2017 Investor Day presentation was "Powering the AI Revolution,"[35] with the slides highlighting NVIDIA's growth opportunities in using AI to revolutionize healthcare, the automotive industry, and "smart cities."[36,37] As the presentation stated, "AI is the solution for AV [autonomous vehicles]. NVIDIA is at the center of AI."[38]

- The presentation also highlighted the total addressable market ("TAM") for several sectors dependent on AI (and, by extension, on NVIDIA's chips). It estimated that the TAM was $4 billion for high-performance computing ("HPC"),[39] $11 billion for deep-learning ("DL") training,[40] and $15 billion for DL inference.[41]

- A September 11, 2017 NVIDIA corporate presentation stated that "NVIDIA is uniquely positioned to drive multiple large markets—gaming, VR, cloud, AI,

---

[33] "NVIDIA Chosen by Every Major Computer Maker, Every Major Cloud," *NVIDIA*, November 13, 2017, https://nvidianews.nvidia.com/news/nvidia-chosen-by-every-major-computer-maker-every-major-cloud.

[34] "Volkswagen and NVIDIA to Infuse AI into Future Vehicle Lineup," *NVIDIA*, January 7, 2018, https://nvidianews.nvidia.com/news/volkswagen-and-nvidia-to-infuse-ai-into-future-vehicle-lineup.

[35] "Investor Day 2017," *NVIDIA*, May 10, 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/NVIDIA_Investor_Day_2017.pdf ("NVIDIA Investor Day 2017 Presentation"), p. 3.

[36] NVIDIA Investor Day 2017 Presentation, pp. 26-50.

[37] Plaintiffs' Amended Complaint focuses on NVIDIA's discussion of the Gaming market from the May 10, 2017 investor day. However, the investor day presentation is centered around the company's opportunities in AI. NVIDIA Investor Day 2017 Presentation; Amended Complaint, ¶¶ 70, 176-178.

[38] NVIDIA Investor Day 2017 Presentation, p. 41.

[39] NVIDIA Investor Day 2017 Presentation, p. 23.

[40] NVIDIA Investor Day 2017 Presentation, p. 24.

[41] NVIDIA Investor Day 2017 Presentation, p. 25.

autonomous machines,"[42] and that AI, HPC, and cloud computing (together, the "Datacenter" market) experienced the largest increase among NVIDIA's markets between comparable periods in fiscal year 2017 and fiscal year 2018.[43] The presentation also stated, "This is the era of AI. […] We've built an end-to-end platform to advance AI, from purpose-built processors to software to fully integrated systems. We advance fundamental AI research and fuel the AI ecosystem by working closely with developers, researchers, and startups."[44] The presentation went on to assert that "every industry will be revolutionized by AI,"[45] and stated that "NVIDIA AI revolutionizes the $3T IT industry," the "$10T transportation industry," and the "$5T manufacturing industry."[46]

- In a November 13, 2017 presentation, NVIDIA disclosed 109 percent year-over-year growth in NVIDIA's Datacenter market,[47] and highlighted that "NVIDIA powers [the] world's fastest deep learning performance."[48]

- In a presentation at the GPU Technology Conference ("GTC") in March 2018, NVIDIA stated, "We're not a chip company; we're a computing architecture and software company."[49]

- NVIDIA's Investor Day held on March 27, 2018 led with a presentation on NVIDIA's Datacenter market, and announced 133 percent revenue growth for the market between fiscal year 2017 and fiscal year 2018.[50] The presentation also highlighted that AI was "[t]ransforming [e]very [i]ndustry" and presented NVIDIA's associated milestones including "Volta chosen by all major public clouds" and "over 2,000 companies using NVIDIA GPU cloud."[51]

---

42 "The Next Wave of Computing," *NVIDIA*, September 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/2017/12/Corporate-Presentation.pdf ("NVIDIA Corporate Presentation 2017"), p. 3.

43 NVIDIA Corporate Presentation 2017, p. 4.

44 NVIDIA Corporate Presentation 2017, p. 10.

45 NVIDIA Corporate Presentation 2017, p. 17.

46 NVIDIA Corporate Presentation 2017, pp. 13-16.

47 "Accelerated Computing: The Path Forward," *NVIDIA*, November 13, 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/2017/11/JHH_SC17_FINAL_PRESENTED.PDF ("NVIDIA SC17 Presentation"), p. 6.

48 NVIDIA SC17 Presentation, p. 17.

49 Doug Henschen, "Nvidia Accelerates Artificial Intelligence, Analytics with an Ecosystem Approach," *Constellation Research*, April 5, 2018, https://www.constellationr.com/blog-news/nvidia-accelerates-artificial-intelligence-analytics-ecosystem-approach.

50 "Investor Day 2018," *NVIDIA*, March 27, 2018, https://s201.q4cdn.com/141608511/files/doc_presentations/2018/03/NVIDIA-2018.pdf ("NVIDIA Investor Day 2018 Presentation"), p. 7.

51 NVIDIA Investor Day 2018 Presentation, p. 17.

30. NVIDIA further reinforced its focus on AI during its earnings calls in the lead up to and during the Class Period. For example:

- On its May 9, 2017 earnings call, NVIDIA began its discussion on quarterly results by stating, "We had a strong start to the year, highlighting our record first quarter with a near tripling of Datacenter revenue, reflecting surging interest in artificial intelligence."[52]

- On its August 10, 2017 earnings call, NVIDIA again led with its Datacenter revenue growth, stating, "We achieved strong revenue in each of our businesses. Data center revenue grew more than 2.5x, reflecting momentum behind artificial intelligence as we expanded our product portfolio and began shipping our new Volta platform."[53] The call concluded with Mr. Huang sharing, "This is the era of artificial intelligence, and NVIDIA has dedicated ourselves to be its brain."[54]

- Mr. Huang concluded an earnings call held on May 10, 2018 with the following remarks: "At the heart of our opportunity is the incredible growth of computing demand of AI, just as traditional computing has slowed. The GPU computing approach that we've pioneered is ideal for filling this vacuum. And our invention of the Tensor Core GPU has further enhanced our strong position to power the AI era."[55]

31. In sum, across its channels, NVIDIA consistently emphasized its growing focus on AI in the lead up to and throughout the Class Period.

### *2. Industry Commentary Recognized NVIDIA as an AI Company*

32. Industry commentary in the financial press and other media outlets widely recognized that NVIDIA's GPUs had become the workhorse for training deep learning models in the lead up to and during the Class Period.[56] For example, in November 2016, *Forbes* published

---

[52] S&P Global Market Intelligence, NVIDIA Corporation FQ1 2018 Earnings Call Transcripts, May 9, 2017, p. 3.

[53] S&P Global Market Intelligence, NVIDIA Corporation FQ2 2019 Earnings Call Transcripts, August 16, 2018, p. 3.

[54] S&P Global Market Intelligence, NVIDIA Corporation FQ2 2019 Earnings Call Transcripts, August 16, 2018, p. 15.

[55] S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, p. 18.

[56] I note that industry analyst commentary also recognized NVIDIA as an AI company in the lead up to and during the Class Period. I discuss this industry analyst commentary in **Section IV.B.2**.

an article titled "The New Intel: How Nvidia Went from Powering Video Games to Revolutionizing Artificial Intelligence."[57] As this article explained:

> But despite the surprising resilience of PC gaming […], **it's not video games that has Wall Street salivating over the firm. It's artificial intelligence**. In a fascinating bit of silicon serendipity, it turns out that the same technology that can conjure up a gorgeous alien landscape or paint a picture-perfect explosion is also nearly optimal for the hottest area of AI: deep learning [emphasis added].

33. The article listed NVIDIA's wide range of AI customers, noting that "[t]ech giants like Google, Microsoft, Facebook and Amazon are buying ever larger quantities of Nvidia's chips for their data centers," Tesla announced "installing Nvidia GPUs in all of its cars to enable autonomous driving," hospitals use NVIDIA chips to improve medical diagnostics, and "virtual reality headsets, like those being brought to market by Facebook and HTC" are being powered by NVIDIA chips.[58]

34. The article also quoted Marc Andreessen of venture capital firm Andreessen Horowitz asserting that his firm has been "investing in a lot of startups applying deep learning to many areas, and every single one effectively comes in building on Nvidia's platform," and adding that if his firm were a hedge fund, "[w]e'd put all our money into Nvidia."[59]

35. Industry commentary regarding NVIDIA's leading position in AI continued throughout 2017. For example, on February 9, 2017, *Forbes* announced, "Nvidia Beats Earnings

[57] Aaron Tilley, "The New Intel: How Nvidia Went From Powering Video Games To Revolutionizing Artificial Intelligence," *Forbes*, November 30, 2016, https://www.forbes.com/sites/aarontilley/2016/11/30/nvidia-deep-learning-ai-intel/.

[58] Aaron Tilley, "The New Intel: How Nvidia Went From Powering Video Games To Revolutionizing Artificial Intelligence," *Forbes*, November 30, 2016, https://www.forbes.com/sites/aarontilley/2016/11/30/nvidia-deep-learning-ai-intel/.

[59] Aaron Tilley, "The New Intel: How Nvidia Went From Powering Video Games To Revolutionizing Artificial Intelligence," *Forbes*, November 30, 2016, https://www.forbes.com/sites/aarontilley/2016/11/30/nvidia-deep-learning-ai-intel/.

Estimates As Its Artificial Intelligence Business Keeps On Booming."[60] On February 28, 2017, investment research company *The Motley Fool* asserted that "NVIDIA's current position in AI, potential market share, and focus on new AI hardware should push the company to the top of the list for anyone looking to invest in AI over the long term."[61] On July 31, 2017, *Investor Place* stated that "AI represents a pretty good opportunity for investors, which is also good news for NVIDIA […], a trailblazer in the artificial intelligence industry."[62] The article noted that "[w]hile AI currently represents only a small portion of NVDA's sales […], this just means there is tremendous growth potential," adding that "[p]erhaps the biggest driver for NVDA stock is the market for self-driving vehicles."[63] The article concluded that, although "the forward price-to-earnings ratio on NVDA stock is about 47x, […] in light of the huge potential from the AI market, and management's disciplined execution, a premium is certainly warranted."[64] On November 7, 2017, *Wired* described NVIDIA among Intel, Broadcom, Google, and Qualcomm as companies "designing chips for an AI future," and it quoted an analyst stating that "[c]learly, at the moment, Nvidia, with its high-end graphics processing unit (GPU) is the market leader."[65]

---

60 Aaron Tilley, "Nvidia Beats Earnings Estimates As Its Artificial Intelligence Business Keeps On Booming," *Forbes*, February 9, 2017, https://www.forbes.com/sites/aarontilley/2017/02/09/nvidia-beat-earnings-estimates-as-its-artificial-intelligence-business-keeps-on-booming/.

61 "NVIDIA's Artificial Intelligence Opportunity in 1 Chart," *The Motley Fool*, February 28, 2017, https://web.archive.org/web/20170301014829/https://www.fool.com/investing/2017/02/28/nvidias-artificial-intelligence-opportunity-in-1-c.aspx.

62 Tom Taulli, "NVIDIA Corporation (NVDA): Welcome to the Era of AI," *InvestorPlace*, July 31, 2017, https://investorplace.com/2017/07/nvidia-corporation-nvda-welcome-to-the-era-of-ai.

63 Tom Taulli, "NVIDIA Corporation (NVDA): Welcome to the Era of AI," *InvestorPlace*, July 31, 2017, https://investorplace.com/2017/07/nvidia-corporation-nvda-welcome-to-the-era-of-ai.

64 Tom Taulli, "NVIDIA Corporation (NVDA): Welcome to the Era of AI," *InvestorPlace*, July 31, 2017, https://investorplace.com/2017/07/nvidia-corporation-nvda-welcome-to-the-era-of-ai.

65 Matt Burgess, "Broadcom's $130BN Qualcomm Bid is a Bold Play to Own AI," *Wired*, November 7, 2017, https://www.wired.com/story/ai-chip-broadcom-qualcomm-google-intel.

*Wired* added that other chipmakers were trying to catch up to NVIDIA, whose chips were being used by Google, Microsoft, Facebook, and Alibaba.[66]

### *3. Thematic Investing Focused on AI Grew in Popularity During the Class Period*

36. Thematic investing is a long-term investment approach that seeks market exposure to narrative themes or ideas, rather than a particular sector or market capitalization size.[67] Thematic investing grew in popularity worldwide during the Class Period, with one investment research firm finding that total AUM in thematic funds increased from approximately $75 billion in January 2017 to $195 billion by December 2019.[68] Indeed, in 2017, over ten percent of new funds launched were thematic funds, and in 2018, over 30 percent of new funds launched were thematic funds.[69]

37. AI emerged as an investment theme for investors during the Class Period. For example, a 2025 BlackRock whitepaper named AI as one of several themes over the past decade "that are front-of-mind for investors, persist over time and have demonstrated an ability to drive equity market returns."[70] BlackRock's research additionally shows that AI gained thematic attention in 2017 and 2018.[71]

---

[66] Matt Burgess, "Broadcom's $130BN Qualcomm Bid is a Bold Play to Own AI," *Wired*, November 7, 2017, https://www.wired.com/story/ai-chip-broadcom-qualcomm-google-intel.

[67] "Thematic Investing: What Is It, and How Should Investors Think About It?," *Fidelity*, August, 2023, https://institutional.fidelity.com/app/literature/view?itemCode=9897007&renditionType=PDF, p. 1.

[68] "Global Thematic Funds Landscape," *Morningstar*, February, 2020, https://www.fundresearch.de/fundresearch-wAssets/docs/Global_Thematic_Fund_Landscape_022520.pdf, p. 6.

[69] "Global Thematic Funds Landscape," *Morningstar*, February, 2020, https://www.fundresearch.de/fundresearch-wAssets/docs/Global_Thematic_Fund_Landscape_022520.pdf, p. 13.

[70] "Tomorrow's themes, today," *BlackRock*, 2025, https://www.blackrock.com/us/individual/literature/whitepaper/tomorrows-themes-today.pdf, p. 5.

[71] "Tomorrow's themes, today," *BlackRock*, 2025, https://www.blackrock.com/us/individual/literature/whitepaper/tomorrows-themes-today.pdf, p. 5.

38. Thematic investors focused on an AI theme, and those focused on NVIDIA's long-term potential, viewed NVIDIA as a strategic investment opportunity well positioned to generate long-term investment returns given its central role in the AI revolution. For example, a February 2018 Citigroup presentation titled "Citi Global Theme Book," observed that "Citi's proprietary *Global Theme Machine* consistently has ranked Artificial Intelligence as one of the Top 10 of 80+ Themes [Citi] track[s] globally. Fundamentally [Citi] believe[s] that NVDA is the best pure play on artificial intelligence-led growth in VR, data centre [sic], and Auto end markets; they are the clear market leader in GPU accelerator solutions for deep learning."[72]

### B. Many Putative Class Members Acquired NVIDIA Common Stock During the Class Period as Part of a Long-Term AI-Focused Strategy

39. I am one such thematic investor who purchased NVIDIA during the Class Period to pursue market exposure to AI. On December 11, 2017, aware of the powerful innovation that AI was expected to bring to all parts of the economy,[73] I bought twelve approximately equal-

---

72 Citi, "Citi Global Theme Book," February 2018, Lannebo008796-848, at 807.

73 I note that in 2017, prominent news sources that I regularly read discussed AI's significant potential. For example, *The New York Times* articles in 2017 included "Ford to Invest $1 Billion in Artificial Intelligence Start-Up," (Feb. 10, 2017), "Intel, While Pivoting to Artificial Intelligence, Tries to Protect Lead," (July 10, 2017), "Tech Giants Are Paying Huge Salaries for Scarce A.I. Talent," (Oct. 22, 2017), and "A.I. Will Transform the Economy. But How Much, and How Soon?" (Nov. 30, 2017). *Wall Street Journal* articles in 2017 included "The Optimistic Promise of Artificial Intelligence" (Jun. 13, 2017), "How AI is Transforming Drug Creation" (Jun. 25, 2017), "Companies Must Use AI – or Else" (Oct. 23, 2017), and "Artificial Intelligence Sees Surge in Venture, Growth Investing" (Nov. 13, 2017). *See* Mike Isaac and Neal E. Boudette, "Ford to Invest $1 Billion in Artificial Intelligence Start-Up," *The New York Times*, February 10, 2017, https://www.nytimes.com/2017/02/10/technology/ford-invests-billion-artificial-intelligence.html; Steve Loir, "Intel, While Pivoting to Artificial Intelligence, Tries to Protect Lead," *The New York Times*, July 10, 2017, https://www.nytimes.com/2017/07/10/technology/intel-artificial-intelligence-processing-chips.html; Cade Metz, "Tech Giants Are Paying Huge Salaries for Scarce A.I. Talent," *The New York Times*, October 22, 2017, https://www.nytimes.com/2017/10/22/technology/artificial-intelligence-experts-salaries.html; Steve Loir, "A.I. Will Transform the Economy. But How Much, and How Soon?," *The New York Times*, November 30, 2017, https://www.nytimes.com/2017/11/30/technology/ai-will-transform-the-economy-but-how-much-and-how-soon.html; "The Optimistic Promise of Artificial Intelligence," *The Wall Street Journal*, June 13, 2017, https://www.wsj.com/articles/the-optimistic-promise-of-artificial-intelligence-1497374822; Daniela Hernandez, "How AI Is Transforming Drug Creation," *The Wall Street Journal*, June 25, 2017, https://www.wsj.com/articles/how-ai-is-transforming-drug-creation-1498442760; Jason Anders, "Companies Must Use AI – or Else," *The Wall Street Journal*, October 23, 2017, https://www.wsj.com/articles/companies-

weighted AI positions (about $10,000 each) in my IRA rollover account as a thematic investment. One of those positions was NVIDIA.[74] My thesis was to hold onto these positions for a long time horizon and thereby benefit from the anticipated AI revolution. My purchases were based on what I believed was the long-term large wave of AI that would propel the companies; they were not based on what was affecting the stocks in the short term. This thematic investment strategy has worked well. While none of my positions has done as well as NVIDIA—which has increased by approximately 3,500 percent as of August 29, 2025—most of the others I purchased are up two- to three-fold over cost.[75]

40. As I discuss in this section, there are likely many other putative class members that purchased NVIDIA stock during the Class Period because of a long-term view on AI and for reasons unrelated to NVIDIA's Gaming revenue.

*1. Institutional Investors*

41. Many institutional investors likewise purchased NVIDIA common stock during the Class Period as part of an overall long-term, AI-focused strategy.[76] I identified examples of institutional investors that purchased NVIDIA during the Class Period and did so, or likely did so, because of a long-term view on AI. To identify these investors, I employed the following methodology.

must-use-aior-else-1508811121; and Nish Amarnath, "Artificial Intelligence Sees Surge in Venture, Growth Investing," *The Wall Street Journal*, November 13, 2017, https://www.wsj.com/articles/artificial-intelligence-sees-surge-in-venture-growth-investing-1510592292.

[74] "Transaction Detail – Purchases and Sales for the Rollover IRA of Christianna Wood," *Charles Schwab*, November 1, 2017 to December 31, 2017.

[75] As discussed in **Section IV.B.3**, I purchased NVIDIA shares on December 11, 2017 at $192.1072 per share. The NVIDIA share price on August 29, 2025, unadjusted for the 4-for-1 stock split that occurred on July 20, 2021 and the 10-for-1 stock split that occurred on June 10, 2024 was $6,967.20 per share. S&P Capital IQ.

[76] In this report, I define institutional investors as those investors whose NVIDIA holdings are included in S&P Capital IQ's "Institutions" ownership data. I consider all other investors retail investors.

42. *First*, using S&P Capital IQ (a widely used financial data, analytics, and research platform), I identified investment funds that purchased NVIDIA during the Class Period that included the term "artificial intelligence" or "AI" in their fund name. In my experience, funds with sector- or theme-specific names indicate the fund's investment focus. I identified 21 funds that purchased NVIDIA common stock during the Class Period that contain these terms in their names.[77]

43. *Second*, I searched for public disclosures by those funds for discussion of their investment focus, investment time horizon, and their NVIDIA investment. Some of these funds made the following disclosures regarding their long-term investment focus on AI-related companies. For example:

- **Echiquier Artificial Intelligence Fund**: The fund's stated objective is to invest in "leading companies around the globe benefiting from the development of AI" and to approach that thesis "with a conviction-drive focus on growth" and a five-year investment horizon.[78]
- **TCW Artificial Intelligence ETF**: The fund's stated objective is to "seek long-term capital appreciation" and is based on the belief that "artificial intelligence (AI) will be the foundational technology of the information age."[79] The ETF further disclosed in its 2017 summary prospectus that the fund "invests at least 80% of the value of its net assets […] in publicly traded equity securities of businesses that the portfolio managers believe are benefitting from or have the potential to benefit from advances in the use of artificial intelligence. […] The

[77] Note that three of these funds (Amplify AI Powered Equity ETF, ACATIS AI US Equities, and Starboard Investment Trust - AI Quality Growth ETF) do not appear to have an AI investment focus but rather use AI to identify potential portfolio investments. S&P Capital IQ; "AIEQ: Amplify AI Powered Equity ETF," *Amplify ETFs*, https://amplifyetfs.com/aieq/, accessed September 17, 2025; "ACATIS AI US Equities," *ACATIS*, https://www.acatis.de/en/investmentfunds/fonds-us/acatis-ai-us-equities, accessed September 17, 2025.

[78] "LFDE, the First French Asset Management Company Offering An AI Investment Solution," *LFDE*, June 12, 2018, https://www.lfde.com/en-int/506-non-classe-en/lfde-the-first-french-asset-management-company-offering-an-ai-investment-solution/; "Echiquier Artificial Intelligence B," *LFDE*, https://www.lfde.com/en-int/our-funds/echiquier-artificial-intelligence-b, accessed August 27, 2025.

[79] TCW Artificial Intelligence Equity Fund was renamed TCW Artificial Intelligence ETF in May 2024. "TCW Completes Conversion of Two Mutual Funds to ETFs," *TCW Funds*, May 6, 2024, https://www.tcw.com/Our-Firm/Newsroom/Press/2024/2024-05-06-TCW-Completes-Conversion-of-Two-Mutual-Funds; TCW Funds, Inc., Form 497, filed August 28, 2017, p. 1; TCW Funds, Inc., Form N-CSR, filed December 28, 2017, p. 4.

Fund invests primarily in issuers that are characterized as 'growth companies' […]."[80]

- **Global X – Artificial Intelligence & Technology ETF**: The fund was launched in May 2018 to invest in "a basket of companies that are generating vast amounts of data and developing proprietary AI systems to derive actionable insights from that data."[81] The fund stated that "many have crowned data as the 'new oil' given that it is a valuable commodity for those than [sic] can own and process it." To benefit from this trend, the fund aimed to "[invest] in companies that own large proprietary data sets and/or are developing software or hardware to process this data through advanced artificial intelligence techniques, such as machine learning and deep learning."[82]

- **Allianz Global Artificial Intelligence**: The fund's stated objective is to "attain long-term capital growth" by investing at least 70 percent of assets in shares of "companies that have at least some operations or relations in the area of 'artificial intelligence.'"[83]

- **Polar Capital Artificial Intelligence Fund**: The fund's stated investment objective is "to achieve long term capital appreciation" by investing in "equity securities exposed to industrial and process automation, robotics, artificial intelligence (A.I.), and materials science […]."[84]

- **iShares Trust - iShares Future AI & Tech ETF (formerly known as iShares Robotics and Artificial Intelligence ETF):** Upon launching this fund in June 2018, BlackRock disclosed that: "[a]s robotics and artificial intelligence (AI) continue to grow as investment themes within the broader technology landscape, BlackRock […] is expanding its suite of thematic iShares ETFs." The disclosure quoted Mark Alberici, head of iShares product innovation at BlackRock as

---

80 TCW Funds, Inc., Form 497K, filed August 28, 2017.

81 The fund was renamed from Global X Future Analytics Tech ETF to Global X Artificial Intelligence & Technology ETF in June 2020. Global X – Artificial Intelligence & Technology ETF is a passive fund tracking the Indxx Artificial Intelligence & Big Data Index. The index tracks the performance of companies listed or incorporated in developed markets that benefit from the "development and utilization of Artificial Intelligence (AI) in their products and services," or "produce hardware used in AI applied for the analysis of Big Data." Index weightings are reviewed semi-annually, while the list of constituents is reviewed annually. "Global X Funds Launches AIQ: An ETF Targeting Artificial Intelligence and Big Data Companies," *Business Insider*, May 15, 2018, https://markets.businessinsider.com/news/stocks/global-x-funds-launches-aiq-an-etf-targeting-artificial-intelligence-and-big-data-companies-1024577378; "Indxx Artificial Intelligence & Big Data Index.," *Global X*, May 22, 2024, https://assets.globalxetfs.com/funds/documents/aiq/Index-Methodology-Summary.pdf; Global X, Supplement to the Summary Prospectus, filed June 9, 2020.

82 Global X, Form N-CSR, filed February 8, 2019.

83 "Allianz Global Artificial Intelligence Overview," *Allianz*, https://lu.allianzgi.com/en-lu/our-funds/funds/list/allianz-global-artificial-intelligence-at-usd?nav=overview, accessed August 26, 2025.

84 "Artificial Intelligence Fund Overview," *Polar Capital*, https://www.polarcapital.co.uk/gb/professional/Our-Funds/Artificial-Intelligence/#/Overview, accessed September 11, 2025.

saying, "Investors looking to capture these long-term technology shifts now have a targeted solution available…" The statement further explained that the fund's strategy is "to track the investment results of the NYSE FactSet Global Robotics and Artificial Intelligence Index, composed of developed and emerging market companies that could benefit from the long-term growth and innovation in robotics technologies and artificial intelligence."[85]

- **Global X Robotics & AI Index ETF:** The fund's stated objective is "to replicate, to the extent possible, the performance of the Indxx Global Robotics & Artificial Intelligence Thematic Index," and the fund disclosed that the ETF is for "Investors who: are looking for a long-term investment" and who "can handle the ups and downs of the stock market."[86]

44. At least two of these AI-named funds specifically discussed their investment in NVIDIA during the Class Period, linking those purchases to NVIDIA's AI-related opportunities. For example:

- **Allianz Global Artificial Intelligence:** A March 2018 Allianz report titled "A Deeper Look into the Portfolio: NVIDIA," explains that NVIDIA's "GPUs were originally designed for 3D gaming, but have become the industry standard for deep learning in AI systems." The report further stated that "[m]ore than 19,000 companies use NVIDIA for deep learning," projecting that the "AI chip market is estimated to reach $30B by 2020."[87]

- **Echiquier Artificial Intelligence Fund:** The fund manager commented in August 2018 that he believed "the mega trend in artificial intelligence (AI) offer[ed] strong prospects and benefits to companies deciding to adopt or develop AI technology" and that the fund "strengthened [its] position in NVIDIA following the announcement of the launch of a new graphic card with groundbreaking software, using artificial intelligence to enhance the visual quality of games."[88]

45. *Third*, I identified other funds within the same fund families as these AI-named funds that also purchased NVIDIA common stock during the Class Period and that publicly

---

85 "BlackRock Launches iShares Robotics and Artificial Intelligence ETF," *iShares by BlackRock*, June 28, 2018, https://www.ishares.com/us/literature/press-release/irbo-final-stamped.pdf.

86 "ETF Facts," *Global X*, August 18, 2025, https://www.globalx.ca/wp-content/uploads/2025/08/RBOT-RBOT.U-ETF_Fact_Sheet-EN.pdf.

87 "A Deeper Look into the Portfolio: NVIDIA," *Allianz*, March, 2018, https://lu.allianzgi.com/-/media/allianzgi/eu/luxembourg/documents/18-1345-allianz-global-artificial-intelligence-nvidia-vd19604.pdf.

88 "Echiquier Artificial Intelligence Fund Overview," *LFDE*, August 31, 2018.

discussed the AI-related growth opportunities that NVIDIA presented. For example, Polar Capital Artificial Intelligence Fund and **Polar Capital Technology Trust** are Polar Capital funds that purchased NVIDIA common stock during the Class Period. Ben Rogoff, portfolio manager for both funds,[89] publicly disclosed that Polar Capital's NVIDIA purchases were part of the firm's AI-focused strategies. Mr. Rogoff asserted in July 2017—before the October 2017 launch of the Polar Capital Artificial Intelligence Fund—that "it is becoming increasingly clear that Artificial Intelligence (AI) and Machine Learning (ML) are emerging as the next great technology platforms."[90]

46. One month later, he was quoted in *The Sunday Telegraph* as explaining that NVIDIA's GPUs could be used to train AI networks, noting, "This is what makes AI intelligent – the ability of the network to improve by looking at its past mistakes. ***NVIDIA is the best way to play this [AI] theme***."[91] In December 2017, he further noted in the Polar Capital Technology Trust's fact sheet that "[if] we are correct, the influence of ***Artificial Intelligence over the next three to five years is likely to accelerate technology disruption***, stimulate growth and act as a continued tailwind for our 'active' growth centric investment approach."[92] More recently, in a March 2024 *Financial Times* interview, Mr. Rogoff was described by the interviewer as having "bet big on AI" in his role at Polar Capital. Mr. Rogoff explained that "[w]e believe very

89 "The Polar Capital Global Technology Team," *Polar Capital*, https://www.polarcapitalfunds.com/us/individual/About-Polar-Capital/Investment-Teams/Global-Technology/, accessed September 17, 2025.

90 "Infinite Possibilities: Smart Machines and the Rise of AI," *Polar Capital*, July 10, 2017, p. 28 ; for Oct 2017 launch date: "Artificial Intelligence Fund Fact Sheet," *Polar Capital*, July 31, 2025, https://www.polarcapital.co.uk/srp/lit/X3ApwJ/Fund-Data-Fact-Sheet_Polar-Capital-Funds-plc-Artificial-Intelligence-Fund-R-Acc-USD_31-07-2025.pdf, p. 1.

91 "Hidden Stars of the Second Tech Revolution," *The Sunday Telegraph*, August 13, 2017, p. 2. Emphasis added.

92 "Trust Fact Sheet," *Polar Capital*, December 29, 2017, https://www.polarcapitaltechnologytrust.co.uk/srp/lit/7qekWV/Fact-Sheet_Polar-Capital-Technology-Trust-plc_29-12-2017.pdf, p. 4. Emphasis added.

strongly […] that AI represents the next general purpose technology. […] That's why we launched the fund, we did, six years ago [in 2017]."[93]

47. *Fourth*, I further identified additional institutional investors that purchased NVIDIA common stock during the Class Period and that tied their investment rationale to the AI-related growth opportunities that the company presented. For example:

- **ARK Investment Management**: On September 27, 2017, an *ARK Invest* article stated, "Until TPUs [Tensor Processing Units] demonstrate an unambiguous lead over GPUs in independent tests, NVIDIA should continue to dominate the deep learning data center."[94] On March 9, 2018, an article stated that a key part of ARK's portfolio has been AI, and it quoted the fund manager, James Wang, saying, "Nvidia is one of the greatest performers in the last two or three years and a key holding of our ETFs since their inception in 2014. […] It's a great stock story for ARK."[95] Another article from June 25, 2018 quoted Mr. Wang saying, "We have held NVDA since the inception of our public ETFs and continue to hold it with high conviction. We think they are the far away leader in artificial intelligence processors."[96]

- On July 31, 2018, ARK's CEO Cathie Wood gave an interview in which she stated, "Now we would say [NVIDIA's stock is] ***still inefficiently priced because we've built our models out for autonomous vehicles***. That's huge, that's one of their killer apps. ***We've built it out there for data center, so artificial intelligence, deep learning, virtual reality, augmented reality***. And yeah, throw in genomics and seismic and the oil industry. There are so many applications. So we still think that investors don't have it right, and we are not even giving Jensen Huang full credit for his estimates out there." In other words, ARK's valuation models indicated that NVIDIA was undervalued given its potential growth in AI, deep learning, autonomous vehicles, virtual/augmented reality, and data center.[97]

---

[93] Claer Barrett, "Transcript: Investment Masterclass — The case for investing in AI," *Financial Times*, March 5, 2024, https://www.ft.com/content/99cee6ef-7a2b-4062-88d9-3bf476829184.

[94] James Wang, "GPUs vs. TPUs — Can NVIDIA Hold On To Its Lead?," *ARK Invest*, September 27, 2017, https://www.ark-invest.com/articles/analyst-research/gpu-tpu-nvidia.

[95] Beverly Chandler, "ARK Invest Celebrates Power of Artificial Intelligence," *ETF Express*, March 9, 2018, https://etfexpress.com/2018/03/09/ark-invest-celebrates-power-artificial-intelligence/.

[96] James Brumley, "Doubt Nvidia (NVDA) at Your Own Peril," *Kiplinger*, June 25, 2018, https://www.kiplinger.com/article/investing/t052-c008-s001-doubt-nvidia-nvda-stock-at-your-own-peril.html.

[97] Patrick O'Shaughnessy, "Investing in Innovation," *Colossus*, July 31, 2018, http://joincolossus.com/episode/wood-investing-in-innovation/ ("Cathie: […] Manisha said, 'It's funny, at the end of the research papers that I read on genomics, invariably NVIDIA is mentioned. I always wondered why?'

- **Fidelity**: On June 22, 2017, Fidelity manager Steven Wymer listed NVIDIA among the "AI winner[s]" that he recommended buying (alongside companies like Google, Amazon, and Facebook).[98] On January 24, 2018, Mr. Wymer responded to a question regarding Fidelity's long-term position in NVIDIA by highlighting NVIDIA's "expertise in accelerated computing" applied to "AI and machine learning workloads, and what they have coming down the road for autonomous vehicles where they have a strong position with many manufacturers that should provide some growth ahead in 2019, 2020, and the years ahead."[99]

- **T. Rowe Price**: In December 2017, T. Rowe Price published a report titled "AI: The Next Big Thing is Here, and Everywhere." That report, which described the rapid development of AI, noted that NVIDIA was one of the leading developers of the processing power necessary to fuel AI capabilities.[100] A February 2019 report from T. Rowe Price reinforced its thesis that NVIDIA was an AI play for investors, with David Eiswert (Portfolio Manager, Global Focused Growth Equity Strategy) stating, "The companies that provide the hardware are a key one, and chipmaker NVIDIA seems exceptionally well positioned."[101] In an October 2023 interview, Mr. Eiswert recounted how they "made a really big bet in Nvidia in 2018 when there was a big downturn in crypto" and "held the stock all the way to Q4 2021, which was when the massive mega-cap rally took place." Mr. Eiswert

---

And James said, 'Well yeah, because you're going to need artificial intelligence to deep learning, to understand pathways and everything.' And as the portfolio manager I was sitting there saying, 'Okay, this has to be one of the biggest inefficiencies I've ever seen in the public markets.' This was 2014. So NVIDIA was somewhere in the $6 to $10 billion range. Today it's what? $160, $170 billion. Not so long ago. That's how big the inefficiency was then. Now we would say it's still inefficiently priced because we've built our models out for autonomous vehicles. That's huge, that's one of their killer apps. We've built it out there for data center, so artificial intelligence, deep learning, virtual reality, augmented reality. And yeah, throw in genomics and seismic and the oil industry. There are so many applications. So we still think that investors don't have it right, and we are not even giving Jensen Huang full credit for his estimates out there."). Emphasis added.

98 Daren Fonda, "How 7 Top Investment Pros Are Investing in 2017," *Kiplinger*, June 22, 2017, https://www.kiplinger.com/slideshow/investing/t052-s002-how-7-top-investment-pros-are-investing-in-2017/index.html ("Some of the largest technology stocks on the market now appeal to him, especially those involved in artificial intelligence or "machine learning." His fund's top holdings at last report included Google's parent, Alphabet (GOOGL, $987), as well as Amazon.com ($995) and Facebook (FB, $151). […] Chip maker Nvidia (NVDA, $144) should be an AI winner, too. The company makes most of its money by selling chips for high-end graphics and video gaming. Automakers are also buying Nvidia's chips to incorporate safety technologies that can "see" other cars and obstacles on the road. Ultimately, these chips may help power millions of fully autonomous vehicles, including electric cars made by Tesla (TSLA, $341), another of Wymer's holdings.").

99 Katie Rushkewicz Reichart, "Wymer: Lots of Opportunity for NVIDIA, But It Won't be Easy," *Morningstar*, January 24, 2018, https://www.morningstar.com/funds/wymer-lots-opportunity-nvidia-it-wont-be-easy.

100 "AI: The Next Big Thing is Here, and Everywhere," *T. Rowe Price*, December, 2017, https://www.troweprice.com/content/dam/tpd/Articles/PDFs/5885%20AI%20THE%20NEXT%20BIG%20THING%20IS%20HERE,%20AND%20EVERYWHERE.pdf, p. 2.

101 David Eiswert, Emily Scudder, and Joel Grant, "Technological Innovation and Disruption," *T. Rowe Price*, February, 2019, https://www.troweprice.com/content/dam/ide/articles/pdfs/ID0001955_Tech_Innovation_Disruption_GL_P4_Final.pdf, p. 3.

> added that "the story of Nvidia shows two investment cases at play at once. On the one hand, there is the idea that an investor is aware of the artificial intelligence and processing capabilities of Nvidia and the business potential. On the other, there is a more numbers-led view of stock performance."[102]

48. Given the growth in the popularity of thematic investing, the widespread market commentary on AI as an investment theme and as a major source of growth opportunities before and during the Class Period, and the enthusiasm surrounding NVIDIA's long-term growth potential in that area, it is my opinion that there were likely many other institutional investors that purchased NVIDIA shares as part of a similar long-term, AI-focused strategy. It is further my opinion that the examples of institutional investors described in this section are likely a small fraction of the total number of institutional investors that purchased NVIDIA shares during the Class Period as part of their long-term investment focus on AI long-term growth opportunities.

49. For example, I identified at least 17 investment funds that purchased NVIDIA shares during the putative Class Period and had the word "robotics" in their fund name.[103] It is likely that at least some of these 17 investment funds were purchasing NVIDIA shares as part of an AI-focused investment theme. During this period, some robotics-themed investment funds had sub-focuses on AI. For example, an April 2018 BlackRock presentation classifies AI as one of three "sub themes within robotics."[104] In fact, five of the 21 AI-named funds also included

---

[102] Chris Sloley, "'People lost their minds': Why a Top T. Rowe PM Sold (and Bought Back) Nvidia," *Citywire*, October 10, 2023, https://citywire.com/selector/news/people-lost-their-minds-why-this-3-4bn-fund-sold-and-bought-back-nvidia/a2427219.

[103] *See* Backup Materials.

[104] "Megatrends – iShares Thematic ETFs," *BlackRock*, April, 2018, https://insight.factset.com/hubfs/PDFs/FY18%20Getting%20Smarter%20with%20Data%20Seminar_BlackRock%20Presentation.pdf, p. 12.

"robotics" in their name, which is further evidence that these two themes were overlapping to some extent.[105]

50. In further support of my opinion, I also identified at least 92 investment funds with "technology" in their fund names that purchased NVIDIA shares during the putative Class Period.[106] Of these, at least 45 funds explicitly stated that they aimed to achieve long-term capital appreciation, invest in companies that have the potential for long-term growth, or recommend a long-term investment horizon for investors.[107] Given the technology industry's focus on AI in the lead up to and during the Class Period, as discussed in **Section IV.A**, it is likely that many of these technology funds purchased NVIDIA shares because of the long-term AI growth opportunities that the company presented. I reach this conclusion based on my experience as an investment professional as well as the fact that several of these funds publicly described AI as a focus for their investments, specifically calling out NVIDIA as a contributor to their AI-focused portfolio. For example:

- The **ARK Autonomous Technology and Robotics ETF (ARKQ)**, managed by the above-mentioned ARK Investment Management, noted that "Nvidia (NVDA) also contributed over the course of the year as the importance of GPUs (Graphics Processing Unit) to **deep learning** and autonomous vehicles continued to grow."[108] "The top contributor to ARKQ's performance was NVIDIA (NVDA), a key beneficiary as auto and technology companies [develop] autonomous cars guided by **artificial intelligence, or machine learning**."[109]

---

105 *See* Backup Materials.

106 The 92 investment funds are limited to those that purchased NVIDIA shares in at least one calendar year quarter from Q4 2017 to Q3 2018. To be conservative, I have not included funds that purchased NVIDIA in only Q3 2017 and/or Q4 2018. S&P Capital IQ.

107 *See* Backup Materials.

108 The fund was previously called ARK Industrial Innovation ETF and changed its name on November 4, 2019. ARK ETF Trust, Form 497, filed September 5, 2019. *See also* ARK ETF Trust, Form N-CSR, filed September 28, 2018. Emphasis added.

109 ARK ETF Trust, Form N-CSR, filed October 31, 2016, p. 5. Emphasis added.

- The **BlackRock Funds - BlackRock Technology Opportunities Fund** stated, "At the end of the period, the Fund had the largest sub-sector exposure in software, as the investment adviser believes that this area has the best prospects for secular organic growth driven by innovation primarily in four main themes: **artificial intelligence, cloud computing**, the Internet of Things, and development of electronic and autonomous vehicles."[110]

51. In sum, I identified examples of institutional investors who invested in NVIDIA during the Class Period that either explicitly indicated their interest in NVIDIA due to its AI potential, or more generally indicated their interest in long-term technology investments. Specifically, I identified 21 putative class members with "artificial intelligence" or similar terms in their names. Of this group, I discussed in more detail 13 funds and investors that indicated their investment focus on AI investments in describing their investment objectives and/or publicly discussing the AI-related growth opportunities that NVIDIA presented. I further identified at least 92 additional putative class members that indicated a focus on "technology" investments through their fund names; among these funds, I identified 45 that explicitly stated that they aimed to achieve long-term capital appreciation or invest in companies that have the potential for long-term growth, including some who described their investments in NVIDIA as part of their long-term strategy. Further, I identified at least 17 investment funds that purchased NVIDIA shares during the putative Class Period and that had the word "robotics" in their fund name, some of which likely were purchasing NVIDIA shares as part of an AI-focused investment theme. In total, I identified at least 121 unique investment funds with "artificial intelligence," "AI," "robotics," or "technology" in their fund name that purchased NVIDIA shares during the Class Period. Based on my experience as an investment manager and investment decision-maker, my review of information about thematic and long-term interest in

[110] BlackRock Funds, Form N-CSR, filed September 30, 2018, p. 12. Emphasis added.

NVIDIA as a long-term AI investment opportunity, and my review of information about the specific funds and investors described above, it is my opinion that the total number of institutional investors that purchased NVIDIA shares during the Class Period as part of a long-term AI strategy is likely much greater than the number of investors that I have identified based on fund names, public statements, and public materials.

### *2. Retail Investors*

52. I also identified examples of retail investors who purchased NVIDIA shares during the Class Period for reasons related to AI (or reasons other than revenue from traditional Gaming sources). For example, I identified retail investors whose investments in NVIDIA during the Class Period were described in news articles:

- Another article described an investor who continued to purchase NVIDIA stock after the 2017 crash of crypto mining: "I realized Nvidia would be central to the data centers powering this wave [of AI image and video generation]."[111] Between 2017 and 2021, he continued to invest in NVIDIA and eventually realized over $1 million in gains by 2025. According to the article, his story served as inspiration for other retail investors focused on long-term investments.[112]

- An article from *The Motley Fool* describes the author's decision, in January 2018, to invest in NVIDIA as a top AI stock. The author noted that "[a]t the top of my list for buying NVIDIA was the massive growth potential for artificial intelligence (AI). While there are certainly other stocks that will benefit from the rise of AI, I think that NVIDIA remains the king of all AI stocks."[113] In addition to the growth potential of AI, the author also mentioned virtual reality and blockchain as two additional reasons for investing in NVIDIA, stating that "over

---

[111] Shubham Chhabra, "'During a gold rush, buy…': Reddit User Invests $36K in Nvidia over 8 Years, Exits with Over $1M," *Financial Express*, July 11, 2025, https://www.financialexpress.com/trending/my-greatest-investing-milestone-redditor-turns-36k-into-1m-with-nvidia-stock-says-it-took-8-years-of-discipline/3910993/.

[112] Shubham Chhabra, "'During a gold rush, buy…': Reddit User Invests $36K in Nvidia over 8 Years, Exits with Over $1M," *Financial Express*, July 11, 2025, https://www.financialexpress.com/trending/my-greatest-investing-milestone-redditor-turns-36k-into-1m-with-nvidia-stock-says-it-took-8-years-of-discipline/3910993/.

[113] Keith Speights, "3 Reasons I Just Bought This Top Artificial-Intelligence Stock," *The Motley Fool*, January 10, 2018, https://www.fool.com/investing/2018/01/07/3-reasons-i-just-bought-this-top-artificial-intell.aspx.

the long run, AI, VR, and blockchain could become much bigger than anyone can predict in 2018."[114]

- The *Wall Street Journal* reported of a man who, "impressed by [NVIDIA's] early commitment to artificial intelligence," invested $4,000 in 2018. "He never sold that initial investment and has added to his position since. In all, his NVIDIA holding is now in the six figures."[115]

53. I also identified retail investors through social media posts from the Class Period whose posts indicate that these retail investors purchased NVIDIA common stock because of a long-term strategy related to AI. For example:

- A Reddit post from February 27, 2018 stated, "I actually bought into NVDA after a ton of articles and interest in their architecture being used for AI and self driving [sic] cars almost exclusively at that time (Tegra chips). Sciam [the scientific journal titled *Scientific American*] did quite a few articles on the concepts and their name kept coming up. Fifteen minutes on Fidelity research and I bought 100."[116]

- An X post (at the time known as Twitter) from May 10, 2018 stated, "I've been buying tech stocks specifically affected by AI. Invest in Artificial Intelligence. Here's the list of who will drive this industry: TCEHY, MU, TWLO, BIDU, NVDA, MSFT, INTC."[117]

54. Another example of a retail investor who purchased NVIDIA shares because of its long-term AI potential is Beth Kindig, founder and lead analyst of the I/O Fund (a technology-

---

[114] Keith Speights, "3 Reasons I Just Bought This Top Artificial-Intelligence Stock," *The Motley Fool*, January 10, 2018, https://www.fool.com/investing/2018/01/07/3-reasons-i-just-bought-this-top-artificial-intell.aspx.

[115] This investor is a putative class member to the extent that this $4,000 investment in 2018 was made on or before November 15, 2018. Hannah Miao, "Nvidia Is Up 2,000% Since 2019. These WSJ Readers Invested Early," *The Wall Street Journal*, August 23, 2024, https://www.wsj.com/finance/investing/early-nvidia-investors-impact-c1af68ed.

[116] "Comment by lindisfarne65," *Reddit*, February 27, 2018, https://www.reddit.com/r/investing/comments/803yi3/comment/duvs9ht/. For example, a June 30, 2017 article from *Scientific American* titled "Light-Powered Computers Brighten AI's Future" noted that "[d]eep learning has become so central to AI that companies including Google and high-performance chipmaker Nvidia have sunk millions into developing specialized chips for it." Jesse Dunietz, "Light-Powered Computers Brighten AI's Future," *Scientific American*, June 30, 2017, https://www.scientificamerican.com/article/light-powered-computers-brighten-ai-rsquo-s-future/.

[117] "Post by TechWallStreet," *X*, May 10, 2018, https://x.com/TechWallStreet/status/994442400092192768.

focused research firm that also actively manages a technology portfolio),[118] and a frequent and highly-followed market commentator on technology growth stocks.[119] Ms. Kindig's public commentary on NVIDIA during the Class Period indicates that she purchased NVIDIA common stock as a long-run, AI-driven investment. For example:

- On November 14, 2018, she wrote that "[t]he market may continue to have volatility, but Nvidia investors who are patient will be rewarded due to competitive advantages in GPU-powered cloud performance and developer adoption of Nvidia's platform. […] **When artificial intelligence matures, you can expect data center revenue to be Nvidia's top revenue segment. Despite the corrections we've seen in the technology sector, and with Nvidia stock specifically, investors who remain patient will have a sizeable return in the future.**"[120]

- On November 15, 2018, she wrote: "I'm holding $NVDA stock for two reasons: GPU-powered cloud and its strong developer ecosystem."[121]

55. In my opinion, the above examples likely represent a small fraction of the total number of retail investors who purchased NVIDIA shares during the Class Period because of a long-term position on the AI-driven growth opportunities that NVIDIA provided.

---

118 Beth Kindig, "Press Announcement: Official Launch of I/O Fund and Audited Results," *I/O Fund*, April 14, 2021, https://io-fund.com/portfolio/earnings-report/press-announcement-official-launch-of-io-fund-and-audited-results; "Premium Services for Investors," *I/O Fund*, https://io-fund.com/premium-services-sign-up, accessed August 26, 2025.

119 As of November 2018, Ms. Kindig's X account had over 4,800 followers, and her blog today has 34,000 subscribers. "Beth Kindig's Account," *X*, November 8, 2018, https://web.archive.org/web/20181108101141/https://twitter.com/Beth_Kindig; "Gains of up to 2,880% from Free Stock Investment Newsletter," *I/O Fund*, https://io-fund.com/free-newsletter-signup, accessed September 15, 2025 "Premium Services for Investors," *I/O Fund*, https://io-fund.com/premium-services-sign-up, accessed August 26, 2025. In April 2021, the I/O Fund rebranded from a personal blog to its current form. "Beth.Technology Announces Major Rebrand to I/O Fund," *I/O Fund*, April 13, 2021, https://io-fund.com/portfolio/press-releases/beth.technology-announces-major-rebrand-to-io-fund. *See also* "Beth Kindig," *I/O Fund*, https://io-fund.com/beth-kindig, accessed August 26, 2025; "I/O Fund Catapults to 131% Cumulative Performance Due to Leading AI Allocation: Official Press Release," *I/O Fund*, May 27, 2024, https://io-fund.com/portfolio/company/io-fund-catapults-to-131-percent-cumulative-returns.

120 Beth Kindig, "Holding Nvidia Stock Will Pay Off Due to Two Impenetrable Moats," *I/O Fund*, November 14, 2018, https://io-fund.com/artificial-intelligence/semiconductors/holding-nvidia-stock-pay-off. Emphasis added.

121 "Post by Beth Kindig," *X*, November 15, 2018, https://x.com/Beth_Kindig/status/1063219326738710530.

56. *First,* in my experience, retail and institutional investors commonly rely upon reports from sell-side analysts to inform their investment decisions.[122] Indeed, Clara Horn, who testified on behalf of Named Plaintiff Lannebo, testified that, in evaluating investment decisions, the Lannebo funds' managers considered "research reports from investment analysts," including reports issued by Citibank, J.P. Morgan, Morgan Stanley, and potentially Bank of America.[123]

57. In the case of NVIDIA specifically, some analysts covering AI and/or NVIDIA leading up to and during the Class Period expected that NVIDIA's future growth would largely derive from AI-related opportunities. For example:

- **Bank of America** published an analyst report on August 4, 2017 stating that "NVDA's gaming business drives overall sales, but the data center segment [which included AI] is responsible for driving the PE multiple."[124] Another analyst report from November 9, 2017 stated that "[t]he most important reason to own NVDA is its 10+ year heritage developing and expanding a single hardware (GPU) + software (CUDA) platform [… which] has become the de-facto software platform for AI."[125]

- **Raymond James** published a report on August 10, 2017 contrasting the importance that investors placed on NVIDIA's Gaming market with its Datacenter market: "NVIDIA's premium multiple is not driven by gaming/crypto" and "datacenter supports NVIDIA's elevated multiple."[126]

- On August 10, 2017, **Mizuho** stated "NVDA was off in after hours with the modest [quarter over quarter] [datacenter] growth, but we believe NVDA will

[122] Sell-side analysts are investment professionals who work for investment banks or brokerage firms and follow a select list of companies. In my experience, a sell-side analyst is responsible for researching and analyzing all factors that may affect the value of the companies they follow, regardless of whether those factors are relevant in the short-term or long-term time horizon. In contrast, investors may only consider a subset of company-specific or market factors relevant based on their specific investment objectives. *See* Tim Vipond, "Sell Side Analyst," *Corporate Finance Institute*, https://corporatefinanceinstitute.com/resources/career/sell-side-analysts/, accessed August 26, 2025.

[123] Clara Horn Deposition, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, 4:18-cv-07669-HSG, August 13, 2025 ("Clara Horn Deposition"), 101:25-102:14, 102:23-25.

[124] Bank of America, "Q2 preview: high expectations, higher potential, start of 2H seasonal strength," August 4, 2017, p. 1.

[125] Bank of America, "Platform Power = Al leadership = Outsized leverage; now $10 EPS power," November 9, 2017, p. 1.

[126] Raymond James, "Strong Beat & Raise - Getting Ready for Volta," August 10, 2017, p. 1.

continue to drive a paradigm shift in the [datacenter] with the trend towards massively parallel computing as Enterprise and Hyperscale move to faster and smarter platforms."[127]

- On November 28, 2017, a news article reported that, according to **Loup Ventures** analyst Gene Munster, "Nvidia will be less dependent on gaming revenue and will transition its business to other high-growth markets," including AI, deep learning, and the autonomous vehicle market.[128]

58. Many of the largest brokerage platforms that retail investors use, such as Fidelity, Charles Schwab, and Merrill Lynch, offered direct access to professional analyst research and investment tools through their brokerage interfaces during the Class Period.[129] Indeed, as mentioned, an NVIDIA investor posted on Reddit in February 2018 that they purchased NVIDIA common stock after learning about its role in AI and after spending fifteen minutes on Fidelity doing some research.[130] These platforms served millions of retail accounts during the Class Period and are a primary channel through which investment information is disseminated.[131] A 2022 report published by the FINRA Investor Education Foundation ("FINRA Report") found that over 70 percent of retail investors reported relying on "investment research and tools

---

127 Mizuho Securities USA LLC, "Pullback Opportunity, A Pause that Refreshes Raising Estimates and PT," August 10, 2017, p. 1.

128 Wayne Duggan, "It's Not Too Late to Buy Nvidia Stock," *U.S. News*, November 28, 2017, https://money.usnews.com/investing/articles/2017-11-28/nvidia-corporation-nvda-stock.

129 "Investment Research," *Fidelity*, June 6, 2017, https://web.archive.org/web/20170606181319/https://www.fidelity.com/trading/investment-choices/investment-research; "5 Stock Research Tools," *Fidelity*, August 31, 2017, https://web.archive.org/web/20180127233424/https://www.fidelity.com/viewpoints/active-investor/how-to-research-stocks; "Research," *Charles Schwab*, July 1, 2017, https://web.archive.org/web/20170701051232/http://www.schwab.com/public/schwab/active_trader/research; "Open An Account," *Merrill Edge*, April 29, 2017, https://web.archive.org/web/20170429084304/https://www.merrilledge.com/.

130 "Comment by lindisfarne65," *Reddit*, February 27, 2018, https://www.reddit.com/r/investing/comments/803yi3/comment/duvs9ht/.

131 Fidelity serviced 19.4 million retail client accounts in 2017. Similarly, Schwab had 10.8 million active brokerage accounts in 2017. *See* Michael Thrasher, "Fidelity Boasts Strong Overall Growth Record Revenue In 2017," *Wealth Management*, February 28, 2018, https://www.wealthmanagement.com/wealth-management-industry-trends/fidelity-boasts-strong-overall-growth-record-revenue-in-2017. *See also* Charles Schwab, Form 10-K, for the fiscal year ended December 31, 2017, filed February 22, 2018, p. 24.

provided by [their] brokerage or financial advisory firms" when making investment decisions.[132, 133] These findings suggest that many retail investors widely consumed professional investment research such as research discussing NVIDIA's AI opportunities, in the lead up to and during the Class Period.

59. *Second,* in my experience and consistent with investor literature, retail investors regularly rely upon financial press for investment information.[134] For example, the FINRA Report found that 67 percent of retail investors rely "a great deal" or "somewhat" upon "[b]usiness and finance articles in print or on the internet" when making investment decisions.[135] The survey also found that approximately 40 percent of retail investors rely "a great deal" or "somewhat" upon "[f]inancial newsletters or online resources [they] pay for."[136] These findings indicate that when evaluating investment opportunities, a significant number of retail investors who purchased NVIDIA common stock during the Class Period may have considered sources such as those described in **Section IV.A**, which focused on NVIDIA as a long-term AI growth investment.

132 "Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December, 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf, p. 19.

133 This is consistent with a 2021 FTI Consulting survey of retail investors in the United Kingdom, which found that 67 percent of respondents viewed analyst reports as a reliable source of investment information. "Decoding the New Retail Investor," *FTI Consulting*, October, 2021, https://fticommunications.com/wp-content/uploads/2021/10/FTI-Consulting-Retail-Investor-Research-October-2021_FINAL.pdf.

134 Ms. Horn, who testified on behalf of Named Plaintiff Lannebo, testified that newspapers were one source of information that the Lannebo fund managers may consider in evaluating investments. Clara Horn Deposition, 103 :15-20.

135 "Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December, 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf, p. 19.

136 "Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December, 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf, p. 19.

60. *Third,* in my experience, retail investors also rely upon online forums and social media to obtain information and exchange investment ideas. The FINRA Report further found that approximately 30 percent of retail investors reported relying either "a great deal" or "somewhat" on "[s]ocial media groups or message boards where investment ideas are discussed."[137] One popular online forum is Reddit, which includes commentary regarding NVIDIA, including commenters' opinions on whether to purchase NVIDIA stock. For example, a post on October 25, 2017 in the "r/stocks" subreddit stated, "Nvidia will be $1k a share once artificial intelligence breaks that explosion curve. It's close. Chinese companies are starting to embrace deep learning. As time goes on all software will have elements of AI built in, leading to more demand for Nvidia's products and platform."[138] The prevailing NVIDIA stock price on that date was $193.66 and, as of August 29, 2025, was $6,967.20 (well above the Reddit poster's "$1k a share" prediction).[139] At the time of that post, the "r/stocks" subreddit had over 100,000 subscribers.[140]

61. There were other subreddits dedicated to NVIDIA. For example, one relevant subreddit is "r/NVIDIA," a forum specifically focused on discussions related to NVIDIA's products, developments, and prospects.[141] In the lead up to and throughout the Class Period,

---

[137] "Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December, 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf, p. 19.

[138] "SOXX or Nvidia?," *Reddit*, October 25, 2017, https://www.reddit.com/r/stocks/comments/78n7m0/soxx_or_nvidia/.

[139] These prices are unadjusted for stock splits that occurred after October 25, 2017. There was a 4-for-1 stock split that occurred on July 20, 2021 and a 10-for-1 stock split that occurred on June 10, 2024. S&P Capital IQ.

[140] "r/stocks," *Reddit*, May 20, 2017, https://web.archive.org/web/20170520053522/https://www.reddit.com/r/stocks/.

[141] "r/NVIDIA," *Reddit*, May 15, 2017, https://web.archive.org/web/20170515131519/https://www.reddit.com/r/nvidia/.

"r/NVIDIA" featured numerous posts about NVIDIA's role in artificial intelligence and related technologies. For example:

- A May 30, 2017 post was titled "How Nvidia is surfing the AI wave,"[142] and linked to an article that highlighted that "Nvidia designs the chips that can deliver the extra computing power that clients need in an algorithm-driven world, which is increasingly using these AI technologies to make business sense of the voluminous data that users generate and thus gain a competitive edge."[143]

- An October 3, 2017 post was titled "Nvidia (NVDA) is still leading the way in artificial intelligence,"[144] and linked to a *Quartz* article titled "Despite the Hype, Nobody is Beating Nvidia in AI."[145]

- An October 23, 2017 post was titled "Buy Nvidia because its chips will dominate the artificial intelligence market: Jefferies"[146] and linked to a *CNBC* article with the same title.[147]

- A July 18, 2018 post was titled "Nvidia's Next Generation High End GPU is focused on Gaming and AI | Higher than Volta Performance"[148] and linked to a *MarketWatch* article announcing NVIDIA's partnership with Daimler and Bosch to use NVIDIA chips in autonomous taxis.[149]

---

142 "How Nvidia is Surfing the AI Wave," *Reddit*, May 30, 2017, https://www.reddit.com/r/nvidia/comments/6e8irx/how_nvidia_is_surfing_the_ai_wave/.

143 Leslie D'Monte, "How Nvidia is Surfing the AI Wave," *Mint*, May 30, 2017, https://www.livemint.com/Technology/pazN8zgmjWCoS7o84Lsz2H/How-Nvidia-is-surfing-the-AI-wave.html.

144 "Nvidia (NVDA) is Still Leading the Way in Artificial Intelligence," *Reddit*, October 3, 2017, https://www.reddit.com/r/nvidia/comments/741iap/nvidia_nvda_is_still_leading_the_way_in/.

145 Dave Gershgorn, "Despite the Hype, Nobody is Beating Nvidia in AI," *Quartz*, October 2, 2017, https://web.archive.org/web/20171008075645/https://qz.com/1092326/nvidia-nvda-is-still-leading-the-way-in-artificial-intelligence/.

146 "Buy Nvidia Because Its Chips Will Dominate the Artificial Intelligence Market: Jefferies," *Reddit*, October 23, 2017, https://www.reddit.com/r/nvidia/comments/78954c/buy_nvidia_because_its_chips_will_dominate_the/.

147 Tae Kim, "Buy Nvidia Because Its Chips Will Dominate the Artificial Intelligence Market: Jefferies," *CNBC*, October 23, 2017, https://www.cnbc.com/2017/10/23/buy-nvidia-because-its-chips-will-dominate-the-artificial-intelligence-market-jefferies.html.

148 "Nvidia's Next Generation High End GPU is focused on Gaming and AI | Higher than Volta Performance," *Reddit*, July 11, 2018, https://www.reddit.com/r/nvidia/comments/8xwji8/nvidias_next_generation_high_end_gpu_is_focused/.

149 Wallace Witkowski, "Nvidia to Test Fleet of Robotaxis with Daimler, Bosch," *MarketWatch*, July 11, 2018, https://www.marketwatch.com/story/nvidia-to-test-fleet-of-robotaxis-with-daimler-bosch-2018-07-10.

62. The "r/NVIDIA" subreddit where the above comments were posted had approximately 56,000 subscribers in early 2017,[150] growing to approximately 128,000 subscribers by the end of 2018.[151] In other words, social media posts highlighting NVIDIA as an AI investment opportunity were available to a large number of individuals interested in investing and in NVIDIA in particular.

63. *Fourth*, retail investors also regularly rely on televised financial media to inform their investment decisions. The FINRA Report found that 46 percent of retail investors reported relying "a great deal" or "somewhat" upon "TV programs about business and finance."[152] Leading up to and during the Class Period, market commentators on prominent television programs recommended NVIDIA as an AI-driven investment opportunity. For example:

- On May 15, 2017, Jim Cramer spoke about NVIDIA on his popular *Mad Money* program on CNBC.[153] He described NVIDIA as "**the only major artificial intelligence stock around**," emphasizing, "**It's the one.** Just one." He attributed investors' purchases of NVIDIA to the company's AI positioning, explaining that "[t]hat's why they keep piling into it. **Everyone wants to play AI.**"[154]

- On May 26, 2017, a segment from *Bloomberg Markets*, titled "Why SoftBank May Be Raising Its Stake in Nvidia," reported that SoftBank was considering increasing its investment in NVIDIA. Bloomberg correspondent Ian King described NVIDIA as "one of the chip companies that's really leading a charge into [AI]" and explained that the company had "acquired a reputation of being in the lead of providing the guts of the kind of computing systems that we're gonna

---

150 "r/NVIDIA," *Reddit*, May 15, 2017, https://web.archive.org/web/20170515131519/https://www.reddit.com/r/nvidia/.

151 "r/NVIDIA," *Reddit*, December 31, 2018, https://web.archive.org/web/20181231175804/https://www.reddit.com/r/nvidia/.

152 "Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December, 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf, p. 19.

153 "Mad Money," *CNBC*, May 15, 2017, https://archive.org/details/CNBC_20170515_220000_Mad_Money/start/360/end/420.

154 "Mad Money," *CNBC*, May 15, 2017, https://archive.org/details/CNBC_20170515_220000_Mad_Money/start/360/end/420. Emphasis added.

need for the kind of new workloads that we all expect to be coming to cars and data centers and lots of other devices."[155]

- On March 29, 2018, Mr. Cramer addressed questions about NVIDIA's identity during a segment on CNBC's *Options Action*. When asked whether NVIDIA was a "bitcoin stock," he responded, "No - No? What is it then? **It's an AI stock.** […] It's artificial intelligence, it's augmented reality, it's a healthcare stock, it's autonomous vehicles […] and it's really data center."[156]

- On May 11, 2018, Mr. Cramer on his *Mad Money* program on CNBC again emphasized the shift in NVIDIA's market identity beyond gaming, stating that "[i]n the last few years, NVIDIA's become much more than [a gaming company]."[157] He described the company as producing chips "that makes them perfect for handling massive doses of artificial intelligence," and noted that "NVIDIA's products are unrivaled in terms of the amount of processing power."[158]

- On June 4, 2018, the *Varney & Co* program on Fox Business News similarly emphasized NVIDIA's long-term potential in AI. Jeff Sica, from Circle Square Investments, described NVIDIA as "**the most important company in artificial intelligence**," adding that it was also "important with this whole data center and mining crypto currency." When asked to confirm whether NVIDIA was "the most important company developing artificial intelligence," Mr. Sica responded, "Yes."[159]

64. In sum, as with institutional investors, in my opinion, it is likely that many retail investors purchased NVIDIA common stock during the Class Period as part of an overall long-term, AI-focused strategy, and not because of NVIDIA's Gaming market. A wide range of sources regularly consulted by retail investors discussed NVIDIA as a long-term AI-focused

155 "Why SoftBank May Be Raising Its Stake in Nvidia," *Bloomberg*, May 26, 2017, https://www.bloomberg.com/news/videos/2017-05-26/why-softbank-may-be-raising-its-stake-in-nvidia-video. Emphasis added.

156 "Options Action," *CNBC*, March 29, 2018, https://archive.org/details/CNBC_20180329_213000_Options_Action/start/120/end/180.

157 "Mad Money," *CNBC*, May 11, 2018, https://archive.org/details/CNBC_20180511_220000_Mad_Money/start/3240/end/3300.

158 "Mad Money," *CNBC*, May 11, 2018, https://archive.org/details/CNBC_20180511_220000_Mad_Money/start/3300/end/3360.

159 "The Most Important Company in AI: Nvidia?," *Fox Business*, June 4, 2018, https://www.foxbusiness.com/video/5793321056001. Emphasis added.

investment opportunity. The true number of investors who purchased NVIDIA shares during the Class Period as part of a long-term AI play is likely much greater than the number of such investors that I have identified based on publicly available information.

### *3. Many Long-Term AI-Focused Investors Likely Would Have Been Willing to Pay the Same Price for NVIDIA Shares Had They Known the Allegedly Concealed Truth*

65. I purchased NVIDIA shares on December 11, 2017 at $192.1072 per share as an AI-themed investment because I believed that the company's AI-related opportunities would largely drive NVIDIA's share price in the long term.[160, 161] I did not consider the sources of NVIDIA's Gaming revenue or the extent to which its Gaming revenue was driven by cryptocurrency-related activities. I solely considered the fact that NVIDIA was increasingly viewed as a key infrastructure player in the AI space. I would have been willing to pay the same $192.1072 per share price for NVIDIA stock on December 11, 2017, even if I had known the information that Plaintiffs allege NVIDIA concealed from investors. That allegedly concealed information regarding NVIDIA's Gaming revenue related to a part of NVIDIA's business that was irrelevant to my investment decision. Based on my experience, expertise, and review of the publicly available documents described above, it is my opinion that many other members of the putative class likely would have been willing to pay the same price that they actually paid for NVIDIA shares during the Class Period had they known the allegedly concealed truth about NVIDIA's Gaming revenues.

---

[160] "Transaction Detail – Purchases and Sales for the Rollover IRA of Christianna Wood," *Charles Schwab*, November 1, 2017 to December 31, 2017.

[161] There was a 4-for-1 stock split on July 20, 2021 and a 10-for-1 stock split on June 10, 2024. The split-adjusted share price on December 11, 2017 was $4.8027. S&P Capital IQ.

66. *First,* in my experience, investors—and especially thematic investors—generally base their investment decisions on factors relevant to their primary investment thesis and, as discussed, many investors purchased NVIDIA shares during the Class Period as part of an AI-driven thesis—not because of NVIDIA's Gaming market. For example, the asset manager Robeco published an article on thematic investing, noting that "[s]trategic vision matched with strong analysis help thematic investors ignore the short-term noise […] and remain focused on what really matters – value creation in the long run."[162] The asset manager BNP Paribas similarly highlighted the long term focus of thematic investors, stating that "[i]nvestment themes typically span various economic cycles" and thus it is "particularly important to remember in times of short-term volatility […] [that] true thematic investing is not opportunistic."[163] There is substantial evidence that the allegedly concealed information did not change many analysts' and investors' views regarding NVIDIA's AI-driven future and therefore likely would not have changed these investors' investment decisions.

67. Prior to the alleged corrective disclosures, analysts had expressed their view that NVIDIA's long-term growth would be driven by AI.[164] Analysts continued to stress after the November 2018 alleged corrective disclosure that structural shifts in the computing industry, particularly the growing importance of AI training and inference applications, would drive robust long-term growth.[165] Analysts continued to perceive NVIDIA as uniquely positioned to lead this

162 "What makes thematic investing a strong alternative in volatile markets," *Robeco*, June, 2025, https://www.robeco.com/files/docm/docu-20250625-what-makes-thematic-investing-a-strong-alternative-in-volatile-markets.pdf, p. 8.

163 Guy Davies, "A fresh look at thematic investing," *BNP Paribas Asset Management*, May 12, 2022, https://viewpoint.bnpparibas-am.com/a-fresh-look-at-thematic-investing/.

164 I discuss these analyst's views regarding NVIDIA as a long-term, AI investment in **Section IV.B.2**.

165 *See, e.g.*, Jefferies, "Crypto Reset - Still a Top Secular Growth Story," November 16, 2018, p. 1 ("The 20% revenue miss notwithstanding, we continue to view NVDA as a top play on our '4th Tectonic Shift in

transition through its strong position in the data center market, and superior development platform. For example, a Cowen analyst noted under the header "Our Investment Thesis":

> We believe NVIDIA's transformation from a PC-leveraged GPU supplier to a diverse parallel computing company is complete with target markets of gaming, datacenter, prof. visualization and automotive driving growth - each infused by AI-based computing. We view NVIDIA as the premier Al-driven growth story in semis and possibly the tech industry.[166]

68. A Bernstein analyst explained her rationale for maintaining an "Outperform" rating on NVIDIA in a November 16, 2018 report, stating that the Gaming inventory issue and NVIDIA price decline "feels more like an opportunity than a thesis-changer to us."[167] The Bernstein analyst's thesis emphasized significant long-term growth potential of the datacenter business, driven by anticipated capital expenditure from customer companies and the growing compute needs.[168]

---

Computing Thesis.' We've argued that parallel processing workloads (neural networking, gaming, block chain) are consuming a higher percentage of the computing processing cycles, and that NVDA is uniquely positioned to benefit from this tectonic shift due to its leading position as a supplier of a parallel processing platform (GPUs + CUDA software)."); Morgan Stanley, "Our #s Cut Nowhere Enough as Gaming Road Bumps Turn into Mountains," November 16, 2018, p. 1 ("Still, the question is what to do from the $168 aftermarket price, and we do see reasons for longer term optimism - and still see this as one of the highest growth companies in semis. We remain convinced that NVIDIA will continue to dominate deep learning training, and we see opportunity to grow new opportunities in inference and acceleration of more traditional machine learning analytics."); Susquehanna Financial Group, "NVIDIA Corporation: Of All The Crypto-GPU Scenarios We Imagined... This Was Unimaginably Bad," November 16, 2018, pp. 1 ("That said, we are long-term bulls on NVDA as we believe in the A.I. inference opportunity, pro-viz upgrade cycle, and 7nm refresh coming this fall."), 4 ("We view NVIDIA as a pure and levered way to invest in the future prospects of the GPU, a device we believe is undergoing a renaissance. […] Secondly, we anticipate rapid growth of the GPU in the datacenter driven by large cloud deployments for Al/machine learning and for HPC. […] While the RTX cycle appears ho-hum, we are compelled by new 7nm GPUs next fall, a pro-viz cycle, and the growing A. I. inference opportunity."); Cowen, "CEO Meeting Bullish LT, but Might Take a Bit to Prove NT Bumps Are 'All Crypto'," November 20, 2018, p. 2 ("We believe NVIDIA's transformation from a PC-leveraged GPU supplier to a diverse parallel computing company is complete with target markets of gaming, datacenter, prof. visualization and automotive driving growth - each infused by AI-based computing. We view NVIDIA as the premier Al-driven growth story in semis and possibly the tech industry.").

[166] Cowen, "CEO Meeting Bullish LT, but Might Take a Bit to Prove NT Bumps Are 'All Crypto'," November 20, 2018; Jefferies, "Crypto Reset - Still a Top Secular Growth Story," November 16, 2018, p. 2.

[167] Bernstein, "NVIDIA (NVDA): FQ319 Recap - The best medicine is often bitter..." November 16, 2018, p. 1.

[168] Bernstein, "NVIDIA (NVDA): Pick up the pieces? FQ319 Preview," November 13, 2018, pp. 1, 3; Bernstein, "NVIDIA (NVDA): FQ319 Recap - The best medicine is often bitter..." November 16, 2018, pp. 1, 3-4.

69. Consistent with that view, a portfolio manager from T. Rowe Price explained in February 2019 that, "to play AI for investors[, …] NVIDIA seems exceptionally well positioned."[169] Notably, T. Rowe Price purchased an additional 2,713,695 NVIDIA shares in calendar Q1 2019.[170] Similarly, the I/O Fund's founder and lead analyst, Ms. Kindig, tweeted a link on November 15, 2018 to her new analysis on NVIDIA, stating, "I'm holding $NVDA stock for two reasons: GPU-powered cloud and its strong developer ecosystem."[171] She also stated in April 2019, "Gaming is a foundation for Nvidia, but most certainly, this is not the growth story. The GPU-powered cloud is the future due to AI and ML."[172] She added: "Nvidia is one of my favorite companies from a fundamental standpoint, and it is worth repeating that I was not fair weathered during the crypto bust, rather encouraged readers to look at the developer moat and GPU-powered cloud as future drivers of growth."[173] She continued to make similar statements, for example in August 2022 ("[W]e hold the [NVIDIA] stock for its lead in artificial intelligence"),[174] in September 2023 ("We've had unwavering conviction in Nvidia's AI story

---

169 David Eiswert, Emily Scudder, and Joel Grant, "Technological Innovation and Disruption," *T. Rowe Price*, February, 2019, https://www.troweprice.com/content/dam/ide/articles/pdfs/ID0001955_Tech_Innovation_Disruption_GL_P4_Final.pdf, p. 3 ("Eiswert notes that there are many ways to play AI for investors. The companies that provide the hardware are a key one, and chipmaker NVIDIA seems exceptionally well positioned. Roughly a decade ago, computer engineers realized that the company's graphic processing units, originally designed for video gaming, also performed exceptionally well in machine learning. The company has since begun tailoring chips specifically for use in AI and now is a leader in 'deep learning' software.").

170 The split-adjusted NVIDIA shares held by T. Rowe Price increased by 108,547,800 shares from calendar Q4 2018 to calendar Q1 2019. This figure reflects subsequent stock splits on July 20, 2021 (4-for-1) and June 10, 2024 (10-for-1). To compute the change in shares unadjusted for these splits, 108,547,800/40 = 2,713,695 shares. S&P Capital IQ.

171 "Post by Beth Kindig," *X*, November 15, 2018, https://x.com/Beth_Kindig/status/1063219326738710530.

172 Beth Kindig, "Nvidia Versus Xilinx: Heavy Hitter AI Stocks," *I/O Fund*, April 3, 2019, https://io-fund.com/artificial-intelligence/semiconductors/nvidia-xilinx-ai-stocks.

173 Beth Kindig, "Nvidia Versus Xilinx: Heavy Hitter AI Stocks," *I/O Fund*, April 3, 2019, https://io-fund.com/artificial-intelligence/semiconductors/nvidia-xilinx-ai-stocks.

174 Similarly, during an appearance on the *Fox Business* segment "Making Money" following a decline in NVIDIA's stock price, Ms. Kindig said, "[I]t's a tough day for NVIDIA investors but in the long run it's not going to matter,[…] we hold the stock for its lead in artificial intelligence […] for AI investors like myself, we

since November of 2018"),[175] and in March 2025 ("The I/O Fund's ongoing consistency and accuracy on [NVIDIA] stock dating back to 2018 for up to 4,000% returns with the first entry at $3.15 has been unparalleled").[176]

70. *Second*, in my experience, long-term investors focus on a longer time horizon and largely ignore near-term price movements and volatility and, as discussed, many of the AI-focused NVIDIA investors had long-term investment horizons. Again, this is particularly true for thematic investors. An article from Lazard Asset Management describes how thematic investing can be used to capture long-term value:

> Everyone knows they should aim to buy low and sell high, but a continual flood of news and price signals can severely test the resolve of even the most disciplined investor. Knowing that this information has little to do with long-term structural change, investors may be more likely to have conviction in the thesis and allocate capital at what in the long run will prove to be attractive entry points, such as short-term, cyclically driven moves or adverse idiosyncratic events.[177]

71. Some market participants explicitly stated that they viewed the GPU inventory buildup as a short-term issue for NVIDIA, which is another reason why I concluded that some long-term investors likely would have been willing to pay the same price for NVIDIA had they known the allegedly concealed truth when they purchased their NVIDIA shares.

---

are right on track." "It's a Tough Day for Nvidia Investors: Expert," *I/O Fund*, August 8, 2022, https://www.foxbusiness.com/video/6310610880112, at 0:29-0:35 and 0:49-0:51.

175 Beth Kindig, "Nvidia Was Up 235% In 2023, Don't Expect It To Continue," *I/O Fund*, September 25, 2023, https://io-fund.com/semiconductors/ai-platforms/nvidia-was-up-235-in-2023-dont-expect-it-to-continue.

176 Beth Kindig, "I/O Fund's Top 10 of 2024," *I/O Fund*, March 4, 2025, https://iofund.substack.com/p/io-funds-top-10-of-2024.

177 "Capturing Structural Change: A Guide to Thematic Investing," *Lazard Asset Management*, March 23, 2021, https://www.lazardassetmanagement.com/docs/118869/CapturingStructuralChange-AGuideToThematic_LazardPerspectives.pdf, pp. 8-9.

72. For example, a Goldman Sachs analyst report from November 16, 2018 observed that, while NVIDIA's "inventory correction in Gaming" would "take a few quarters," the analyst remained "positive on the overall growth trajectory of the Datacenter [AI] business" and that:[178]

> [We] believe that while 'just' 58% [year-on-year] growth may be disappointing to some investors, Nvidia's Datacenter business remains one of the fastest growing businesses in the Semiconductor space and one of only a few with exposure to the secularly growing AI Hardware market. We continue to see improving mix of Al datacenter workloads as well as added functionality as key drivers of Datacenter segment revenue going forward.[179]

73. Similarly, on November 29, 2018, ARK Investment Management analyst James Wang opined that NVIDIA's excess inventory concerns would remain relevant only for a few quarters: "It's hard to see how in three to five years this issue would still be relevant by then." He also added that for ARK, "Nvidia was a very obvious buying opportunity."[180] In line with these statements, in calendar Q1 2019, ARK purchased 374,947 additional NVIDIA shares.[181]

74. More generally, as **Figure 1** shows, 23 of 34 analysts covering NVIDIA maintained their "Overweight" recommendation in analyst reports issued within the seven calendar days immediately following the November 15, 2018 alleged corrective disclosure.

---

[178] Goldman Sachs, "Structural Thesis Unchanged but Remove From Conviction List on Increased Near-Term Uncertainty," November 16, 2018, pp. 1, 5.

[179] Goldman Sachs, "Structural Thesis Unchanged but Remove From Conviction List on Increased Near-Term Uncertainty," November 16, 2018, pp. 5-6.

[180] Jessica Menton, "Slumping Semiconductor Stocks Don't Bode Well for Broader Market," *The Wall Street Journal*, November 29, 2018, https://www.wsj.com/articles/slumping-semiconductor-stocks-dont-bode-well-for-broader-market-1543496401.

[181] The split-adjusted NVIDIA shares held by ARK increased by 14,997,880 shares from calendar Q4 2018 to calendar Q1 2019. This figure reflects subsequent stock splits on July 20, 2021 (4-for-1) and June 10, 2024 (10-for-1). To compute the change in shares unadjusted for these splits, 14,997,880/40 = 374,947 shares. S&P Capital IQ.

**Figure 1**
**Analyst Recommendations for NVIDIA**[182]

| **Recommendation** | **Pre-November 15, 2018 Alleged Corrective Disclosure** | **Post-November 15, 2018 Alleged Corrective Disclosure** |
|---|---|---|
| Overweight | 24 | 23 |
| Neutral | 9 | 9 |
| Underweight | 1 | 2 |
| **Total** | **34** | **34** |

**Notes and Sources:** *See* Exhibit 1 for a full list of notes and sources.

75. Furthermore, I identified five analysts who published NVIDIA one-year price targets (*i.e.*, NVIDIA's expected share price in November 2019) immediately following the November 15, 2018 alleged corrective disclosure that were at or above NVIDIA's $259.08 share price on August 15, 2018, the day before the first alleged corrective disclosure.[183] In other words, immediately after the date on which Plaintiffs allege investors learned the concealed truth, these analysts projected that NVIDIA's stock price in November 2019 would at least equal NVIDIA's stock price immediately preceding the alleged corrective disclosures. The fact that these analysts projected that NVIDIA's stock price would remain at or above that $259.08 price in the year following both alleged corrective disclosures is further support for my opinion that

182 Analyst recommendations made following the November 15, 2018 alleged corrective disclosure are limited to those published in analyst reports between November 15, 2018 (following the alleged corrective disclosure) and November 22, 2018, inclusive. Analyst recommendations made prior to the November 15, 2018 alleged corrective disclosure are limited to those published by the same set of analysts. Of the 34 recommendations made prior to the November 15, 2018 alleged corrective disclosure, 26 were published on or after the August 16, 2018 alleged corrective disclosure.

183 NVIDIA's share price on August 15, 2018 was $259.08. The five analysts whose price targets for NVIDIA after the November 15, 2018 alleged corrective disclosure were *higher* than this price were (1) Cowen, which set a price target of $265.00 on November 20, 2018; (2) Evercore ISI, which set a price target of $325.00 on November 15, 2018, (3) New Street, which set a price target of $300.00 on November 16, 2018, (4) RBC Capital Markets, which set a price target of $260 on November 15, 2018, and (5) Rosenblatt Securities, which set a price target of $260.00 on November 16, 2018. Cowen, "CEO Meeting Bullish LT, but Might Take a Bit to Prove NT Bumps Are 'All Crypto'," November 20, 2018, p. 1; Evercore ISI, "Not Pleasant Nor What We Expected, But Should Set A Floor For NVDA's Share Price," November 15, 2018, p. 1; New Street Research, "Nvidia 3FQ19: Crypto Stabbed Ferragu in the Back," November 16, 2018, pp. 1, 6; RBC Capital Markets, "Crypto Strikes Again Along with Data Center Softness," November 15, 2018, p. 1; Rosenblatt Securities Inc., "Earnings Review," November 16, 2018, p. 1.

some putative class members likely would have been willing to purchase NVIDIA stock at the same price that they actually did, even with the information provided in the alleged corrective disclosures. Indeed, NVIDIA's stock price was at or below $259.08 on 85 percent of the trading days during the Class Period, meaning that these analysts were projecting that NVIDIA's share price in one year would be higher than the purchase price on 85 percent of the trading days during the Class Period, even after the allegedly concealed truth was revealed.[184, 185]

76. In sum, in my opinion, the allegedly corrective information revealed on August 16, 2018 and November 15, 2018— which related to NVIDIA's Gaming revenues and a short-term inventory issue and which was unrelated to AI or NVIDIA's Datacenter business—likely would not have mattered to investors that held long-term investment theses centered on AI, and therefore likely would not have changed the price at which they were willing to purchase NVIDIA stock when they did.

## V. INVESTORS FOLLOWING NVIDIA LIKELY WOULD HAVE UNDERSTOOD BY AUGUST 2018 THAT A SUBSTANTIAL PORTION OF NVIDIA'S GAMING REVENUE DERIVED FROM CRYPTOCURRENCY-RELATED DEMAND

77. When making investment decisions, investors consider a mix of public information that extends beyond SEC filings to also include analyst reports, market participants' commentary, and finance or business-focused news articles and television programs. As I show below, based on information that was publicly available to investors from various sources, by the

---

184 S&P Capital IQ.

185 As discussed, long-term investors focus on a longer time horizon, sometimes five to ten years and beyond, and therefore largely ignore near-term price movements and volatility. Therefore, in my opinion, analysts' one-year price targets may not be considered relevant by some long-term investors because those investors plan to hold their position well beyond one year. The existence of lower price targets for November 2019 following the alleged corrective disclosures thus may not have impacted investors' views on the long-term value of NVIDIA stock, and therefore the price they were willing to purchase it for in the present.

time of the first alleged corrective disclosure on August 16, 2018, investors following NVIDIA likely would have understood that a substantial portion of NVIDIA's Gaming revenue derived from cryptocurrency-related demand.

78. *First*, NVIDIA's public disclosures during the Class Period emphasized cryptocurrency's contributions to NVIDIA's Gaming revenue, including cryptocurrency miners' surge in demand for GeForce—*the GPU categorized under the Gaming market*. For example:

- On an earnings call held on February 8, 2018, Ms. Kress stated, "Strong demand in the cryptocurrency market exceeded our expectations. We met some of this demand with a dedicated board in our OEM business, and **some was met with our gaming GPUs**. This contributed to lower than historical channel inventory levels of our gaming GPUs throughout the quarter. While the overall contribution of cryptocurrency to our business remains difficult to quantify, we believe it was a higher percentage of revenue than the prior quarter."[186]

- On a company conference presentation held on February 13, 2018, Ms. Kress stated, "[W]e may have a dual overall function in terms of what we're seeing, the use of GPUs on the consumer side. […] And in some cases, maybe the exact same customer, gaming part of the time as well as also mining. […] The critical mass of amounts that are happening in cryptocurrency is there. But it will probably be here as an underlying trend for some time. So carrying forward, yes, it will be there. Will it still be volatile? Absolutely."[187]

- On the same call, in response to a question about whether NVIDIA's 2017 Gaming revenue was "mostly crypto or was it gaming as well," Ms. Kress added, "Towards this latter half of the fiscal year, though, a challenge because those same gamers and those same crypto miners were there. And at this point, we're supply constrained. Those [Gaming] GPUs are under a lot of need to meet a lot of different things."[188] She also added, "[W]ith the overall price increases that we had seen in cryptocurrency valuations within Q4, people bought [NVIDIA's crypto mining specific GPU cards], but also moved to buy regular GPUs, which

[186] S&P Global Market Intelligence, NVIDIA Corporation FQ4 2018 Earnings Call Transcripts, February 8, 2018, p. 4. Emphasis added.

[187] S&P Global Market Intelligence, NVIDIA Corporation Company Conference Presentation, February 13, 2018, p. 9.

[188] S&P Global Market Intelligence, NVIDIA Corporation Company Conference Presentation, February 13, 2018, pp. 9-10.

caused a significant amount of supply constraint just because you had them moving also into regular overall GPUs."[189]

- NVIDIA's 2018 Form 10-K (filed on February 28, 2018) reported that "[s]trong growth across our Pascal-based GeForce gaming GPUs was driven by growth associated with GPU refreshes/upgrades, new gamers, new games, eSports, **and cryptocurrency mining**."[190]

- The same Form 10-K also listed "fluctuations in the demand for our products related to cryptocurrencies" among factors "that could affect [NVIDIA's] results of operations in the future."[191]

- At an analyst/investor day held on March 27, 2018, as part of "giv[ing…] an update on gaming," NVIDIA Executive Vice President Jeffrey Fisher stated, "And finally not to be ignored, crypto came to town this year. It had -- it entered the GPU space. **We know gamers have done some mining. We know miners have bought some GPUs, but it's also had an influence on the total gaming ecosystem this year**."[192] Mr. Huang later added, "And then one day, of course, Ethereum discovered our GPUs as well, and it's been consuming some of the supply of that."[193]

- Similarly, on an earnings call held on May 10, 2018, Mr. Huang stated, "**Crypto miners bought a lot of our GPUs during the [first] quarter [of 2018], and it drove prices up. And I think that a lot of the gamers weren't able to buy into the new GeForces as a result**. […] [The prices are] still higher than where they should be. And so obviously, the demand is still quite strong out there."[194] He also reminded analysts that "GeForce is really a good candidate for any new cryptocurrency," and so while "[NVIDIA's] strategy is to create a SKU that allows the crypto miners to fulfill their needs, […] [s]ometimes it's just not possible because the demand is too great."[195]

---

189 S&P Global Market Intelligence, NVIDIA Corporation Company Conference Presentation, February 13, 2018, p. 10.

190 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 23. Emphasis added.

191 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 17.

192 S&P Global Market Intelligence, NVIDIA Corporation Analyst/Investor Day, March 27, 2018, pp. 16-17. Emphasis added.

193 S&P Global Market Intelligence, NVIDIA Corporation Analyst/Investor Day, March 27, 2018, p. 26.

194 S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, p. 8. Emphasis added.

195 S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, pp. 15, 17. *See also* S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, p. 17 ("We try the best we can to go directly to the major miners […]. And they represent the vast majority of the demand. And to the best of our ability, serve their needs directly and we call that CMP

79. *Second*, several analyst reports published leading up to and during the Class Period indicated that many analysts covering NVIDIA reasonably would have understood before the August 16, 2018 disclosure that cryptocurrency-related demand was a substantial driver of NVIDIA's Gaming revenue. For example:

- A June 8, 2017 Bank of America report observed the rising average price of NVIDIA GeForce gaming cards and predicted that trend would continue, in part due to the "expanding use case of $200+ GeForce cards for cryptocurrency (Ethereum) mining."[196]

- An August 10, 2017 Raymond James report stated, "we estimate GeForce Gaming GPU grew 19.2% q/q and ~36% y/y, driven by continued strong demand for new Pascal based graphics cards and a benefit from Ethereum crypto currency related sales."[197]

- An August 10, 2017 KeyBanc report attributed NVIDIA's total quarterly revenue results coming in above expectations (known as a "beat") as driven by cryptocurrency-related revenue: "Sales of $2.2B […] exceeded our estimate of $2.0B, primarily driven by strong sales of GPUs for cryptocurrency mining."[198] The report also suggested that while $150 million worth of cryptocurrency-related revenue came from NVIDIA's "mining SKUs,"[199] additional cryptocurrency-related GPU demand "rapidly depleted excess channel inventory" for Gaming GPUs.[200]

---

[Cryptocurrency Mining Processor], and that's why it's not called GeForce. They're called CMP. And we can serve those miners directly, hopefully, to take some of the demand pressure off of the GeForce market. Because ultimately, what we would like is, we would like the market for GeForce pricing to come down so that the gamers could benefit from the GeForces that we built for them.").

196 Bank of America, "Raising PO to $185 on 2H Upside From Gaming, Data Center, Expanding Ownership," June 8, 2017.

197 Raymond James, "Strong Beat & Raise - Getting Ready for Volta," August 10, 2017, p. 2.

198 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 1.

199 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 1. ("Sales of $2.2B (+15% q/q/+56% y/y) exceeded our estimate of $2.0B, primarily driven by strong sales of GPUs for cryptocurrency mining (~$150M from mining SKUs)").

200 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 3. ("Meetings with desktop graphics card manufacturers [NVIDIA and AMD] indicated a sharp reversal in sales trends expected for the seasonally weaker 2Q, with surging demand from cryptocurrency miners in China and Eastern Europe since early May now expected to drive 10-20% q/q unit sales growth this quarter […]. While desktop graphics card manufacturers note that underlying gaming demand remains soft, the sharp increase in demand from cryptocurrency miners has rapidly depleted excess channel inventory carried into the quarter […].").

- An August 11, 2017 Barclays report also attributed NVIDIA's total quarterly revenue "beat" as driven by cryptocurrency-related revenue: "Reported revenue of $2.23B (+15.1% Q/Q) ahead of consensus $1.96B driven by crypto."[201] Similar to KeyBanc, this report also noted that the cryptocurrency-related revenue was spread across both NVIDIA's OEM market and its Gaming market: "[T]he majority of the beat came from crypto ($150M OEM + more in gaming)."[202]

- An October 10, 2017 report by Arete Research, an independent equity research firm, noted that "graphics card vendors have witnessed an unexpected rise in demand from the cryptocurrency mining community, augmenting seasonally strong GPU card sales for gaming" and estimated that NVIDIA was "annualizing $1bn a year in sales from crypto mining."[203] Arete's estimate of NVIDIA's revenue due to sales from crypto mining was well above the company's reported revenues for the OEM market ($777 million) in fiscal year 2018,[204] demonstrating an awareness that NVIDIA's cryptocurrency related sales were not limited to the OEM market.

- A November 9, 2017 Bank of America report stated, "$70mn of crypto sales flowed through the OEM segment in Q3 (-50% QoQ), but a difficult-to-measure (but not insignificant) amount also boosted Gaming sales."[205]

- A November 10, 2017 SunTrust report stated, "[W]e note that some of the upside in the gaming end market was very likely owing to crypto-currency miners opting for gaming GPUs instead of the crypto SKU."[206]

- A January 18, 2018 Susquehanna report stated, "In order to drive this massive increase in compute power, we estimate an incremental 2.4 million GPUs were added to the Ethereum network, totaling more than $500 million in related semiconductor sales for NVDA/AMD during 4Q17 […]. Contrary to commentary from both AMD and NVIDIA, we argue that cryptocurrency-related

---

201 Barclays, "Crypto Beats as Data Center Misses," August 11, 2017, p. 3 ("Reported revenue of $2.23B (+15.1% Q/Q) ahead of consensus $1.96B driven by crypto. […] OEM & IP ($251 M vs St $106M-dedicated mining cards drove $150M of beat).

202 Barclays, "Crypto Beats as Data Center Misses," August 11, 2017, p. 1 ("Reported a beat and raise on the surface, but the majority of the beat came from crypto ($150M OEM + more in gaming) while data center missed expectations."), p. 3 ("Gaming ($1.19B vs St. $1.04B-some mining with higher end GPUs).").

203 Arete Research, "Crypto GPU Demand: Hurricane Season," October 20, 2017, p. 1 ("Currently, we think NVIDIA is annualizing $1bn a year in sales from crypto mining, while AMD is around half this level (since it does not sell its own cards - i.e., its ASPs are much lower). Near-term estimates for both NVIDIA and AMD are not factoring in the strength from GPU mining, but equally have not factored in the sharp drop-off that we expect in '19.").

204 NVIDIA Corporation, Form 10-K, for the fiscal year ended January 28, 2018, filed February 28, 2018, p. 74.

205 Bank of America, "Platform Power = AI leadership = Outsized leverage; now $10 EPS power," November 9, 2017, p. 1.

206 SunTrust Robinson Humphrey, "Another great quarter demonstrating secular growth across multiple markets," November 10, 2017, p. 2.

GPU sales are now a significant part of both companies' revenue and accelerated (rather than decelerated) during the quarter."[207]

- A January 23, 2018 Morgan Stanley report also attributed increases in GPU sales to cryptocurrency, and further noted that it believed the surge came from NVIDIA's GeForce cards rather than the CMP [Cryptocurrency Mining Processor] cards: "Based on an examination of mining rigs both from turnkey vendors and on [eBay], we believe that most of the NVIDIA cards are GeForce cards, not the specialty mining cards that they quantify on the earnings calls. […] This has likely had significant positive effect on gaming as well."[208]

- A February 8, 2018 KeyBanc report explicitly included "GPUs utilized for cryptocurrency mining" within its reporting of NVIDIA's "strong sales of GPUs to the datacenter end market […] and the gaming end market," suggesting that KeyBanc was aware that GPUs used for cryptocurrency mining formed part of NVIDIA's gaming revenue. The report also attributed the NVIDIA Gaming GPUs' lower-than-historical channel inventory to "[s]trong cryptocurrency demand."[209]

- A February 9, 2018 Needham report stated, "NVDA's Gaming division grew 11 % Q/Q […] with strong seasonal demand for Pascal GPUs, eSports growth, GeForce now […] **and some crypto currency mining**. […] Using our $140M crypto est. for the quarter we estimate that no more than $45M was from the OEM & IP […]. This implies that ~$95M of gaming revenue was from crypto currency demand - meaning Gaming rev. quarterly growth was ~6% rather than 11 %."[210]

- A February 9, 2018 Susquehanna report stated, "[W]e believe the vast majority of Gaming upside came from Ethereum-related GPU sales (we note $400M of these sales in 4Q17)."[211]

---

207 Susquehanna Financial Group, "Ethereum-Related GPU Sales Are Bigger Than Ever... and It's a Problem," January 18, 2018.

208 Morgan Stanley, "Raising numbers for AMO and NVDA on Ethereum strength," January 23, 2018, p. 2 ("Somewhat more speculative conclusions: [...] 2) We believe that AMD has had leading market share in the space, but the shortage has been more intense, which has driven business to NVIDIA. We estimate a split of ~$600 mm for AMD, and ~$400mm for NVIDIA. Based on an examination of mining rigs both from turnkey vendors and on Ebay, we believe that most of the NVIDIA cards are GeForce cards, not the specialty mining cards that they quantify on the earnings calls. 3) This has likely had significant positive effect on gaming as well, as the higher card prices in point 4 above likely reflect a premium chip price (though to be clear, we think that is affecting aftermarket cards only - we don't think that manufacturers of higher end gaming systems are paying those premiums).").

209 KeyBanc Capital Markets, "NVDA: Datacenter, Gaming, and Cryptocurrency GPU Demand Drive Beat and Raise; Raising Estimates," February 8, 2018, p. 1.

210 Needham, "Data Center Driving massive N-T, Autonomous Will Drive Huge Growth L-T," February 9, 2018, pp. 2-3. Emphasis added.

211 Susquehanna Financial Group, "NVIDIA Corporation: Love the Data Center... Hate the Crypto," February 9, 2018, p. 1.

80. Additionally, several of the questions that analysts asked during the calls that I discussed above also indicate analysts' awareness that cryptocurrency-related demand was contributing to NVIDIA's Gaming revenue. For example:

- An analyst from Goldman Sachs asked at the February 13, 2018 NVIDIA conference presentation, "[T]alking about your gaming business, which […] gets little air time these days given data center and crypto. But in 2017, another very strong year. Was that mostly crypto or was it gaming as well?"[212]
- An analyst from Susquehanna Financial Group noted on the May 10, 2018 NVIDIA earnings call, "[NVIDIA] did almost $300 million there [referring to sales from crypto]. And perhaps I think there could actually be some in gaming as well […]."[213]
- An analyst from UBS Investment Bank noted on the May 10, 2018 NVIDIA earnings call: "Normal seasonal sounds like it's up mid-teens for June in gaming. But obviously, the comps are skewed a little bit because of the channel restock and the crypto stuff."[214]

81. I note that while the above examples show that analysts were aware of (and commented on) the meaningful contribution that cryptocurrency-related demand made to NVIDIA's Gaming revenue, several of these same analysts also noted that cryptocurrency-related demand was volatile and not a long-term driver of NVIDIA's revenue. Some analysts even contrasted the short-term cryptocurrency-related demand with NVIDIA's opportunities related to AI. For example:

- The August 10, 2017 Raymond James report I cited above noted, "Sustainability of cryptocurrency revenue is […] likely a concern ($150M Q/Q impact in F2Q), and we're conservatively removing that benefit from out quarter estimates."[215] The report also contrasted the importance that investors placed on NVIDIA's

[212] S&P Global Market Intelligence, NVIDIA Corporation Company Conference Presentation, February 13, 2018, p. 9.

[213] S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, p. 15.

[214] S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018, p. 12.

[215] Raymond James, "Strong Beat & Raise - Getting Ready for Volta," August 10, 2017, p. 1.

Gaming market with its Datacenter market: "NVIDIA's premium multiple is not driven by gaming/crypto" and "datacenter supports NVIDIA's elevated multiple."[216]

- The August 10, 2017 KeyBanc analyst report I cited above noted that "sustainability is in question" when it comes to NVIDIA's "strong GPU demand from the cryptocurrency mining market."[217] The report added, "Most desktop graphics card manufacturers surveyed expect strong demand to last until late July or August, but visibility is extremely low given the volatility in cryptocurrency prices."[218]

- The November 10, 2017 SunTrust report I cited above noted that while cryptocurrency miners buying gaming GPUs "feels great now," this also "highlights a risk that as crypto-mining shifts away from GPU, NVDA may have to deal with slowing demand and secondary market GPU sales."[219]

- The February 9, 2018 Susquehanna report I cited above noted that "a shoe has yet to drop for Ethereum-related GPU sales," and suggested that these sales may "disappear entirely" within a few quarters.[220] By contrast, the same report listed the deployment of GPUs for AI and machine learning applications as part of the "future prospects" of GPUs.[221]

- The February 9, 2018 Needham report I cited above noted that "Due to the inherent nature of the mining market, NVDA has stated that it has modeled crypto currency flat while noting that it could fluctuate Q/Q." By contrast, the same report highlighted the 21 percent quarter-on-quarter growth in NVIDIA's

---

216 Raymond James, "Strong Beat & Raise - Getting Ready for Volta," August 10, 2017, p. 1.

217 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 1.

218 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 3.

219 SunTrust Robinson Humphrey, "Another great quarter demonstrating secular growth across multiple markets," November 10, 2017, p. 2.

220 Susquehanna Financial Group, "NVIDIA Corporation: Love the Data Center... Hate the Crypto," February 9, 2018, p. 1. ("While these factors can help NVIDIA achieve their 1Q18 guidance, these factors are somewhat ephemeral, and set up 2Q18 poorly on very difficult sequential comps (particularly if Ethereum-related GPU sales disappear entirely). […] In short, there is a lot to love on the surface, but a shoe has yet to drop for Ethereum-related GPU sales and valuation at ~ 11 x revenue is also a tough pill to swallow.") *See also* p. 2. ("Over the past month, Ethereum coin prices dropped from $1,117 to ~$800, which may slow new GPU adds to the Ethereum network in C1Q18.").

221 Susquehanna Financial Group, "NVIDIA Corporation: Love the Data Center... Hate the Crypto," February 9, 2018, p. 4. ("Investment Thesis – We view NVIDIA as a pure and levered way to invest in the future prospects of the GPU, a device we believe is undergoing a renaissance. NVIDIA has four major end-markets: Auto, Datacenter, Gaming and PC, of which we believe three should experience growth at least 3x the rate of the overall semiconductor market. […] Secondly, we anticipate rapid growth of the GPU in the data center driven by large cloud deployments for Al/machine learning and for HPC.")

Datacenter business and emphasized that "GPU accelerated DL [Deep Learning] targets all major industries from Internet giants, healthcare, energy, financial institutions, etc."[222]

82. *Third*, news articles published in the lead up to and during the Class Period reflected a similar understanding that substantial portions of NVIDIA's Gaming revenue stemmed from cryptocurrency-related demand. For example:

- An August 1, 2017 *CNBC* article observed that "[s]ome models of AMD and NVIDIA graphics cards have sold out in the past few months due to high demand from cryptocurrency miners."[223]
- An August 24, 2017 *MarketWatch* article noted that "[c]ryptocurrency 'miners' are causing shortages in [NVIDIA and AMD's] graphics cards and graphics processing units" and that cryptocurrency-related demand had sharply distorted typical sales patterns, with graphics card sales rising by more than 500,000 units in Q2 2017—far exceeding the usual seasonal trend. According to the article, "about one in three graphics cards sold at retail, to OEMs or businesses was used for cryptocurrency mining."[224]
- A December 19, 2017 *The Motley Fool* article highlighted that "[t]he graphics-card hardware needs of miners has been a big reason why NVIDIA and Advanced Micro Devices have seen a double-digit percentage surge in sales recently."[225]
- A January 8, 2018 article by *PC Gamer,* a gaming-focused tech news site*,* noted that cryptocurrency profitability was once again "leading to shortages of popular graphics cards," repeating a pattern that had become familiar to PC gamers. The article highlighted that "even Nvidia is running out of supply for other cards,"

---

[222] Needham, "Data Center Driving massive N-T, Autonomous Will Drive Huge Growth L-T," February 9, 2018, pp. 1-3.

[223] Evelyn Cheng, "Bitcoin 'Mining' Goes From Enthusiasts to Giant Enterprises as Digital Currencies Surge," *CNBC*, August 1, 2017, https://www.cnbc.com/2017/08/01/bitcoin-mining-goes-from-enthusiasts-to-giant-enterprises.html.

[224] Ryan Shrout, "Nvidia and AMD are deluged with orders for PC graphics cards," *MarketWatch*, August 24, 2017, https://www.marketwatch.com/story/nvidia-and-amd-are-deluged-with-orders-for-pc-graphics-cards-2017-08-24.

[225] Sean Williams, "16 Cryptocurrency Facts You Should Know," *The Motley Fool*, December 19, 2017, https://www.fool.com/investing/2017/12/19/16-cryptocurrency-facts-you-should-know.aspx.

noting that [it's most popular graphic cards] GTX 1080 and 1070 Ti were already out of stock.[226]

- A January 22, 2018 *Business Insider* article similarly explained that the high demand for GPUs wasn't "due to a massive influx of new PC gaming enthusiasts" but instead was "being driven by cryptocurrency mining." The article specifically called out NVIDIA and AMD's GPUs as "one of the main tools used by cryptocurrency miners."[227]

- A January 23, 2018 article by *Kotaku*, a gaming and technology news site, attributed the start of "the great graphics card shortage of 2018" to a Bitcoin surge the previous December, reporting that high-end GPUs had been out of stock at most major retailers for weeks and that cards like [NVIDIA's] GTX 1080, which normally retailed for $550, were selling for over $1,000 on third-party marketplaces.[228]

- A January 30, 2018 *San Francisco Chronicle* article further reported that, in response to cryptocurrency-related demand, both retailers and NVIDIA took steps to manage supply constraints—retailers capped in-store purchases, while NVIDIA imposed a two-per-customer limit on online orders. The article quoted a local store manager saying that "gamers are resentful of miners," while a customer who had just paid $1,000 for the last available card remarked, "We need as many as we can find."[229]

- A February 9, 2018 *Reuters* article reported that "gamers and cryptocurrency miners [were] willing to pay up to three times the original list price" to obtain NVIDIA GPUs. The article noted that NVIDIA's GeForce GTX 1070, which had retailed at $349 the previous year, was selling for up to $900 from electronics wholesalers.[230]

- A May 12, 2018 article by *Ars Technica*, a technology news outlet, noted that NVIDIA's estimates of GPU sales driven by cryptocurrency demand "likely

---

[226] Jarred Walton, "Hang Onto Your Graphics Cards, as Cryptocurrency Mining Spikes GPU Prices," *PC Gamer*, January 8, 2018, https://www.pcgamer.com/hang-onto-your-graphics-cards-as-cryptocurrency-mining-spikes-gpus-prices/.

[227] Ben Gilbert, "Cryptocurrency Miners Are Making It Impossible for People to Find a Crucial Component of PC Gaming," *Business Insider*, January 22, 2018, https://www.businessinsider.com/nvidia-gtx-1080-gpu-impossible-to-find-buy-because-of-bitcoin-2018-1.

[228] Jason Schreier, "The Great Graphics Card Shortage Of 2018," *Kotaku*, January 23, 2018, https://kotaku.com/the-great-graphics-card-shortage-of-2018-1822346367.

[229] Benny Evangelista, "Why the Bitcoin Revolution Is Emptying Store Shelves and Making Gamers Mad," *San Francisco Chronicle*, January 30, 2018, https://www.sfchronicle.com/business/article/Why-the-bitcoin-revolution-is-emptying-store-12534993.php.

[230] Supantha Mukherjee, "Frenzied Demand for Nvidia's Graphic Chips Shoots Prices Through the Roof," *Reuters*, February 9, 2018, https://www.reuters.com/article/us-nvidia-results-research/frenzied-demand-for-nvidias-graphic-chips-shoot-prices-through-the-roof-idUSKBN1FT2AW/.

understate[d] the impact of cryptocurrency on Nvidia's bottom line" due to NVIDIA's limited visibility into end-user demand: "If an individual consumer buys a graphics card at retail, there's no way Nvidia can know if it's being used for gaming, mining, or some other purpose."[231]

83. *Fourth*, business-focused television programs that aired in the lead up to and during the Class Period also highlighted the large extent to which NVIDIA's Gaming revenue stemmed from cryptocurrency miners' demand for their chips. For example:

- On June 20, 2017, CNBC correspondent Bill Griffeth announced on a segment titled *Closing Bell*: "Shares of graphics chipmaker NVIDIA slightly higher today on an upgrade to 'sector weight' from 'underweight' – that from Pacific Crest. The firm says that the demand from the cryptocurrency market has depleted inventory and reduced concerns surrounding Gaming Segment growth."[232]

- On February 9, 2018, a segment on *FOX Business* titled "Countdown to the Closing Bell with Liz Claman," reported on NVIDIA's success deriving from the cryptocurrency mining demand. *FOX Business* correspondent Nicole Petallides reported, "[NVIDIA] came out with the quarterly numbers and beat on the revenue, beat on the earnings per share, and you have the demand surging for NVIDIA chips. We're seeing the gamers, also the cryptocurrency miners - they are willing to pay up to three times the price, the original list price, for the goods." Liz Claman added that "NVIDIA is considered in that space, in the Bitcoin and crypto launching space."[233]

- On February 9, 2018, *Bloomberg Technology* correspondents Cory Johnson and Abigail Doolittle noted, "[…] Great quarter out of NVIDIA, and part of it being

[231] Timothy B. Lee, "Cryptocurrency Has Been Great for GPU Makers — That Might Change Soon," *Ars Technica*, May 12, 2018, https://arstechnica.com/gaming/2018/05/cryptocurrency-has-been-great-for-gpu-makers-that-might-change-soon/.

[232] Pacific Crest Securities, which is associated with KeyBanc Capital Markets, upgraded its rating on NVIDIA from "Underweight" to "Sector Weight" and stated, "While sustainability is in question, strong GPU demand from the cryptocurrency mining market has rapidly depleted excess channel inventory carried into F2Q, which reduces our prior concerns regarding gaming segment growth for the remainder of FY18, as well as record- high [sic] DOI and elevated DSOs on the balance sheet." "Closing Bell," *CNBC*, June 20, 2017, https://archive.org/details/CNBC_20170620_190000_Closing_Bell/start/960/end/1020; KeyBanc Capital Markets, "Equity Research: Morning Meeting Notes," June 20, 2017, p. 4.

[233] "Countdown to the Closing Bell With Liz Claman," *Fox Business*, February 9, 2018, https://archive.org/details/FBC_20180209_200000_Countdown_to_the_Closing_Bell_With_Liz_Claman/, 3:36 pm, 3:37 pm.

due to crypto. […] Yeah, Bitcoin miners are an important use of […] NVIDIA chips."[234]

- On February 20, 2018, a segment on *Bloomberg Markets: Americas*, featured Lisa Abramowicz and Abigail Doolittle noting that NVIDIA "make[s] some of the chips used for Bitcoin mining." Ms. Doolittle added that "nobody knows for sure how much of their revenue is from Bitcoin. It's thought to be about 7%, but it could be a lot more."[235]

- On May 11, 2018, during a segment of *CNBC's Mad Money*, Jim Cramer commented on the impact of cryptocurrency demand on NVIDIA's business, stating that the company's GPUs were "so ingenious, so powerful that they can be used to mine cryptocurrencies." He noted that when Bitcoin was soaring, miners "snapped up NVIDIA's cards and paid fortunes for them," contributing to inflated demand and straining GPU availability.[236]

84. *Finally*, social media posts in the lead up to and during the Class Period also indicated that some market participants understood that substantial portions of NVIDIA's Gaming revenue stemmed from cryptocurrency mining-related demand. For example:

- A June 6, 2017 post on X stated that "$AMD and $NVDA are great stocks to buy since ML, AR, VR and cryptocurrency all require a powerful GPU." This post reflects the view that NVIDIA was positioned to benefit from multiple emerging technologies, including cryptocurrency mining.[237]

- A June 20, 2017 post on X commented that "@nvidia is less of a gaming chip & more of a supply chain for cryptocurrency computing power," suggesting that the company's GPUs were viewed by at least some market participants primarily as mining hardware rather than gaming products.[238]

- A January 13, 2018 post on X expressed frustration at cryptocurrency miners driving up prices and depleting GPU supply, stating, "Dear crypto currency

---

[234] "Bloomberg Technology," *Bloomberg*, February 9, 2018, https://archive.org/details/BLOOMBERG_20180210_040000_Bloomberg_Technology/start/360/end/420.

[235] "Bloomberg Markets Americas," *Bloomberg*, February 20, 2018, https://archive.org/details/BLOOMBERG_20180220_190000_Bloomberg_Markets_Americas/start/2520/end/2580.

[236] "Mad Money," *CNBC*, May 11, 2018, https://archive.org/details/CNBC_20180511_220000_Mad_Money/start/3300/end/3360.

[237] "Post by hishboy," *X*, June 6, 2017, https://x.com/hishboy/status/871989976191213570.

[238] "Post by badger_coin," *X*, June 20, 2017, https://x.com/badger_coin/status/877184021280706560.

> people, stop buying all the GPU's and causing the raise in prices. I'm trying to upgrade ugh! #Nvidia #gpu #evga."[239,240]

85. Overall, the number and variety of example public statements listed above indicate that, by the time of the first alleged corrective disclosure on August 16, 2018, investors following NVIDIA likely would have understood that cryptocurrency-related demand accounted for a substantial portion of NVIDIA's Gaming revenue.

## VI. INVESTORS FOLLOWING NVIDIA LIKELY WOULD HAVE UNDERSTOOD THAT MR. HUANG'S AUGUST 2018 "MASTERS AT MANAGING OUR CHANNEL" STATEMENT WAS NOT A STATEMENT OF DEFINITIVE FACT

86. On August 16, 2018, NVIDIA announced its earnings results for fiscal Q2 2019 (*i.e.*, May – July 2018), which included a 37 percent quarter-over-quarter increase in its balance sheet inventory.[241] Later that day on the earnings call, when asked about the potential drawdown of channel inventory, Mr. Huang responded:

> We're expecting the channel inventory to work itself out. We are masters at managing our channel, and we understand the channel very well. As you know, the way that we go to market is through the channels around the world. We're not concerned about the channel inventory. As we ramp Turing, any -- whenever we ramp a new architecture, we ramp it from the top down. And so we have plenty of opportunities as the -- as we go back to the back-to-school

239 "Post by thefamoustv," *X*, January 13, 2018, https://x.com/thefamoustv/status/952289987378126848.

240 Other posts expressed similar frustrations from the gaming community, indicating the posters' awareness that the gaming GPUs were being purchased by cryptocurrency miners. For example, "really wish amd/nvidia got into the cryptocurrency game earlier. seeing all these gpu's out of stock is pretty frustrating as a gamer" and "Hey @nvidia, why don't you just design and sell an efficient #cryptocurrency machine so that the rest of us can find a graphics card when we need one." Both posts were made on December 31, 2017. "Post by yolzog," *X*, December 31, 2017, https://x.com/yolzog/status/947689587723460608 and "Post by twylarecrir," *X*, December 31, 2017, https://x.com/twylarecrir/status/947468952652926977.

241 NVIDIA noted that "[i]nventory at the end of the quarter was $1.09 billion, compared with $797 million in the prior quarter." The 37 percent quarter-over-quarter increase is calculated as follows: ($1.09 billion - $797 million) / $797 million = 37 percent. NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended July 29, 2018, filed August 16, 2018, p. 17.

> and the gaming cycle to manage the inventory, so we feel pretty good about that.[242]

87. In my experience, investors following NVIDIA likely would have understood that the above statement was not an expression of definitive fact, but rather of corporate optimism and confidence based on Mr. Huang's experience and opinion. This is because, in my opinion, many investors were aware of the significant uncertainties around inventory and product demand that are inherent in the semiconductor industry. In that context, investors would have understood that there was uncertainty in Mr. Huang's statement.

88. Investors who were familiar with the semiconductor industry likely would have interpreted Mr. Huang's statement in the context of the well-known uncertainties that have long characterized the semiconductor supply chain. Market participants are well aware—as was explained in a Raymond James analyst report in July 2017, more than a year before Mr. Huang's statement—that the "semiconductor industry has a history of volatility given its position at the early stages of the technology supply chain; hence visibility is usually poor and in better times the industry suffers from double or over ordering which can lead to inventory gluts."[243]

89. Similarly, a May 2017 RBC analyst report explained that "semiconductor companies […] are the first node in a long technology supply chain."[244] Additionally, a December 2017 Morgan Stanley report stated that "any strong period in semiconductors brings some inventory risks," and noted that "it's important to view cycle risks (inventory builds,

---

242 S&P Global Market Intelligence, NVIDIA Corporation FQ2 2019 Earnings Call Transcripts, August 16, 2018.

243 Raymond James, "F2Q Preview: Solid Trends at Quarter End," July 25, 2017, p. 6. *See also* Raymond James, "Party Like It's 2016, Raising Price Target to $250," November 9, 2017, p. 8; Raymond James, "Catalysts Ahead; We Expect Momentum to Continue," May 7, 2018, p. 7.

244 RBC Capital Markets, "Another Data Center Announcement - We See No Slowdown in Sight," May 30, 2017, p. 3. *See also* RBC Capital Markets, "10-Q Highlights and Recent Demand Checks," August 23, 2017, p. 3; RBC Capital Markets, "Checking all the Boxes Combined With Significant Guidance Upside," February 8, 2018, p. 10.

shortages, double ordering) though [sic] the lens of history."[245, 246] As I describe below, a *New York Times* article noted, "Inventory problems are hard for chip firms. High fixed costs mean that profits rise sharply alongside volumes, while margins fall through the floor as inventories are worked off. Advanced chips shed value as they sit around, losing their technological edge. Firms usually cut capital expenditure to deal with bloat."[247]

90. In the years before Mr. Huang made his "masters at managing our channel" statement in August 2018, the market had experienced several instances in which the unpredictability of the semiconductor industry led to management not seeing the inventory corrections in time to adjust previous statements. Industry-wide slowdowns in 2012 and 2015 resulted in inventory build-ups at several semiconductor companies including AMD, SanDisk, and the Taiwan Semiconductor Manufacturing Company (TSMC). For example:

- An AMD press release from 2012 stated, "The lower than anticipated preliminary revenue results are primarily due to weaker than expected demand across all product lines caused by the challenging macroeconomic environment […] primarily due to an inventory write-down of approximately $100 million due to lower anticipated future demand for certain products."[248]

---

245 Morgan Stanley, "2018 Outlook: Opportunities in the Later Innings of the Semiconductor Cycle," December 12, 2017, pp. 1, 3.

246 I note that Ylwa Haggstrom, one of the fund managers for Named Plaintiff Lannebo, acknowledged in a November 22, 2018 email that "we have also seen this cyclical pattern in the semiconductor industry." "Email from Ylwa Haggstrom," November 22, 2018, Lannebo001301-304, at 301.

247 Robert Cyran, "The Chip Industry Can't Seem to Escape Its Boom-and-Bust Past," *The New York Times*, November 19, 2018, https://www.nytimes.com/2018/11/19/business/dealbook/chips-processors-nvidia.html. Although this article was published on November 19, 2018—i.e., after the alleged corrective statements—, the article's point is that this semiconductor cycle is the same as those in the past: "This chip cycle is starting to resemble past ones."

248 "AMD Announces Preliminary Third Quarter Results," *AMD*, October 11, 2012, https://ir.amd.com/financial-information/sec-filings/content/0001193125-12-421061/d422859dex991.htm, p. 1 ("The lower than anticipated preliminary revenue results are primarily due to weaker than expected demand across all product lines caused by the challenging macroeconomic environment. The company now expects third quarter gross margin to be approximately 31 percent; less than the previous expectation of approximately 44 percent primarily due to an inventory write-down of approximately $100 million due to lower anticipated future demand for certain products.").

- In April 2012, SanDisk's President and CEO Sanjay Mehrotra noted the first quarter results were "adversely impacted by lower-than-expected pricing and demand weakness in certain segments."[249] The unanticipated production overcapacity ultimately led to an inventory build-up that peaked at 110 inventory days in June 2012.[250]

- TSMC's 2015 Annual Report attributed slower growth to a "prolonged inventory correction."[251] In a 2016 earnings call, TSMC's President and co-CEO explained the lower-than-expected 2015 growth occurred in part due to unexpected inventory build-up by TSMC's downstream customers: "[W]hen we entered the beginning of last year, we did not know the inventory build-up is very, very high."[252]

91. In line with the above, market participants covering NVIDIA showed awareness of NVIDIA's inventory risks even *before* Mr. Huang's statement in August 2018. For example:

- As I described above, a July 25, 2017 Raymond James analyst report on NVIDIA titled "F2Q Preview: Solid Trends at Quarter End" highlighted the investment risk stemming from NVIDIA's exposure to the inventory risks plaguing the semiconductor industry: "The semiconductor industry has a history of volatility given its position at the early stages of the technology supply chain; hence visibility is usually poor and in better times the industry suffers from double or over ordering which can lead to inventory gluts."[253]

---

249 "SanDisk Announces First Quarter 2012 Financial Results," *TechPowerUp*, April 19, 2012, https://www.techpowerup.com/164510/sandisk-announces-first-quarter-2012-financial-results ("'Our first quarter results were adversely impacted by lower-than-expected pricing and demand weakness in certain segments and we expect similar trends in the second quarter as well,' said Sanjay Mehrotra, president and chief executive officer. 'We believe a seasonally stronger demand environment in the second half of the year, combined with our diversifying portfolio of mobile and SSD solutions, will allow us to deliver strong sequential revenue growth in the third and fourth quarters.'").

250 Sridharan Raman, "Store This! Overcapacity Issues May Be a Thing of the Past for SanDisk," *LSEG*, April 8, 2013, https://lipperalpha.refinitiv.com/2013/04/store-this-overcapacity-issues-may-be-a-thing-of-the-past-for-sandisk/ ("The production overcapacity triggered a significant inventory buildup during the first half of 2012, with inventory days hitting a peak of 110 days last June.").

251 "2015 TSMC Annual Report: Market/Business Summary," *TSMC*, 2015, https://investor.tsmc.com/static/annualReports/2015/english/e_2_2.html ("The decline in the foundry segment growth to 4% in 2015 from 14% in 2014 was driven mainly by a market slowdown and a prolonged inventory correction.").

252 "Q4 2015 Taiwan Semiconductor Manufacturing Co Ltd Earnings Call," *Thomson Reuters*, January 14, 2016, https://investor.tsmc.com/chinese/encrypt/files/encrypt_file/chinese/2015/Q4/TSMC%204Q15%20transcript.pdf.

253 Raymond James, "F2Q Preview: Solid Trends at Quarter End," July 25, 2017, p. 6. *See also* Raymond James, "Party Like It's 2016, Raising Price Target to $250," November 9, 2017, p. 8; Raymond James, "Catalysts Ahead; We Expect Momentum to Continue," May 7, 2018, p. 7.

- An August 10, 2017 KeyBanc analyst report stated that NVIDIA's investment risks included "uncertainty regarding the recovery, duration and decline in semiconductor end-market demand," as well as "overcapacity among semiconductor manufacturers."[254]

- An August 11, 2017 report from Roth Capital Partners titled "NVDA: Another Solid Quarter with Strong Guidance; Valuation Is Only Question" listed "inventory risk" under the Risks section.[255]

92. Additionally, even *after* Mr. Huang's "masters at managing our channel" statement, market participants covering NVIDIA pointed out the uncertainty in NVIDIA's inventory supply. For example, on August 17, 2018—the day after Mr. Huang's statement—analysts at MKM Partners noted that while they "believe[d] that lower end GPU product [would] *likely* work itself through by the end of the October quarter," they also acknowledged that it was "difficult to assess the extent of the inventory build" and that there were "near-term uncertainties around inventory and gaming demand."[256] On the same day, a Jefferies analyst disclosed that one of the downside risks to their price target of $320 for NVIDIA and a "Buy" recommendation was "an inventory correction."[257] A *New York Times* article from November 19, 2018 noted that this correction was not surprising given the standard nature of semiconductor chip cycles: "This chip cycle is starting to resemble past ones."[258]

---

254 KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017, p. 2. *See also* KeyBanc Capital Markets, "Asia Trip Takeaways: Upgrading CAVM to OW, Raising Estimates on MRVL, NVDA, SIMO, Lowering Estimates on SYNA," October 2, 2017, p. 20 ("Market and macroeconomic conditions could interfere with the realization of our estimates, as could risks such as uncertainty regarding the recovery, duration and decline in semiconductor end-market demand, overcapacity among semiconductor manufacturers, and company-specific execution risk.").

255 Roth Capital Partners, "NVDA: Another Solid Quarter with Strong Guidance; Valuation Is Only Question," August 11, 2017, p. 2.

256 MKM Partners, "Crypto De-risked, Inventory Normalization is Next Step," August 17, 2018, pp. 1, 3. Emphasis added.

257 Jefferies, "Turing Stutter Step - Reiterate Buy," August 17, 2018, p. 14.

258 Robert Cyran, "The Chip Industry Can't Seem to Escape Its Boom-and-Bust Past," *The New York Times*, November 19, 2018, https://www.nytimes.com/2018/11/19/business/dealbook/chips-processors-nvidia.html. ("Inventory problems are hard for chip firms. High fixed costs mean that profits rise sharply alongside

93. Accordingly, based on my experience and expertise as well as the contemporaneous evidence cited above, market participants following NVIDIA likely would have interpreted Mr. Huang's August 16, 2018 "masters at managing our channel" statement in the context of the well-known semiconductor supply chain risks and history. As a result, rather than interpreting Mr. Huang's statement as an expression of definitive fact, they would have interpreted it as corporate optimism based on Mr. Huang's opinion and the history of the company up to that point in time.

Christianna Wood
September 18, 2025

volumes, while margins fall through the floor as inventories are worked off. Advanced chips shed value as they sit around, losing their technological edge. Firms usually cut capital expenditure to deal with bloat.").

**Exhibit 1**
**Analyst Recommendations for NVIDIA**

| **Recommendation** | **Pre-November 15, 2018 Alleged Corrective Disclosure** | **Post-November 15, 2018 Alleged Corrective Disclosure** |
|---|---|---|
| Overweight | 24 | 23 |
| Neutral | 9 | 9 |
| Underweight | 1 | 2 |
| **Total** | **34** | **34** |

**Notes:**

[1] Analyst recommendations made following the November 15, 2018 alleged corrective disclosure are limited to those published in analyst reports between November 15, 2018 (following the alleged corrective disclosure) and November 22, 2018, inclusive. The latest analyst recommendations made prior to the November 15, 2018 alleged corrective disclosure are limited to those published by the same set of analysts. Of the 34 recommendations made prior to the November 15, 2018 alleged corrective disclosure, 26 were published on or after the August 16, 2018 alleged corrective disclosure.

[2] Overweight refers to the following analyst recommendations: “Buy,” “Outperform,” “Overweight,” and “Positive”.

[3] Neutral refers to the following analyst recommendations: “Neutral,” “Market Perform,” “Sector Weight,” and “Hold”.

[4] Underweight refers to the following analyst recommendation: “Two Stars” and “Underperform”.

[5] Cowen issued analyst reports discussing NVIDIA on November 16, 2018 and November 20, 2018. The November 20 analyst report is included in this analysis as the analyst adjusted their price target to reflect guidance issued by NVIDIA on the fiscal Q3 2019 Earnings Call and their meeting with NVIDIA management.

[6] Zacks Investment Research was excluded from this analysis as it does not provide a recommendation based on a fundamental analysis of the company. The Zacks report issues a Zacks Rank, a recommendation based on other analysts’ estimates.

**Sources**:
Argus, "NVIDIA CORP. Analyst's Notes," October 12, 2018; Argus, "NVIDIA CORP. Analyst's Notes," November 16, 2018; B Riley FBR, "Downgrade to Neutral on Gaming Miss, Data Center Slowdown; PT from $240 to $190," November 16, 2018; Bank of America Merrill Lynch, "Harder reset on legacy crypto issues, structural 1-t thesis still holds," November 15, 2018; Barclays, "Certainly a Setback, but Likely Better from Here," November 16, 2018; Benchmark, "A Kitchen Sink Q/Guide Following Period of Excess," November 16, 2018; Benchmark, "Transitioning Coverage with a Buy Rating and $310 Price Target," September 20, 2018; Bernstein, "NVIDIA (NVDA): FQ319 Recap," November 16, 2018; BMO, "Heresy? Super Growth to Ex-Growth ...," November 16, 2018; Citi, "Hard Landing in Gaming on Crypto Hangover; Underlying Core Biz Growth Still Intact; Lowering TP Again; Remain Buy-Rated," November 16, 2018; Cowen, "CEO Meeting Bullish LT, But Might Take a Bit To Prove NT Bumps Are 'All Crypto'," November 20, 2018; Daiwa Capital Markets America Inc., "The future is not yet here, focus on the 2HCY19 & CY20," January 28, 2019; Deutsche Bank Research, "Channel inventory burns NVDA, NVDA to burn channel inventory," November 15, 2018; Evercore ISI, "Fortifying the Al Moat as NVDA's DL Platform Approach Nears a Tipping Point - Raising Price Target to $400," September 28, 2018; Evercore ISI, "Not Pleasant Nor What We Expected, But Should Set A Floor For NVDA's Share Price," November 15, 2018; Exane B&P Paribas, "Gaming headwinds prompt downgrade," November 20, 2018; FBN Securities, "NVDA: Clearing Midrange Gaming GPUs Will Take 1-2 Quarters, but Datacenter Still Growing Well - Reducing PT to $210," November 15, 2018; Goldman Sachs, "Near-term challenges exist but long-term secular growth appears under-appreciated at current levels; reiterate Buy (on CL)," November 12, 2018; Goldman Sachs, "Structural thesis unchanged but remove from Conviction List on increased near-term uncertainty," November 16, 2018; Jefferies, "Crypto Reset - Still a Top Secular Growth Story," November 16, 2018; JP Morgan, "Near-Term Softness on Excess Channel Inventory, But Secular Growth in Datacenter and Gaming Still Intact," November 16, 2018; KeyBanc Capital Markets, "NVDA: Weak F4Q Guidance as Crypto Hangover Bites Again," November 15, 2018; Macquarie, "Crypto effects still lingering," November 16, 2018; Mizuho Securities USA LLC, "JanQ Guide Kitchen Sinking GPU Weakness; L-T DC Growth Intact, Adjusting Estimates/PT," November 16, 2018; MKM Partners, "GPU Inventory Overhang Persists Into Year-End; Reducing Estimates, PT," November 16, 2018; Morgan Stanley, "Our #s cut nowhere enough as gaming road bumps turn into mountains," November 16, 2018; Morningstar, "Cryptocurrency Tailwinds Ebb and Nvidia's 30 Guidance Fails to Appease Market Expectations," November 8, 2018; Morningstar, "Negative Surprise for Nvidia's Gaming Segment Pressures Shares; No Change to $120 FVE," November 15, 2018; Needham, "Crypto Overhang Causes A 21 % Miss on the Forward Guidance," November 16, 2018; New Street Research, "Nvidia: taking a step back on the recent pullback. Is Our Gaming & Beyond thesis still on?" November 2, 2018; New Street Research, "Nvidia 3FQ19: Crypto Stabbed Ferragu in the back," November 16, 2018; Nomura, "Gaming Powers Down," November 16, 2018; Oppenheimer, "Crypto Hangover Spoils Turing Debut," November 16, 2018; Raymond James, "Crypto Was a Problem After All - But it Doesn't Change the Story," November 16, 2018; RBC Capital Markets, "Crypto Strikes Again Along with Data Center Softness," November 15, 2018; RBC Capital Markets, "Oct-Qtr Preview: Buying the Print - Data Center and Margins," November 12, 2018; Rosenblatt Securities Inc., "NVIDIA Corp. Earnings Review," November 16, 2018; Susquehanna Financial Group, "NVIDIA Corporation: Of All The Crypto-GPU Scenarios We Imagined... This Was Unimaginably Bad," November 16, 2018; Stifel, "Rising GPU Channel Inventory Hits All Ships," November 15, 2018; SunTrust Robinson Humphrey, "Crypto inventory crushes CQ4 outlook; LT thesis seems intact; Buy the dip," November 16, 2018; UBS, "This May Well Prove A Buying Oppty, But The Narrative Is Shifting; Maintain Neutral, Lower PT," November 16, 2018; Wells Fargo, "NVDA: Frustrating Reset On Gaming Inventory Burn; ~20% Estimate," November 15, 2018.

# Appendix A

## CHRISTIANNA WOOD

Email: wood.christianna@gmail.com Phone: (347) 601-9793

### SUMMARY

Demonstrated ability to lead public and private organizations and boards in investment and policy making roles in an international setting. Proven skills in building successful traditional and alternative investment products and business models as well as managing global performance-based capital. Strong skills in engaging company managements, boards of directors, institutions, NGOs, regulators and accounting standard setters globally on behalf of both large public and private pools of capital. Global leadership experience in environmental, social and governance best practice, disclosure and reporting.

### PROFESSIONAL EXPERIENCE

**Non-Executive Board Director 2008-Present**

- Delaware Funds: Board Member 2019-present — Philadelphia, PA
  - Mutual Fund Family: ~$84 B AUM among ~ 79 funds
  - Equity Investment (Chair), Fixed Income and Audit Comm's
- Grange Insurance: Board Member 2013-present — Columbus, OH
  - $1.5 B Multi-line insurer - $2.7 B AUM investment portfolio
  - Investment (Chair), Finance, Audit & Governance Comm's

**Executive Experience**

2009-Present Gore Creek Capital Ltd — Golden, CO
President and Chief Executive Officer

- 2018 Harvard Advanced Leadership Fellow partnering with CalSTRS and Harvard Business School to convene $5 T in institutional investors to write "Principles for a Responsible Firearms Industry" to engage the firearms industry. (See www.firearmsprinciples.com and 2 HBS Cases on Gun Safety in America 1/2/20 and 11/16/18.)
- Led 3 European NGO Boards advocating for global ESG disclosure standards (GRI), global corporate governance best practice (ICGN), and integrated reporting (IIRC).
- Member and Chair of Finance and Investment Committees (public company, insurance, endowments, pensions and NGO boards)
- Expert witness in litigation involving hedge funds, mutual funds, pension funds, fiduciary duty, corporate governance and financial reporting.
- Consult /speak globally on sustainability reporting, corporate governance and ESG disclosure.

2008-2009 Capital Z Asset Management — New York, NY
Chief Executive Officer, Board Member

- Responsible for the largest independent sponsor of hedge funds with equity ownership in 11 hedge fund companies across $7 B in equity, fixed income and commodity strategies.
- Oversaw hedge fund sponsorship platform including sponsored manager management, portfolio construction, reporting and risk management, deal sourcing, transaction structuring, marketing and fundraising and overall management of hedge fund investment team as well as firm development and strategic initiatives.
- Managed 25 employees, 15 professional staff and a $10 M budget.
- Led Board through review and assessment of company strategic alternatives in products, joint ventures and partnerships.
- Completed private equity deals for $100 M in AUM and 30% minority ownership.
- Expanded marketing and analytical staff subsequent to management buyout.
- Led all Board and Executive Committee meetings; prepared all Board meeting agendas and materials. Board member and owner of firm equity.

**CHRISTIANNA WOOD**

2002-2008 California Public Employees' Retirement System (CalPERS) Sacramento, CA
Senior Investment Officer, Global Equity

- Responsible for the implementation of CalPERS $150+ B Global Equity portfolio including domestic and international, emerging markets, internal and external managers, absolute return strategies and corporate governance strategies.
- Improved Global Equity active return from -13bps in 2003 to +61pbs in 2007.
- Key contributor to CalPERS asset allocation process across all asset classes.
- Managed 55 employees including 13 internal portfolio managers. $100 B managed internally in indexed and enhanced strategies.
- Restructured Global Equity staff and initiated a systematic capital allocation process using mean/variance optimization tools.
- Worked across asset classes with other Senior Investment Officers of Risk Managed Absolute Return Strategies, Private Equity, Currency Hedging, Securities Lending, Cash Management of the Dynamic Completion Fund and Global REITs.
- Restructured business model for $35 B in external equity management.
- Brought in-house $30 B in international enhanced & small cap portfolios.
- Responsible for CalPERS Corporate Governance program: company engagement, Focus List, reform initiatives and $7 B in global activist management.
- Grew CalPERS activist investing from $1 B to $7 B in five years.
- Redesigned CalPERS hedge fund business model including advisor structure, enhanced risk management, benchmark, and active portfolio management process.
- Grew CalPERS hedge fund portfolio from $1 B to $7.5 B in five years.
- Conducted multiple Board workshops on Absolute Return Strategies, Corporate Governance initiatives and Environmental Investment / Engagement strategies, etc.
- Worked with CalPERS Board on investments in Sudan, environmental investing initiatives, hedge fund investing and numerous corporate governance initiatives.

1996 – 2002 Denver Investment Advisors, LLC Denver, CO
Director of Value Strategies, Portfolio Manager, Partner, Management Comm. Member

- Team Leader for Small, Mid and Large Cap Value equity strategies responsible for $600 M in assets. Redesigned and strengthened research team, investment process and quantitative tools leading to 2000-2002 out performance.
- Small Cap Value Investing: Portfolio Manager for $350 M in assets. Outperformed core benchmark by 21.5% annualized from 2000 to 2002. Raised Westcore Small Cap Opportunity Fund from one to 4-star Morningstar rating in two years.
- Mid Cap Value Investing: Portfolio Manager for $15 M in assets. Outperformed core and value benchmarks by 3.7% annualized from 1998 to 2002. Westcore Mid Cap Opportunity Fund awarded five stars by Morningstar.
- Mid Cap Growth Investing: Team member responsible for research quality control for analysts' work, monitoring stock, industry and sector weights, and communicating with clients. Worked with clients totaling $1 B to $3 B in assets.
- Won new business worth over $950 M in 30 institutional small cap value accounts from 1996 to 1998. Performed all client service. Owned 7.6% of firm equity.

1991 – 1996 The Burridge Group, Inc. Chicago, IL
Portfolio Manager /Analyst and Partner

- Participated in all aspects of managing firm's rapid growth including investment process, research, marketing, clients, personnel and overall strategy and planning.
- Catalyst in asset growth of the firm from $360 M of $1.3 B. Owned 10% of firm.

1981 – 1991 Prudential Equity Management Newark, NJ
Portfolio Manager /Analyst

- Portfolio Manager /Analyst for $150 M mutual funds 1989-1991
- U.S. Portfolio Manager, PruBache Global Genesis Fund, 1989 top performing fund
- Assist. Portfolio Manager for $900 M in growth stock portfolios in 1988-1989

**CHRISTIANNA WOOD**

## EDUCATION

Fellow, Advanced Leadership Initiative, Harvard University, 2018 — Cambridge, MA
M.B.A. Finance, New York University, 1985 — New York, NY
B.A. *cum laude*, Economics, Vassar College, 1981 — Poughkeepsie, NY
University College, Univ. of London, Jr. Year Abroad 1979-1980 — London, England
Chartered Alternative Investment Analyst (CAIA), 2007; Chartered Financial Analyst (CFA), 1988

## PAST BOARD AND ADVISORY POSITIONS

**For-Profit**

- H&R Block Corp. (NYSE-HRB): Board Member 2008-2022 — Kansas City, MO
    - Global tax preparation company - $3 B in Revenues; $5 B Market cap
    - Audit, Finance, Governance and Compensation Committees
- Westchester Capital Mutual Funds: Independent Trustee 2013-2021 — Valhalla, NY
    - Liquid Alternatives Mutual Funds: $4 B AUM in 4 funds
    - Nom & Governance (Chair) and Audit (Chair) Committees
- International Securities Exchange: Board Member 2010-2016 — New York, NY
    - Second largest equity options and derivatives exchange
    - Governance (Chair), Finance and Audit Committees
- Capital Z Asset Management: CEO & Board Member 2008-2009 — New York, NY
- Cevian Capital, LLC: Board Member - 2008-2009 — Jersey Is., UK
    - €17 B AUM European activist hedge fund strategy

**Non-Profit**

- Global Reporting Initiative Board 2011-2017 Board Chair 2013-2107 — Amsterdam, NL
    - Global Sustainability Standard Setter for ~5,000 companies
- Vassar College: Trustee and Board Member- 2006-2018 — Poughkeepsie, NY
    - Trustee Investor Responsibility Committee (Chair) 2012-2018
    - Investments, Audit, Budget & Finance Committees
- International Integrated Reporting Council, Board Member 2012-2015 — London, UK
    - Framework for integration of financial and non-financial reporting
- International Corporate Governance Network (ICGN) — London, UK
    - Chairman of the Board: 2009-2012; Board Member: 2008-2012
- FASB (Financial Accounting Standards Bd.) User Advisory Council: 2005-6
- PCAOB (Public Company Accounting Oversight Bd.) Standing Advisory Group: 2006-8
- IAASB (Int'l Audit & Assurance Standards Bd.) Consultative Advisory Group: 2007-9

## SELECTED SPEAKING ENGAGEMENTS (2011-2025)

- Keller and Heckman "Sustainability & ESG Intensive" — Wash., DC 2025
- Analysis Group "Investor Considerations for ESG Disclosure" — New York 2024
- Harvard Advanced Leadership Plenary "Investment & Market Based Solutions" — Cambridge 2021
- Harvard Business School Case Presentation "Gun Safety in America" — Cambridge 2020
- Harvard Advanced Leadership Exchange "Transitions, Pivots & Setbacks" — Cambridge 2019
- The Economist "Investing for Impact" — New York 2018
- Asia Sustainability Reporting Summit Opening Plenary Keynote — Singapore 2017
- Principles for Responsible Investment, Investor Relevance of SDGs — Berlin 2017
- GRI 20th Anniversary Conference, Opening Keynote — Amsterdam 2017
- IBGC Plenary "Transparency and Accountability of Successful Business" — Sao Paolo 2016
- GRI Conference Opening Keynote "20 Years On: Making a Difference" — Amsterdam 2016
- RI Europe "Proving the Value of ESG Data, Investment Activity & Governance" — London 2016
- Securities and Exchange Commission, "The State of Sustainability Reporting" — Wash., DC 2016
- Int'l Bar Assn. Conf. "UN Guiding Principles on Human Rights" — Vienna 2015
- OECD Roundtable "Evolution of Corporate Reporting in Integrated Performance" — Paris 2014
- Globe Keynote: "Bringing Sustainability Disclosure into Focus" — Vancouver 2014
- Women Corporate Directors "Beyond the Next Quarter: Sustainable Capitalism" — New York 2013
- Prince's Accounting for Sustainability 2012 Forum, St. James Palace — London 2012
    - "The role of finance and accounting in future-proofing our economy"
- BM&FBOVESPA, "New Int'l Demands on Corporate Governance" — Sao Paulo 2011
- Chamber of Commerce, "Challenges in Corporate Governance Best Practice" — Dubai 2011

## OTHER

- Named to "*Global Proxy Watch* 2018 Top 10 People to Impact Global Corporate Governance"
- Named to NACD's 2010, 2011 & 2012 "Directorship Top 100 Most Influential People in American Corporate Governance"
- Named to Ethishere Institute's 2010 "Top 100 List of Most Influential People in Business Ethics"
- Social media capabilities and expertise.

### Select Key Achievements at CalPERS

**Internal Equity Management ($100 billion)**

- Information Ratios for $100 B in internal domestic, international and enhanced index portfolios were 1.2, 2.1 and 1.8, respectively for 5 years.
- Initiated internal management of international and emerging market equities. Managed the execution of bringing in-house $30 B of the international indexed component of CalPERS equities. This included hiring staff, managing systems development, back office and currency.
- Gained Board approval for a Developmental Fund to incubate alpha sources internally including the use of derivatives, shorting and leverage. Developed policies and procedures to manage it.
- Developed and executed a systematic process for capital allocation using mean/variance optimization to manage CalPERS $130 B in Global Equity assets.
- Strengthened compliance processes and risk management procedures.
- Developed process and execution for hedging CalPERS equity overweight in both domestic and international markets. Worked with Real Estate to design a swap for $1 B REIT allocation.
- Managed the internal development of quantitatively based alpha generation strategies.
- Scaled Active Internal Enhanced Indexed portfolio to >$5 B part of Global Equity.

**External Equity Management ($38 billion)**

- Worked with CalPERS Board to redesign CalPERS business model for hiring and firing external managers. Highlights of this included eliminating CalPERS public "Watch List" and termination processes as well as improving the procurement and contracting processes.
- Conducted RFPs for enhanced and synthetic cash (bonds plus S&P 500 futures), growth, domestic and international and 130/30 long-short equity managers.
- Developed the second Manager Development Program (MDP II). Seeded 15 equity firms.

**Corporate Governance ($7 billion)**

- Managed CalPERS Corporate Governance program including the Focus List process of individual company engagement, $7 B in active management, proxy voting and policy development.
- Activist investing 5-year performance was 14.5% (Index=10.9%) on $7 B portfolio. Obtained Board permission to expand the program to $12 B.
- Seeded and took equity stakes in 6 new corporate governance managers (in both public and private equity) to conduct activist engagement strategies in the US, Japan, Europe and the UK.
- Developed global Internal Relational Co-investment process and strategy.
- Developed resource pool to support direct company activist engagement.
- Ran 6 shareowner proposals in the 2007 proxy season averaging 64% "For" vote.
- Engaged the SEC, NYSE and PCAOB on rule making in auditor independence, proxy access, listing standards, executive compensation and transparency.
- Worked with CalPERS Board to develop a 3-year strategic plan to improve executive compensation practices and environmental transparency / disclosure among US public companies.

**Absolute Return Strategies ($7.5 billion)**

- Restructured CalPERS Risk Managed Absolute Return Strategies program from a relative return (directional) strategy to an absolute return (non-directional) strategy. Redesigned business model to access multiple advisors and emphasize risk management at three different levels of the program. Hired staff and advisors. Obtained 85% position level transparency.
- 5-year return is 9.5% (Index=7.2%) with 4% vol. as of 12/31/07.
- Executed the investment of CalPERS direct investment of $7.5 B in 22 hedge funds. Obtained Board approval to expand the program to $12 B.
- Developed the active portfolio management process to manage CalPERS hedge fund portfolio including enhanced risk management systems.
- Hired 9 fund of hedge funds to access European, Asian and emerging hedge funds

**Appendix B**

**Christianna Wood**

**Expert Witness Reports and Testimony Experience**

*Dallas Police & Fire Pension System vs. Townsend Holdings, LLC d/b/a/ The Townsend Group, Richard Brown, Martin Rosenberg and Gary B. Lawson*, Cause No. DC-17-11306, District Court of Dallas County, Texas (Submitted expert report and provided deposition testimony)

*In re GE ERISA Litigation*, Civil Action No. 1:17-cv-12123-DJC, United States District Court for the District of Massachusetts (Submitted expert reports and provided deposition testimony)

*Sjunde Ap-Fonden v. The Goldman Sachs Group, Inc., Lloyd C. Blankfein, and Gary D. Cohn*, Civil Action No. 18-CV-12084, United States District Court for the Southern District of New York (Submitted expert report and provided deposition testimony)

*LAPP Corporation, SFPP Corporation, and PSPP Corporation v. Alberta Investment Management Corporation and His Majesty the King in Right of Alberta*, In the Matter of an Arbitration Pursuant to the Arbitration Act (Alberta), RSA 2000, c A-43 (Submitted expert report)

## Appendix C

## Materials Considered

### Legal Documents

First Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, Case No. 4:18-cv-07669-HSG, May 13, 2020, including cited documents.

Plaintiff's Notice of Motion and Motion to Certify Class, Appoint Class Representatives, and Appoint Class Counsel, and Memorendum of Points Authorities in Support Thereof, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, Case No. 4:18-cv-07669-HSG, July 11, 2025.

### Depositions and Deposition Exhibits

Citi, "Citi Global Theme Book," February 2018, Lannebo008796-848.

Clara Horn Deposition, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, 4:18-cv-07669-HSG, August 13, 2025.

"Email from Ylwa Haggstrom," November 22, 2018, Lannebo001301-304.

Maureen Bal Deposition, *In re NVIDIA CORPORATION SECURITIES LITIGATION*, 4:18-cv-07669-HSG, August 26, 2025.

### Data

S&P Capital IQ.

World Semiconductor Trade Statistics, Historical Billings Report, https://www.wsts.org/67/Historical-Billings-Report, accessed September 9, 2025.

### Analyst Reports

Arete Research, "Crypto GPU Demand: Hurricane Season," October 20, 2017.

Argus, "NVIDIA CORP. Analyst's Notes," November 16, 2018.

Argus, "NVIDIA CORP. Analyst's Notes," October 12, 2018.

B Riley, "Downgrade to Neutral on Gaming Miss, Data Center Slowdown; PT from $240 to $190," November 16, 2018.

Bank of America, "Harder reset on legacy crypto issues, structural 1-t thesis still holds," November 15, 2018.

Bank of America, "Platform Power = AI leadership = Outsized leverage; now $10 EPS power," November 9, 2017.

Bank of America, "Q2 preview: high expectations, higher potential, start of 2H seasonal strength," August 4, 2017.

Bank of America, "Raising PO to $185 on 2H Upside From Gaming, Data Center, Expanding Ownership," June 8, 2017.

Barclays, "Certainly a Setback, but Likely Better from Here," November 16, 2018.

Barclays, "Crypto Beats as Data Center Misses," August 11, 2017.

Benchmark, "A Kitchen Sink Q/Guide Following Period of Excess," November 16, 2018.

Benchmark, "Transitioning Coverage with a Buy Rating and $310 Price Target," September 20, 2018.

Bernstein, "Global Semiconductors: An update on Crypto - When Will the Coins Stop Clinking?," May 10, 2018, 234A_2018-05-10 Bernstein Crypto Update.

Bernstein, "NVIDIA (NVDA): FQ319 Recap - The best medicine is often bitter..." November 16, 2018.

Bernstein, "NVIDIA (NVDA): Pick up the pieces? FQ319 Preview," November 13, 2018.

BMO, "Cryptocurrency Mining 2.0, an Update," April 8, 2018.

Canaccord Genuity, "The pullback folds have been waiting for..." August 13, 2017.

Citi, "Hard Landing in Gaming on Crypto Hangover; Underlying Core Biz Growth Still Intact; Lowering TP Again; Remain Buy-Rated," November 16, 2018.

Cowen, "CEO Meeting Bullish LT, but Might Take a Bit to Prove NT Bumps Are 'All Crypto'," November 20, 2018.

Daiwa Capital Markets America Inc., "The future is not yet here, focus on the 2HCY19 & CY20," January 28, 2019.

Deutsche Bank Research, "Channel inventory burns NVDA, NVDA to burn channel inventory," November 15, 2018.

Evercore ISI, "Fortifying the AI Moat as NVDA's DL Platform Approach Nears a Tipping Point - Raising Price Target to $400," September 28, 2018.

Evercore ISI, "Not Pleasant Nor What We Expected, But Should Set A Floor For NVDA's Share Price," November 15, 2018.

Exane B&P Paribas, "Gaming headwinds prompt downgrade," November 20, 2018.

FBN Securities, "NVDA: Clearing Midrange Gaming GPUs Will Take 1-2 Quarters, but Datacenter Still Growing Well - Reducing PT to $210," November 15, 2018.

Goldman Sachs, "Near-term challenges exist but long-term secular growth appears under-appreciated at current levels; reiterate Buy (on CL)," November 12, 2018.

Goldman Sachs, "Structural Thesis Unchanged but Remove From Conviction List on Increased Near-Term Uncertainty," November 16, 2018.

Jefferies, "Crypto Reset - Still a Top Secular Growth Story," November 16, 2018.

Jefferies, "Turing Stutter Step - Reiterate Buy," August 17, 2018.

JP Morgan, "Near-Term Softness on Excess Channel Inventory, But Secular Growth in Datacenter and Gaming Still Intact," November 16, 2018.

KeyBanc Capital Markets, "Asia Trip Takeaways: Upgrading CAVM to OW, Raising Estimates on MRVL, NVDA, SIMO, Lowering Estimates on SYNA," October 2, 2017.

KeyBanc Capital Markets, "Equity Research: Morning Meeting Notes," June 20, 2017.

KeyBanc Capital Markets, "NVDA: Cryptocurrency GPU Demand Drives a F2Q Beat, but Datacenter Sales Fall Short," August 10, 2017.

KeyBanc Capital Markets, "NVDA: Datacenter, Gaming, and Cryptocurrency GPU Demand Drive Beat and Raise; Raising Estimates," February 8, 2018.

KeyBanc Capital Markets, "NVDA: Weak F4Q Guidance as Crypto Hangover Bites Again," November 15, 2018.

Macquarie, "Crypto effects still lingering," November 16, 2018.

Mizuho Securities USA LLC, "JanQ Guide Kitchen Sinking GPU Weakness; L-T DC Growth Intact, Adjusting Estimates/PT," November 16, 2018.

Mizuho Securities USA LLC, "Pullback Opportunity, A Pause that Refreshes Raising Estimates and PT," August 10, 2017.

MKM Partners, "Crypto De-risked, Inventory Normalization is Next Step," August 17, 2018.

MKM Partners, "GPU Inventory Overhang Persists Into Year-End; Reducing Estimates, PT," November 16, 2018.

Morgan Stanley, "2018 Outlook: Opportunities in the Later Innings of the Semiconductor Cycle," December 12, 2017.

Morgan Stanley, "Our #s Cut Nowhere Enough as Gaming Road Bumps Turn into Mountains," November 16, 2018.

Morgan Stanley, "Raising numbers for AMO and NVDA on Ethereum strength," January 23, 2018.

Morningstar, "Cryptocurrency Tailwinds Ebb and Nvidia's 30 Guidance Fails to Appease Market Expectations," November 8, 2018.

Morningstar, "Negative Surprise for Nvidia's Gaming Segment Pressures Shares; No Change to $120 FVE," November 15, 2018.

Needham, "Crypto Overhang Causes A 21 % Miss on the Forward Guidance," November 16, 2018.

Needham, "Data Center Driving massive N-T, Autonomous Will Drive Huge Growth L-T," February 9, 2018

New Street Research, "Nvidia 3FQ19: Crypto Stabbed Ferragu in the back," November 16, 2018.

New Street Research, "Nvidia: taking a step back on the recent pullback. Is Our Gaming & Beyond thesis still on?" November 2, 2018.

Nomura, "Gaming Powers Down," November 16, 2018.

Oppenheimer, "Crypto Hangover Spoils Turing Debut," November 16, 2018.

Raymond James, "Catalysts Ahead; We Expect Momentum to Continue," May 7, 2018.

Raymond James, "Crypto Was a Problem After All - But it Doesn't Change the Story," November 16, 2018.

Raymond James, "F2Q Preview: Solid Trends at Quarter End," July 25, 2017.

Raymond James, "Party Like It's 2016, Raising Price Target to $250," November 9, 2017.

Raymond James, "Strong Beat & Raise - Getting Ready for Volta," August 10, 2017.

RBC Capital Markets, "10-Q Highlights and Recent Demand Checks," August 23, 2017.

RBC Capital Markets, "Another Data Center Announcement - We See No Slowdown in Sight," May 30, 2017.

RBC Capital Markets, "Checking all the Boxes Combined With Significant Guidance Upside," February 8, 2018.

RBC Capital Markets, "Crypto Strikes Again Along with Data Center Softness," November 15, 2018.

RBC Capital Markets, "Oct-Qtr Preview: Buying the Print - Data Center and Margins," November 12, 2018.

Rosenblatt Securities Inc., "Earnings Review," November 16, 2018.

Roth Capital Partners, "NVDA: Another Solid Quarter with Strong Guidance; Valuation Is Only Question," August 11, 2017.

Stifel, "Rising GPU Channel Inventory Hits All Ships," November 15, 2018.

SunTrust Robinson Humphrey, "Another great quarter demonstrating secular growth across multiple markets," November 10, 2017.

SunTrust Robinson Humphrey, "Crypto inventory crushes CQ4 outlook; LT thesis seems intact; Buy the dip," November 16, 2018.

Susquehanna Financial Group, "Ethereum-Related GPU Sales Are Bigger Than Ever... and It's a Problem," January 18, 2018.

Susquehanna Financial Group, "NVIDIA Corporation: Love the Data Center... Hate the Crypto," February 9, 2018.

Susquehanna Financial Group, "NVIDIA Corporation: Of All The Crypto-GPU Scenarios We Imagined... This Was Unimaginably Bad," November 16, 2018.

UBS, "This May Well Prove A Buying Oppty, But The Narrative Is Shifting; Maintain Neutral, Lower PT," November 16, 2018.

Wells Fargo, "NVDA: Frustrating Reset On Gaming Inventory Burn; ~20% Estimate," November 15, 2018.

**Publicly Available Documents**

"2015 TSMC Annual Report: Market/Business Summary," *TSMC*, 2015, https://investor.tsmc.com/static/annualReports/2015/english/e_2_2.html.

"5 Stock Research Tools," *Fidelity*, August 31, 2017, https://web.archive.org/web/20180127233424/https://www.fidelity.com/viewpoints/active-investor/how-to-research-stocks.

"A Deeper Look into the Portfolio: NVIDIA," *Allianz*, March 2018, https://lu.allianzgi.com/-/media/allianzgi/eu/luxembourg/documents/18-1345-allianz-global-artificial-intelligence-nvidia-vd19604.pdf.

"ACATIS AI US Equities," *ACATIS*, https://www.acatis.de/en/investmentfunds/fonds-us/acatis-ai-us-equities, accessed September 17, 2025.

"Accelerated Computing: The Path Forward," *NVIDIA*, November 13, 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/2017/11/JHH_SC17_FINAL_PRESENTED.PDF.

"AIEQ: Amplify AI Powered Equity ETF," *Amplify ETFs*, https://amplifyetfs.com/aieq/, accessed September 17, 2025.

"AI: The Next Big Thing is Here, and Everywhere," *T. Rowe Price*, December 2017, https://www.troweprice.com/content/dam/tpd/Articles/PDFs/5885%20AI%20THE%20NEXT%20BIG%20THING%20IS%20HERE,%20AND%20EVERYWHERE.pdf.

"Allianz Global Artificial Intelligence Overview," *Allianz*, https://lu.allianzgi.com/en-lu/our-funds/funds/list/allianz-global-artificial-intelligence-at-usd?nav=overview, accessed August 26, 2025.

Amarnath, Nish, "Artificial Intelligence Sees Surge in Venture, Growth Investing," *The Wall Street Journal*, November 13, 2017, https://www.wsj.com/articles/artificial-intelligence-sees-surge-in-venture-growth-investing-1510592292.

"AMD Announces Preliminary Third Quarter Results," *AMD*, October 11, 2012, https://ir.amd.com/financial-information/sec-filings/content/0001193125-12-421061/d422859dex991.htm.

Anders, Jason, "Companies Must Use AI – or Else," *The Wall Street Journal*, October 23, 2017, https://www.wsj.com/articles/companies-must-use-aior-else-1508811121.

ARK ETF Trust, Form 497, filed September 5, 2019.

ARK ETF Trust, Form N-CSR, filed September 28, 2018.

ARK ETF Trust, Form N-CSR, filed October 31, 2016.

"Artificial Intelligence Fund Fact Sheet," *Polar Capital*, July 31, 2025, https://www.polarcapital.co.uk/srp/lit/X3ApwJ/Fund-Data-Fact-Sheet_Polar-Capital-Funds-plc-Artificial-Intelligence-Fund-R-Acc-USD_31-07-2025.pdf.

"Artificial Intelligence Fund Overview," *Polar Capital*, https://www.polarcapital.co.uk/gb/professional/Our-Funds/Artificial-Intelligence/#/Overview, accessed September 11, 2025.

"Artificial Intelligence: The Next Digital Frontier," *McKinsey Global Institute*, June 2017, https://www.mckinsey.com/~/media/McKinsey/Industries/Advanced%20Electronics/Our%20Insights/How%20artificial%20intelligence%20can%20deliver%20real%20value%20to%20companies/MGI-Artificial-Intelligence-Discussion-paper.ashx.

Barrett, Claer, "Transcript: Investment Masterclass — The case for investing in AI," *Financial Times*, March 5, 2024, https://www.ft.com/content/99cee6ef-7a2b-4062-88d9-3bf476829184.

"Beth Kindig," *I/O Fund*, https://io-fund.com/beth-kindig, accessed August 26, 2025.

"Beth Kindig's Account," *X*, November 8, 2018, https://web.archive.org/web/20181108101141/https://twitter.com/Beth_Kindig.

"Beth.Technology Announces Major Rebrand to I/O Fund," *I/O Fund*, April 13, 2021, https://io-fund.com/portfolio/press-releases/beth.technology-announces-major-rebrand-to-io-fund.

"BlackRock Launches iShares Robotics and Artificial Intelligence ETF," *iShares by BlackRock*, June 28, 2018, https://www.ishares.com/us/literature/press-release/irbo-final-stamped.pdf.

BlackRock Funds, Form N-CSR, filed September 30, 2018.

"Bloomberg Markets Americas," *Bloomberg*, February 20, 2018, https://archive.org/details/BLOOMBERG_20180220_190000_Bloomberg_Markets_Americas/start/2520/end/2580.

"Bloomberg Technology," *Bloomberg*, February 9, 2018, https://archive.org/details/BLOOMBERG_20180210_040000_Bloomberg_Technology/start/360/end/420.

Brumley, James, "Doubt Nvidia (NVDA) at Your Own Peril," *Kiplinger*, June 25, 2018, https://www.kiplinger.com/article/investing/t052-c008-s001-doubt-nvidia-nvda-stock-at-your-own-peril.html.

Bughin et al., "How Artificial Intelligence Can Deliver Real Value to Companies," *McKinsey Global Institute*, June 15, 2017, https://www.mckinsey.com/capabilities/quantumblack/our-insights/how-artificial-intelligence-can-deliver-real-value-to-companies.

Burgess, Matt, "Broadcom's $130BN Qualcomm Bid is a Bold Play to Own AI," *Wired*, November 7, 2017, https://www.wired.com/story/ai-chip-broadcom-qualcomm-google-intel.

"Buy Nvidia Because Its Chips Will Dominate the Artificial Intelligence Market: Jefferies," *Reddit*, October 23, 2017, https://www.reddit.com/r/nvidia/comments/78954c/buy_nvidia_because_its_chips_will_dominate_the/.

"Capturing Structural Change: A Guide to Thematic Investing," *Lazard Asset Management*, March 23, 2021, https://www.lazardassetmanagement.com/docs/118869/CapturingStructuralChange-AGuideToThematic_LazardPerspectives.pdf.

Chandler, Beverly, "ARK Invest Celebrates Power of Artificial Intelligence," *ETF Express*, March 9, 2018, https://etfexpress.com/2018/03/09/ark-invest-celebrates-power-artificial-intelligence/.

Charles Schwab, Form 10-K, for the fiscal year ended December 31, 2017, filed February 22, 2018.

Cheng, Evelyn, "Bitcoin 'Mining' Goes From Enthusiasts to Giant Enterprises as Digital Currencies Surge," *CNBC*, August 1, 2017, https://www.cnbc.com/2017/08/01/bitcoin-mining-goes-from-enthusiasts-to-giant-enterprises.html.

Chhabra, Shubham, "'During a gold rush, buy…': Reddit User Invests $36K in Nvidia over 8 Years, Exits with Over $1M," *Financial Express*, July 11, 2025, https://www.financialexpress.com/trending/my-greatest-investing-milestone-redditor-turns-36k-into-1m-with-nvidia-stock-says-it-took-8-years-of-discipline/3910993/.

"Closing Bell," *CNBC*, June 20, 2017, https://archive.org/details/CNBC_20170620_190000_Closing_Bell/start/960/end/1020.

"Comment by lindisfarne65," *Reddit*, February 27, 2018, https://www.reddit.com/r/investing/comments/803yi3/comment/duvs9ht/.

"Countdown to the Closing Bell With Liz Claman," *Fox Business*, February 9, 2018, https://archive.org/details/FBC_20180209_200000_Countdown_to_the_Closing_Bell_With_Liz_Claman/.

Cyran, Robert, "The Chip Industry Can't Seem to Escape Its Boom-and-Bust Past," *The New York Times*, November 19, 2018, https://www.nytimes.com/2018/11/19/business/dealbook/chips-processors-nvidia.html.

Davies, Guy, "A fresh look at thematic investing," *BNP Paribas Asset Management*, May 12, 2022, https://viewpoint.bnpparibas-am.com/a-fresh-look-at-thematic-investing/.

"Decoding the New Retail Investor," *FTI Consulting*, October 2021, https://fticommunications.com/wp-content/uploads/2021/10/FTI-Consulting-Retail-Investor-Research-October-2021_FINAL.pdf.

D'Monte, Leslie, "How Nvidia is Surfing the AI Wave," *Mint*, May 30, 2017, https://www.livemint.com/Technology/pazN8zgmjWCoS7o84Lsz2H/How-Nvidia-is-surfing-the-AI-wave.html.

Duggan, Wayne, "It's Not Too Late to Buy Nvidia Stock," *U.S. News*, November 28, 2017, https://money.usnews.com/investing/articles/2017-11-28/nvidia-corporation-nvda-stock.

Dunietz, Jesse, "Light-Powered Computers Brighten AI's Future," *Scientific American*, June 30, 2017, https://www.scientificamerican.com/article/light-powered-computers-brighten-ai-rsquo-s-future/.

"Echiquier Artificial Intelligence B," *LFDE*, https://www.lfde.com/en-int/our-funds/echiquier-artificial-intelligence-b, accessed August 27, 2025.

"Echiquier Artificial Intelligence Fund Overview," *LFDE*, August 31, 2018.

Eiswert, David, Emily Scudder, and Joel Grant, "Technological Innovation and Disruption," *T. Rowe Price*, February 2019, https://www.troweprice.com/content/dam/ide/articles/pdfs/ ID0001955_Tech_Innovation_ Disruption_GL_P4_Final.pdf.

"ETF Facts," *Global X*, August 18, 2025, https://www.globalx.ca/wp-content/uploads/2025/08/RBOT-RBOT.U-ETF_Fact_Sheet-EN.pdf.

Evangelista, Benny, "Why the Bitcoin Revolution Is Emptying Store Shelves and Making Gamers Mad," *San Francisco Chronicle*, January 30, 2018, https://www.sfchronicle.com/business/article/Why-the-bitcoin-revolution-is-emptying-store-12534993.php.

Fonda, Daren, "How 7 Top Investment Pros Are Investing in 2017," *Kiplinger*, June 22, 2017, https://www.kiplinger.com/slideshow/investing/t052-s002-how-7-top-investment-pros-are-investing-in-2017/index.html.

"Gains of up to 2,880% from Free Stock Investment Newsletter," *I/O Fund*, https://io-fund.com/free-newsletter-signup, accessed September 15, 2025.

Gershgorn, Dave, "Despite the Hype, Nobody is Beating Nvidia in AI," *Quartz*, October 2, 2017, https://web.archive.org/web/20171008075645/https://qz.com/1092326/nvidia-nvda-is-still-leading-the-way-in-artificial-intelligence/.

Gilbert, Ben, "Cryptocurrency Miners Are Making It Impossible for People to Find a Crucial Component of PC Gaming," *Business Insider*, January 22, 2018, https://www.businessinsider.com/nvidia-gtx-1080-gpu-impossible-to-find-buy-because-of-bitcoin-2018-1.

"Global Thematic Funds Landscape," *Morningstar*, February 2020, https://www.fundresearch.de/fundresearch-wAssets/docs/Global_Thematic_Fund_Landscape_022520.pdf.

Global X, Form N-CSR, filed February 8, 2019.

"Global X Funds Launches AIQ: An ETF Targeting Artificial Intelligence and Big Data Companies," *Business Insider*, May 15, 2018, https://markets.businessinsider.com/news/stocks/global-x-funds-launches-aiq-an-etf-targeting-artificial-intelligence-and-big-data-companies-1024577378.

Global X, Supplement to the Summary Prospectus, filed June 9, 2020.

Henschen, Doug, "Nvidia Accelerates Artificial Intelligence, Analytics with an Ecosystem Approach," *Constellation Research*, April 5, 2018, https://www.constellationr.com/blog-news/nvidia-accelerates-artificial-intelligence-analytics-ecosystem-approach.

Hernandez, Daniela, "How AI Is Transforming Drug Creation," *The Wall Street Journal*, June 25, 2017, https://www.wsj.com/articles/how-ai-is-transforming-drug-creation-1498442760.

"Hidden Stars of the Second Tech Revolution," *The Sunday Telegraph*, August 13, 2017.

"How Nvidia is Surfing the AI Wave," *Reddit*, May 30, 2017, https://www.reddit.com/r/nvidia/comments/6e8irx/how_nvidia_is_surfing_the_ai_wave/.

"I/O Fund Catapults to 131% CumulativeReturns Due to Leading AI Allocation," *I/O Fund*, May 27, 2024, https://io-fund.com/portfolio/company/io-fund-catapults-to-131-percent-cumulative-returns.

"Indxx Artificial Intelligence & Big Data Index.," *Global X*, May 22, 2024, https://assets.globalxetfs.com/funds/documents/aiq/Index-Methodology-Summary.pdf.

"Infinite Possibilities: Smart Machines and the Rise of AI," *Polar Capital*, July 10, 2017.

"Investment Research," *Fidelity*, June 6, 2017, https://web.archive.org/web/20170606181319/https://www.fidelity.com/trading/investment-choices/investment-research.

"Investor Day 2017," *NVIDIA*, May 10, 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/NVIDIA_Investor_Day_2017.pdf.

"Investor Day 2018," *NVIDIA*, March 27, 2018, https://s201.q4cdn.com/141608511/files/doc_presentations/2018/03/NVIDIA-2018.pdf.

"Investors in the United States: The Changing Landscape," *FINRA Investor Education Foundation*, December 2022, https://www.finrafoundation.org/sites/finrafoundation/files/NFCS-Investor-Report-Changing-Landscape.pdf.

Isaac, Mike, and Neal E. Boudette, "Ford to Invest $1 Billion in Artificial Intelligence Start-Up," *The New York Times*, February 10, 2017, https://www.nytimes.com/2017/02/10/technology/ford-invests-billion-artificial-intelligence.html.

"iShares Semiconductor ETF Overview," *U.S. News*, https://money.usnews.com/funds/etfs/technology/ishares-semiconductor-etf/soxx.

"It's a Tough Day for Nvidia Investors: Expert," *I/O Fund*, August 8, 2022, https://www.foxbusiness.com/video/6310610880112.

Kim, Tae, "Buy Nvidia Because Its Chips Will Dominate the Artificial Intelligence Market: Jefferies," *CNBC*, October 23, 2017, https://www.cnbc.com/2017/10/23/buy-nvidia-because-its-chips-will-dominate-the-artificial-intelligence-market-jefferies.html.

Kindig, Beth, "Holding Nvidia Stock Will Pay Off Due to Two Impenetrable Moats," *I/O Fund*, November 14, 2018, https://io-fund.com/artificial-intelligence/semiconductors/holding-nvidia-stock-pay-off.

Kindig, Beth, "I/O Fund's Top 10 of 2024," *I/O Fund*, March 4, 2025, https://iofund.substack.com/p/io-funds-top-10-of-2024.

Kindig, Beth, "Nvidia Versus Xilinx: Heavy Hitter AI Stocks," *I/O Fund*, April 3, 2019, https://io-fund.com/artificial-intelligence/semiconductors/nvidia-xilinx-ai-stocks.

Kindig, Beth, "Nvidia Was Up 235% In 2023, Don't Expect It To Continue," *I/O Fund*, September 25, 2023, https://io-fund.com/semiconductors/ai-platforms/nvidia-was-up-235-in-2023-dont-expect-it-to-continue.

Kindig, Beth, "Press Announcement: Official Launch of I/O Fund and Audited Results," *I/O Fund*, April 14, 2021, https://io-fund.com/portfolio/earnings-report/press-announcement-official-launch-of-io-fund-and-audited-results.

King, Ian, "SoftBank Takes $4 Billion Stake in U.S. Chipmaker Nvidia, Sources Say," *Bloomberg*, May 24, 2017, https://www.bloomberg.com/news/articles/2017-05-24/softbank-said-to-take-4-billion-stake-in-u-s-chipmaker-nvidia.

Lee, Timothy B., "Cryptocurrency Has Been Great for GPU Makers — That Might Change Soon," *Ars Technica*, May 12, 2018, https://arstechnica.com/gaming/2018/05/cryptocurrency-has-been-great-for-gpu-makers-that-might-change-soon/.

Liguid, Giann, "Ethereum Price History: A Decade of Disrupting Finance," *Investing News Network*, July 30, 2025, https://investingnews.com/ethereum-a-brief-price-history/.

"LFDE, the First French Asset Management Company Offering An AI Investment Solution," *LFDE*, June 12, 2018, https://www.lfde.com/en-int/506-non-classe-en/lfde-the-first-french-asset-management-company-offering-an-ai-investment-solution/.

Loir, Steve, "A.I. Will Transform the Economy. But How Much, and How Soon?," *The New York Times*, November 30, 2017, https://www.nytimes.com/2017/11/30/technology/ai-will-transform-the-economy-but-how-much-and-how-soon.html.

Loir, Steve, "Intel, While Pivoting to Artificial Intelligence, Tries to Protect Lead," *The New York Times*, July 10, 2017, https://www.nytimes.com/2017/07/10/technology/intel-artificial-intelligence-processing-chips.html.

Lomas, Natasha, "Superintelligent AI Explains Softbank's Push to Raise a $100BN Vision Fund," *TechCrunch*, February 27, 2017, https://techcrunch.com/2017/02/27/superintelligent-ai-explains-softbanks-push-to-raise-a-100bn-vision-fund/.

"Mad Money," *CNBC*, May 11, 2018, https://archive.org/details/CNBC_20180511_220000_Mad_Money/start/3300/end/3360.

"Mad Money," *CNBC*, May 15, 2017, https://archive.org/details/CNBC_20170515_220000_Mad_Money/start/360/end/420.

"Megatrends – iShares Thematic ETFs," *BlackRock*, April 2018, https://insight.factset.com/hubfs/PDFs/FY18%20Getting%20Smarter%20with%20Data%20Seminar_BlackRock%20Presentation.pdf.

Menton, Jessica, "Slumping Semiconductor Stocks Don't Bode Well for Broader Market," *The Wall Street Journal*, November 29, 2018, https://www.wsj.com/articles/slumping-semiconductor-stocks-dont-bode-well-for-broader-market-1543496401.

Metz, Cade, "Tech Giants Are Paying Huge Salaries for Scarce A.I. Talent," *The New York Times*, October 22, 2017, https://www.nytimes.com/2017/10/22/technology/artificial-intelligence-experts-salaries.html.

Miao, Hannah, "Nvidia Is Up 2,000% Since 2019. These WSJ Readers Invested Early," *The Wall Street Journal*, August 23, 2024, https://www.wsj.com/finance/investing/early-nvidia-investors-impact-c1af68ed.

Mukherjee, Supantha, "Frenzied Demand for Nvidia's Graphic Chips Shoots Prices Through the Roof," *Reuters*, February 9, 2018, https://www.reuters.com/article/us-nvidia-results-research/frenzied-demand-for-nvidias-graphic-chips-shoot-prices-through-the-roof-idUSKBN1FT2AW/.

NVIDIA Corporation Forms 10-K and 10-Q for the fiscal periods ending January 31, 2016 through October 27, 2019.

NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended April 29, 2018, filed May 10, 2018.

NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended July 29, 2018, filed August 16, 2018.

NVIDIA Corporation, Form 8-K, Discussion of Financial Results for the quarter ended October 28, 2018, filed November 15, 2018.

"Nvidia (NVDA) is Still Leading the Way in Artificial Intelligence," *Reddit*, October 3, 2017, https://www.reddit.com/r/nvidia/comments/741iap/nvidia_nvda_is_still_leading_the_way_in/.

"NVIDIA and Microsoft Accelerate AI Together," *NVIDIA*, November 14, 2016, https://nvidianews.nvidia.com/news/nvidia-and-microsoft-accelerate-ai-together.

"NVIDIA Chosen by Every Major Computer Maker, Every Major Cloud," *NVIDIA*, November 13, 2017, https://nvidianews.nvidia.com/news/nvidia-chosen-by-every-major-computer-maker-every-major-cloud.

"NVIDIA Launches Revolutionary Volta GPU Platform, Fueling Next Era of AI and High Performance Computing," *NVIDIA*, May 17, 2017, https://nvidianews.nvidia.com/news/nvidia-launches-revolutionary-volta-gpu-platform-fueling-next-era-of-ai-and-high-performance-computing.

"NVIDIA Launches World's First Deep Learning Supercomputer," *NVIDIA*, April 5, 2016, https://nvidianews.nvidia.com/news/nvidia-launches-world-s-first-deep-learning-supercomputer.

"NVIDIA's Artificial Intelligence Opportunity in 1 Chart," *The Motley Fool*, February 28, 2017, https://web.archive.org/web/20170301014829/https://www.fool.com/investing/2017/02/28/nvidias-artificial-intelligence-opportunity-in-1-c.aspx.

"Nvidia's Next Generation High End GPU is focused on Gaming and AI | Higher than Volta Performance," *Reddit*, July 11, 2018, https://www.reddit.com/r/nvidia/comments/8xwji8/nvidias_next_generation_high_end_gpu_is_focused/.

O'Shaughnessy, Patrick, "Investing in Innovation," *Colossus*, July 31, 2018, http://joincolossus.com/episode/wood-investing-in-innovation/.

"Open An Account," *Merrill Edge*, April 29, 2017, https://web.archive.org/web/20170429084304/https://www.merrilledge.com/.

"Options Action," *CNBC*, March 29, 2018, https://archive.org/details/CNBC_20180329_213000_Options_Action/start/120/end/180.

"Post by badger_coin," *X*, June 20, 2017, https://x.com/badger_coin/status/877184021280706560.

"Post by Beth Kindig," *X*, November 15, 2018, https://x.com/Beth_Kindig/status/1063219326738710530.

"Post by hishboy," *X*, June 6, 2017, https://x.com/hishboy/status/871989976191213570.

"Post by TechWallStreet," *X*, May 10, 2018, https://x.com/TechWallStreet/status/994442400092192768.

"Post by thefamoustv," *X*, January 13, 2018, https://x.com/thefamoustv/status/952289987378126848.

"Post by twylarecrir," *X*, December 31, 2017, https://x.com/twylarecrir/status/947468952652926977.

"Post by yolzog," *X*, December 31, 2017, https://x.com/yolzog/status/947689587723460608.

"Premium Services for Investors," *I/O Fund*, https://io-fund.com/premium-services-sign-up, accessed August 26, 2025.

"Q4 2015 Taiwan Semiconductor Manufacturing Co Ltd Earnings Call," *Thomson Reuters*, January 14, 2016, https://investor.tsmc.com/chinese/encrypt/files/encrypt_file/chinese/2015/Q4/TSMC%204Q15%20transcript.pdf.

"r/NVIDIA," *Reddit*, December 31, 2018, https://web.archive.org/web/20181231175804/https://www.reddit.com/r/nvidia/.

"r/NVIDIA," *Reddit*, May 15, 2017, https://web.archive.org/web/20170515131519/https://www.reddit.com/r/nvidia/.

"r/stocks," *Reddit*, May 20, 2017, https://web.archive.org/web/20170520053522/https://www.reddit.com/r/stocks/.

Raman, Sridharan, "Store This! Overcapacity Issues May Be a Thing of the Past for SanDisk," *LSEG*, April 8, 2013, https://lipperalpha.refinitiv.com/2013/04/store-this-overcapacity-issues-may-be-a-thing-of-the-past-for-sandisk/.

Reichart, Katie Rushkewicz, "Wymer: Lots of Opportunity for NVIDIA, But It Won't be Easy," *Morningstar*, January 24, 2018, https://www.morningstar.com/funds/wymer-lots-opportunity-nvidia-it-wont-be-easy.

"Research," *Charles Schwab*, July 1, 2017, https://web.archive.org/web/20170701051232/http://www.schwab.com/public/schwab/active_trader/research.

S&P Global Market Intelligence, NVIDIA Corporation Analyst/Investor Day, March 27, 2018.

S&P Global Market Intelligence, NVIDIA Corporation Company Conference Presentation, February 13, 2018.

S&P Global Market Intelligence, NVIDIA Corporation FQ1 2018 Earnings Call Transcripts, May 9, 2017.

S&P Global Market Intelligence, NVIDIA Corporation FQ1 2019 Earnings Call Transcripts, May 10, 2018.

S&P Global Market Intelligence, NVIDIA Corporation FQ2 2018 Earnings Call Transcripts, August 10, 2017.

S&P Global Market Intelligence, NVIDIA Corporation FQ2 2019 Earnings Call Transcripts, August 16, 2018.

S&P Global Market Intelligence, NVIDIA Corporation FQ3 2019 Earnings Call Transcripts, November 15, 2018.

S&P Global Market Intelligence, NVIDIA Corporation FQ4 2018 Earnings Call Transcripts, February 8, 2018.

"SanDisk Announces First Quarter 2012 Financial Results," *TechPowerUp*, April 19, 2012, https://www.techpowerup.com/164510/sandisk-announces-first-quarter-2012-financial-results.

Schreier, Jason, "The Great Graphics Card Shortage Of 2018," *Kotaku*, January 23, 2018, https://kotaku.com/the-great-graphics-card-shortage-of-2018-1822346367.

Shrout, Ryan, "Nvidia and AMD are deluged with orders for PC graphics cards," *MarketWatch*, August 24, 2017, https://www.marketwatch.com/story/nvidia-and-amd-are-deluged-with-orders-for-pc-graphics-cards-2017-08-24.

Sloley, Chris, "'People lost their minds': Why a Top T. Rowe PM Sold (and Bought Back) Nvidia," *Citywire*, October 10, 2023, https://citywire.com/selector/news/people-lost-their-minds-why-this-3-4bn-fund-sold-and-bought-back-nvidia/a2427219.

"SOXX or Nvidia?," *Reddit*, October 25, 2017, https://www.reddit.com/r/stocks/comments/78n7m0/soxx_or_nvidia/.

Speights, Keith, "3 Reasons I Just Bought This Top Artificial-Intelligence Stock," *The Motley Fool*, January 10, 2018, https://www.fool.com/investing/2018/01/07/3-reasons-i-just-bought-this-top-artificial-intell.aspx.

Taulli, Tom, "NVIDIA Corporation (NVDA): Welcome to the Era of AI," *InvestorPlace*, July 31, 2017, https://investorplace.com/2017/07/nvidia-corporation-nvda-welcome-to-the-era-of-ai.

"TCW Completes Conversion of Two Mutual Funds to ETFs," *TCW Funds*, May 6, 2024, https://www.tcw.com/Our-Firm/Newsroom/Press/2024/2024-05-06-TCW-Completes-Conversion-of-Two-Mutual-Funds.

TCW Funds, Inc., Form 497, filed August 28, 2017.

TCW Funds, Inc., Form 497K, filed August 28, 2017.

TCW Funds, Inc., Form N-CSR, filed December 28, 2017.

"The Most Important Company in AI: Nvidia?," *Fox Business*, June 4, 2018, https://www.foxbusiness.com/video/5793321056001.

"The Next Wave of Computing," *NVIDIA*, September 2017, https://s201.q4cdn.com/141608511/files/doc_presentations/2017/12/Corporate-Presentation.pdf.

"The Optimistic Promise of Artificial Intelligence," *The Wall Street Journal*, June 13, 2017, https://www.wsj.com/articles/the-optimistic-promise-of-artificial-intelligence-1497374822.

"The Polar Capital Global Technology Team," *Polar Capital*, https://www.polarcapitalfunds.com/us/individual/About-Polar-Capital/Investment-Teams/Global-Technology/, accessed September 17, 2025.

"Thematic Investing: What Is It, and How Should Investors Think About It?," *Fidelity*, August 2023, https://institutional.fidelity.com/app/literature/view?itemCode=9897007&renditionType=PDF.

Thrasher, Michael, "Fidelity Boasts Strong Overall Growth Record Revenue In 2017," *Wealth Management*, February 28, 2018, https://www.wealthmanagement.com/wealth-management-industry-trends/fidelity-boasts-strong-overall-growth-record-revenue-in-2017.

Tilley, Aaron, "Nvidia Beats Earnings Estimates As Its Artificial Intelligence Business Keeps On Booming," *Forbes*, February 9, 2017, https://www.forbes.com/sites/aarontilley/2017/02/09/nvidia-beat-earnings-estimates-as-its-artificial-intelligence-business-keeps-on-booming/.

Tilley, Aaron, "The New Intel: How Nvidia Went From Powering Video Games To Revolutionizing Artificial Intelligence," *Forbes*, November 30, 2016, https://www.forbes.com/sites/aarontilley/2016/11/30/nvidia-deep-learning-ai-intel/.

"Tomorrow's themes, today," *BlackRock*, 2025, https://www.blackrock.com/us/individual/literature/whitepaper/tomorrows-themes-today.pdf.

"Transaction Detail – Purchases and Sales for the Rollover IRA of Christianna Wood," *Charles Schwab*, November 1, 2017 to December 31, 2017.

"Trust Fact Sheet," *Polar Capital*, December 29, 2017, https://www.polarcapitaltechnologytrust.co.uk/srp/lit/7qekWV/Fact-Sheet_Polar-Capital-Technology-Trust-plc_29-12-2017.pdf.

Vipond, Tim, "Sell Side Analyst," *Corporate Finance Institute*, https://corporatefinanceinstitute.com/resources/career/sell-side-analysts/, accessed August 26, 2025.

"Volkswagen and NVIDIA to Infuse AI into Future Vehicle Lineup," *NVIDIA*, January 7, 2018, https://nvidianews.nvidia.com/news/volkswagen-and-nvidia-to-infuse-ai-into-future-vehicle-lineup.

Walton, Jarred, "Hang Onto Your Graphics Cards, as Cryptocurrency Mining Spikes GPU Prices," *PC Gamer*, January 8, 2018, https://www.pcgamer.com/hang-onto-your-graphics-cards-as-cryptocurrency-mining-spikes-gpus-prices/.

Wang, James, "GPUs vs. TPUs — Can NVIDIA Hold On To Its Lead?," *ARK Invest*, September 27, 2017, https://www.ark-invest.com/articles/analyst-research/gpu-tpu-nvidia.

"What makes thematic investing a strong alternative in volatile markets," *Robeco*, June 2025, https://www.robeco.com/files/docm/docu-20250625-what-makes-thematic-investing-a-strong-alternative-in-volatile-markets.pdf.

"Why SoftBank May Be Raising Its Stake in Nvidia," *Bloomberg*, May 26, 2017, https://www.bloomberg.com/news/videos/2017-05-26/why-softbank-may-be-raising-its-stake-in-nvidia-video.

Williams, Sean, "16 Cryptocurrency Facts You Should Know," *The Motley Fool*, December 19, 2017, https://www.fool.com/investing/2017/12/19/16-cryptocurrency-facts-you-should-know.aspx.

Witkowski, Wallace, "Nvidia to Test Fleet of Robotaxis with Daimler, Bosch," *MarketWatch*, July 11, 2018, https://www.marketwatch.com/story/nvidia-to-test-fleet-of-robotaxis-with-daimler-bosch-2018-07-10.