UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRON WORKERS LOCAL 580 JOINT FUNDS, et al.,

Plaintiffs,

v.

NVIDIA CORPORATION, et al.,

Defendants.

Case No. 18-cv-07669-HSG

**AMENDED SCHEDULING ORDER**

A case management conference was held on April 21, 2026. Having considered the parties' proposals, *see* Dkt. No. 295, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
| --- | --- |
| Completion of Fact Discovery | September 23, 2026 |
| Initial Expert Disclosures | October 16, 2026 |
| Rebuttal Expert Disclosures | November 16, 2026 |
| Reply Expert Disclosures | December 16, 2026 |
| Completion of Expert Discovery | January 20, 2027 |
| Dispositive and *Daubert* Motions | February 18, 2027 |
| Oppositions to Dispositive and *Daubert* Motions | March 25, 2027 |
| Reply in Support of Dispositive and *Daubert* Motions | April 15, 2027 |
| Dispositive and *Daubert* Motions Hearing | May 20, 2027, at 2:00 p.m. |
| Pretrial Conference | August 17, 2027, at 3:00 p.m. |
| Jury Trial (15 days) | September 7, 2027, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This order **TERMINATES** Dkt. No. 295.

**IT IS SO ORDERED.**

Dated:  5/4/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge