**KESSLER TOPAZ MELTZER & CHECK, LLP**
STACEY M. KAPLAN (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

[*Additional counsel listed on signature page*]

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In Re NVIDIA CORPORATION SECURITIES LITIGATION | Case No. 4:18-cv-07669-HSG<br><br><u>CLASS ACTION</u> |
| This Document Relates to: All Actions. | **STIPULATION AND ORDER SETTING REVISED CASE SCHEDULE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2 |

Pursuant to Local Rule 7-12, Lead Plaintiffs Lannebo Kapitalförvaltning AB and Stichting Pensioenfonds PGB (collectively, "Plaintiffs") and Defendants NVIDIA Corporation and Jensen Huang (collectively, "Defendants") hereby agree and stipulate as follows:

WHEREAS, on May 4, 2026, the Court issued an amended scheduling order (Dkt. No. 296) setting a case schedule for the remainder of fact discovery, expert discovery, dispositive motions and trial;

WHEREAS, the parties have worked diligently to complete fact discovery by the September 23, 2026 deadline;

WHEREAS, there are at least six depositions remaining, including the depositions of Defendant Huang and other senior NVIDIA executives, as well as third-party witnesses;

WHEREAS, a 30-day extension on the deadline for the completion of fact discovery will allow the parties to accommodate witnesses' schedules for the remaining depositions and allow for an orderly sequence of discovery; and

WHEREAS, the parties have agreed to a modified schedule that will allow for a 30-day extension of fact discovery without impacting the trial date set by the Court.

Accordingly, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record and subject to order of the Court, that the revised case schedule shall be as follows:

| **Event** | **Current Schedule** | **Revised Scheduled** |
|---|---|---|
| Completion of Fact Discovery | September 23, 2026 | October 23, 2026 |
| Initial Expert Disclosures | October 16, 2026 | November 6, 2026 |
| Rebuttal Expert Disclosures | November 16, 2026 | December 7, 2026 |
| Reply Expert Disclosures | December 16, 2026 | January 8, 2027 |
| Completion of Expert Discovery | January 20, 2027 | February 4, 2027 |
| Dispositive and *Daubert* Motions | February 18, 2027 | February 18, 2027 |
| Oppositions to Dispositive and *Daubert* Motions | March 25, 2027 | March 25, 2027 |
| Reply in Support of Dispositive and *Daubert* Motions | April 15, 2027 | April 15, 2027 |

| **Event** | **Current Schedule** | **Revised Scheduled** |
|---|---|---|
| Hearing on Dispositive and *Daubert* Motions | May 20, 2027 | May 20, 2027 |
| Pretrial Conference | August 17, 2027 | August 17, 2027 |
| Jury Trial (15 days) | September 7, 2027 | September 7, 2027 |

Dated: August 19, 2026

Respectfully submitted,

**KESSLER TOPAZ MELTZER & CHECK, LLP**

*/s/ Matthew L. Mustokoff*

Matthew L. Mustokoff (*pro hac vice*)[1]
(mmustokoff@ktmc.com)
Jamie M. McCall (*pro hac vice*)
(jmccall@ktmc.com)
Nathan A. Hasiuk (*pro hac vice*)
(nhasiuk@ktmc.com)
Nathaniel C. Simon (*pro hac vice*)
(nsimon@ktmc.com)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706

-and-

Stacey M. Kaplan (Bar No. 241989)
(skaplan@ktmc.com)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Tel: (415) 400-3000

*Counsel for Lead Plaintiff Lannebo Kapitalförvaltning AB and Co-Lead Counsel for the Class*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Matthew W. Arrow (Bar No. 338273)
(matthew.arrow@blbglaw.com)

[1] In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatories.

2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3472

-and-

John J. Rizio-Hamilton (*pro hac* vice)
(johnr@blbglaw.com)
Preethi Krishnamurthy (*pro hac vice*)
(preethi@blbglaw.com)
Sarah K. Schmidt (*pro hac vice*)
(sarah.schmidt@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Counsel for Lead Plaintiff Stichting Pensioenfonds PGB and Co-Lead Counsel for the Class*

Dated: August 19, 2026

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (Bar No. 183174)
(pgibbs@cooley.com)
Amanda Main (Bar No. 260814)
(amain@cooley.com)
John Bostic (Bar No. 264367)
(jbostic@cooley.com)
Brett H. De Jarnette (Bar No. 292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel.: (650) 843-5000

**MILBANK LLP**
Scott A. Edelman
(sedelman@milbank.com)
Jed M. Schwartz
(jschwartz@milbank.com)
Andrew B. Lichtenberg
(alichtenberg@milbank.com)
55 Hudson Yards
New York, NY 10001
Tel:(212) 530-5000

Olivia S. Choe
(ochoe@milbank.com)
1101 New York Avenue NW
Washington, DC 20005
Tel: (202) 835-7500

*Attorneys for Defendants*
*NVIDIA Corporation and Jensen Huang*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/20/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge